# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>REILLY-BENTON COMPANY, INC.<br>Debtor. | Chapter 11<br>Case No. 17-12870 (JAB)<br>Section B |

### VERIFIED APPLICATION OF MARK D. PLEVIN
### FOR ADMISSION *PRO HAC VICE* PURSUANT TO
### LOCAL RULE 2014-1(A)(3)

1. My name is Mark D. Plevin. My office address is Three Embarcadero Center, , 26th Floor, San Francisco, California 94111. My office telephone number is 415-986-2800, my office facsimile number is 415-986-2827, and my e-mail address is mplevin@crowell.com. My State Bar of California number is 146278 and my District of Columbia Bar number is 358743. I am a partner in the law firm of Crowell & Moring LLP. My firm is counsel for Century Indemnity Company in this Chapter 7 case.

2. I am requesting admission *pro hac vice* pursuant to Local Rule 2014-1(A)(3) to appear in and represent Century Indemnity, a party in interest, in this Chapter 11 case.

3. I was admitted to the State Bar of California in 1990 and to the District of Columbia Bar in 1981. I am admitted to practice before various U.S. District Courts and U.S. Circuit Courts, including the U.S. Court of Appeals for the Fifth Circuit. True and correct copies of my Certificates of Good Standing issued by the State Bar of California and the District of Columbia Bar are attached as Exhibits 1 and 2.

4. I am not now, and have never been, the subject of a disciplinary proceeding in any jurisdiction.

5. I have read and agree to be bound by the local rules of practice and procedure adopted by this Court.

6. I certify under the penalty of perjury that the statements above are true and correct to the best of my knowledge. 28 U.S.C. § 1746.

WHEREFORE, I respectfully request that I be admitted to practice before this Court *pro hac vice*, and for such other relief as is proper.

Dated: October 30, 2017

/s/ *Mark D. Plevin*
California State Bar No. 146278
District of Columbia Bar No. 358743

CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415-986-2800
Facsimile: 415-986-2827
E-Mail: mplevin@crowell.com

Attorneys for Century Indemnity Company

DC/42298484

# EXHIBIT 1

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

January 25, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARK DAVID PLEVIN, #146278 was admitted to the practice of law in this state by the Supreme Court of California on June 12, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

# EXHIBIT 2



# District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MARK D. PLEVIN

was on **DECEMBER 18, 1981** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JANUARY 25, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk