**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| REILLY-BENTON COMPANY, INC. | * | CASE NO. 17-12870 (JAB) |
| DEBTOR | * | SECTION B |
| | * | JUDGE JERRY A. BROWN |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using its CM/ECF System, and thus served pursuant to the Court's CM/ECF System. In addition, I certify that a copy of the Order granting the Verified Application of Mark D. Plevin for Admission *Pro Hac Vice.* Pursuant to Local Rule 2014-1(A)(3) was served on January 19, 2018 on the counsel for the debtor, debtor, counsel for the Tregre Movants, and the trustee listed below by U.S. Mail, property addressed, postage prepaid:

| **Debtor:**<br>Reilly-Benton Company, Inc.<br>Post Office Box 52346<br>New Orleans, LA 70152 | **U. S. Trustee:**<br>400 Poydras Street, Suite 2110<br>New Orleans, LA 70130 |
|---|---|
| **Debtor's Counsel:**<br>Eric J. Derbes<br>The Derbes Law Firm<br>3027 Ridgelake Avenue<br>Metairie, LA 70002<br>ederbes@derbeslaw.com | **Counsel for Tregre Movants:**<br>Roussel & Clement<br>Perry J. Roussel, Jr.<br>1550 West Causeway Approach<br>Mandeville, LA 70471 |

New Orleans, Louisiana, this 19th day of January, 2018.

/s/Thomas J. Madigan, II
THOMAS J. MADIGAN, II