# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | Chapter 7 |
| REILLY-BENTON COMPANY, INC., | * | Case No. 17-12870 (JAB) |
| Debtor. | * | Section B |
| | * | Judge Jerry A. Brown |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Verified Application of Mark D. Plevin for Admission <u>Pro Hac Vice</u> Pursuant to Local Rule 2014-1(A)(3) (the "Application") [Doc. No. 11], it is therefore

ORDERED that the Application [Doc. No. 11] is GRANTED and that Mark D. Plevin is hereby admitted <u>pro hac vice</u> to appear as counsel for Century Indemnity Company in this Chapter 7 case.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, January 16, 2018.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge