## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: | * | CASE NO.: 17-12870 |
| REILLY-BENTON COMPANY, INC., | * | SECTION "A" |
| Debtor | * | CHAPTER 7 |

### ORDER

Upon considering the *Consent Motion to Reschedule Status Conference and Briefing Deadline* **[ECF No. 93]** filed by The Landry & Swarr Creditors,

**IT IS ORDERED** that the Motion is granted and the Status Conference set for Tuesday, January 19, 2021, at 1:00 p.m. is rescheduled for **Tuesday, January 26, 2021 at 1:30 p.m.** The parties shall participate by phone and dial in at 1(888) 684-8852, Access Code: 9318283.

**IT IS FURTHER ORDERED** that supplemental briefs on the procedural issues may be filed no later than **Thursday, January 21, 2021.**

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, January 15, 2021.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE