**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 17-12870 |
| | * | |
| REILLY-BENTON COMPANY, INC. | * | SECTION "A" |
| | * | |
| DEBTOR | * | CHAPTER 7 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I certify that on the 21st day of January, 2021, a copy of the *Brief of the Chapter 7 Trustee and the Century Parties Concerning Whether an Adversary Proceeding is Required to Adjudicate the Trustee's Request for Injunctive Relief* **[P-99]** was duly served by electronic filing through the Court's Notice of Electronic Filing System to the parties listed on the attached Exhibit "A".

DATED this 22nd day of January, 2021.

                Respectfully submitted,

BY: */s/ Albert J. Derbes, IV*
   ALBERT J. DERBES, IV, LA Bar 20164
   THE DERBES LAW FIRM, LLC
   3027 Ridgelake Drive
   Metairie, Louisiana 70002
   504.837.1230 Telephone
   504.832.0322 Facsimile
   E-mail: ajdiv@derbeslaw.com
   ***Special Counsel for David V. Adler, Trustee***

Exhibit "A"

## Miscellaneous:

17-12870 Reilly-Benton Company, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (New Orleans) |
| Assets: n | Judge: MSG | Case Flag: DECLECFRcv, ProHacVice |

### U.S. Bankruptcy Court

### Eastern District of Louisiana

Notice of Electronic Filing

The following transaction was received from Albert J. Derbes entered on 1/21/2021 at 7:36 PM CST and filed on 1/21/2021

**Case Name:** Reilly-Benton Company, Inc.
**Case Number:** 17-12870
**Document Number:** 99

**Docket Text:**
Brief *Concerning Whether an Adversary Proceeding is Required to Adjudicate the Trustee's Request for Injunctive Relief* Filed by David V. Adler, Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America (RE: (related document(s)[48] Motion to Approve Compromise under Rule 9019 filed by Trustee David V. Adler, [56] Motion to Approve Compromise under Rule 9019 filed by Trustee David V. Adler, [72] Objection filed by Creditor Landry & Swarr Creditors, [95] Order Scheduling Status Conference) (Derbes, Albert)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Brief_trustee and century_012121.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=1/21/2021] [FileNumber=12343895-0
] [91657515b467d09ed3477a71965b8dc55f12a88edc95b464213e21d86896dd04ee9
90b66947975641 02ab9dcf581cf355179e527c00e05fb7f9bf1ee1a481ca5]]

**17-12870 Notice will be electronically mailed to:**

David V. Adler
adler_d@bellsouth.net, LA26@ecfcbis.com

Frederick L. Bunol on behalf of Debtor Reilly-Benton Company, Inc.
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Jonathan Clement on behalf of Interested Party Bonnie Ann Loupe
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Lee Ann Cortez
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Mary S Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Mavis T Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Michael W Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Sherry Tregre Cortez
rcfirm@rousselandclement.com

Leo D. Congeni on behalf of Creditor Landry & Swarr Creditors
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo David Congeni on behalf of Creditor Landry & Swarr Creditors
leo@congenilawfirm.com, michelle@congenilawfirm.com

Martha Y. Curtis on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
mcurtis@shergarner.com

Albert J. Derbes, IV on behalf of Trustee David V. Adler
ajdiv@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Eric J Derbes on behalf of Debtor Reilly-Benton Company, Inc.
ederbes@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

James M. Garner on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
jgarner@shergarner.com, jchocheles@shergarner.com;jstockstill@shergarner.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Timothy S. Madden on behalf of Interested Party Estate of Julian Paul Guidry
tmadden@kingjurgens.com

Timothy S. Madden on behalf of Interested Party Lori Guidry Keating
tmadden@kingjurgens.com

Timothy S. Madden on behalf of Interested Party Paul Guidry
tmadden@kingjurgens.com

Thomas J. Madigan on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
tmadigan@shergarner.com, rtheobold@shergarner.com

David J. Messina on behalf of Trustee David V. Adler
messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com

Mark D. Plevin on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
mplevin@crowell.com, cromo@crowell.com

William S. Robbins on behalf of Interested Party Louisiana Insurance Guaranty Association
wrobbins@stewartrobbins.com, kheard@stewartrobbins.com;wrobbins@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Gerolyn Roussel on behalf of Interested Party Bonnie Ann Loupe
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Joseph E Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Lee Ann Cortez
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Mary S Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Mavis T Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Michael W Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Sherry Tregre Cortez
gerolynroussel@icloud.com

Perry J. Roussel, Jr. on behalf of Interested Party Bonnie Ann Loupe
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Joseph E Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Lee Ann Cortez
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Mary S Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Mavis T Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Michael W Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Sherry Tregre Cortez
rcfirm@rousselandclement.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**17-12870 Notice will not be electronically mailed to:**

Nicole M Babb on behalf of Interested Party Estate of Julian Paul Guidry
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Avenue
45th Floor
New Orleans, LA 70170

Nicole M Babb on behalf of Interested Party Lori Guidry Keating
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Avenue
45th Floor
New Orleans, LA 70170

Nicole M Babb on behalf of Interested Party Paul Guidry
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Avenue
45th Floor
New Orleans, LA 70170

Amelia L. Hurt on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
Sher Garner Cahill Richter Klein
909 Poydras St.
28th Floor
New Orleans, LA 70112-1033

Stephanie B LaBorde on behalf of Interested Party Louisiana Insurance Guaranty Association
Milling Benson Woodward LLP
6421 Perkins Rd
Building B, Suite B
Baton Rouge, LA 70808