IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>EAGLE, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-12437 (JAB)<br><br>Section B<br><br>Re: Docket No. 374 |

### ORDER DISMISSING THE CHAPTER 11 CASE OF EAGLE, INC. (CASE NUMBER 15-12437 (JAB))

Upon this Court's entry of the *Order to Show Cause Why Case Should Not Be Dismissed* [Docket No.374] (the "**Show Cause Order**"); and Eagle, Inc. (the "**Debtor**") having advised the Court that it is not contesting the Show Cause Order; and it appearing that this Court has jurisdiction to consider this matter in accordance with 28 U.S.C. §§ 157 and 1334 and the *Reference of Bankruptcy Cases and Proceedings* from the United States District Court for the Eastern District of Louisiana, dated April 11, 1990; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Debtor's chapter 11 case (the "**Chapter 11 Case**") is dismissed, pursuant to sections 105(a) and 305(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, effective as of the date and time of the entry of this Order (the "**Dismissal Date**").

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. The Debtor's address is 1100 Poydras Street, 30th Floor, New Orleans, LA 70163.

01:21372910.2

NAI-1502040849v5 -1-

2. Within fifteen (15) days of the Dismissal Date, the Debtor shall pay all outstanding United States Trustee fees pursuant to 28 U.S.C. § 1930.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, implementation, or enforcement of this Order and any other order entered in the Chapter 11 Case.

New Orleans, Louisiana, January 4, 2017.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge

01:21372910.2