UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
BROWN, J.
OCTOBER 23, 2015

IN RE

**EAGLE, INC.**

DEBTOR(S)

**BANKRUPTCY NO.
15-12437
SECTION "B"
CHAPTER 11**

This matter came before the Court on October 23, 2015 as a hearing on the Motion for Order Extending or Applying the Automatic Stay to Certain Settling Insurers filed by the Debtor ("motion") **(P-39)** and the objections filed by Roussel & Clement **(P-54)** and Pacific Employers Insurance Company **(P-56)**.

Appearances were noted on the record

Considering the arguments of counsel,

**IT IS ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 27, 2015.

*J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE