FILED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

06 JUN 19 PM 3: 26

... ...JRT
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF LA

In re: )
)
) Chapter 11
J. GRAVES INSULATION COMPANY, INC., ) Case No. 03-13475
)
Debtor. )
)

## ORDER DISMISSING CHAPTER 11 CASE

Upon due consideration of the Motion of Nutmeg Insurance Company and First State Insurance Company to Dismiss Chapter 11 Case, dated May 15, 2006; the Court having reviewed the Motion and determined that sufficient cause exists to dismiss the case, and that the relief requested in the Motion is in the best interest of the Debtor's creditors and the parties in interest hereto; and it appearing that proper and adequate notice of the Motion and the hearing thereon has been given, and no other or further notice is necessary;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion shall be, and hereby is, GRANTED.

2. The case styled <u>In re J. Graves Insulation Company, Inc.</u>, Case No. 03-13475, pending before the Court, is hereby DISMISSED.

Honorable Stephen V. Callaway
United States Bankruptcy Judge

COPY SENT
Date: 6-21-06
By: [signature]
To: [illegible]