```
                   CIVIL DISTRICT COURT

                FOR THE PARISH OF ORLEANS

                    STATE OF LOUISIANA


NO. 2017-1117                              DIVISION "J"


             NELCOME JOSEPH COURVILLE, JR.


                        VERSUS


         LAMORAK INSURANCE COMPANY, ET AL.


                      *    *    *


       Videotaped Perpetuation Deposition of
NELCOME JOSEPH COURVILLE, JR., given at the
offices of Roussel & Clement, 1550 West
Causeway Approach, Mandeville, Louisiana 70471,
on March 20th, 2017.


REPORTED BY:

         JOSEPH A. FAIRBANKS, JR., CCR, RPR
         CERTIFIED COURT REPORTER #75005
VIDEOGRAPHER:
         KEN HART (HART VIDEO OF LOUISIANA)
```

**JOHNS, PENDLETON, FAIRBANKS & FREESE**
CERTIFIED COURT REPORTERS
315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

Page 21

1  one was Todd -- Mauis Todd Courville; Anthony
2  Courville; Mike Courville; and Eric Courville.
3     Q. And I understand one of your children
4  is deceased?
5     A. Yeah. That was Tony.
6     Q. Okay. And your other three children,
7  are you close to those children?
8     A. Yes, ma'am. Very close.
9     Q. In fact, after you became ill, did one
10 of them --
11    A. One moved in -- the oldest one moved
12 in with my wife to help me.
13    Q. Now, we're here today because you've
14 been diagnosed with mesothelioma.
15    A. Yes, ma'am.
16    Q. And how did you come to be diagnosed
17 with mesothelioma?
18    A. Well, I started getting some pain in
19 my chest and my side. And I was working as a
20 consultant, and I got to where I couldn't
21 hardly get in and out of the truck to go to
22 work.
23       Then I started getting this bad chest
24 cold. So, I went to a ENT. He put me on
25 antibiotics, and he wanted to x-ray my lung.

Page 22

1  He heard something in my lungs, and two days
2  later he called me -- well, sent me a letter,
3  told me to go see Dr. Heinz, a pulmonary
4  doctor. And that's when Dr. Heinz found all
5  the fluid on me. And he took out 700 cc's of
6  fluid that day. And I went back the next --
7  four days later he took out 800. And that's
8  when he decided to call this surgeon
9  Dr. Cassidy.
10      And I went in there for biopsy. And
11 that's whenever they told me I had this
12 mesothelioma.
13    Q. And when was that, sir, when you had
14 the biopsy?
15    A. That was after Thanksgiving. I think
16 the day after Thanksgiving.
17    Q. November 25th?
18    A. November 25th. Yes, ma'am.
19    Q. This past November?
20    A. Yes, ma'am.
21    Q. 2016?
22    A. Yes, ma'am.
23    Q. Now, when your doctor diagnosed you
24 with mesothelioma, you were ultimately sent to
25 an oncologist?

Page 23

1     A. Yes, ma'am. That was, um --
2  Dr. Cassidy. She was the surgeon. And that's
3  whenever she -- they told me I couldn't -- I
4  couldn't have the surgery because of my age and
5  my heart trouble. But she said she needed to
6  go in -- now, this was after the autopsy. She
7  had to go into my lung and scrape that -- that
8  stuff that's on my lung, and put that -- they
9  call it a talcum powder or something. And
10 that's how they got the fluid off of me, and,
11 uh -- sent me home three days later.
12    Q. You were ultimately sent to a cancer
13 specialist?
14    A. Yes, ma'am.
15    Q. Dr --
16    A. Dr. Miletello.
17    Q. And Dr. Miletello.
18    A. Yes, ma'am.
19    Q. Now, when you were diagnosed with
20 mesothelioma, did those doctors tell you what
21 that was caused by?
22    A. They told me it was caused by
23 asbestos.
24    Q. And where did you -- where were you
25 exposed to asbestos?

Page 24

1     A. Well, just in all the plants that I
2  had worked at in the early sixties and
3  seventies. And some on pipelines, because we
4  have to knock the coating off. And back then
5  we didn't know, you know. We had a lot of
6  Somastic and a lot of other type of coating
7  that we didn't know what was in it, you know,
8  we -- we just did it. You know.
9     Q. Now, you said Somastic. Where did the
10 Somastic come from?
11    A. Well, it -- a lot of it come out of
12 Harvey; H.C. Price, Bretto -- something like
13 that. And, um -- that was mostly for wetlands,
14 to sink the pipe.
15    Q. Now, you said you also worked in
16 various plants.
17    A. Oh, yes. All up and down the river.
18    Q. Now, when you were in these plants,
19 did you see insulation contractors in those
20 plants?
21    A. Yes, ma'am.
22       DEFENSE COUNSEL:
23          Objection. Leading.
24 EXAMINATION BY MS. ROUSSEL:
25    Q. When you were in the plant, how were

