```
 1              CIVIL DISTRICT COURT
 2            FOR THE PARISH OF ORLEANS
 3               STATE OF LOUISIANA
 4
 5   NO. 2017-1117                    DIVISION "J"
 6
 7        NELCOME JOSEPH COURVILLE, JR.
 8
 9                    VERSUS
10
11     LAMORAK INSURANCE COMPANY, ET AL.
12
13               *    *    *
14            (V O L U M E  II)
15        Videotaped Discovery Deposition of
16   NELCOME JOSEPH COURVILLE, JR., given at the
17   offices of Roussel & Clement, 1550 West
18   Causeway Approach, Mandeville, Louisiana 70471,
19   on March 21st, 2017.
20
21   REPORTED BY:
22        JOSEPH A. FAIRBANKS, JR., CCR, RPR
23        CERTIFIED COURT REPORTER #75005
24   VIDEOGRAPHER:
25        KEN HART (HART VIDEO OF LOUISIANA)
```

*ORIGINAL*

Page 21

1  stories, maybe three stories high. A pretty
2  good size boiler. They were big. Huge.
3      Q. Now, were you doing anything on this
4  job other than -- or on these jobs, if it was
5  more than one shutdown, other than running pipe
6  up to the first flange of the boiler?
7      A. No. We did other -- we did other
8  jobs, running pipe in the racks.
9      Q. And you had testified in general about
10 your work around boilers in response to
11 Ms. Roussel's questions yesterday, that you
12 believe you were exposed to asbestos by the
13 pipe insulators working around you, for one
14 thing. Correct?
15     A. Yes, sir. And they were all over.
16     Q. And was that true with respect to your
17 work at Shell Norco?
18     A. Yes, sir.
19     Q. Do you know who the insulators on
20 those shutdowns worked for?
21     A. I know you had -- you had Anco was in
22 a lot of places. You had Eagle was in a lot of
23 places.
24         DEFENSE COUNSEL:
25            Objection. Nonresponsive.

Page 22

1      A. Um -- it's hard to say, that I can
2  remember, who was there. Because they was all
3  in there. I mean, all in the units. Um --
4  Reilly-Benton, for sure. And Taylor back --
5  Taylor-Seidenbach, whatever that name was.
6  That's about all I can remember.
7  EXAMINATION BY MR. HOLMES:
8      Q. And did you work around the
9  boilermakers when you did shutdowns at Shell
10 Norco?
11     A. Yes.
12     Q. What work were they doing?
13     A. They were actually taking the, um --
14 the flanges, unbolting everything, running --
15 you know, working on the boilers theirself to
16 get into the boilers. And we would work like a
17 compositive crew with 'em to get the flanges
18 apart so we could go ahead and get 'em ready
19 to, um -- refabricate or redo the piping to it.
20        MS. ROUSSEL:
21            Can I -- one second?
22            (Off the record.)
23 EXAMINATION BY MR. HOLMES:
24     Q. Mr. Courville, other than the work
25 that you were doing on the pipes, and that the

Page 23

1  in insulators were doing on the pipes, and that
2  the boilermakers did unbolting the flanges to
3  get into the boilers, was any other insulation
4  work being done on or around the boilers at
5  Shell Norco?
6      A. Yes, sir. I mean, all -- they were
7  all doing -- once the, um -- once the boilers
8  were good to go, and our flanges were fitted,
9  they started insulating. I mean, that -- you
10 know.
11     Q. And are we talking about the pipe
12 insulation at that point, or are you talking
13 about something else?
14     A. Pipe and the boilers.
15     Q. Okay. And what insulation work was
16 being done on boiler itself?
17     A. On the boiler itself.
18     Q. I understand. But what type of
19 insulation? We've talked about insulators
20 putting insulation on pipes. When insulation
21 is put on the boilers --
22     A. It's like some blocks, um -- that they
23 would fit around that boiler, whatever. All I
24 know is it was stuff they were putting on
25 there.

Page 24

1      Q. What did the block look like?
2      A. It was white.
3      Q. And who was putting that on the
4  boiler; was it the insulators we talked about
5  before?
6      A. The insulators. The insulators.
7      Q. And the insulators did that instead of
8  the boilermakers?
9      A. Yes, sir.
10     Q. Do you know who manufactured any of
11 that block insulation that was put on the
12 boilers?
13     A. All I saw was boxes out there. I
14 mean, I named a few of the ones that had the
15 insulation for piping, and I presume that was
16 the same ones.
17     Q. Do you remember the names of any of
18 your coworkers when you worked at Shell Norco
19 on the shutdowns we're talking about?
20     A. I tried yesterday, and I couldn't --
21 most of them were out of New Orleans local, and
22 I didn't know 'em.
23     Q. Did you work around any particular
24 area of the boiler, such as top, bottom, left,
25 right?

376

## REPORTER'S CERTIFICATE

NOTE: This transcript certification is valid only when accompanied by my original signature over my state seal.

I, JOSEPH A. FAIRBANKS, JR., CCR, RPR, Certified Court Reporter in and for the State of Louisiana, as the officer before whom the foregoing was taken, do hereby certify:

That the witness was sworn by me upon authority of R.S. 37:2554 and did testify as set forth in the foregoing pages;

That said proceeding and testimony was reported by me in the stenotype reporting method, was thereafter transcribed and prepared by me or under my personal direction and supervision, and is a true and correct transcription to the best of my ability and understanding;

That this transcript was prepared in compliance with transcript format guidelines established by statute or by rules of the Board;

That I am knowledgeable of the arrangements, financial and otherwise, with the person on entity arranging for reporting services, and that I have acted in compliance with the prohibition on contractural relationships as defined by the Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the Board;

That I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

*/s/ J. Fairbanks Jr.*

JOSEPH A. FAIRBANKS, JR., CCR, RPR

CERTIFIED COURT REPORTER #75005