This exclusion modifies the provisions of this policy
INSURANCE OTHER THAN COMPREHENSIVE PERSONAL

This policy does not apply:
a. Under any Liability Coverage, to bodily injury or property damage:

# GENERAL LIABILITY POLICY

## STANDARD PROVISIONS

A Stock Insurance Company, herein called the Company

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the Named Insured as follows:

## COVERAGE

Coverage is afforded under this policy in accordance with the specific Coverage Parts identified in the Declarations as being a part of this policy.

## SUPPLEMENTARY PAYMENTS

The Company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the Company, all costs taxed against the Insured in any suit defended by the Company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the Company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the Company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required

of the Insured because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the Company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the Insured for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the Insured at the Company's request in assisting the Company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

## DEFINITIONS

When used in this policy (including endorsements forming a part hereof):

"automobile" means a land motor vehicle, trailer or semitrailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"collapse hazard" includes "structural property damage" as defined herein and property damage to any other property at any time resulting therefrom. "Structural property damage" means the collapse of or structural injury to any building or structure due to (1) grading of land, excavating, borrowing, filling, back-filling, tunnelling, pile driving, cofferdam work or caisson work or (2) moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof. The collapse hazard does not include property damage (1) arising out of operations performed for the Named Insured by independent contractors, or (2) included within the completed operations hazard or the underground property damage hazard, or (3) for which liability is assumed by the Insured under an incidental contract;

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the Named Insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the Named Insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the Named Insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the Company's manual specifies "including completed operations";

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hoist or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and have a compartment height not exceeding four feet;

This is to certify that this is a true copy of our copy of the policy. We believe this to be an actual copy of the original policy. The original policy is held by the insured.

*April T. Rulh*

April T. Rulh

## DEFINITIONS CONTINUED

"explosion hazard" includes property damage arising out of blasting or explosion. The explosion hazard does not include property damage (1) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) arising out of operations performed for the Named Insured by independent contractors, or (3) included within the completed operations hazard or the underground property damage hazard, or (4) for which liability is assumed by the Insured under an incidental contract;

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) side-track agreement, or (5) elevator maintenance agreement;

"Insured" means any person or organization qualifying as an Insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each Insured against whom claim is made or suit is brought, except with respect to the limits of the Company's liability;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the Named Insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"Named Insured" means the person or organization named in the declarations of this policy;

"Named Insured's products" means goods or products manufactured, sold, handled or distributed by the Named Insured or by others trading under his name, including any container thereof (other than a vehicle), but "Named Insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"occurrence" means an accident, including continuous or repeated exposure to conditions, which results in bodily injury or property damage neither expected nor intended from the standpoint of the Insured;

"policy territory" means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory;

"products hazard" includes bodily injury and property damage arising out of the Named Insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the Named Insured and after physical possession of such products has been relinquished to others;

"property damage" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrance during the policy period;

"underground property damage hazard" includes underground property damage as defined herein and property damage to any other property at any time resulting therefrom. "Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving. The underground property damage hazard does not include property damage (1) arising out of operations performed for the Named Insured by independent contractors, or (2) included within the completed operations hazard, or (3) for which liability is assumed by the Insured under an incidental contract.

# NUCLEAR ENERGY LIABILITY EXCLUSION
## (BROAD FORM)

This exclusion modifies the provisions of this policy relating to ALL LIABILITY AND MEDICAL PAYMENTS INSURANCE OTHER THAN COMPREHENSIVE PERSONAL AND FARMER'S COMPREHENSIVE PERSONAL INSURANCE.

This policy does not apply:

a. Under any Liability Coverage, to bodily injury or property damage:

    (1) with respect to which an Insured under the policy is also an Insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, or Nuclear Insurance Association of Canada, or would be an Insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    (2) resulting from the hazardous properties of nuclear material and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the Insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

b. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to bodily injury resulting from the hazardous properties of nuclear material and arising out of the operation of a nuclear facility by any person or organization;

c. Under any Liability Coverage, to bodily injury or property damage resulting from the hazardous properties of nuclear material, if:

    (1) the nuclear material (a) is at any nuclear facility owned by, or operated by or on behalf of, an insured, or (b) has been discharged or dispersed therefrom;

    (2) the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an Insured; or

    (3) the bodily injury or property damage arises out of the furnishing by an Insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions, or Canada, this exclusion (3) applies only to property damage to such nuclear facility and any property threat;

d. As used in this Exclusion:

    (1) "Hazardous properties" include radioactive, toxic or explosive properties;

    (2) "Nuclear material" means source material, special nuclear material or by-product material;

    (3) "Source material", "special nuclear material" and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

    (4) "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

    (5) "Waste" means any waste material (a) containing by-product material other than tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content, and (b) resulting from the operation by any person or organization of any nuclear facility included under the first two paragraphs of the definition of nuclear facility.