Page 25

1  you exposed to asbestos?
2       DEFENSE COUNSEL:
3           Objection. Lack of foundation.
4  EXAMINATION BY MS. ROUSSEL:
5       Q. You can answer. They're just
6  objecting.
7       A. Oh, okay. Well, we were working right
8  side by side with insulators. And it all
9  depends if we was in a shutdown or new
10 construction. A lot of times we'd start in a
11 top rack to lay the pipe and stuff, and then
12 insulators would come in and get above us and
13 do the insulation. Which we didn't -- I didn't
14 think it bothered us at the time. But that's
15 mostly when they would -- they would do it
16 right behind pipe inspection. After the welds
17 were done, then they'd bring the insulators in.
18      Q. Now, these various insulation
19 contractors, who were the insulation
20 contractors who would have exposed you?
21      DEFENSE COUNSEL:
22          Objection. Lack of foundation.
23      DEFENSE COUNSEL:
24          Object to the form.
25 EXAMINATION BY MS. ROUSSEL:

Page 26

1       Q. Since there was an objection, let me
2  ask it again.
3           Who were the insulation contractors
4  that you worked around in those various plants?
5       DEFENSE COUNSEL:
6           Object to the form.
7       DEFENSE COUNSEL:
8           Objection. Lack of foundation.
9           Leading.
10      A. Answer?
11 EXAMINATION BY MS. ROUSSEL:
12      Q. Yes.
13      A. You had Anco, McCarty, you had Eagle,
14 you had, um -- Benton something --
15 Reilly-Benton, the ones I can remember seeing
16 on the boxes and stuff like that.
17      Q. Any others?
18      A. Eagle.
19      Q. Okay. Now, you said that you worked
20 around insulators employed by those companies,
21 but you also said something about the boxes.
22          And what about the boxes?
23      DEFENSE COUNSEL:
24          Objection. Leading.
25      A. Well, whenever they'd come in they'd

Page 27

1  just drop the boxes off by the pipe racks so
2  these insulators wouldn't have to go, you know,
3  and get 'em. And, um -- and that's -- I mean,
4  a lot of times we had to move the boxes out of
5  our way.
6           And on the boxes they always had
7  names, you know. And then they had some, um --
8  I know they put the white stuff around it, and
9  they put that paste on there. And I had a
10 couple of friends of mine that did that. They
11 deceased now, but -- and it was like a paste.
12 It would be gray, but it would turn white
13 before they would put the aluminum on it.
14 EXAMINATION BY MS. ROUSSEL:
15      Q. And who --
16      DEFENSE COUNSEL:
17          Object to the nonresponsive
18      portion.
19 EXAMINATION BY MS. ROUSSEL:
20      Q. Who manufactured this paste?
21      A. Um --
22      DEFENSE COUNSEL:
23          Objection. Foundation.
24      A. I know it was a 8127. Reilly-Benton,
25 something -- I don't know.

Page 28

1  EXAMINATION BY MS. ROUSSEL:
2       Q. Now, you said that you remembered a
3  number on it --
4       A. Yeah.
5       Q. -- 8127.
6       A. Yeah.
7       Q. What did it come in?
8       A. In buckets. Like 5 gallon buckets.
9       Q. And the insulators used this?
10      A. Yes, ma'am.
11      DEFENSE COUNSEL:
12          Object to form. Leading.
13      DEFENSE COUNSEL:
14          Objection.
15 EXAMINATION BY MS. ROUSSEL:
16      Q. And tell me -- you said that you
17 worked around these insulators. And who's
18 names were on the various insulation products?
19      DEFENSE COUNSEL:
20          Objection. Leading.
21 EXAMINATION BY MS. ROUSSEL:
22      Q. Was it these same companies' names?
23      A. Yes, ma'am.
24      DEFENSE COUNSEL:
25          Objection. Foundation.

```
 1
 2                    REPORTER'S CERTIFICATE
 3
 4          NOTE: This transcript certification is
    valid only when accompanied by my original
 5  signature over my state seal.
 6
 7          I, JOSEPH A. FAIRBANKS, JR., CCR, RPR,
    Certified Court Reporter in and for the State
 8  of Louisiana, as the officer before whom the
    foregoing was taken, do hereby certify:
 9          That the witness was sworn by me upon
    authority of R.S. 37:2554 and did testify as
10  set forth in the foregoing pages;
            That said proceeding and testimony was
11  reported by me in the stenotype reporting
    method, was thereafter transcribed and prepared
12  by me or under my personal direction and
    supervision, and is a true and correct
13  transcription to the best of my ability and
    understanding;
14          That this transcript was prepared in
    compliance with transcript format guidelines
15  established by statute or by rules of the
    Board;
16          That I am knowledgeable of the
    arrangements, financial and otherwise, with the
17  person on entity arranging for reporting
    services, and that I have acted in compliance
18  with the prohibition on contractural
    relationships as defined by the Louisiana Code
19  of Civil Procedure Article 1434 and in rules
    and advisory opinions of the Board;
20          That I am not related to counsel or to
    the parties herein, nor am I otherwise
21  interested in the outcome of this matter.
22
23  _____
24  JOSEPH A. FAIRBANKS, JR., CCR, RPR
25  CERTIFIED COURT REPORTER NO. 75005
```