    (6) "Nuclear facility" means: (a) any nuclear reactor; (b) any equipment or device designed or used for (i) separating the isotopes of uranium or plutonium, (ii) processing or utilizing spent fuel, or (iii) handling, processing or packaging waste;(c) any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the Insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235; (d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste; and (e) includes the site on which any of the foregoing is located, all operations conducted on such site, and all premises used for such operations;

    (7) "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

    (8) "Property damage" includes all forms of radioactive contamination of property.

# CONDITIONS

## 1. Premium

All premiums for this policy shall be computed in accordance with the Company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the Named Insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the Company shall return to the Named Insured the unearned portion paid by the Named Insured.

The Named Insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the Company at the end of the policy period and at such times during the policy period as the Company may direct.

## 2. Inspection and Audit

The Company shall be permitted but not obligated to inspect the Named Insured's property and operations at any time. Neither the Company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the Named Insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The Company may examine and audit the Named Insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

## 3. Financial Responsibility Laws

When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The Insured agrees to reimburse the Company for any payment made by the Company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

## 4. Insured's Duties in the Event of Occurrence, Claim or Suit

    (a) In the event of an occurrence, written notice containing particulars sufficient to identify the Insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the Insured to the Company or any of its authorized agents as soon as practicable.

    (b) If claim is made or suit is brought against the Insured, the Insured shall immediately forward to the Company every demand, notice, summons or other process received by him or his representative.

    (c) The Insured shall cooperate with the Company and, upon the Company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the Insured because of injury or damage with respect to which insurance is afforded under this policy; and the Insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The Insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

## CONDITIONS CONTINUED

**5. Action Against Company**

No action shall lie against the Company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the Insured's obligation to pay shall have been finally determined either by judgment against the Insured after actual trial or by written agreement of the Insured, the claimant and the Company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the Company as a party to any action against the Insured to determine the Insured's liability, nor shall the Company be impleaded by the Insured or his legal representative. Bankruptcy or insolvency of the Insured or of the Insured's estate shall not relieve the Company of any of its obligations hereunder.

**6. Other Insurance**

The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the Insured has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the Company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the Company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

(a) Contribution by Equal Shares. If all of such other valid and collectible insurance provides for contribution by equal shares, the Company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

(b) Contribution by Limits. If any of such other insurance does not provide for contribution by equal shares, the Company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

**7. Subrogation**

In the event of any payment under this policy, the Company shall be subrogated to all the Insured's rights of recovery therefor against any person or organization and the Insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The Insured shall do nothing after loss to prejudice such rights.

**8. Changes**

Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the Company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

**9. Assignment**

Assignment of interest under this policy shall not bind the Company until its consent is endorsed hereon; if, however, the Named Insured shall die, such insurance as is afforded by this policy shall apply (1) to the Named Insured's legal representative, as the Named Insured, but only while acting within the scope of his duties as such, and (2) with respect to the property of the Named Insured, to the person having proper temporary custody thereof, as Insured, but only until the appointment and qualification of the legal representative.

**10. Three Year Policy**

If this policy is issued for a period of three years any limit of the Company's liability stated in this policy as "aggregate" shall apply separately to each consecutive annual period thereof.

**11. Cancellation**

This policy may be cancelled by the Named Insured by surrender thereof to the Company or any of its authorized agents or by mailing to the Company written notice stating when thereafter the cancellation shall be effective. This policy may be cancelled by the Company by mailing to the Named Insured at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the Named Insured or by the Company shall be equivalent to mailing.

If the Named Insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the Company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

**12. Declarations**

By acceptance of this policy, the Named Insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the Company or any of its agents relating to this insurance.

---

IN WITNESS WHEREOF, the INSURANCE COMPANY OF NORTH AMERICA has caused this policy to be signed by its President and a Secretary at Philadelphia, Pennsylvania, and countersigned on the Declarations page by a duly Authorized Agent of the Company.

HARRY E. HOYT, Secretary

DONALD G. HETH, President

R. Tucker Fitzhugh
New Orleans, La.
GL 17½% Comm.        J-M1

☒ New  ☐ Renewal  ☐ Rewrite of:   New

## INSURANCE COMPANY OF NORTH AMERICA   GENERAL LIABILITY POLICY

**Named Insured**

REILLY BENTON CO., INC.
**Address** (See Attached Endorsement)
1645 Tchoupitoulas Street
New Orleans, Louisiana

The Named Insured is:
☐ Individual  ☐ Partnership  ☒ Corporation
☐ Joint Venture  ☐ (Other)

Policy Period: From January 1, 1977 to January 1, 1978   12:01 A.M., standard time at the address of the Named Insured as stated herein.

Occupation: Retail

Audit Period: Annual, unless otherwise stated

The insurance afforded is only with respect to such of the following Parts and Coverages therein are indicated by ☒. The limit of the Company's liability against each such Coverage shall be as stated herein subject to all of the terms of the policy having reference thereto.

LIMITS OF LIABILITY

| | Bodily Injury Liability | | Property Damage Liability | |
|---|---|---|---|---|
| | each occurrence | aggregate | each occurrence | aggregate |
| ☒ Comprehensive General Liability Insurance | See Attached endorsement | | | |
| ☐ Owners', Landlords' and Tenants' Liability Insurance | | | | |
| ☐ Structural Alternations, New Construction, Demolition | | | | |
| ☐ Manufacturers' and Contractors' Liability Insurance | | | | |
| ☐ Independent Contractors | | | | |
| ☐ Completed Operations and Products Liability Insurance | | | | |
| ☐ Contractual Liability Insurance | | | | |
| ☐ | | | | |
| ☐ | | | | |
| ☐ | | | | |

| | Personal Liability | Personal Medical Payments | |
|---|---|---|---|
| | each occurrence | each person | each accident |
| ☐ Comprehensive Personal Insurance | $ | $ | $ |
| ☐ Farmer's Comprehensive Personal Insurance | | | |

| | Physical Damage to Property | Animal Collision—Farmer's Part Only |
|---|---|---|
| | $              each occurrence | Market Value not exceeding $300 each animal |

| | each person | each accident |
|---|---|---|
| ☐ Premises Medical Payments Insurance | $ | $ |

| | each person aggregate | general aggregate |
|---|---|---|
| ☐ Personal Injury Liability Insurance | $ | $ |

Endorsements attached to policy at inception: LD3170, GL102, LC937, LC985, GL215, GL218

During the past three years no insurer has cancelled insurance, issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein:

| TOTAL ADVANCE PREMIUM ► $ 7,566. | |
|---|---|
| Effective Date | $ |
| 1st Anniversary | $ |
| 2nd Anniversary | $ |

If the Policy Period is more than one year and the premium is to be paid in installments, premium is payable on:

RW/of  2/8/77

Countersigned By _____
                              Authorized Agent

This Declarations and Coverage Part(s), with Policy Standard Provisions and Endorsements, if any, issued to form a part thereof, completes the above numbered policy.

GL-177  Printed in U.S.A.

► Issued by.................................... **Insurance Company Of North America**

(Name of Insurance Company)

This Endorsement, effective     Forms a part of Policy No.     Issued to:

► June 9, 1977     ► GLP 59 58 06     ► REILLY BENTON CO., INC., et al

Insert the policy number. The remainder of the information is to be completed only
when this endorsement is issued subsequent to the preparation of the policy.

In consideration of a return premium of $36. ($15. BI, $21. PD), it is
understood and agreed the policy is amended to delete the following:

Delete:

| Code | Premium Bases | Rates BI | PD | Rates BI | PD |
|------|------|------|------|------|------|
| 1-44616 | f) 1 | Flat Charge | | $27. | $38. |

P/R   .564

R. Tucker Fitzhugh & Co.,Inc. (580)

ew/of
6/17/77

_____
Authorized Agent

▶ Issued by .......................... **Insurance Company of North America**

(Name of Insurance Company)

This Endorsement, effective     Forms a part of Policy No.     Issued to:

▶ May 18, 1977       ▶ GLP 59 58 06       ▶ REILLY BENTON CO., INC.

Insert the policy number. The remainder of the information is to be completed only
when this endorsement is issued subsequent to the preparation of the policy.

In consideration of an additional premium of $171. ($ 71. BI,

$100. PD), it is understood and agreed the policy is amended

to include the following:

| Code | Classification | Premium Bases | Rates BI   PD | Premium BI   PD |
|---|---|---|---|---|
| 1-44616 | Boats-private passenger-motor or sail-non-owned | f) 1 | Flat charge | 27.   38. |
| | | | P/R .625 | |



R Tucker Fitzhugh & Co., Inc. (580)

ew/em   6/2/77

_____

Authorized Agent

▶ Issued by ............................ **Insurance Company Of North America** ......................................

(Name of Insurance Company)

This Endorsement, effective      Forms a part of Policy No.      Issued to:

▶   **Jan. 1, 1977**      ▶ **GLP 59 58 06**      ▶   REILLY BENTON CO., INC., et al

Insert the policy number. The remainder of the information is to be completed only
when this endorsement is issued subsequent to the preparation of the policy.


In consideration of premium charged, it is understood
and agreed policy period is amended to read as follows:


January 1, 1977 to January 1, 1978


R. Tucker Fitzhugh & Co., Inc. (580)

mm/of   8/2/77


_____

Authorized Agent

► Issued by .................................................. **Insurance Company Of North America** ....................................................
(Name of Insurance Company)

This Endorsement, effective      Forms a part of Policy No.      Issued to:

► May 18, 1977      ► GLP 59 58 06      ► REILLY BENTON CO., INC., et al

Insert the policy number. The remainder of the information is to be completed only
when this endorsement is issued subsequent to the preparation of the policy.


In consideration of a return premium of $171. ($71. BI & $100. PD),
it is understood and agreed endorsement CC2508 issued effective
May 18, 1977 is hereby made Null & Void.


mm/of    8/2/77             R. Tucker Fitzhugh & Co., Inc. (580)

_____
Authorized Agent

▶ Issued by .................. **Insurance Company Of North America**

(Name of Insurance Company)

This Endorsement, effective          Forms a part of Policy No.          Issued to:

▶ June 9, 1977          ▶ GLP 59 58 06          ▶ REILLY BENTON CO., INC., et al

Insert the policy number. The remainder of the information is to be completed only
when this endorsement is issued subsequent to the preparation of the policy.

In consideration of an additional premium of $36.($15. BI & $21. PD),
it is understood and agreed Endorsement CC2508 issued effective
June 9, 1977 is hereby made Null & Void.



mm/of   8/2/77          R. Tucker Fitzhugh & Co. Inc.(580)

_____

Authorized Agent

▶ Issued by .................. **Insurance Company Of North America** ............................

(Name of Insurance Company)

This Endorsement, effective          Forms a part of Policy No.          Issued to:

▶ May 19, 1977          ▶ GLP 59 58 06          ▶ REILLY BENTON CO., INC., et al

Insert the policy number. The remainder of the information is to be completed only
when this endorsement is issued subsequent to the preparation of the policy.

In consideration of an additional premium Subject To Audit, it is understood
and agreed the limits of liability for the job for Murphy Oil Co. & Burden
Construction Corp. as General Contractor are amended as follows:

Limits of Liability $500,000.

| Code | Rates BI | PD |
|------|------|------|
| 3-16292 | .045 | .030 |
| 5-50991 | .476 | .261 |
| 5-32904 | .254 | .575 |
| 7-15161 | .477 | .629 |
| 1-59993 | | |
| 1645 Tchoupitoulas, N.O. La. | .744 | .057 |
| 401 Richards St. N.O. La. | .744 | .057 |
| 7716 Commerce St.- Baton Rouge | .635 | .057 |
| 1-44616 | 27.108 | 38.00 |
| 3-16281 | .022 | .025 |

mm/of   8/2/77          R. Tucker Fitzhugh & Co., Inc. (580)

_____

Authorized Agent

▶ Issued by ................................... Insurance Company Of North America ...................................
(Name of Insurance Company)

This Endorsement, effective          Forms a part of Policy No.          Issued to:

▶ May 18, 1977          ▶ GLP 59 58 06          ▶ REILLY BENTON CO., INC., et al

Insert the policy number. The remainder of the information is to be completed only
when this endorsement is issued subsequent to the preparation of the policy.

In consideration of an additional premium of $35. ($15. BI & $20. PD),
it is understood and agreed the following is added:

| Code | Classification | Premium Bases | Rates BI | PD | Premium BI | PD |
|------|----------------|---------------|----------|-----|------------|-----|
| 1-44616 | Boats-Private Passenger | f)1 | Flat Charge | | 24. | |
| | Motor or Soil Non-Owned | | | | | 32. |

P/R  .625

mm/of  8/2/77

R. Tucker Fitzhugh & Co., Inc. (580)

_____
Authorized Agent

▶ Issued by ........................ **Insurance Company of North America** ..............................
(Name of Insurance Company)

This Endorsement, effective     Forms a part of Policy No.     Issued to:

▶ **May 19, 1977**          ▶ **GLP 59 58 06**          ▶ **REILLY BENTON CO., INC., et al**

Insert the policy number. The remainder of the information is to be completed only
when this endorsement is issued subsequent to the preparation of the policy.

AUG 1 5 1977

It is understood and agreed Endorsement CC2508,

effective 5/19/77 is amended as follows:

| Code | Rate BI |
|------|---------|
| 3-16281 | .035 |

Violation #175442



MM/fw 8-9-77

R. Tucker Fitzhugh & Co. Inc.  (580)

Authorized Agent

► Issued by .........................................................................................................................................................................
(Name of Insurance Company)

This Endorsement, effective          Forms a part of Policy No.          Issued to:

►          ► GLP 59 58 06          ►

Insert the policy number. The remainder of the information is to be completed only
when this endorsement is issued subsequent to the preparation of the policy.

### NAMED INSURED

Reilly Benton Co., Inc.
The Peabody Co.
Filter Service Co.
Cecon, Inc.
Reilly Benton Co.
Profit Sharing Trust Fund

Authorized Agent

**INA**

# SINGLE LIMIT OF LIABILITY
## (Separate Aggregates)

Named Insured _____

Effective _____  Policy No. GLP 59 58 06

Issuing Company _____

The above is required to be completed only when this endorsement is issued subsequent to the preparation of the policy.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE
### COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
### CONTRACTUAL LIABILITY INSURANCE
### MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
### OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
### OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE

## SCHEDULE

| Coverages | LIMITS OF LIABILITY | |
|---|---|---|
| | EACH OCCURRENCE | AGGREGATE |
| Bodily Injury Liability and Property Damage Liability Combined | $ 300,000. | $ 300,000. |

It is agreed that the provisions of the policy captioned ''LIMITS OF LIABILITY'' relating to Bodily Injury Liability and Property Damage Liability are amended to read as follows:

### LIMITS OF LIABILITY

Regardless of the number of (a) Insureds under this policy, (b) persons or organizations who sustain bodily injury or property damage, or (c) claims made or suits brought on account of bodily injury or property damage, the Company's liability is limited as follows:

1. The total liability of the Company for all damages because of bodily injury, including damages for care and loss of services, or property damage, or both combined, sustained by one or more persons or organizations as the result of any one occurrence, shall not exceed the limit of liability stated in the Schedule of this endorsement as applicable to ''each occurrence.''

2. Subject to the above provision respecting ''each occurrence'', the total liability of the Company for all damages because of bodily injury, including damages for care and loss of services, or property damage, or both combined, which occurs during each annual period while this policy is in force commencing from the effective date and which is described in any of the lettered subparagraphs below shall not exceed the limit of liability stated in the Schedule of this endorsement as ''aggregate'':

   (a) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (b) below;

   (b) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (b) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

   (c) all bodily injury and property damage included within the completed operations hazard and all bodily injury and property damage included within the products hazard;

   (d) all property damage for which liability is assumed under any contract to which the Contractual Liability Insurance applies.

   Such aggregate limit shall apply separately:

   (i) to the property damage described in subparagraphs (a) and (b) and separately with respect to each project away from premises owned by or rented to the named insured;

   (ii) to the sum of the damages for all bodily injury and property damage described in subparagraph (c); and

   (iii) to the property damage (a) described in subparagraph (d) and (b) separately with respect to each project away from premises owned by or rented to the named insured.

   Provided, however, subparagraph 2 (d) and (iii) (a) apply only when this endorsement modifies Contractual Liability Insurance.

3. For the purpose of determining the limit of the Company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

_____

Authorized Agent

**INA**

## COMPREHENSIVE GENERAL LIABILITY INSURANCE

| ADDITIONAL DECLARATIONS | Policy No. **GLP 59 58 06** |
|---|---|

### SCHEDULE

Location of all premises owned by, rented to or controlled by
the Named Insured_____ **See Attached Schedule**

Interest of Named Insured in such premises    ☐ Owner    ☐ General Lessee    ☐ Tenant

Part occupied by Named Insured_____ **As Applicable**

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

| Code No. — Description of Hazards | Premium Bases | B.I. Rates | P.D. Rates | Bodily Injury Advance Premiums | Property Damage Advance Premiums |
|---|---|---|---|---|---|
| **Premises—Operations** | | | | | |
| See Attached Schedule | | | | 1746. | 1858. |
| Increased Limits Charge | | | | | 10. |
| Contractual Liability Endorsement | | | | 35.mp | 29.mp |
| Broad Form Property Damage | | | | | 504. |
| Fire Legal Liability | | | | 59. | |
| | (a) Area (Sq. Ft.) / (b) Frontage / (c) Admissions / (d) Remuneration / (e) Receipts / (f) Units | (a) Per 100 Sq. Ft. of Area / (b) Per Linear Foot / (c) Per 100 Admissions / (d) Per $100 of Remuneration / (e) Per $100 of Receipts / (f) Per Unit | | | |
| **(Single Limits Discount Applied)** | | | | | |
| Escalators (Number at Premises) | Number Insured | Per Landing | | | |
| **Excluded** | | | | | |
| Independent Contractors 3-16292-Construction Operations-owner-N.O.C.(not railroads) excluding operations on board ships | Cost  If any | Per $100 of Cost  .027 | .026 | 15.mp | 18.mp |
| Completed Operations | (a) Receipts | (a) Per 1000 of Receipts | | | |
| **Included** | | | | | |
| Products 5-50991-Stores or Dealers-Wholesale-not food or drink | (b) Sales  4,000,000. | (b) Per $1000 of Sales  .393 | .216 | 1572. | 864. |
| 5-32904-Insulating Materials | 1,250,000. | .210 | .474 | 263. | 593. |
| Minimum Premium(s) | | TOTALS | | $ 3690. | $ 3876. |
| | | TOTAL ADVANCE PREMIUM ▶ | | $ 7566. | |

**INA**

## OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

## COVERAGE PART

### I. COVERAGE A—BODILY INJURY LIABILITY

### COVERAGE B—PROPERTY DAMAGE LIABILITY

The Company will pay on behalf of the Insured all sums which the Insured shall become legally obligated to pay as damages because of

A. bodily injury or

B. property damage

to which this insurance applies, caused by an occurrence and arising out of the ownership, maintenance or use of the insured premises and all operations necessary or incidental thereto, and the Company shall have the right and duty to defend any suit against the Insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to liability assumed by the Insured under any contract or agreement except an incidental contract; but with respect to bodily injury or property damage occurring while work performed by or on behalf of the Named Insured is in progress, this exclusion does not apply to a warranty that such work will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any automobile or aircraft owned or operated by or rented or loaned to any Insured, or

(2) any other automobile or aircraft operated by any person in the course of his employment by any Insured;

but this exclusion does not apply to the parking of an automobile on insured premises, if such automobile is not owned by or rented or loaned to any Insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any Insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any watercraft owned or operated by or rented or loaned to any Insured, or

(2) any other watercraft operated by any person in the course of his employment by any Insured;

but this exclusion does not apply to watercraft while ashore on the insured premises;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to

(1) liability assumed by the Insured under an incidental contract, or

(2) expenses for first aid under the Supplementary Payments provision;

(h) to bodily injury or property damage for which the Insured or his indemnitee may be held liable

(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

(2) if not so engaged, as an owner or lessor of premises used for such purposes,

if such liability is imposed

(i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;

but part (ii) of this exclusion does not apply with respect to liability of the Insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the Insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the Insured arising out of and in the course of his employment by the Insured or to any obligation of the Insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the Insured under an incidental contract;

(k) to property damage to

(1) property owned or occupied by or rented to the Insured,

(2) property used by the Insured, or

(3) property in the care, custody or control of the Insured or as to which the Insured is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at the insured premises;

(l) to property damage to premises alienated by the Named Insured arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from

(1) a delay in or lack of performance by or on behalf of the Named Insured of any contract or agreement, or

(2) the failure of the Named Insured's products or work performed by or on behalf of the Named Insured to meet the level of performance, quality, fitness or durability warranted or represented by the Named Insured;

but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the Named Insured's products or work performed by or on behalf of the Named Insured after such products or work have been put to use by any person or organization other than an Insured;

(n) to property damage to the Named Insured's products arising out of such products or any part of such products;

(o) to property damage to work performed by or on behalf of the Named Insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to bodily injury or property damage included within the completed operations hazard or the products hazard;

(q) to bodily injury or property damage arising out of operations on or from premises (other than the insured premises) owned by, rented to or controlled by the Named Insured, or to liability assumed by the Insured under any contract or agreement relating to such premises.

**SCHEDULE OF GENERAL LIABILITY HAZARDS**

Policy No. GLP 59 58 06

Identify locations of all premises by address (same as shown on the Declarations unless otherwise indicated below).

| Code No. | Description of Hazards | Premium Bases* | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | B.I. | P.D. | Bodily Injury | Property Damage |
| 7-15161 | Insulation Work—installation or application of acoustical or thermal insulating material in buildings or within building walls | d)325,000. | .436 | .542 | 1417. | 1762. |
| 1-59993 | Warehouses—private (mercantile)—Buildings or premises used exclusively for storing merchandise of insured where no sales operations are conducted and which are entirely separated from insured's stores or other sales places | | | | | |
| | 1645 Tchoupitoulas St. New Orleans, La. | a)32,000. | .671 | .048 | 215. | 32.mp |
| | 401 Richards St. New Orleans, La. | a) 3,000. | .671 | .048 | 28.mp | 32.mp |
| | 7716 Commerce St. Baton Rouge, La. | a)15,000. | .573 | .048 | 86. | 32.mp |

*Same Premium Bases as shown on the applicable Additional Declarations unless otherwise indicated.

| | | |
|---|---|---|
| TOTALS | $ 1746. | $ 1858. |
| TOTAL ADVANCE PREMIUM ▶ | $ | Included |

REAL PROPERTY—LIABILITY—FIRE

Named Insured_____

Effective_____ Policy No __GLP 59 58 06__

Issued by_____

(Name of Insurance Company)

The above is required to be completed only when this endorsement is issued subsequent to the preparation of the policy

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following

COMPREHENSIVE GENERAL LIABILITY INSURANCE

MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE

OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

STOREKEEPER'S INSURANCE

---

It is agreed that the Property Damage Liability Coverage applies to property damage to structures or portions thereof rented to or occupied by the Named Insured and described in this endorsement, including fixtures permanently attached thereto, if such property damage arises out of fire, subject to the following additional provisions:

1. With respect to the insurance provided by this endorsement, all of the exclusions of the policy other than the Nuclear Energy Liability Exclusion (Broad Form), are deleted and replaced by the following:

    This insurance does not apply to liability assumed by the Insured under any contract or agreement.

2. The limit of liability stated in this endorsement applies separately to the insurance under this endorsement and is in lieu of any other limit of liability stated in the policy.

| Description of Property | Limit of Liability | Rate (per $100 of Limit) | Premium |
|---|---|---|---|
| 1645 Tchoupitoulas St. New Orleans, La. | $ 100,000. each occurrence | .059 | 59.(Incl.) |

Authorized Agent

## CONTRACTUAL LIABILITY INSURANCE COVERAGE PART

### (Blanket Coverage)

| ADDITIONAL DECLARATIONS | Policy No. GLP 59 58 06 |
|---|---|

### SCHEDULE

It is agreed that the Limits of Liability set forth in the Policy Declarations for the Contractual Liability Coverage Part shall apply as respects any coverage afforded hereunder unless other specific limits are set forth below.

| Coverage | Limits of Liability (this Coverage Part only) |
|---|---|
| Contractual Bodily Injury Liability | $ **See Attached** occurrence **Endorsement** |
| Contractual Property Damage Liability | $ **See Attached** occurrence $ **Endorsement** aggregate |

| Code No. | Designation of Contracts on file or known to the Company | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| | | (a) Sales (b) Cost | (a) Per $1,000 of Sales (b) Per $100 of Cost | | | |
| | Blanket Contractual Liability 3-16281-Construction Risks-Broad Form Coverage | If any | .021 | .021 | 35.mp | 29.mp |

| | | | | | | |
|---|---|---|---|---|---|---|
| Minimum Premium(s) | | | | TOTALS | $ 35.mp | $ 29.mp |
| | | | | TOTAL ADVANCE PREMIUM ► $ | Incl. | |

The following exclusions do not apply with respect to any "construction agreements":

When used as a premium basis:

1. the word "cost" means the total cost of all work in connection with all contracts of the type designated in the schedule for this insurance with respect to which "cost" is the basis of premium, regardless of whether any liability is assumed under such contracts by the Insured. It includes the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the Insured, or others including all fees, allowances, bonuses or commissions made, paid or due. It shall not include the cost of any operations to which exclusions (o) or (p) apply, unless such exclusions are voided in the schedule.

2. the word "sales" means the gross amount of money charged by the Named Insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the Named Insured and such others collect as a separate item and remit directly to a governmental division.

**INA**

## BROAD FORM PROPERTY DAMAGE ENDORSEMENT
### (Including Completed Operations)

| Named Insured | | |
|---|---|---|
| Policy No. | Policy Period          CLP 59 53 06 | Effective Date of Endorsement |
| Issued by (Name of Insurance Company) | | |

The above is required to be completed only when this endorsement is issued subsequent to the preparation of the policy.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE
### CONTRACTUAL LIABILITY INSURANCE

Code 9-999.2

It is agreed that the insurance for property damage liability applies, subject to the following additional provisions:

A. The exclusions relating to property damage to (1) property owned, occupied or used by or rented to the Insured or in the care, custody or control of the Insured or as to which the Insured is for any purpose exercising physical control and (2) work performed by or on behalf of the Named Insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith, are replaced by the following exclusions (y) and (z):

   (y)  to property damage

      (1)  to property owned or occupied by or rented to the Insured, or, except with respect to the use of elevators, to property held by the Insured for sale or entrusted to the Insured for storage or safekeeping,

      (2)  except with respect to liability under a written sidetrack agreement or the use of elevators to

         (a)  property while on premises owned by or rented to the Insured for the purpose of having operations performed on such property by or on behalf of the Insured,

         (b)  tools or equipment while being used by the Insured in performing his operations,

         (c)  property in the custody of the Insured which is to be installed, erected or used in construction by the Insured,

         (d)  that particular part of any property, not on premises owned by or rented to the Insured,

            (i)  upon which operations are being performed by or on behalf of the Insured at the time of the property damage arising out of such operations, or

            (ii)  out of which any property damage arises, or

            (iii)  the restoration, repair or replacement of which has been made or is necessary by reason of faulty workmanship thereon by or on behalf of the Insured;

   (z)  with respect to the completed operations hazard and with respect to any classification stated below as "including completed operations", to property damage to work performed by the Named Insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith.

POLICY NUMBER: GLP 59 58 06 S.O. CODE: 580 AGENCY CODE: 117612

INSURED: REILLY BENTON CO INC ETAL
ADDRESS: 1645 TCHOUPITOULAS STREET
NEW OLEANS, LA

AGENT: R TUCKER FITZHUGH & CO INC
1415 RICHARDS BLDG.
NEW ORLEANS, LA 70112

- [X] INA
- [ ] PEIC
- [ ] PAC.EMP.IND.CO.
- [ ] ALLIED INS. CO.

DATE: 5- 5-78
AUDITOR: CANCIENNE
AUDIT PERIOD: 1-1-77/78
POLICY PERIOD: " "

EXPIR. MO. STAT. YR

| EXPIR. | RATE CODE | CO. | MO. & YR. ENTRY-PACK NO.-ENTRY NO. | INS. | TRANS. | POL. YR. | TERM | AUD |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | 1 | 9 | 01 | | 0 |

| CLASSIFICATION | TAX DIST / STATE | CITY CLASS | BASE | AUDITED EXPOSURE | LINE 75 AUDITED PREMIUM | LINE 86 AUDITED PREMIUM |
|---|---|---|---|---|---|---|
| PREMISES OPERATIONS | | | | | | |
| INSULATION WORK: MURPHY OIL JOB | 17 | 15161 | C | 45567 | 217.00 | 287.00 |
| REMAINDER | 7- | 15161 | C | 220594 | 962.00 | 1196.00 |
| TRANS CREDIT | | | | | - 368.00 | [illegible] |
| COMPLETED OPERATIONS | | | | | | |
| INSULATION WORK | | | | | | |
| MURPHY OIL JOB | 5- | 15161 | M | + 126826 | + 48.00 | + 139.00 |
| REMAINDER | 5- | 15161 | M | + 613663 | + 194.00 | + 555.00 |
| PRODUCTS: STORES: WHOLESALE | 5- | 50991 | M | 5778921 | 2271.00 | 1248.00 |
| CONTRACTUAL: | | | | | | |
| MURPHY OIL JOB | 3- | 16281 | C | 126826 | 44.00 | 32.00 |
| REMAINDER | 3- | 16281 | C | 613663 | 129.00 | 129.00 |
| BROAD FORM PD | | | U | 3124.00 | .00 | 625.00 |

| | LINE 75 | LINE 86 |
|---|---|---|
| AUDITED EARNED PREMIUM | 3497.00 | [illegible] |
| NON ADJUSTED PREMIUM | 359.00 | |
| TOTAL EARNED PREMIUM | 3856.00 | |
| ADVANCE PREMIUM | ✓3646.00 | |
| ADDITIONAL OR RETURN PREMIUM | 210.00 | |

NET BALANCE

EXPLANATION OF ABBREVIATIONS

M.P. - MINIMUM PREMIUM
L.C. - LOSS CONSTANT
E.C. - EXPENSE CONSTANT
PR. DISC. - PREMIUM DISCOUNT
S.R. - SHORT RATE
P.R. - PRO-RATA
MED. - MEDICAL PAYMENTS
A MED. - ADDITIONAL MEDICAL
BASE - U - UNITS
C - HUNDREDS
M - THOUSANDS
X - TEN THOUSANDS

LINE CODES

21 AUTO PHYS DMG.
22 AUTO COLL.
23 AUTO B.I.
24 AUTO P.D.
50 AIRCRAFT PHYS DMG
51 AVIATION B.I.
52 AVIATION P.D.
75 OTHER B.I.
77 WORKMEN'S COMP
86 OTHER P.D.

INA

COMMISSION RATE
COMMISSION AMOUNT
NET PREMIUM

5

ACCOUNTING-STATISTICAL COPY

AP-2797 100M PRINTED IN U.S.A. 10/74

