**SPECIAL MULTI-PERIL DAILY REPORT**

LM

ZR 7 94 01

Renewal of

1 · Reliance
6 · United Pacific
7 · Cascade

6

| Town Cr. | | Yr. | | % |
|---|---|---|---|---|
| Additional | | | Survey | 1507 |
| | | OS | Eng. | |
| | | F.N. | C.R. | |
| Get | Report | By | Imp | |
| Sent For | Approved | Approved By | | |

**Item 1.** Named Insured and P. O. Address (No., Street, Town, County, State)

REILLY BENTON CO., INC., THE PEABODY CO.,
INC, REILLY BENTON, INC., PROFIT SHARING
TRUST FUND, FILTER SERVICE CO., INC.
1645 TCHOUPITOULAS ST.
NEW ORLEANS, LA.

Agency Code, Name and Address

96-3954
HUGHES WALMSLEY & CO INC.
1415 RICHARDS BLDG
NEW ORLEANS, LA. 70112

**Item 2.** Policy Period:
From 1-1-74 To 1-1-77
Noon Standard Time at location of described property

**Item 3.** The Named Insured is:
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Other: _____

**Item 4.** Location of premises: (Enter "same" if same location as above) Occupancy of Premises

No. 1 1645-89 TCHOUPITOULAS ST., NEW ORLEANS, LA. (551) WHOLESALE INSULATION & AIR
No. 2 400 RICHARDS ST., NEW ORLEANS, LA. (551) INSULATION WHSE.
No. 3 3716 COMMERCE ST., BATON ROUGE, LA. (252) INSULATION WHSE., FAB SHOP & OFFI

**Item 5.** Insurance is provided with respect to those premises described above and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all of the terms of this policy including forms and endorsements made a part hereof.

| Loc. No. | Bldg. No. | Loc. No. | Bldg. No. | Loc. No. | Bldg. No. | Loc. No. | Bldg. No. | COINSURANCE PERCENTAGE APPLICABLE | COVERAGE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 600,000 | LIMIT OF LIABILITY | | | | | | | | | D | SECTION |
| $400,000 | $ | | | $75,000. | | $32,000. | | 80 | A. Buildings(s) | I | I |
| $375,000 | $30,000 | BLANKET | | $180,000. | 100 | B. Personal Property | | | | V | |
| | | | | 250,000 275,000 300,000 | | Addl. Cov. (Specify) LA.318 | | | | I | PROPERTY |
| $10,000 | $ | | | $ | | | | | | S | COVERAGE |
| DIV. 1: Loss Deductible Clause No. 1 is applicable. Loss Deductible Clause No. 2 is applicable. | | | | | | | | Addl. Cov. (Specify) | | I | |
| $ | | $ | | $ | | | | | | O | |
| LIMIT OF LIABILITY | | | | | | | | | COVERAGE | N | SECTION |
| $ 300,000 each occurrence | | $ 300,000 | | | aggregate | | | C. Bodily Injury and Property Damage Liability | | | II |
| $ each person | | $ | | | each accident | | | D. Premises Medical Payments | | | LIABILITY |
| $ PER FORM | | | | | | | | Addl. Cov. (Specify) MLB 220 | | | COVERAGE |

☐ SECTION III—CRIME COVERAGE
☐ SECTION IV—BOILER AND MACHINERY COVERAGE
Limits as stated in the endorsement, made part of this Policy, if indicated by ☒

**Item 6.** Forms and Endorsements made part of this Policy at time of issue: MLB100(2-71),MLB101(5-69),MLB116(2-71),MLB
(1-71),MLB80(1-71),LA.318,MLB200(1-73),MLB202(1-73),MLB220(1-73),MLB16(12-69)
L3054B, GEN 47, GEN 47B

**Item 7.** Mortgagee: (NAME AND ADDRESS)

**Item 8.** The Total Provisional Premium is (ENTER BELOW) $18,096. and is payable $6,032. at inception, and $6,032. at each anniversary.

Countersignature Date 1-1-74
Agency at NEW ORLEANS, LOUISIANA

jh

HUGHES WALMSLEY & CO INC. Agent.
& COMPANY INC

due 1/1/74 - $6032
due 1/1/75 - $6190
due 1/1/76 - $6053

1/28/74 ENTER
7003 ENTER
7003
7374

KO-175-C

**AGENT'S COPY**

| Company Numbers | If this endorsement is issued concurrently with the policy, the Attaching Clause need be completed. | | Endt. No. | |
|---|---|---|---|---|
| 1 = Reliance Insurance Company<br>2 = Planet Insurance Company<br>6 = United Pacific Insurance Company<br>8 = Reliance Insurance Co. of Illinois | Issued by Co No.<br>6 | Effective Date<br>7/1/76 | Insured<br>REILLY BENTON CO., INC. ETAL | Additional Premium<br>$ 23. |
| | Premium ☒ subject to audit | Attached to and forming part of Policy No.<br>ZM 7 94 01 22 | Countersigned by (Authorized Representative)<br>HUGHES WALMSLEY & CO, INC. | Return Premium<br>$ |
| | All terms and conditions of the policy remain unchanged except as amended by this endorsement. | | Unearned Premium Factor ▶ .504 | |

IT IS HEREBY UNDERSTOOD & AGREED THAT THE NAMED INSURED IS AMENDED TO INCLUDE
CECON, INC.

IT IS ALSO AGREED THAT UNDER SECTION 2, COVERAGE IS EXTENDED TO INCLUDE INSULATION
WORKS, CODE 15161 FOR M & C WITH A PAYROLL OF $6,000. AND FOR PRODUCTS WITH
RECEIPTS OF $10,000.

| | RATES | | | PREMIUM |
|---|---|---|---|---|
| M.C | .674 | BI & PD | | $20. |
| C/O | .603 | BI & PD | | 3. |
| | | | ANNUAL TOTAL | 23. |

*Billed 10-11-76*

ENTERED

10/6/76     LM

| ☒ | THE PREMIUM FOR THIS ENDORSEMENT IF ON INSTALLMENTS IS PAYABLE AS FOLLOWS: | | |
|---|---|---|---|
| | ADDITIONAL | RETURN | REVISED ANNIVERSARY PREMIUM |
| AT DATE OF ENDORSEMENT | $ 23. | $ | (NOT APPLICABLE) |
| FIRST ANNIVERSARY | $ | $ | $ |
| SECOND ANNIVERSARY | $ | $ | $ |

GEN-47 ED. 4/74 (Sets)                    PRINTED IN U.S.A.                    GEN-47A ED. 4/74 (Sgle.)
                                          AGENT'S COPY

# CHANGE ENDORSEMENT

Form MLB-20
(Ed. 1-71)

This endorsement is made a part of Policy No. ___ZM 7 94 01 22___

of the ___UNITED PACIFIC___
                    Name of Insurance Company

and becomes effective on ___1/1/75___ at ___NOON___ standard time at the location of the described property.
                                    (Date)

Name of Insured ___REILLY BENTON CO. INC etal___

Location of Premises and Occupancy ___VARIOUS___

Policy Term: __3__ years, From __1/1/74__ To __1/1/77__ Loss Ded. Cl. No. 1 ___applicable; Loss Ded. Cl. No. 2 ___applicable;

Other Loss Ded. Cl. applicable; (specify) _____ Forms applicable: _____

It is agreed that:

(a) The policy is amended as follows:

### SECTION II LIABILITY COVERAGE

IN CONSIDERATION OF THE ADDITIONAL PREMIUM CHARGED IT IS UNDERSTOOD
AND AGREED THE PREMIUM BASIS FOR THE FOLLOWING CODES ARE AMENDED AS
FOLLOWS:

| DESCRIPTION OF HAZARDS | CODE | PREMIUM BASIS |
|---|---|---|
| INSULATION WORK | 15161 | c) 321,000. |
| STORES–NOT FOOD OR DRINK | 59991 | g) 3,690,000. |
| INSULATION WORK | 89980 | f) 1,245,000. |

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Descrip- tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | ☐ Add'l ☐ Return |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | |
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | ☒ Add'l ☐ Return |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | |
| C. Bodily Injury & Prop- erty Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ 4006. |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

ENTERED

TOTAL $ 4006.

### PREMIUM RECAPITULATION

| | | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|---|
| Dates of subsequent installments, 2 | 1/1/76 | $ 7374 | $ 2003. | $ | $ 9377. |
| if payable in annual installments: 3. | | $ | $ | $ | $ |
| Date of Change: | 1/1/75 | *Billed 6-19-75* | $ 2003. | $ | $ 2003. ☒ Additional |
| Total for remainder of policy term | | | $ 4006 | $ | ☐ Return |

Reilly Benton Co. One

**SECTION II — LIABILITY COVERAGE** — Policy # ZM 794 0192

**COVERAGE**

- ☒ Coverage C — Liability (Single Limit) — $300,000 Each Occ.
- ☐ SKL Rating Basis* (B.I.) $ ___ Each Person $
- ☐ Completed Operations (Dual Limits) (P.D.) $ ___ Aggregate Prod./Completed Op.
- ☐ Products* — Each Occ.

**COVERAGE**
- ☐ Coverage D — Medical Payments* — Each Person $ ___ Each Acc.
- ☐ Personal Injury Liability MLB 220 — $300,000 Each Person $300,000 Gen'l Aggr.
- Hazards ☒A ☒B ☐C — ☒ Full Cov. ☐ Insured's Part. 85 %
- Other Coverages — Eliminate to Endorse — *NOTE: Prod. & Med. Pay. must be included if SKL Rating Basis is used.

Effective 11/1/95

| Classification Description | COV. (BI, PD, Other) | BASIS RATE | CLASS | PM PTM | LIAB. DED. | COLL. DED. | Other | ADJUSTED SMP RATE | PREMIUM BASIS AND AMOUNT OF EXPOSURE | PREMIUM PREPAID ☐ ANN. INST. | MIN. PREM. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Owner Operation Work | CSL | .23 | × 1.39 | × .91 | | | × .683 = .199 | × 220,000 | 450 | |
| Burst form P.D. 20% | | .30 | × 1.59 | | | | × .863 = .326 | × | 737 | |
| Personal Injury | | 737 | × 80% | | | | = | × | 147 | |
| | | | | | | | = | × | 102 | |
| Products | | | | | | | = | × | | |
| 59991 Stores not goods or drinks | CSL | .15 | × 1.19 | × .91 | | | × .683 = .192 | × 390,000 | 48 | |
| | | .05 | × 2.18 | | | | × .683 = .002 | × | 24 | |
| Completed Operation | | | | | | | = | × | | |
| 84930 Installation Work | CSL | .25 | × 1.19 | × .91 | | | × .683 = .185 | × 785,000 | 145 | |
| Burst form P.D. 20% | | .25 | × 2.18 | | | | × .683 = .372 | × | 292 | |
| | | | | | | | = | × | 58 | |
| | | | | | | | = | × | 2003 | |
| | | | | | | | = | × | 1.3 | |
| | | | | | | | = | × | .66.9 | |
| | | | | | | PL Unexposed | | = | × | .66.7 | |
| | | | | | | | = | × | 4006 | |
| | | | | | | | = | × | 2003 | |
| | | | | | | Ord. Indiv. Puk. | | = | × | 2.003 | |

Largest Deductible Amount: OLT. B.I. ___ P.D. ___

M&C: B.I. ___ P.D. ___ Comp. Op./Prod.: B.I. ___ P.D. ___

CGL — If on "No Known Exposure" Basis (If Installments, Divide by Three)

Increased Limits, Basic Charge (If Installments, Divide by Three)

Form MLB-10 (Ed. 11-68)



**PERSONAL INJURY LIABILITY INSURANCE ENDORSEMENT**

Form MLB-220
(Ed. 1-73)

In consideration of the payment of the premium, in reliance upon the statements in the Declarations of the policy of which this endorsement is made a part, and subject to all the terms of this endorsement, the Company agrees with the named insured as follows:

## SCHEDULE

The insurance afforded is only with respect to personal injury arising out of an offense included within such of the following groups of offenses as are indicated by specific premium charge or charges:

| Groups of Offenses | Provisional Premium |
|---|---|
| A. False Arrest, Detention or Imprisonment, or Malicious Prosecution ............................ | $ **83.00** |
| B. Libel, Slander, Defamation or Violation of Right of Privacy ............................... | $ **INC.** |
| C. Wrongful Entry or Eviction or other Invasion of Right of Private Occupancy ........................ | $ **INC.** |
| Minimum Premium $ **83.00** | Total Provisional Premium $ **83.00** |

Limits of Liability: $ **300,000** each person aggregate; $ **300,000** general aggregate.

Insured's participation **25** %

## I. COVERAGE—PERSONAL INJURY LIABILITY

The Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of injury (herein called "personal injury") sustained by any person or organization and arising out of one or more of the following offenses:

Group A —false arrest, detention or imprisonment, or malicious prosecution;

Group B —the publication or utterance of a libel or slander or of other defamatory or disparaging material, or a publication or utterance in violation of an individual's right of privacy; except publications or utterances in the course of or related to advertising, broadcasting or telecasting activities conducted by or on behalf of the named insured;

Group C —wrongful entry or eviction, or other invasion of the right of private occupancy;

if such offense is committed in the conduct of the named insured's business during the policy period within the United States of America, its territories or possessions, or Canada, and the Company shall have the right and duty to defend any suit against the insured seeking damages on account of such personal injury even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgment or settlements.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

**Form MLB-220** (Ed. 1-73)

Page 1 of 2

Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement;

(b) to personal injury arising out of the wilful violation of a penal statute or ordinance committed by or with the knowledge or consent of any insured;

(c) to personal injury sustained by any person as a result of an offense directly or indirectly related to the employment of such person by the named insured;

(d) to personal injury arising out of any publication or utterance described in Group B, if the first injurious publications or utterance of the same or similar material by or on behalf of the named insured was made prior to the effective date of this insurance;

(e) to personal injury arising out of a publication or utterance described in Group B concerning any person, organization or business enterprise, or his or its products or services, made by or at the direction of any insured with knowledge of the falsity thereof.

## II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the Declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;

(b) if the named insured is designated in the Declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the Declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

This insurance does not apply to injury arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

**Form MLB-220** (Ed. 1-73)

## III. LIMITS OF LIABILITY—INSURED'S PARTICIPATION

Regardless of the number of (1) insureds under this endorsement, (2) persons or organizations who sustain personal injury, or (3) claims made or suits brought on account of personal injury, the total liability of the Company for all damages because of all personal injury to which this insurance applies, sustained by any one person or organization, shall not exceed the limit of personal injury liability stated in the schedule as "each person aggregate".

Subject to the above provision respecting "each person aggregate", the total limit of the Company's liability under this insurance for all damages shall not exceed the limit of personal injury liability stated in the schedule as "general aggregate".

If a participation percentage is stated in the schedule for the insured, the Company shall not be liable for a greater proportion of any loss than the difference between such percentage and one hundred percent, and the balance of the loss shall be borne by the insured; provided, the Company may pay the insured's portion of a loss to effect settlement of the loss, and, upon notification of the action taken, the named insured shall promptly reimburse the Company therefor.

## IV. AMENDED DEFINITION

When used in reference to this insurance:

"damages" means only those damages which are payable because of personal injury arising out of an offense to which this insurance applies.

## V. OTHER PROVISIONS APPLICABLE TO THIS ENDORSEMENT

A. The following provisions applicable to Sections I and II of the policy are applicable to this endorsement: Inspection and Audit; Cancellation; and Subrogation.

B. The following terms and provisions applicable only to Section II are applicable to this endorsement: Supplementary Payments; Modification of Terms; Insured's Duties in the Event of Occurrence, Claim or Suit; Action Against the Company; Other Insurance; Nuclear Exclusion; and Definitions —Section II.

Page 2 of 2

# RELIANCE INSURANCE COMPANIES

1— Reliance Insurance Company
6— United Pacific Insurance Company

6 ← Insuring Company Number

| POLICY NUMBER(S) ZM 7 94 01 22 | | AGENTS CODE 96-3954 | | POLICY PERIOD 1-1-74/77 | |
|---|---|---|---|---|---|
| STATEMENT DATE 4-7-75 | AUDIT TERM | AUDIT PERIOD 1-1-74/75 | | AUDIT KIND PHYSICAL | |

AGENT

HUGHES WALMSLEY & CO., INC.
1415 RICHARDS BLDG.
NEW ORLEANS, LA. 70112

INSURED

REILLY DENTON CO., INC., ET AL
1645 TCHOUPITOULAS ST.,
NEW ORLEANS, LA.

| DESCRIPTION OF OPERATIONS | CLASS CODE | EXPOSURE | WORKMENS COMPENSATION | | BODILY INJURY | | LIABILITY - PROP. DAMAGE | |
|---|---|---|---|---|---|---|---|---|
| | | | RATE | PREMIUM | RATE | PREMIUM | RATE | PREMIUM |
| LA. | | | | | | | | |
| SPEC. MULTI-PERIL | | | | | | | | |
| INSULATION WORK | 15161 | 292,161 | | | .218 | 637.00 | .326 | 952.00 |
| BROAD FORM PD | | 20% | | | | | | 190.00 |
| PERSONAL INJURY | | 22.5% | | | | 143.00 | | |
| O L&T AS WRITTEN | | | | | | 194.00 | | |
| PERSONAL INJURY | | | | | | 36.00 | | |
| PRODUCTS | | | | | | | | |
| STORES | 59991 | 3,346,736. | | | .122 | 408.00 | .074 | 248.00 |
| INCREASED LIMITS CHARGE | | | | | | 25.00 | | |
| COMPLETED OPERATIONS | | | | | | | | |
| INSULATION WORK | | 1,130,886. | | | .204 | 231.00 | .372 | 421.00 |
| C. G. C. CHANGE | | | | | | 10.00 | | |
| EXTENTION OF COVERAGE END | | | | | | 21.00 | | |
| BROAD FORM PD | | 20% | | | | | | 84.00 |
| CONTRACTUAL | | | | | | | | |
| PURCHASE ORDER AGREEMENTS 10% PROD | | | | | | 41.00 | | 25.00 |
| CONSTR. RISKS | | | | | .0153 | — | .0098 | — |
| WAIVER OF SUBROGATION FLAT | | | | | | 10.00 | | 5.00 |
| TOTALS | | | | | | | | |
| | Less Previously Billed | | | | | | | |
| | Difference | | | | | | | |
| | | | | | AMOUNT DUE | | CONT'D | |

AUD-27 ED. 1/72

# RELIANCE INSURANCE COMPANIES

| POLICY NUMBER(S) | | | AGENTS CODE | | POLICY PERIOD | | | |
|---|---|---|---|---|---|---|---|---|
| ZM 7 94 01 22 | | | 96-3954 | | 1-1-74/77 | | | |
| DESCRIPTION OF OPERATIONS | CLASS | EXPOSURE | WORKMENS COMPENSATION | | BODILY INJURY | | LIABILITY - PROP. DAMAGE | |
| | CODE | | RATE | PREMIUM | RATE | PREMIUM | RATE | PREMIUM |
| BROAD FORM PD | | 20% | | | | | | 5.00 |
| SINGLE LIMITS DISCOUNT | | 9% | | | | 119.00CR | | |
| TOTALS | | | | | | 1,637. | | 1,930. |
| Less Previously Billed | | | | | | 987. | | 855. |
| Difference | | | | | | 650. | | 1,075. |
| | | | | | AMOUNT DUE | | | 1,725. |

*Billed*
*4-11-75*

AUD-27A ED. MAY 1966

# GENERAL SCHEDULE — SECTION II

Form MLB-16
(Ed. 11-69)

MLB-200, SMP Liability Insurance Form
Description of Hazards and Locations

MLB-202, Comprehensive General Liability Insurance
Endorsement

| The rating classifications herein, except as specifically provided elsewhere, do not modify any of the provisions of the policy. | Code No. | Premium Bases † | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | *B.I. | P.D. | *B.I. | P.D. |
| (a) Premises—Operations | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration | | *If Single Limit, Use B.I. Column. Include Premium for Premises Medical Payment Insurance in B.I. Column. | |
| (b) Escalators | | (d) Number Insured | (d) Per Landing | | | |
| (c) Independent Contractors—Let or Sublet Work | | (e) Cost | (e) Per $100 of Cost | | | |
| (d) Completed Operations | | (f) Receipts | (f) Per $1,000 of Receipts | | | |
| (e) Products | | (g) Sales | (g) Per $1,000 of Sales | | | |

STATE OF LOUISIANA

| | | | | | | |
|---|---|---|---|---|---|---|
| INSULATION WORK | 15161 | (c) 325,000 95,000 | ANNUAL .218 | .326 | 207. | 310. |
| BROAD PROPERTY DAMAGE 20% | | | | | – | 62. |
| PERSONAL INJURY | | | See 4/17/75 Audit | | 47. | – |
| | | | | | | |
| PRODUCTS | | (g) 3,700,000 | | | | |
| STORES–NOT FOOD OR DRINK | 59991 | 3,300,000 | .122 | .074 | 403. | 244. |
| | | | | | | |
| COMPLETED OPERATIONS | | (f) 1,250,000 | | | | |
| INSULATION WORK | 89980 | 460,000. | .204 | .372 | 94. | 171. |
| BROAD FORM P.D. – 20% | | | | | | 34. |
| | | | | | | |
| CONTRACTUAL | | | | | | |
| PURCHASE ORDER AGREEMENTS | 17985 | 10% PRODUCTS PREMIUM | | | 9. | 24. |
| CONSTRUCTION RISKS BROAD FORM | 16281 | IF ANY | .0153 | .0098 | | 5. |
| BROAD FORM P.D. 20% | | | | | | 5. |
| WAIVER OF SUBROGATION (AVONDALE SHIPYARDS, INC.) | | | | | 10. | 5. |
| | | | | | 770. | 855. |
| SINGLE LIMITS DISCOUNT 9% | | | | | –69 | – |
| | | (A) | SUB. TOTAL | | 701. | 855. |
| (A) WHOLESALE | 544 | 23,000 | .617 | | 142. | |
| WAREHOUSE | 569 | (A) 10,000 | .218 | | 22. | |
| WAREHOUSE | 569 | (A) 13,500 | .167 | | 22. | |
| WAREHOUSE | 569 | (A) 5,000 | .167 | | 8. | |
| | | | | | | |
| PERSONAL INJURY | | | | | 36. | |
| EXTENTION OF COVERAGE END. | | | | | 21. | |
| C.G.C. | | | | | 10. | |
| INCREASED LIMITS BASIC CHARGE | | | | | 25. | |
| | | | | TOTAL | $1,842. | |

† Describe premium basis, if other than stated.

Form MLB-16 (Ed. 11-69)



# SMP SPECIAL PROPERTY REPORTING FORM
## SECTION I—PROPERTY COVERAGE

Form MLB-116
(Ed. 2-71)

With respect to SECTION I—PROPERTY COVERAGE, this form cancels and replaces any coverage on personal property provided under any other form made a part of this policy, but only with respect to personal property to which this form is shown to be applicable.

## I. INSURING AGREEMENT

This policy insures against all risks of direct physical loss to Coverage B—Personal Property, subject to the provisions and stipulations herein and in the policy of which this form is made a part.

## II. LIMITS OF LIABILITY

Subject to the provisions with respect to the Company's percentage of the total of the limits of liability for all contributing insurance, coverage under this form applies to each of the following for which a limit of liability is specified.

A. Property at locations owned, leased, operated, regularly used or specifically declared by the insured, except property covered under B.

### SCHEDULE OF LIMITS OF LIABILITY

| | Limit of Liability for all Contributing Insurance | Loc. No. | Bldg. No. | Street Address, City & State |
|---|---|---|---|---|
| 1. | $ 375,000 | at 1 | 1 | 1645 TCHOUPITOULAS STREET, N.O. (551) |
| 2. | $ 30,000 | at 2 | 1 | 400 RICHARDS ST., N.O. (551) |
| 3. | $ 180,000 | at 3 | 1&2 | 7716 COMMERCE ST., BATON ROUGE (252) |
| 4. | $ | at | | BLANKET |
| 5. | $ | at | | |
| 6. | $ | at | | |
| 7. | $ | at | | |
| 8. | $ | at | | |

$ 10,000 at any other location declared at the inception of this insurance.

$ 10,000 at any other location acquired by the insured for manufacturing, processing or warehousing purposes if specifically listed and reported in the next report of values following such aquisition as provided in the Value Reporting Clause, but this item shall not include property at locations described under any other item of this Schedule. If the value is not so reported, no insurance attaches.

B. Property at locations not owned, leased, operated or regularly used by the insured, except property covered under A.

$ 10,000 at any one such location. (Maximum limit permitted is $10,000.)

## III. MINIMUM PREMIUM

The minimum premium for all contributing insurance shall be $ 600.00

## IV. PROPERTY AND TERRITORY COVERED

**COVERAGE B—PERSONAL PROPERTY:** This policy covers business personal property owned by the insured and usual to the occupancy of the insured, including manuscripts, furniture, fixtures, equipment and supplies not otherwise covered under this policy, and shall also cover the insured's interest in personal property owned by others to the extent of the value of labor and materials expended thereon by the insured; all while in or on the described building, or in the open (including within vehicles) on the described premises or within 100 feet thereof.

This coverage shall also include Tenant's Improvements and Betterments, meaning the insured's use interest in fixtures, alterations, installations or additions comprising a part of the buildings occupied but not owned by the insured and made or acquired at the expense of the insured exclusive of rent paid by the insured, but which are not legally subject to removal by the insured.

**PERSONAL PROPERTY OF OTHERS:** The insured may apply at each location up to 2%, but not exceeding $2,000, of the limit of liability specified for Coverage B—Personal Property, at such location as an additional amount of insurance, to cover for the account of the owners thereof (other than the named insured) direct loss by a peril not otherwise excluded to personal property, similar to that covered by this policy, belonging to others while in the care, custody or control of the named insured and only while on the described premises or within 100 feet thereof.

Loss shall be adjusted with the named insured for the account of the owners of the property, except that the right to adjust any loss with the owners is reserved to the Company and the receipts of the owners in satisfaction thereof shall be in full satisfaction of any claim by the named insured for which payments have been made. As respects personal property belonging to others, this provision shall replace any loss payable provision of this policy.

The Value Reporting and Full Reporting Clauses of the Reporting Provisions of this form shall not apply to this coverage, and when applying said clauses to insurance covering property owned by the insured, the value of personal property of others shall not be considered in the determination of actual cash value.

When there is Contributing Insurance, the Company shall not be liable for more than its pro rata share of the limit applying to personal property of others.

**DEBRIS REMOVAL CLAUSE** (Limited Coverage). Refer to Reporting Provisions XII E.

**TERRITORIAL LIMITS:** This policy covers while the property is at locations within the 50 states of the United States of America and the District of Columbia.

This coverage shall also include property covered hereunder while in transit within and between the 50 states of the United States of America, the District of Columbia and between such places and the Dominion of Canada only as provided and limited in the Transportation Extension of Coverage.

## V. PROPERTY SUBJECT TO LIMITATIONS

A. The following property is subject to these additional limitations:

1. Except with respect to loss by the "specified perils":

   a. fur and fur garments are covered for not exceeding loss in the aggregate of $1,000 in any one occurrence;

   b. jewelry and watches, watch movements, jewels, pearls, precious and semi-precious stones, gold, silver, platinum and other precious alloys or metals are covered for not exceeding loss in the aggregate of $1,000 in any one occurrence for all contributing insurance, or;

   c. patterns, dies, molds, models and forms are covered for not exceeding loss in the aggregate of $1,000 in any one occurrence for all contributing insurance.

2. Glass, glassware, statuary, marbles, bric-a-brac, porcelains and other articles of a fragile or brittle nature are covered against loss by breakage only if directly caused by the "specified perils". This limitation shall not apply to lenses of photographic or scientific instruments.

3. Steam boilers, steam pipes, steam turbines and steam engines are not covered against loss caused by bursting, rupture, cracking or explosion originating therein (other than explosion of accumulated gases or unconsumed fuel within a fire box or combustion chamber).

4. Machines and machinery are not covered against loss caused by rupture, bursting or disintegration of their rotating or moving parts resulting from centrifugal or reciprocating force.

B. The term "specified perils" shall mean direct loss by fire, lightning, aircraft, explosion, riot, civil commotion, smoke (but not smoke from industrial operations), vehicles, windstorm or hail to property contained in any building, vandalism and malicious mischief, leakage or accidental discharge from automatic fire protective systems.

## VI. PROPERTY NOT COVERED

In addition to the kinds of property which are otherwise excluded or limited under this policy, the following are also excluded from coverage under this form:

A. Unless manufactured, processed or warehoused by the insured and specifically covered by endorsement:

   1. aircraft;

   2. watercraft, including motors, equipment and accessories; or

   3. automobiles, trailers, semi-trailers or any self-propelled vehicles or machines, but this exclusion does not apply to motorized equipment not licensed for use on public thoroughfares and operated principally on the premises of the insured.

B. Property sold by the insured under conditional sale, trust agreement, installment payment or other deferred payment plan, after delivery to customers.

C. Currency, money, stamps, bullion, notes, securities, deeds, accounts, bills, evidences of debt, letters of credit and tickets.

D. Outdoor signs, whether or not attached to a building, unless specifically covered by endorsement.

E. Household and personal effects contained in living quarters occupied by the insured, any officer, director, stockholder or partner of the insured or relatives of any of the foregoing, except as provided in the Extensions of Coverage or unless specifically covered by endorsement.

F. Growing crops and lawns, trees, shrubs, and plants.

G. Live animals, birds and fish.

H. Property which is more specifically insured in whole or in part under this or any other contract of insurance.

## VII. EXTENSIONS OF COVERAGE

The liability of the Company for loss in any one occurrence, including loss under these Extensions of Coverage, shall not exceed the limit of liability specified for the coverages being extended. The total amount recoverable under the Extensions of Coverage in this form and Extensions of Coverage in any other form made a part of this policy are not cumulative and shall not exceed the largest amount recoverable under any single form made a part of this policy. When there is Contributing Insurance, the Company shall not be liable for more than its pro rata share of the limits set forth in the following Extensions of Coverage.

A. **Personal Effects:** The insured may apply up to $500 of the limit of liability specified for Coverage B Personal Property to cover direct loss in any one occurrence by the perils not otherwise excluded to personal effects while located on the described premises, belonging to the insured, officers, partners or employees thereof, and limited to $100 on personal effects owned by any one individual. This Extension of Coverage does not apply if the loss is covered by any other insurance, whether collectible or not, or which would have been covered by such other insurance in the absence of this policy. At the option of the Company, loss under this Extension of Coverage may be adjusted with and payable to the insured.

B. **Valuable Papers and Records:** The insured may apply up to $500 of the limit of liability specified for Coverage B Personal Property to cover direct loss in an one occurrence by a peril not otherwise excluded under Personal Property of this form to valuable papers and records consisting of books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing, and other records, all the property of the insured at described locations. This Extension of Coverage covers only the cost of research and other expense necessarily incurred by the insured to reproduce, replace or restore such valuable papers and records. The total amount payable in any one occurrence under this Extension of Coverage shall not exceed the limit specified above, regardless of the number of described locations.

C. **Extra Expense:** The insured may apply up to $1,000 of the limit of liability specified for Coverage B Personal Property to cover the necessary extra expense incurred by the insured in order to continue as nearly as practicable the normal operations of the insured's business immediately following damage by a peril not otherwise excluded under this form to the buildings or personal property situated at the described locations.

"Extra expense" means the excess of the total cost incurred during the period of restoration chargeable to the operations of the insured's business over and above the total cost that would normally have been incurred to conduct the business during the same period had no loss occurred. Any salvage value of property obtained for temporary use during the period of restoration, which remains after the resumption of normal operations, shall be taken into consideration in the adjustment of any loss hereunder.

"Period of restoration" means that period of time, commencing with the date of damage and not limited by the date of expiration of this policy, as would be required with the exercise of due diligence and dispatch to repair, rebuild or replace such part of said buildings or personal property as have been damaged.

The Company shall not be liable under this Extension of Coverage for:

1. loss of income.

2. the cost of repairing or replacing any of the described property, or the cost of research or other expense necessary to replace or restore books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing, and other records that have been damaged by a peril not otherwise excluded, except cost in excess of the normal cost of such repair, replacement or restoration necessarily incurred for the purpose of reducing the total amount of extra expense. In no event shall such excess exceed the amount by which the total extra expense

otherwise payable under this Extension of Coverage is reduced.

3. any other consequential or remote loss.

D. **Damage to Buildings from Theft, Burglary or Robbery:** This policy includes loss (except by fire or explosion) to that part of the building occupied by the insured and containing property covered, and to equipment therein pertaining to the service of the building but not building property or equipment removed from premises, directly resulting from theft, burglary or robbery (including attempt thereat), provided the insured is the owner of such building or equipment or is liable for such damage, but in no event shall this coverage apply to glass (other than glass building blocks) or to any lettering or ornamentation thereon.

E. **Transportation:** The insured may apply up to $1,000 of the limit of liability specified for Coverage B Personal Property to cover insured personal property (other than property in the care, custody or control

of salesmen) during transportation by motor vehicles owned, leased or operated by the insured for loss in any one occurrence caused by:

1. fire, lightning, windstorm and hail, explosion, smoke, riot, riot attending a strike and civil commotion, vandalism and malicious mischief; or

2. collision, overturning or upset of the vehicle, meaning thereby the violent and accidental contact of the vehicle conveying the property described herein with any other vehicle or object excluding any loss or damage done by coming in contact with any portion of the road bed or by means other than as expressly indicated.

This extension shall also include theft of an entire shipping bale, case or package from a vehicle while such property is contained in a fully enclosed and securely locked body or compartment and theft results from forcible entry, evidenced by visible marks upon such body or compartment.

## VIII. EXCLUSIONS

A. This policy does not insure under this form against loss caused by:

1. enforcement of any local or state ordinance or law regulating the construction, repair, or demolition of buildings or structures unless such liability is otherwise specifically assumed by endorsement hereon;

2. unexplained or mysterious disappearance of property, or shortage of property disclosed on taking inventory;

3. actual work upon, installation or testing of property covered, failure, breakdown or derangement of machines or machinery, error, omission or deficiency in design, specifications, workmanship or materials; unless loss by fire or explosion not otherwise excluded ensues and then the Company shall be liable for only such ensuing loss;

4. electrical currents artificially generated unless loss by fire or explosion not otherwise excluded ensues, and then the Company shall be liable for only such ensuing loss;

5. leakage or overflow from plumbing, heating, air conditioning or other equipment or appliances (except fire protective systems) caused by or resulting from freezing while the described building is vacant or unoccupied, unless the insured shall have exercised due diligence with respect to maintaining heat in the buildings or unless such equipment and appliances had been drained and the water supply shut off during such vacancy or unoccupancy;

6. delay, loss of market, interruption of business, nor consequential loss of any nature;

7. wear and tear; marring or scratching; deterioration; inherent vice; latent defect; rust; mold; wet or dry rot; contamination; smog; smoke from agricultural smudging or industrial operations; birds, vermin, rodents, insects or animals; unless loss by fire, smoke (other than smoke from agricultural smudging or industrial operations), explosion, collapse of a building, glass breakage or water not otherwise excluded ensues, then this policy shall cover only such ensuing loss. If loss by water not otherwise excluded ensues, this policy shall also cover the cost of tearing out and replacing of any part of the building covered required to effect repairs to the plumbing, heating or air conditioning system or domestic appliance but excluding loss to the system or appliance from which the water escapes;

8. explosion of steam boilers, steam pipes, steam turbines or steam engines (except direct loss resulting from the explosion of accumulated gases or unconsumed fuel within the firebox, or combustion chamber, of any fired vessel or within the flues or passages which

conduct the gases of combustion therefrom) if owned by, leased by or operated under the control of the insured, or for any ensuing loss except by fire or explosion not otherwise excluded, and then the Company shall be liable for only such ensuing loss.

9. voluntary parting with title or possession of any property by the insured or others to whom the property may be entrusted if induced to do so by any fraudulent scheme, trick, device or false pretense;

10. any fraudulent, dishonest or criminal act done by or at the instigation of any insured, partner or joint adventurer in or of any insured, an officer, director or trustee of any insured; pilferage, appropriation or concealment of any property covered due to any fraudulent, dishonest or criminal act of any employee while working or otherwise, or agent of any insured, or any person to whom the property covered may be entrusted;

11. rain, snow or sleet to property in the open; or

12. any legal proceeding.

B. This policy does not insure under this form against loss caused by or resulting from power, heating or cooling failure, unless such failure results from physical damage to power, heating or cooling equipment situated on premises where the property covered is located, caused by a peril not otherwise excluded. Also, the Company shall not be liable under this clause for any loss resulting from riot, riot attending a strike, civil commotion, or vandalism and malicious mischief.

C. This policy does not insure under this form against loss caused by, resulting from, contributed to or aggravated by any of the following:

1. earth movement, including but not limited to earthquake, landslide, mudflow, earth sinking, earth rising or shifting;

2. flood, surface water, waves, tidal water or tidal waves, overflow of streams or other bodies of water, or spray from any of the foregoing, all whether driven by wind or not;

3. water which backs up through sewers or drains;

4. water below the surface of the ground including that which exerts pressure on or flows, seeps or leaks through sidewalks, driveways, foundations, walls, basement or other floors, or through doors, windows or any other openings in such sidewalks, driveways, foundations, walls or floors;

unless loss by fire or explosion not otherwise excluded ensues, and then the Company shall be liable for only such ensuing loss; but these exclusions shall not apply to loss arising from theft.

## IX. DEDUCTIBLE CLAUSE

Each loss shall be adjusted separately and from the amount of each such adjusted loss the sum of $100 shall be deducted or, if there is contributing insurance, the Company's pro rata share thereof.

This deductible shall not apply to loss by fire, lightning, aircraft, explosion, riot, civil commotion, smoke, vehicles or windstorm or hail to property contained in any building.

## X. VALUATION

**Subject to the provisions and stipulations of this policy, the following bases for valuation of property are established:**

A. Tenant's Improvements and Betterments:

1. If repaired or replaced at the expense of the insured within a reasonable time after loss, the actual cash value of the damaged or destroyed improvements and betterments.

2. If not repaired or replaced within a reasonable time after loss, that proportion of the original cost at time of installation of the damaged or destroyed property which the unexpired term of the lease or rental agreement, whether written or oral, in effect at the time of loss bears to the periods from the dates such improvements or betterments were made to the expiration date of the lease.

3. If repaired or replaced at the expense of others for the use of the insured, there shall be no liability hereunder.

B. Books of account, manuscripts, abstracts, drawings, card index systems and other business records (except film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing) for not exceeding the cost of blank books, cards or other blank material.

C. Film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing for not exceeding the cost of such media in unexposed or blank form.

D. All other property at actual cash value.

# XI. CONDITIONS

A. **Location:** "Location", as used in this form, means the area in or on the premises containing the property covered and within 100 feet of such premises.

B. **Permits and Use:** Except as otherwise provided herein permission is hereby granted:

1. to make alterations and repairs;

2. for such unoccupancy as is usual or incidental to the described occupancy but vacancy is limited to the 60-day period permitted by the policy conditions;

3. in the event of loss hereunder, to make reasonable repairs, temporary or permanent, provided such repairs are confined solely to the protection of the property from further damage and provided further that the insured shall keep an accurate record of such repair expenditures. The cost of any such repairs directly attributable to damage by any peril insured hereunder shall be included

in determining the amount of loss hereunder. Nothing herein contained is intended to modify the policy requirements applicable in case loss occurs, and in particular the requirement that, in case loss occurs, the insured shall protect the property from further damage.

C. **Protection of Property:** In case of loss, it shall be lawful and necessary for the insured, his or their factors, servants and assigns, to sue, labor, and travel for, in and about the defense, safeguard and recovery of the property insured hereunder, or any part thereof, without prejudice to this insurance, nor shall the acts of the insured or the Company, in recovering, saving and preserving the property insured in case of loss be considered a waiver or an acceptance of abandonment. The expense so incurred shall be borne by the insured and the Company proportionably to the extent of their respective interests.

# XII. REPORTING PROVISIONS

A. **Provisional Amount Clause:** The amount of insurance provided for hereunder is provisional and is the amount on which the provisional premium is based, it being the intent of this insurance to insure hereunder the total actual cash value of the property described herein subject to the Limits of Liability for all Contributing Insurance. Any loss in excess of the limits stated in this policy shall be borne by the insured, notwithstanding the requirement that premium is to be adjusted on the basis of full values reported.

B. **Value Reporting Clause:** As respects property covered under item IIA, the insured shall report in writing to the Company not later than 30 days after the last day of each calendar month, the exact location of all property covered and the total actual cash value of such property at each location as of the last day of each month. As respects property covered under item IIB, the insured shall report in writing to the Company not later than 30 days after the last day of each calendar month, the total aggregate actual cash value of such property at all such locations as of the last day of each month. At the time of any loss, if the insured has failed to file with the Company reports of values as above required, this policy, subject otherwise to all its terms and conditions, shall cover only at the locations and for not more than the amounts included in the last report of values filed prior to the loss, and further, if such delinquent report is the first report of values herein required to be filed, liability shall be limited to 90% of the amount for which the Company would otherwise be liable. If the inception date of this policy is the last day of the calendar month, then the first report of values due shall show the total actual cash values as of that date.

C. **Full Reporting Clause:** As respects property covered under item IIA, liability under this policy shall not in any case exceed that proportion of any loss hereunder which the last value reported prior to the loss at the location where the loss occurs bears to the total actual cash value at that location on the date for which such report was made; and liability for loss hereunder occurring at any location acquired since filing the last report (except as provided in the Value Reporting Clause) shall be apportioned in a like manner, except that the proportion used shall be the relation that the values reported prior to the loss at all locations bear to the total actual cash values at all locations on the date for which such report was made.

As respects property covered under item IIB, liability under this policy

shall not in any case exceed that proportion of any loss hereunder which the last value reported prior to the loss bears to the total aggregate actual cash value on the date for which such report was made.

D. **Premium Adjustment Clause:** The premium named in this policy is provisional only. The actual premium consideration for the liability assumed hereunder shall be determined at the expiration or cancellation of this policy by the following:

1. An average of the total values reported as respects property covered under items IIA and IIB during the period for which the adjustment is being made shall be calculated, and if the premium on such average values at the rate applying to this policy during such period exceeds the provisional premium, the insured shall pay to the Company an additional premium for such excess; and, if such premium is less than the provisional premium, the Company shall refund to the insured any excess paid.

2. The actual premium consideration shall in no event be less than this policy's proportion of the minimum premium stated in item III, of this form.

E. **Debris Removal Clause (Limited Coverage):** This policy is extended to cover expense incurred in the removal of debris of the property covered hereunder occasioned by loss caused by a peril not otherwise excluded, but the total liability of the Company for the sum of

(1) the amount of loss hereunder exclusive of debris removal expense, and

(2) the amount of debris removal expense,

shall not exceed the Company's proportion of 100% of the amount for which all contributing insurance would be liable, exclusive of debris removal expense, if all of the property covered hereunder at the location where the loss occurs were destroyed.

The Company shall not be liable for loss occasioned by the enforcement of any state or municipal law or ordinance which necessitates the demolition of any portion of a building or removal of contents thereof which has not suffered damage by a peril insured against in this policy.

This extension of coverage does not increase the limits of liability provided in this policy.

Debris removal expense shall not be considered in the determination of the values under this policy.



Form MLB-126
(Ed. 1-71)

## REPLACEMENT COST COVERAGE ENDORSEMENT

This endorsement applies only with respect to the premises described in the following Schedule and affords insurance on a replacement cost basis only on the property described below.

### SCHEDULE

| Location Of Premises<br>Location No. Building No. | Property Covered on a<br>Replacement Cost Basis<br>(Specify Coverage A or<br>Coverage B or both) |
|---|---|
| LOC. 3 BLDG 1 & 2 | COV. A |
| LOC. 1 BLDG 1 | COV. B |
| LOC 2 BLDG 1 | COV. B |
| LOC 3 BLDG 1 & 2 | COV. B |

1. Replacement Cost Clause: The provisions and stipulations of Section I of this policy applicable to the property described as covered on a replacement cost basis are amended to substitute the term "replacement cost (without deduction for depreciation)" for the term "actual cash value" wherever it appears in this policy, and the Coinsurance Clause of this endorsement supersedes and replaces all other Coinsurance Clauses otherwise applicable, subject in all other respects to the provisions of this endorsement and of Section I of this policy.

2. This policy does not cover the following property on a replacement cost basis:

   (a) stock (raw, in process or finished) or merchandise, including materials and supplies in connection therewith;

   (b) property of others;

   (c) household furniture or residential contents;

   (d) books of account, abstracts, manuscripts, drawings, card index systems and other records (including film, tape, disc, drum, cell and other magnetic recording or storage media);

   (e) paintings, etchings, pictures, tapestries, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glassware and bric-a-brac, or other articles of art, rarity or antiquity; or

   (f) carpeting, cloth awnings, air conditioners, domestic appliances and outdoor equipment, all whether permanently attached to the building structure or not.

3. The Company shall not be liable under this endorsement for any loss unless and until the damage or destroyed property is actually repaired or replaced by the insured with due diligence and dispatch.

4. Coinsurance Clause: This Company shall not be liable for a greater proportion of any loss or damage to the property covered under this policy than the limit of liability under this policy for such property bears to the amount produced by multiplying the coinsurance percentage applicable (specified in this policy) by the total of (a) the replacement cost (without deduction for depreciation) of that part of said property which is specifically described as covered on a replacement cost basis and (b) the actual cash value of that part of said property which is covered on an actual cash value basis at the time of loss.

   In the event that the aggregate claim for any loss is both less than $10,000 and less than 5% of the limit of liability for all contributing insurance applicable to the property involved at the time such loss occurs, no special inventory or appraisement of the undamaged property shall be required, provided that nothing herein shall be construed to waive application of the first paragraph of this clause.

   If insurance under Section I of this policy is divided into separate limits of liability, the foregoing shall apply separately to the property covered under each such limit of liability.

   The value of property covered under Extensions of Coverage, and the cost of the removal of debris, shall not be considered in the determination of actual cash value or replacement cost when applying the Coinsurance Clause.

5. This Company's liability for loss on a replacement cost basis, shall not exceed the smallest of the following amounts:

   (a) the amount of this policy applicable to the damaged or destroyed property;

   (b) the replacement cost of the property or any part thereof identical with such property on the same premises and intended for the same occupancy and use; or

   (c) the amount actually and necessarily expended in repairing or replacing said property or any part thereof.

6. The insured may elect to make claim under this policy in accordance with its provisions, disregarding this endorsement, except that the foregoing Coinsurance Clause shall apply; and the insured may make further claim for any additional liability brought about by this endorsement in accordance with its provisions, provided the Company is notified in writing within 180 days after loss of the insured's intent to make such further claim.

   This endorsement must be attached to Change Endorsement MLB-20 when issued after the policy is written.

Form MLB-126 (Ed. 1-71)

COINSURANCE CONTRACT  SMP SPECIAL BUILDING FORM        Form MLB-101
                                                                        (Ed. 5-69)

## SECTION I — PROPERTY COVERAGE

With respect to SECTION I — PROPERTY COVERAGE, this form cancels and replaces any coverage on buildings provided under any other form made a part of the policy, but only with respect to those buildings to which this form is shown to be applicable.

## I. INSURING AGREEMENT

This policy insures against all risks of direct physical loss to Coverage A–Building(s), subject to the provisions and stipulations herein and in the policy of which this form is made a part.

## II. PROPERTY COVERED

**COVERAGE A — BUILDING(S):** When the insurance under this policy covers buildings, such insurance shall also cover all additions and extensions attached thereto; all fixtures, machinery and equipment constituting a permanent part of and pertaining to the service of the building; materials and supplies intended for use in construction, alteration or repair of the buildings; yard fixtures; personal property of the insured as landlord used for the maintenance or service of the described buildings, and including fire extinguishing apparatus, floor coverings, refrigerating, ventilating, cooking, dishwashing, and laundering equipment, shades and outdoor

furniture (but not including other personal property in apartments or rooms furnished by the insured as landlord); all while at the described locations.

**DEBRIS REMOVAL:** This policy covers expense incurred in the removal of debris of the property covered hereunder which may be occasioned by loss by a peril not otherwise excluded. The total amount recoverable under this policy shall not exceed the limit of liability stipulated for each item. Cost of removal of debris shall not be considered in the determination of actual cash value when applying the Coinsurance Clause.

## III. PROPERTY SUBJECT TO LIMITATIONS

The following property is subject to these additional limitations:

A. Plumbing, heating, air conditioning or other equipment or appliances (except fire protective systems) are not covered against loss caused by or resulting from freezing while the described buildings are vacant or unoccupied, unless the insured shall have exercised due diligence with respect to maintaining heat in the buildings or unless such equipment and appliances had been drained and the water supply shut off during such vacancy or unoccupancy.

B. Steam boilers, steam pipes, steam turbines or steam engines are not covered against loss caused by any condition or occurrence within such boilers, pipes, turbines or engines (except direct loss resulting from the explosion of accumulated gases or unconsumed fuel within the firebox, or combustion chamber, of any fired vessel or within the flues or passages which conduct the gases of combustion therefrom).

C. Hot water boilers or other equipment for heating water are not covered against loss caused by any condition or occurrence within such boilers or equipment, other than an explosion.

D. Glass is not covered against loss for more than $50 per plate, pane, multiple plate, insulating unit, radiant heating panel, jalousie, louver or shutter, nor for more than $250 in any one occurrence, unless caused by fire, lightning, windstorm, hail, aircraft, vehicles, discharge from fire protection or building service equipment, explosion, riot or civil commotion, and then the Company shall be liable only to the extent that such perils are insured against in this policy.

E. Fences, pavements, outdoor swimming pools and related equipment, retaining walls, bulkheads, piers, wharves or docks, when covered under this policy, are not covered against loss caused by freezing or thaw-

ing, impact of watercraft, or by the pressure or weight of ice or water whether driven by wind or not.

F. Metal smokestacks and, when outside of buildings, cloth awnings, radio or television antennas including their lead-in wiring, masts or towers, are not covered against loss caused by ice, snow or sleet, nor by windstorm or hail unless liability therefor is specifically assumed by endorsement.

G. The interior of buildings is not covered against loss caused by rain, snow, sand or dust, whether driven by wind or not, unless (1) the buildings shall first sustain an actual damage to roof or walls by the direct action of wind or hail, and then the Company shall be liable for loss to the interior of the buildings as may be caused by rain, snow, sand or dust entering the buildings through openings in the roof or walls made by direct action of wind or hail; or (2) such loss results from fire, lightning, aircraft, vehicles, explosion, riot or civil commotion, vandalism or malicious mischief, to the extent that such perils are insured against in this policy.

H. Buildings or structures in process of construction, including materials and supplies therefor, when covered under this policy, are not covered against loss unless caused by fire, lightning, windstorm, hail, aircraft, vehicles, smoke, explosion, riot or civil commotion, vandalism or malicious mischief, and then the Company shall be liable only to the extent that such perils are insured against in this policy.

I. Property undergoing alterations, repairs, installations or servicing, including materials and supplies therefor, is not covered against loss if directly attributable to the operations or work being performed thereon, unless loss by a peril not excluded in this policy ensues, and then the Company shall be liable for only such ensuing loss.

## IV. PROPERTY NOT COVERED

In addition to the kinds of property which are otherwise excluded or limited under this policy, the following are also excluded from coverage under this form:

A. Outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of a building; walks, roadways and other paved surfaces; unless such items are specifically covered by endorsement.

B. The cost of excavations, grading or filling; foundations of buildings, machinery, boilers or engines which foundations are below the undersurface of the lowest basement floor, or where there is no basement, below

the surface of the ground; pilings, piers, pipes, flues and drains which are underground; pilings which are below the low water mark.

C. Outdoor signs, whether or not attached to a building, unless specifically covered by endorsement.

D. Growing crops and lawns.

E. Trees, shrubs and plants, except as provided in the Extensions of Coverage.

F. Property which is more specifically insured in whole or in part under this or any other contract of insurance.

## V. EXTENSIONS OF COVERAGE

The liability of the Company for loss in any one occurrence, including loss under these Extensions of Coverage, shall not exceed the limit of liability specified for the coverages being extended.

The total amount recoverable under the Extensions of Coverage in this form and Extensions of Coverage in any other form made a part of this policy are not cumulative and shall not exceed the largest amount recoverable under any single form made a part of this policy.

When there is Contributing Insurance, the Company shall not be liable for more than its pro rata share of the limits set forth in the following Extensions of Coverage.

A. **Newly Acquired Property:** The insured may apply up to 10%, but not exceeding $25,000, of the limit of liability specified for Coverage A—Building(s) to cover direct loss in any one occurrence by a peril not otherwise excluded to the following described property:

1. New additions, new buildings and new structures when constructed on the described premises and intended for similar occupancy. This coverage shall cease 30 days from the date construction begins or on the date the values of new construction are reported to the Company, or on the expiration date of the policy, whichever occurs first.

2. Buildings acquired by the insured at any location, elsewhere than at the described premises, within the territorial limits of this policy and used by him for similar occupancies or warehouse purposes. This coverage shall cease 30 days from the date of such acquisition or on the date values of the buildings are reported to the Company, or on the expiration date of the policy, whichever occurs first.

Additional premium shall be due and payable for values so reported from the date construction begins or the location is acquired.

B. **Off-Premises:** The insured may apply up to 2%, but not exceeding $5,000, of the limits of liability specified for Coverage A—Building(s) at a described location to cover direct loss in any one occurrence by a peril not otherwise excluded to such building property while removed from such location for purposes of cleaning, repairing, reconstruction or restoration. This Extension of Coverage shall not apply to property in transit, nor to property on any premises owned, leased, operated or controlled by the insured.

C. **Trees, Shrubs and Plants:** The insured may apply up to $1,000 of the limit of liability specified for Coverage A—Building(s) to cover trees, shrubs and plants at the described location against direct loss in any one occurrence by the perils of fire, lightning, explosion, riot, civil commotion or aircraft, but only to the extent such perils are insured against herein. The Company shall not be liable for more than $250 on any one tree, shrub or plant, including expense incurred for removing debris thereof.

D. **Extra Expense:** The insured may apply up to $1,000 of the limit of liability specified for Coverage A—Building(s) to cover the necessary extra expense incurred by the insured in order to continue as nearly as practicable the normal operations of the insured's business immediately following damage by a peril not otherwise excluded under this form to the buildings or personal property situated at the described locations.

"Extra expense" means the excess of the total cost incurred during the period of restoration chargeable to the operation of the insured's business over and above the total cost that would normally have been incurred to conduct the business during the same period had no loss occurred. Any salvage value of property obtained for temporary use during the period of restoration, which remains after the resumption of normal operations, shall be taken into consideration in the adjustment of any loss hereunder.

"Period of restoration" means that period of time, commencing with the date of damage and not limited by the date of expiration of this policy, as would be required with the exercise of due diligence and dispatch to repair, rebuild or replace such part of said buildings or personal property as have been damaged.

The Company shall not be liable under this Extension of Coverage for:

1. loss of income.

2. the cost of repairing or replacing any of the described property, or the cost or research or other expense necessary to replace or restore damaged books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing, and other records that have been damaged by a peril not otherwise excluded, except cost in excess of the normal cost of such repair, replacement or restoration necessarily incurred for the purpose of reducing the total amount of extra expense. In no event shall such excess cost exceed the amount by which the total extra expense otherwise payable under this Extension of Coverage is reduced.

3. any other consequential or remote loss.

E. **Replacement Cost Coverage:** In the event of loss to a building structure covered under this policy, when the full cost of repair or replacement is less than $1,000, this policy is extended to cover the full cost of repair or replacement (without deduction for depreciation). Coverage shall be applicable only to a building structure covered hereunder, but excluding carpeting, cloth awnings, air conditioners, domestic appliances and outdoor equipment, all whether permanently attached to the building structure or not.

The Company shall not be liable under this Extension of Coverage:

1. unless and until the damaged property is actually repaired or replaced on the same premises with due diligence and dispatch; and, in no event, unless repair or replacement is completed within a reasonable time after such loss.

2. unless the whole amount of insurance applicable to the building structure for which claim is made is equal to or in excess of the amount produced by multiplying the coinsurance percentage applicable (specified in this policy) by the actual cash value of such property at the time of the loss.

## VI. EXCLUSIONS

This policy does not insure under this form against:

A. Loss occasioned directly or indirectly by:

1. enforcement of any local or state ordinance or law regulating the construction, repair or demolition of buildings or structures unless such liability is otherwise specifically assumed by endorsement;

2. electrical currents artificially generated unless loss by fire or explosion not otherwise excluded as insured against hereunder ensues, and then the Company shall be liable for only such ensuing loss.

B. Loss caused by or resulting from power, heating or cooling failure, unless such failure results from physical damage to power, heating or cooling equipment situated on premises where the property covered is located, caused by perils not otherwise excluded. Also, the Company shall not be liable under this clause for any loss resulting from riot, riot attending a strike, civil commotion, or vandalism and malicious mischief.

C. Loss caused by, resulting from, contributed to or aggravated by any of the following:

1. earth movement, including but not limited to earthquake, landslide, mudflow, earth sinking, earth rising or shifting;

2. flood, surface water, waves, tidal water or tidal wave, overflow of streams or other bodies of water, or spray from any of the foregoing, all whether driven by wind or not;

3. water which backs up through sewers or drains;

4. water below the surface of the ground including that which exerts pressure on or flows, seeps or leaks through sidewalks, driveways, foundations, walls, basement or other floors, or through doors, windows or any other openings in such sidewalks, driveways, foundations, walls or floors;

unless loss by fire or explosion not otherwise excluded ensues, and then the Company shall be liable for only such ensuing loss.

D. Loss caused by:

1. wear and tear, deterioration, rust or corrosion, mould, wet or dry rot; inherent or latent defect; smog; smoke, vapor or gas from agricultural or industrial operations; mechanical breakdown, including rupture or bursting caused by centrifugal force; settling, cracking, shrinkage, bulging or expansion of pavements, foundations, walls, floors, roofs or ceilings; animals, birds, vermin, termites or other insects; unless loss by a peril not otherwise excluded ensues and then the Company shall be liable for only such ensuing loss.

2. explosion of steam boilers, steam pipes, steam turbines or steam engines (except direct loss resulting from the explosion of accumulated gases or unconsumed fuel within the firebox, or combustion chamber, of any fired vessel or within the flues or passages which conduct the gases of combustion therefrom) if owned by, leased by or operated under the control of the insured, or for any ensuing loss except by fire or explosion not otherwise excluded, and then the Company shall be liable for only such ensuing loss.

3. vandalism, malicious mischief, theft or attempted theft, if the described building had been vacant or unoccupied beyond a period of 30 consecutive days

immediately preceding the loss, unless loss by a peril not excluded in this policy ensues, and then the Company shall be liable for only such ensuing loss.

4. leakage or overflow from plumbing, heating, air conditioning or other equipment or appliances (except fire protective systems) caused by or resulting from freezing while the described building is vacant or unoccupied, unless the insured shall have exercised due diligence with respect to maintaining heat in the buildings or unless such equipment and appliances had been drained and the water supply shut off during such vacancy or unoccupancy.

5. theft (including but not limited to burglary and robbery) of any property which at the time of loss is not an integral part of a building or structure (except direct loss by pillage and looting occurring during and at the immediate place of a riot or civil commotion), unless loss by a peril not excluded in this policy ensues from theft or attempted theft, and then the Company shall be liable for only such ensuing loss.

6. unexplained or mysterious disappearance of any property, or shortage as disclosed on taking inventory, or caused by any wilful or dishonest act or omission of the insured or any associate, employee or agent of any insured.

## VII.  COINSURANCE CLAUSE

The Company shall not be liable for a greater proportion of any loss to the property covered hereunder than the limit of liability under this policy for such property bears to the amount produced by multiplying the coinsurance percentage applicable (specified in this policy) by the actual cash value of such property at the time of the loss.

In the event that the aggregate claim for any loss is both less than $10,000 and less than 5% of the limit of liability for all contributing insurance applicable to the property involved at the time such loss occurs, no special inven-

tory and appraisement of the undamaged property shall be required, provided that nothing herein shall be construed to waive the application of the first paragraph of this clause.

If insurance under Section I of this policy is divided into separate limits of liability, the foregoing shall apply separately to the property covered under each such limit of liability.

The value of property covered under Extensions of Coverage, and the cost of the removal of debris, shall not be considered in the determination of actual cash value when applying the Coinsurance Clause.

## VIII.  DEDUCTIBLE CLAUSES

A. Deductible Clause No. 1 — Applicable only if so stated in the Declarations: With respect to loss by windstorm or hail, the Company shall be liable only when such loss in each occurrence exceeds $50. When loss is between $50 and $500, the Company shall be liable for 111% of loss in excess of $50; and when loss is $500 or more, this loss deductible clause shall not apply.

B. Special Loss Deductible Clause — With respect to loss

by any of the perils insured against under this form other than fire, lightning, aircraft, vehicles, smoke, explosion, riot or civil commotion, windstorm or hail, the Company shall be liable only when such loss in each occurrence exceeds $100. When loss is between $100 and $500, the Company shall be liable for 125% of loss in excess of $100; and when loss is $500 or more, this loss deductible clause shall not apply.

## IX.  CONDITIONS

A. Permits and Use: Except as otherwise provided herein, permission is hereby granted:

1. to make alterations and repairs;

2. for such unoccupancy as is usual or incidental to the described occupancy but vacancy is limited to the 60 day period permitted by the policy conditions;

3. in the event of loss hereunder, to make reasonable repairs, temporary or permanent, provided such repairs are confined solely to the protection of the property from further damage, and provided further that the insured shall keep an accurate record of such repair expenditures. The cost of any such repairs directly attributable to damage by any peril not otherwise excluded shall be included in determining the amount of loss hereunder. Nothing herein contained is intended to modify the policy requirements applicable in case loss occurs, and in particular the requirement that, in case loss occurs, the insured shall protect the property from further damage.

B. Loss Clause: Any loss hereunder shall not reduce the amount of this policy.

C. Mortgage Clause: Applicable to buildings only (this entire clause is void unless name of mortgagee (or trustee) is inserted in the Declarations): Loss, if any, under this policy, shall be payable to the mortgagee (or trustee), named on the first page of this policy, as interest may appear under all present or future mortgages upon the property herein described in which the aforesaid may have an interest as mortgagee (or trustee) in order of precedence of said mortgages, and this insurance as to the interest of the mortgagee (or trustee) only therein, shall not be invalidated by any act or neglect of the mortgagor or owner of the within described property, nor by any foreclosure or other proceedings or notice of sale relating to the property, nor

by any change in the title or ownership of the property, nor by the occupation of the premises for purposes more hazardous than are permitted by this policy: provided, that in case the mortgagor or owner shall neglect to pay any premium due under this policy, the mortgagee (or trustee) shall, on demand, pay the same. Provided also, that the mortgagee (or trustee) shall notify the Company of any change of ownership or occupancy or increase of hazard which shall come to the knowledge of said mortgagee (or trustee) and, unless permitted by this policy, it shall be noted thereon and the mortgagee (or trustee) shall, on demand, pay the premium for such increased hazard for the term of the use thereof, otherwise this policy shall be null and void. The Company reserves the right to cancel this policy at any time as provided by its terms, but in such case this policy shall continue in force for the benefit only of the mortgagee (or trustee) for ten days after notice to the mortgagee (or trustee) of such cancellation and shall then cease, and the Company shall have the right, on like notice, to cancel this agreement.

Whenever the Company shall pay the mortgagee (or trustee) any sum for loss under this policy, and shall claim that, as to the mortgagor or owner, no liability therefor existed, the Company shall to the extent of such payment, be thereupon legally subrogated to all the rights of the party to whom such payment shall be made, under all securities held as collateral to the mortgage debt, or may at its option pay to the mortgagee (or trustee) the whole principal due or to grow due on the mortgage, with interest accrued and shall thereupon receive a full assignment and transfer of the mortgage and of all such other securities; but no subrogation shall impair the right of the mortgagee (or trustee) to recover the full amount of said mortgagee's (or trustee's) claim.

COINSURANCE CONTRACT

Form MLB-100
(Ed. 2-71)



## SMP GENERAL PROPERTY FORM
### SECTION I — PROPERTY COVERAGE

### I. PROPERTY COVERED

**COVERAGE A — BUILDING(S):** When the insurance under this policy covers buildings, such insurance shall also cover all additions and extensions attached thereto; all fixtures, machinery and equipment constituting a permanent part of and pertaining to the service of the building; materials and supplies intended for use in construction, alteration or repair of the buildings; yard fixtures; personal property of the insured as landlord used for the maintenance or service of the described buildings, and including fire extinguishing apparatus, floor coverings, refrigerating, ventilating, cooking, dishwashing and laundering equipment, shades and outdoor furniture (but not including other personal property in apartments or rooms furnished by the insured as landlord); all while at the described locations.

**COVERAGE B — PERSONAL PROPERTY:** When the insurance under this policy covers personal property, such insurance shall cover only business personal property owned by the insured and usual to the occupancy of the insured, including bullion, manuscripts, furniture, fixtures, equipment and supplies, not otherwise covered under this policy, and shall also cover the insured's interest in personal property owned by others to the extent of the value of labor and materials expended thereon by the insured; all while in or on the described buildings, or in the open (including within vehicles) on the described premises or within 100 feet thereof.

This coverage shall also include Tenant's Improvements and Betterments, meaning the insured's use interest in fixtures, alterations, installations or additions comprising a part of the buildings occupied but not owned by the insured and made or acquired at the expense of the insured

**DEBRIS REMOVAL — COVERAGE A — BUILDING(S) OR COVERAGE B — PERSONAL PROPERTY:** This policy covers expense incurred in the removal of debris of the property covered hereunder which may be occasioned by loss by a peril insured against. The total amount recoverable under this policy shall not exceed the limit of liability stipulated for each item. Cost of removal of debris shall not be considered in the determination of actual cash value when applying the Coinsurance Clause.

exclusive of rent paid by the insured, but which are not legally subject to removal by the insured.

**PERSONAL PROPERTY OF OTHERS:** The insured may apply at each location up to 2%, but not exceeding $2,000, of the limit of liability specified for Coverage B — Personal Property at such location, as an additional amount of insurance, to cover for the account of the owners thereof (other than the named insured) direct loss by a peril insured against to personal property, similar to that covered by this policy, belonging to others while in the care, custody or control of the named insured and only while on the described premises or within 100 feet thereof.

Loss shall be adjusted with the named insured for the account of the owners of the property, except that the right to adjust any loss with the owners is reserved to the Company and the receipts of the owners in satisfaction thereof shall be in full satisfaction of any claim by the named insured for which payments have been made. As respects personal property belonging to others, this provision shall replace any loss payable provision of this policy.

The Coinsurance Clause of this form or the Value Reporting and Full Reporting Clauses of the Reporting Provisions of any other form made a part of this policy shall not apply to this coverage, and when applying said clauses to insurance covering property owned by the insured, the value of personal property of others shall not be considered in the determination of actual cash value.

When there is Contributing Insurance, the Company shall not be liable for more than its pro rata share of the limit applying to personal property of others.

### II. PROPERTY NOT COVERED

In addition to the kinds of property which are otherwise excluded or limited under this policy, the following are also excluded from coverage under this form:

A. Animals and pets; aircraft; watercraft, including motors, equipment and accessories (except rowboats and canoes, while out of water and on the described premises); and automobiles, trailers, semi-trailers or any self-propelled vehicles or machines, except motorized equipment not licensed for use on public thoroughfares and operated principally on the premises of the insured.

This exclusion does not apply to the following types of property when held for sale or sold but not delivered and specifically covered by endorsement:

1. Animals and pets.
2. Motorcycles and motor-scooters.
3. Trailers designed for use with private passenger vehicles for general utility purposes or carrying boats.
4. Watercraft, including motors, equipment and accessories, while not afloat.

B. Outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a

part of building; walks, roadways and other paved surfaces; unless such items are specifically covered by endorsement.

C. The cost of excavations, grading or filling; foundations of buildings, machinery, boilers or engines which foundations are below the undersurface of the lowest basement floor, or where there is no basement, below the surface of the ground; pilings, piers, pipes, flues and drains which are underground; pilings which are below the low water mark.

D. Outdoor signs, whether or not attached to a building unless specifically covered by endorsement.

E. Household and personal effects contained in living quarters occupied by the insured, any officer, director, stockholder or partner of the insured or relatives of any of the foregoing, except as provided in the Extensions of Coverage or unless specifically covered by endorsement.

F. Growing crops and lawns.

G. Trees, shrubs and plants, except when held for sale or sold but not delivered, or to the extent provided in the Extensions of Coverage.

H. Property which is more specifically covered in whole or in part under this or any other contract of insurance.

### III. PERILS INSURED AGAINST

This policy insures under Section I against all direct loss to the property covered under this form caused by the following perils, except as otherwise specifically provided:

A. Fire.

B. Lightning.

C. Windstorm and Hail.

1. The Company shall not be liable as respects these perils for loss caused directly or indirectly by frost or cold weather or ice (other than hail), snow or sleet, whether driven by wind or not.

2. The Company shall not be liable as respects these perils for loss

to the interior of the buildings or the property covered therein caused

a. by rain, snow, sand or dust, whether driven by wind or not, unless the buildings covered or containing the property covered shall first sustain an actual damage to roof or walls by the direct action of wind or hail and then shall be liable for loss to the interior of the buildings or the property covered therein as may be caused by rain, snow, sand or dust entering the buildings through openings in the roof or walls by direct action of wind or hail; or

b. by water from sprinkler equipment or other piping, unless

such equipment or piping be damaged as a direct result of wind or hail.

3. Unless specifically covered by endorsement, the Company shall not be liable as respects these perils for damage to the following property:

   a. grain, hay, straw or other crops outside of buildings;

   b. windmills, windpumps or their towers;

   c. crop silos or their contents;

   d. metal smokestacks or, when outside of buildings, awnings or canopies (fabric or slat) including their supports;

   e. outdoor radio or television antennas including their lead-in wiring, masts or towers;

   f. trees, shrubs and plants.

D. Explosion: Loss by explosion shall include direct loss resulting from the explosion of accumulated gases or unconsumed fuel within the firebox (or combustion chamber) of any fired vessel or within the flues or passages which conduct the gases of combustion therefrom. The Company shall not be liable for loss by explosion of steam boilers, steam pipes, steam turbines or steam engines, if owned by, leased by or operated under the control of the insured. The following are not explosions within the intent or meaning of these provisions:

1. Shock waves caused by aircraft, generally known as "sonic boom".

2. Electric arcing.

3. Rupture or bursting of rotating or moving parts of machinery caused by centrifugal force or mechanical breakdown.

4. Water hammer.

5. Rupture or bursting of water pipes.

6. Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water.

7. Rupture, bursting or operation of pressure relief devices.

E. Sudden and Accidental Damage from Smoke, other than smoke from agricultural smudging or industrial operations.

F. Vehicles or Aircraft: Loss by aircraft or by vehicles shall mean only direct loss resulting from actual physical contact of an aircraft, including self-propelled missiles or spacecraft, or a vehicle with the property covered hereunder or with the buildings containing the property covered hereunder, except that loss by aircraft includes direct loss by objects falling therefrom.

The Company shall not be liable as respects this peril for loss

1. by any vehicle owned or operated by the insured or by any occupant of the described premises; or

2. to any aircraft or vehicle, including contents thereof, other than stocks of aircraft or vehicles in process of manufacture or for sale.

G. Riot, Riot Attending a Strike and Civil Commotion: Loss by riot, riot attending a strike or civil commotion shall include direct loss by acts of striking employees of the owner or occupants of the described buildings while occupied by said striking employees and shall also include under this peril direct loss from pillage and looting occurring during and at the immediate place of a riot, riot attending a strike or civil commotion.

The Company shall not be liable as respects this peril for loss resulting from damage to or destruction of the described property owing to change in temperature or humidity or interruption of operations, whether or not such loss is covered by this policy as to other perils.

## IV. EXTENSIONS OF COVERAGE

The liability of the Company for loss in any one occurrence, including loss under these Extensions of Coverage, shall not exceed the limit of liability specified for the coverages being extended.

The total amount recoverable under the Extensions of Coverage in this form and Extensions of Coverage in any other form made a part of this policy are not cumulative and shall not exceed the largest amount recoverable under any single form made a part of this policy.

When there is Contributing Insurance, the Company shall not be liable for more than its pro rata share of the limits set forth in the following Extensions of Coverage.

A. Newly Acquired Property:

1. The insured may apply up to 10%, but not exceeding $25,000, of the limit of liability specified for Coverage A — Building(s) to cover direct loss in any one occurrence by a peril insured against to the following described property:

   a. New additions, new buildings and new structures when constructed on the described premises and intended for similar occupancy. This coverage shall cease 30 days from the date construction begins or on the date the values of new construction are reported to the Company, or on the expiration date of the policy, whichever occurs first.

   b. Buildings acquired by the insured at any location, elsewhere than at the described premises, within the territorial limits of this policy and used by him for similar occupancies or warehouse purposes. This coverage shall cease 30 days from the date of such acquisition or on the date values of the buildings are reported to the Company, or on the expiration date of the policy, whichever occurs first.

2. The insured may apply up to 10%, but not exceeding $10,000, of the limit of liability specified for Coverage B — Personal Property to cover direct loss in any one occurrence by a peril insured against to such property at any location (except fairs and exhibitions) acquired by the insured, elsewhere than at the described premises, within the territorial limits of this policy. This coverage shall cease 30 days from the date of such acquisition or on the date values at such locations are reported to the Company, or on the expiration date of the policy, whichever occurs first.

Additional premium shall be due and payable for values so reported the date construction begins or the property is acquired.

B. Off-Premises: The insured may apply up to 2%, but not exceeding $5,000, of the sum of the limits of liability specified for Coverage A — Building(s) and Coverage B — Personal Property at a described location to cover direct loss in any one occurrence by a peril insured

against to such property (other than merchandise or stock) while removed from such location for purposes of cleaning, repairing, reconstruction or restoration. This Extension of Coverage shall not apply to property in transit, nor to property on any premises owned, leased, operated or controlled by the insured.

C. Personal Effects: The insured may apply up to $500 of the limit of liability specified for Coverage B — Personal Property to cover direct loss in any one occurrence by a peril insured against to personal effects while located on the described premises, belonging to the insured, officers, partners or employees thereof, and limited to $100 on personal effects owned by any one individual. This Extension of Coverage does not apply if the loss is covered by any other insurance, whether collectible or not, or which would have been covered by such other insurance in the absence of this policy. At the option of the Company, loss under this Extension of Coverage may be adjusted with and payable to the insured.

D. Valuable Papers and Records: The insured may apply up to $500 of the limit of liability specified for Coverage B — Personal Property to cover direct loss in any one occurrence by a peril insured against under Coverage B — Personal Property of this form to valuable papers and records consisting of books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing, and other records, all the property of the insured at described locations. This Extension of Coverage covers only the cost of research and other expense necessarily incurred by the insured to reproduce, replace or restore such valuable papers and records. The total amount payable in any one occurrence under this Extension of Coverage shall not exceed the limit specified above, regardless of the number of described locations.

E. Trees, Shrubs and Plants: The insured may apply up to $1,000 of the sum of the limits of liability specified for Coverage A — Building(s)

and Coverage B — Personal Property to cover trees, shrubs and plants at the described location against direct loss in any one occurrence by the perils of fire, lightning, explosion, riot, civil commotion or aircraft, but only to the extent such perils are insured against herein. The Company shall not be liable for more than $250 on any one tree, shrub or plant, including expense incurred for removing debris thereof.

F. **Extra Expense:** The insured may apply up to $1,000 of the sum of the limits of liability specified for Coverage A — Building(s) and Coverage B — Personal Property to cover the necessary extra expense incurred by the insured in order to continue as nearly as practicable the normal operation of the insured's business immediately following damage by a peril insured against to the buildings or personal property situated at the described locations.

"Extra expense" means the excess of the total cost incurred during the period of restoration chargeable to the operation of the insured's business over and above the total cost that would normally have been incurred to conduct the business during the same period had no loss occurred. Any salvage value of property obtained for temporary use during the period of restoration, which remains after the resumption of normal operations, shall be taken into consideration in the adjustment of any loss hereunder.

"Period of restoration" means that period of time, commencing with the date of damage and not limited by the date of expiration of this policy, as would be required with the exercise of due diligence and dispatch to repair, rebuild or replace such part of said buildings or personal property thereof as have been damaged.

The Company shall not be liable under this Extension of Coverage for:
1. loss of income.
2. the cost of repairing or replacing any of the described property,

or the cost of research or other expense necessary to replace or restore books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing, and other records that have been damaged by a peril insured against, except cost in excess of the normal cost of such repair, replacement or restoration necessarily incurred for the purpose of reducing the total amount of extra expense. In no event shall such excess cost exceed the amount by which the total extra expense otherwise payable under this Extension of Coverage is reduced.

3. any other consequential or remote loss.

G. **Replacement Cost:** In the event of loss to a building structure covered under this policy, when the full cost of repair or replacement is less than $1,000, the coverage of this policy is extended to cover the full cost of repair or replacement (without deduction for depreciation). Coverage shall be applicable only to a building structure covered hereunder, but excluding carpeting, cloth awnings, air-conditioners, domestic appliances and out-door equipment, all whether permanently attached to the building structure or not.

The Company shall not be liable under this Extension of Coverage:
1. unless and until the damaged property is actually repaired or replaced on the same premises with due diligence and dispatch, and, in no event, unless repair or replacement is completed within a reasonable time after such loss.
2. unless the whole amount of insurance applicable to the building structure for which claim is made is equal to or in excess of the amount produced by multiplying the co-insurance percentage applicable (specified in this policy) by the actual cash value of such property at the time of the loss.

## V. EXCLUSIONS

This policy does not insure under this form against:

A. Loss occasioned directly or indirectly by:
1. enforcement of any local or state ordinance or law regulating the construction, repair or demolition of buildings or structures unless such liability is otherwise specifically assumed by endorsement;
2. electrical currents artificially generated unless loss by fire or explosion as insured against hereunder ensues, and then the Company shall be liable for only such ensuing loss.

B. Loss caused by or resulting from power, heating or cooling failure, unless such failure results from physical damage to power, heating or cooling equipment situated on premises where the property covered is located, caused by a peril insured against. The Company shall not be liable for any loss specifically excluded under the riot provisions of this form.

C. Loss caused by, resulting from, contributed to or aggravated by any of the following:
1. earth movement, including but not limited to earthquake, landslide, mudflow, earth sinking, earth rising or shifting;
2. flood, surface water, waves, tidal water or tidal wave, overflow of streams or other bodies of water, or spray from any of the foregoing, all whether driven by wind or not;
3. water which backs up through sewers or drains;
4. water below the surface of the ground including that which exerts pressure on or flows, seeps or leaks through sidewalks, driveways, foundations, walls, basement or other floors, or through doors, windows or any other openings in such sidewalks, driveways, foundations, walls or floors;

unless loss by fire or explosion as insured against hereunder ensues, and then the Company shall be liable for only such ensuing loss.

## VI. COINSURANCE CLAUSE

The Company shall not be liable for a greater proportion of any loss to the property covered hereunder than the limit of liability under this policy for such property bears to the amount produced by multiplying the coinsurance percentage applicable (specified in this policy) by the actual cash value of such property at the time of the loss.

In the event that the aggregate claim for any loss is both less than $10,000 and less than 5% of the limit of liability for all contributing insurance applicable to the property involved at the time such loss occurs, no special inventory and appraisement of the undamaged property shall

be required, provided that nothing herein shall be construed to waive the application of the first paragraph of this clause.

If insurance under Section I of this policy is divided into separate limits of liability, the foregoing shall apply separately to the property covered under each such limit of liability.

The value of property covered under Extensions of Coverage, and the cost of the removal of debris, shall not be considered in the determination of actual cash value when applying the Coinsurance Clause.

## VII. DEDUCTIBLE CLAUSES

A. The following Deductible Clauses are applicable only if so stated in the Declarations:
1. **Loss Deductible Clause No. 1:** With respect to loss by windstorm or hail to buildings, structures or personal property in the open, the Company shall be liable only when such loss in each occurrence exceeds $50. When loss is between $50 and $500, the Company shall be liable for 111% of loss in excess of $50; and when loss is $500 or more, this deductible shall not apply.
2. **Loss Deductible Clause No. 2:** With respect to loss by any of the perils insured against other than:

   a. fire or lightning,
   b. windstorm or hail to buildings, structures or personal property in the open,

   the Company shall be liable only when such loss in each occurrence exceeds $50. When loss is between $50 and $500, the Company shall be liable for 111% of loss in excess of $50; and when loss is $500 or more, this deductible shall not apply.

B. No more than one deductible shall apply to loss by windstorm or hail arising out of any one occurrence.

## VIII. VALUATION

Subject to the provisions and stipulations of this policy, the following bases for valuation of property are established:

A. Tenant's Improvements and Betterments:

1. If repaired or replaced at the expense of the insured within a reasonable time after loss, the actual cash value of the damaged or destroyed improvements and betterments.

2. If not repaired or replaced within a reasonable time after loss, that proportion of the original cost at time of installation of the damaged or destroyed property which the unexpired term of the lease or rental agreement, whether written or oral, in effect at the time of loss bears to the periods from the dates such improvements or betterments were made to the expiration date of the lease.

3. If repaired or replaced at the expense of others for the use of the insured, there shall be no liability hereunder.

B. Books of account, manuscripts, abstracts, drawings, card index systems and other records (except film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing) for not exceeding the cost of blank books, cards or other blank material.

C. Film, tape, disc, drum, cell and other magnetic recording or storage media for electronic data processing for not exceeding the cost of such media in unexposed or blank form.

D. All other property at actual cash value.

## IX. CONDITIONS

A. Permits and Use: Except as otherwise provided herein, permission is hereby granted:

1. to make alterations and repairs;

2. for such unoccupancy as is usual or incidental to the described occupancy but vacancy is limited to the 60 day period permitted by the policy conditions;

3. in the event of loss hereunder, to make reasonable repairs, temporary or permanent, provided such repairs are confined solely to the protection of the property from further damage, and provided further that the insured shall keep an accurate record of such repair expenditures. The cost of any such repairs directly attributable to damage by any peril insured hereunder shall be included in determining the amount of loss hereunder. Nothing herein contained is intended to modify the policy requirements applicable in case loss occurs, and in particular the requirement that, in case loss occurs, the insured shall protect the property from further damage.

B. Loss Clause: Any loss hereunder shall not reduce the amount of this policy.

C. Mortgage Clause: Applicable to buildings only (this entire clause is void unless name of mortgagee (or trustee) is inserted in the Declarations): Loss, if any, under this policy, shall be payable to the mortgagee (or trustee), named on the first page of this policy, as interest may appear under all present or future mortgages upon the property herein described in which the aforesaid may have an interest as mortgagee (or trustee) in order of precedence of said mortgages, and this insurance as to the interest of the mortgagee (or trustee) only therein, shall not be invalidated by any act or neglect of the mortgagor or owner of the within described prop-

erty, nor by any foreclosure or other proceedings or notice of sale relating to the property, nor by any change in the title or ownership of the property, nor by the occupation of the premises for purposes more hazardous than are permitted by this policy: provided, that in case the mortgagor or owner shall neglect to pay any premium due under this policy, the mortgagee (or trustee) shall, on demand, pay the same. Provided also, that the mortgagee (or trustee) shall notify the Company of any change of ownership or occupancy or increase of hazard which shall come to the knowledge of said mortgagee (or trustee) and, unless permitted by this policy, it shall be noted thereon and the mortgagee (or trustee) shall, on demand, pay the premium for such increased hazard for the term of the use thereof, otherwise this policy shall be null and void. The Company reserves the right to cancel this policy at any time as provided by its terms, but in such case this policy shall continue in force for the benefit only of the mortgagee (or trustee) for ten days after notice to the mortgagee (or trustee) of such cancellation and shall then cease, and the Company shall have the right, on like notice, to cancel this agreement.

Whenever the Company shall pay the mortgagee (or trustee) any sum for loss under this policy, and shall claim that, as to the mortgagor or owner, no liability therefor existed, the Company shall to the extent of such payment, be thereupon legally subrogated to all the rights of the party to whom such payment shall be made, under all securities held as collateral to the mortgage debt, or may at its option pay to the mortgagee (or trustee) the whole principal due or to grow due on the mortgage, with interest accrued and shall thereupon receive a full assignment and transfer of the mortgage and of all such other securities; but no subrogation shall impair the right of the mortgagee (or trustee) to recover the full amount of said mortgagee's (or trustee's) claim.

# RELIANCE INSURANCE COMPANIES

1—Reliance Insurance Company
6—United Pacific Insurance Company

6 ← Insuring Company Number

| POLICY NUMBER(S) | | | AGENTS CODE | POLICY PERIOD | |
|---|---|---|---|---|---|
| ZM 7 94 01 22 | | | 96 3954 | 1/1/74 | 1/1/77 |
| STATEMENT DATE | AUDIT TERM | | AUDIT PERIOD | | AUDIT KIND |
| 3/24/77 | ANNUALLY | | 1/1/76 | 1/1/77 | PHYSICAL |

AGENT / INSURED

HUGHES WALMSLEY & CO. INC.
1415 RICHARDS BLDG.
NEW ORLEANS, LA 70112

REILLY BENTON CO. INC. THE PEABODY CO. INC.
REILLY BENTON INC., PROFIT SHARING TRUST FUND
FILTER SERVICE CO. INC.
1645 TCHOUPITOULAS ST.
NEW ORLEANS, LA

| DESCRIPTION OF OPERATIONS | CLASS CODE | EXPOSURE | WORKMENS COMPENSATION | | BODILY INJURY | | LIABILITY - PROP. DAMAGE | |
|---|---|---|---|---|---|---|---|---|
| | | | RATE | PREMIUM | RATE | PREMIUM | RATE | PREMIUM |
| LOUISIANA | | | | | | | | |
| OL & T | | A/W/E | | | | | | |
| INSULATION WORK | 15161 | 91,698 | | | .218 | 200 | .326 | 299 |
| PRODUCTS | 59991 | 4621,563 | | | .122 | 564 | .074 | 342 |
| COMPLETED OPERA-TIONS | 89980 | 730395 | | | .204 | 149 | .372 | 272 |
| (CONTRACTURAL) PURCHASE ORDERS | 17985 | 10% PRODUCTS | | | | 56 | | 34 |
| BROAD FORM CONSTRAC-TURAL | 16281 | 730395 | | | .0153 | 117 | .0098 | 72 |
| WAVIER OF SUBROGA-TION | | (FLAT) | | | | | | |
| PERSONAL INJURY | | | | | | 36. | | |
| EXT. OF COV. END. | | | | | | 21. | | |
| COMPREHENSIVE GENERAL CHARGE | | | | | | 10. | | |
| INCREASED LIMITS | | | | | | | | |
| BASIC CHARGE | | | | | | 25. | | |
| TOTALS | | | | | | 1178 | | 1019 |
| Less Previously Billed | | | | | | 987 | | 855 |
| Difference | | | | | | 191 | | 164 |
| | | | | AMOUNT DUE | | | 355 | |

AUD-27 ED. 1/72

# RELIANCE INSURANCE COMPANIES

1—Reliance Insurance Company
6—United Pacific Insurance Compan

| 6 | ← Insuring Company Number |

| POLICY NUMBER(S) | | AGENTS CODE | POLICY PERIOD | |
|---|---|---|---|---|
| ZM 7 94 01 22 | | 96-3954 | 1-1-74/77 | |
| STATEMENT DATE | AUDIT TERM | AUDIT PERIOD | | AUDIT KIND |
| 2-25-76 | | 1-1-75/76  2ND YR | | PHYSICAL |

| AGENT | INSURED |
|---|---|
| HUGHES WALMSLEY & CO., INC.<br>1415 RICHARDS BLDG.<br>NEW ORLEANS, LA.  70112 | REILLY BENTON CO., INC., ET AL<br>1645 TCHOUPITOULAS ST.<br>NEW ORLEANS, LA. |

| DESCRIPTION OF OPERATIONS | CLASS CODE | EXPOSURE | WORKMENS COMPENSATION | | BODILY INJURY | | LIABILITY - PROP. DAMAGE | |
|---|---|---|---|---|---|---|---|---|
| | | | RATE | PREMIUM | RATE | PREMIUM | RATE | PREMIUM |
| O LA. | | | | | | | | |
| O.L. & T. | | AS W/E | | | | 194. | | |
| C. G. C. | | | | | | 10. | | |
| INSULATION WORK | 15161 | 118,090. | | | .199 | 235. | .326 | 384. |
| EXTENTION OF COVERAGE END. | | AS WRITTEN | | | | 21. | | |
| PERSONAL INJURY | | 22.5% | | | | 97. | | |
| BROAD FORM PD | | 20% | | | | | | 77. |
| PRODUCTS | | | | | | | | |
| STORES | 59991 | 3,577,879 | | | .122 | 437. | .062 | 222. |
| BROAD FORM PD | | 20% | | | | | | 44. |
| COMPL. OP'S | | | | | | | | |
| INSULATION WORK | 89980 | 799,900 | | | .185 | 148. | .372 | 298. |
| BROAD FORM PD | | 20% | | | | | 398. | 80. |
| WAIVER OF SUBROGATION | | | | | | 10. | | 5. |
| PURCHASE ORDER | 17985 | (10%-PROD.) | | | | 44. | | 22. |
| SINGLE LIMITS DISCOUNT | | 9% | | | 1093. | | | |

| TOTALS | | | | |
|---|---|---|---|---|
| Less Previously Billed | | | | |
| Difference | | | | |

| | AMOUNT DUE | CONT'D |

AUD-27 ED. 1/72



**SMP LIABILITY INSURANCE FORM**
**SECTION II LIABILITY COVERAGE**

**Form MLB-200**
(Ed. 1-73)

**I. COVERAGE C—BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

The Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies, caused by an occurrence and arising out of the ownership, maintenance or use of the insured premises and all operations necessary or incidental to the business of the named insured conducted at or from the insured premises and the Company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or

(2) any other automobile or aircraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to the parking of an automobile on insured premises, if such automobile is not owned by or rented or loaned to any insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any watercraft owned or operated by or rented or loaned to any insured, or

(2) any other watercraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to watercraft while ashore on the insured premises;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage arising out of operations on or from premises (other than insured premises) owned by, rented to or controlled by the named insured, or to liability assumed by the insured under any contract or agreement relating to such premises;

(h) to bodily injury or property damage for which the insured or his indemnitee may be held liable

(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

(2) if not so engaged, as an owner or lessor of premises used for such purposes,

if such liability is imposed

(a) by, or because of the violation of any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(b) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;

but part (b) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k) to property damage to

(1) property owned or occupied by or rented to the insured,

(2) property used by the insured, or

(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

(l) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from

(1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or

(2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;

but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;

(n) to property damage to the named insured's products arising out of such products or any part of such products;

(o) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work forms a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(q) to bodily injury and property damage arising out of demolition operations performed by or on behalf of the insured.

**II. PERSONS INSURED**

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the Declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the

spouse of the named insured with respect to the conduct of such a business;

(b) if the named insured is designated in the Declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the Declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, member of the board of trustees, directors or governors or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

   (i) an employee of the named insured while operating any such equipment in the course of his employment, and

   (ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an insured under this paragraph (e) with respect to:

(1) bodily injury to any fellow employee of such person injured in the course of his employment, or

(2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

## III. SUPPLEMENTARY PAYMENTS

The Company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the Company, all costs taxed against the insured in any suit defended by the Company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the Company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the Company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the insured because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the Company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the insured at the Company's request in assisting the Company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

## IV. LIMITS OF LIABILITY—COVERAGE C

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the Company's liability is limited as follows:

(a) The total liability of the Company for Coverage C for all damages, including damages for care and loss of services, as a result of any one occurrence shall not exceed the limit of liability for Coverage C as stated in the Declarations provided that with respect to any occurrence for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for bodily injury liability and property damage liability to the extent of the coverage

required by such law, but the separate application of such limit shall not increase the total limit of the Company's liability.




(b) Subject to the above provision respecting "each occurrence", the total liability of the Company for all damages because of all bodily injury and property damage which occurs during each annual period while this policy is in force commencing from its effective date and is described in any of the numbered subparagraphs below shall not exceed the limit of liability stated in the Declarations as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all bodily injury and property damage included within the completed operations hazard and all bodily injury and property damage included within the products hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1) and (2) and separately with respect to each project away from the insured premises. Such aggregate limit shall apply separately to the bodily injury and property damage described in subparagraph (3).

For the purpose of determining the limit of the Company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## V. COVERAGE D—PREMISES MEDICAL PAYMENTS:

The Company will pay to or for each person who sustains bodily injury caused by accident all reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided such bodily injury arises out of (a) a condition in the insured premises or (b) operations with respect to which the named insured is afforded coverage for bodily injury liability under this policy.

Exclusions:

This insurance does not apply:

(a) to bodily injury

(1) arising out of operations on or from premises (other than insured premises) owned by, rented to, or controlled by the named insured;

(2) arising out of the ownership, maintenance, operation, use, loading or unloading of

   (i) any automobile or aircraft owned or operated by or rented or loaned to any insured, or

   (ii) any other automobile or aircraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to the parking of an automobile on the insured premises, if such automobile is not owned by or rented or loaned to any insured;

(3) arising out of (i) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (ii) the operation or use of any snowmobile or trailer designed for use therewith;

(4) arising out of the ownership, maintenance, operation, use, loading or unloading of

   (i) any watercraft owned or operated by or rented or loaned to any insured, or

   (ii) any other watercraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to watercraft while ashore on the insured premises; or

(5) arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(b) to bodily injury

(1) included within the completed operations hazard or the products hazard;

(2) arising out of operations performed for the named insured by independent contractors other than (i) maintenance and repair of the insured premises or (ii) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) resulting from the selling, serving or giving of any alcoholic beverage (i) in violation of any statute, ordinance or regulation, (ii) to a minor, (iii) to a person under the influence of alcohol or (iv) which causes or contributes to the intoxication of any person, if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or, if not so engaged, is an owner or lessor of premises used for such purposes but only part (i) of this exclusion (b) (3) applies when the named insured is such an owner or lessor;

(4) arising out of demolition operations performed by or on behalf of insureds;

(c) to bodily injury

(1) to the named insured, any partner therein, any tenant or other person regularly residing on the insured premises or any employee of the foregoing if the bodily injury arises out of and in the course of his employment therewith;

(2) to any other tenant if the bodily injury occurs on that part of the insured premises rented from the named insured or to

any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest;

(d) to any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services.

## VI. LIMITS OF LIABILITY—COVERAGE D:

The limit of liability for Coverage D stated in the Declarations as applicable to "each person" is the limit of the Company's liability for all medical expense for bodily injury to any one person as the result of any one accident; but subject to the above provision respecting "each person", the total liability of the Company under Premises Medical Payments Coverage for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of liability stated in the Declarations as applicable to "each accident".

When more than one medical payments coverage afforded by this policy applies to the loss, the Company shall not be liable for more than the amount of the highest applicable limit of liability.

## COMPREHENSIVE GENERAL LIABILITY INSURANCE ENDORSEMENT    Form MLB-202
(Ed. 1-73)

In consideration of the payment of the premium, in reliance upon the statements in the Declarations of the policy of which this endorsement is made a part, and subject to all the terms of this endorsement, the Company agrees with the named insured as follows:

### I.   COVERAGE—BODILY INJURY AND PROPERTY DAMAGE LIABILITY

The Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies, caused by an occurrence, and the Company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a)  to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b)  to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

  (1)  any automobile or aircraft owned or operated by or rented or loaned to any insured, or

  (2)  any other automobile or aircraft operated by any person in the course of his employment by any insured;

  but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured;

(c)  to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d)  to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e)  to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

  (1)  any watercraft owned or operated by or rented or loaned to any insured, or

  (2)  any other watercraft operated by any person in the course of his employment by any insured;

  but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(f)  to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g)  to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(h)  to bodily injury or property damage for which the insured or his indemnitee may be held liable

  (1)  as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

  (2)  if not so engaged, as an owner or lessor of premises used for such purposes,

  if such liability is imposed

    (a)  by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

    (b)  by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;

  but part (b) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i)  to property damage to

  (1)  property owned or occupied by or rented to the insured,

  (2)  property used by the insured, or

  (3)  property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

  but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of elevators at premises owned by, rented to or controlled by the named insured;

(j)  to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k)  to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(l)  to property damage to the named insured's products arising out of such products or any part of such products;

(m)  to loss of use of tangible property which has not been physically injured or destroyed resulting from

  (1)  a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or

  (2)  the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;

  but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;

(n)  to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(o)  to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work forms a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(p)  to bodily injury or property damage for which insurance is afforded under

  (1)  the SMP Liability Insurance Coverage, or

  (2)  any Comprehensive Personal Liability Endorsement forming a part of this policy

  or for which insurance would have been afforded but for the exhaustion of the limits of liability thereunder.

**This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.**

## II. LIMIT OF LIABILITY—COVERAGE C

The limit of the Company's liability with respect to each occurrence under this endorsement is the amount stated in the Declarations as applicable to Coverage C of Section II of this policy and such limits apply to the insurance afforded by this endorsement in accordance with the terms of Provision IV, Limits of Liability, of Section II.

## III. OTHER PROVISIONS APPLICABLE TO THIS ENDORSEMENT

A. The following provisions applicable to Sections I and II of the policy are applicable to this endorsement; War Risk and Governmental Action Exclusion; Inspection and Audit; Cancellation; Subrogation; and subparagraph (2) of Policy Period, Territory.

B. The following terms and provisions applicable only to Section II are applicable to this endorsement: Persons Insured; Supplementary Payments; Modification of Terms; Financial Responsibility Laws; Premium; Insured's Duties in the Event of Occurrence, Claim or Suit; Other Insurance; Action Against the Company; Nuclear Exclusion; and Definitions—Section II.

GL 00 00
(Ed. 01-73)

(For policy issued by one company)

**BLANK INDEMNITY COMPANY**

(A _____ insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the named insured as follows

(For policy issued by two companies)

**BLANK INDEMNITY COMPANY**
and
**BLANK INSURANCE COMPANY**

(Each a _____ insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, severally agree with the named insured as follows, provided the Blank Indemnity Company shall be the insurer with respect to [Part] _____ _____ and no other and the Blank Insurance Company shall be the insurer with respect to [Part] _____ and no other

(Insert or print here a Standard Coverage Part or Parts)

## SUPPLEMENTARY PAYMENTS

The company will pay, in addition to the applicable limit of liability

(a) all expenses incurred by the company, all costs taxed against the insured in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon.

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds

required of the insured because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the insured at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day

## DEFINITIONS

When used in this policy (including endorsements forming a part hereof),

"automobile" means a land motor vehicle, trailer or semitrailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom.

["collapse hazard" includes "structural property damage" as defined herein and property damage to any other property at any time resulting therefrom "Structural property damage" means the collapse of or structural injury to any building or structure due to (1) grading of land, excavating, borrowing, filling, back-filling, tunnelling, pile driving, cofferdam work or caisson work or (2) moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof. The collapse hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard or the underground property damage hazard, or (3) for which liability is assumed by the insured under an incidental contract.]

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed.

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

**GL 00 00 01 73**

The completed operations hazard does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof

(b) the existence of tools, uninstalled equipment or abandoned or unused materials or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery, but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet

["explosion hazard" includes property damage arising out of blasting or explosion. The explosion hazard does not include property damage (1) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) arising out of operations performed for the named insured by independent contractors, or (3) included within the completed operations hazard or the underground property damage hazard, or (4) for which liability is assumed by the insured under an incidental contract.]

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement

"insured" means any person or organization qualifying as an insured in the Persons Insured provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self propelled (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers other than the mix in transit type; graders, scrapers, rollers and other road construction or repair equipment; air compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment.

"named insured" means the person or organization named in Item 1 of the declarations of this policy

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold.

"occurrence" means an accident, including continuous or repeated exposure to conditions, which results in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"policy territory" means

(1) the United States of America, its territories or possessions, or Canada or

(2) international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others.

"property damage" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period.

["underground property damage hazard" includes underground property damage as defined herein and property damage to any other property at any time resulting therefrom. "Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus in connection therewith beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving. The underground property damage hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard, or (3) for which liability is assumed by the insured under an incidental contract.]

## CONDITIONS

1. **Premium.** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations, the audit period, the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the named insured the unearned portion paid by the named insured.

The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

2. **Inspection and Audit.** The company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation

The Company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy as far as they relate to the subject matter of this insurance

3. **Financial Responsibility Laws.** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph

4. **Insured's Duties in the Event of Occurrence, Claim or Suit**

(a) In the event of an occurrence written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time place and circumstances thereof and the names and addresses of the injured and of available witnesses shall be given by or for the insured to the company or any of its authorized agents as soon as practicable

(b) If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand notice summons or other process received by him or his representative

(c) The insured shall cooperate with the company and upon the company's request assist in making settlements in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of injury or damage with respect to which insurance is afforded under this policy and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses The insured shall not except at his own cost voluntarily make any payment assume any obligation or incur any expense other than for first aid to others at the time of accident

5. **Action Against Company** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured the claimant and the company

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability nor shall the company be impleaded by the insured or his legal representative Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder

6. **Other Insurance.** The insurance afforded by this policy is primary insurance except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which is stated to be applicable to the loss on an excess or contingent basis the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis whether primary excess or contingent, the company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below

(a) **Contribution by Equal Shares.** If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid

(b) **Contribution by Limits.** If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

7. **Subrogation.** In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights The insured shall do nothing after loss to prejudice such rights.

8. **Changes.** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy | signed by _____

(here insert titles of authorized company officials or representatives). provided, however changes may be made in the written portion of the declarations by _____

_____ (here insert titles of authorized company representatives) when initialed by such _____

_____ (here insert titles of authorized company representatives) or by endorsement issued to form a part of this policy signed by such _____

(here insert titles of authorized company representatives) | .

9. **Assignment.** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die such insurance as is afforded by this policy shall apply (1) to the named insured's legal representative, as the named insured, but only while acting within the scope of his duties as such, and (2) with respect to the property of the named insured, to the person having proper temporary custody thereof as insured, but only until the appointment and qualification of the legal representative

10. **Three Year Policy.** If this policy is issued for a period of three years any limit of the company's liability stated in this policy as "aggregate" shall apply separately to each consecutive annual period thereof

11. **Cancellation.** This policy may be cancelled by the named insured | by surrender thereof to the company or any of its authorized agents or|* by mailing to the company written notice stating when thereafter the cancellation shall be effective This policy may be cancelled by the company by mailing to the named insured at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective The mailing of notice as aforesaid shall be sufficient proof of notice The |time of surrender or the|* effective date |and hour|* of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation

12. **Declarations.** By acceptance of this policy, the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

6 1 1 0 1 3 2 3 3

CGL-2
2/1/66

[Part_____]¹

## COMPREHENSIVE GENERAL LIABILITY INSURANCE

### I. COVERAGE A—BODILY INJURY LIABILITY

### COVERAGE B—PROPERTY DAMAGE LIABILITY

The company will pay on behalf of the *insured* all sums which the insured shall become legally obligated to pay as damages because of

[Coverage]¹ A. *bodily injury* or

[Coverage]¹ B. *property damage*

to which this [insurance]² applies, caused by an *occurrence*, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such *bodily injury* or *property damage*, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This [insurance]² does not apply [under Part_____]¹:

(a) to liability assumed by the insured under any contract or agreement except an *incidental contract*; but this exclusion does not apply to a warranty of fitness or quality of the *named insured's products* or a warranty that work performed by or on behalf of the *named insured* will be done in a workmanlike manner;

(b) to *bodily injury* or *property damage* arising out of the ownership, maintenance, operation, use, loading or unloading of

    (1) any *automobile* or *aircraft* owned or operated by or rented or loaned to the *named insured*, or

    (2) any other *automobile* or *aircraft* operated by any person in the course of his employment by the *named insured*;

but this exclusion does not apply to the parking of an *automobile* on premises owned by, rented to or controlled by the *named insured* or the ways immediately adjoining, if such *automobile* is not owned by or rented or loaned to the *named insured*;

(c) to *bodily injury* or *property damage* arising out of and in the course of the transportation of *mobile equipment* by an *automobile* owned or operated by or rented or loaned to the *named insured*;

(d) to *bodily injury* or *property damage* arising out of the ownership, maintenance, operation, use, loading or unloading of any *watercraft*, if the *bodily injury* or *property damage* occurs away from premises owned by, rented to or controlled by the *named insured*; but this exclusion does not apply to *bodily injury* or *property damage* included within the *products hazard* or the *completed operations hazard* or resulting from operations performed for the *named insured* by independent contractors or to liability assumed by the *insured* under an *incidental contract*;

(e) to *bodily injury* or *property damage* due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to

    (1) liability assumed by the insured under an *incidental contract*, or

    (2) expenses for first aid under the Supplementary Payments provision;

(f) to *bodily injury* or *property damage* for which the *insured* or his indemnitee may be held liable, as a person

or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage

    (1) in violation of any statute, ordinance or regulation,

    (2) to a minor,

    (3) to a person under the influence of alcohol, or

    (4) which causes or contributes to the intoxication of any person;

(g) to any obligation for which the *insured* or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(h) to *bodily injury* to any employee of the *insured* arising out of and in the course of his employment by the *insured*; but this exclusion does not apply to liability assumed by the *insured* under an *incidental contract*;

(i) to *property damage* to

    (1) property owned or occupied by or rented to the *insured*,

    (2) property used by the *insured*, or

    (3) property in the care, custody or control of the *insured* or as to which the *insured* is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written *sidetrack agreement* and part (3) of this exclusion does not apply with respect to *property damage* (other than to *elevators*) arising out of the use of an *elevator* at premises owned by, rented to or controlled by the *named insured*;

(j) to *property damage* to premises alienated by the *named insured* arising out of such premises or any part thereof;

(k) to *bodily injury* or *property damage* resulting from the failure of the *named insured's products* or work completed by or for the *named insured* to perform the function or serve the purpose intended by the *named insured*, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications, advertising material or printed instructions prepared or developed by any *insured*; but this exclusion does not apply to *bodily injury* or *property damage* resulting from the active malfunctioning of such products or work;

(l) to *property damage* to the *named insured's products* arising out of such products or any part of such products;

(m) to *property damage* to work performed by or on behalf of the *named insured* arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(n) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the *named insured's products* or work completed by or for the *named insured* or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

[(o) to *property damage* included within:

    (1) the *explosion hazard* in connection with operations identified in this policy by a classification code number which includes the symbol "x",

    (2) the *collapse hazard* in connection with operations identified in this policy by a classification code number which includes the symbol "c",

020806

6 1 1 0 1 3 2 3 4

CGL-3
2/1/66

(3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".]8

## II. PERSONS INSURED

Each of the following is an insured under this [insurance]3 to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

    (i) an employee of the named insured while operating any such equipment in the course of his employment, and

    (ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an insured under this paragraph (e) with respect to:

    (1) bodily injury to any fellow employee of such person injured in the course of his employment, or

    (2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability [under Part_____]3 is limited as follows:

Coverage A—The limit of bodily injury liability stated in the [declarations]4 as applicable to "each person" is the limit of the company's liability for all damages because of

bodily injury sustained by one person as the result of any one occurrence; but subject to the above provision respecting "each person", the total liability of the company for all damages because of bodily injury sustained by two or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the [declarations]4 as applicable to "each occurrence".

Subject to the above provisions respecting "each person" and "each occurrence", the total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the [declarations]4 as "aggregate".

Coverage B—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the [declarations]4 as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the [declarations]4 as "aggregate":

    (1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

    (2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

    (3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

Coverages A and B—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. POLICY PERIOD; TERRITORY

This [insurance]3 applies only to bodily injury or property damage which occurs during the policy period within the policy territory.

020867

[Part 1 _____][1]
## COMPREHENSIVE GENERAL LIABILITY INSURANCE

I. **COVERAGE A—BODILY INJURY LIABILITY**
   **COVERAGE B—PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

   |Coverage| [1] A. **bodily injury** or
   |Coverage| [1] B. **property damage**

to which this |insurance| [2] applies, caused by an **occurrence**, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such **bodily injury** or **property damage**, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This |insurance| [2] does not apply |under Part _____| [1]:

(a) to liability assumed by the insured under any contract or agreement except an **incidental contract**; but this exclusion does not apply to a warranty of fitness or quality of the **named insured's products** or a warranty that work performed by or on behalf of the **named insured** will be done in a workmanlike manner;

(b) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of

   (1) any **automobile** or aircraft owned or operated by or rented or loaned to any **insured**, or

   (2) any other **automobile** or aircraft operated by any person in the course of his employment by any **insured**;

   but this exclusion does not apply to the parking of an **automobile** on premises owned by, rented to or controlled by the **named insured** or the ways immediately adjoining, if such **automobile** is not owned by or rented or loaned to any **insured**;

(c) to **bodily injury** or **property damage** arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any **mobile equipment** while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to **bodily injury** or **property damage** arising out of and in the course of the transportation of **mobile equipment** by an **automobile** owned or operated by or rented or loaned to any **insured**;

(e) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of

   (1) any watercraft owned or operated by or rented or loaned to any **insured**, or

   (2) any other watercraft operated by any person in the course of his employment by any **insured**;

   but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the **named insured**;

(f) to **bodily injury** or **property damage** arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to **bodily injury** or **property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to

   (1) liability assumed by the insured under an **incidental contract**, or

   (2) expenses for first aid under the Supplementary Payments provision;

(h) to **bodily injury** or **property damage** for which the insured or his indemnitee may be held liable

(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

(2) if not so engaged, as an owner or lessor of premises used for such purposes,

   if such liability is imposed

   (i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

   (ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;

   but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to **bodily injury** to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an **incidental contract**;

(k) to **property damage** to

   (1) property owned or occupied by or rented to the insured,

   (2) property used by the insured, or

   (3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

   but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to **property damage** (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the **named insured**;

(l) to **property damage** to premises alienated by the **named insured** arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from

   (1) a delay in or lack of performance by or on behalf of the **named insured** of any contract or agreement, or

   (2) the failure of the **named insured's products** or work performed by or on behalf of the **named insured** to meet the level of performance, quality, fitness or durability warranted or represented by the **named insured**;

   but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the **named insured's products** or work performed by or on behalf of the **named insured** after such products or work have been put to use by any person or organization other than an insured;

(n) to **property damage** to the **named insured's products** arising out of such products or any part of such products;

(o) to **property damage** to work performed by or on behalf of the **named insured** arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the **named insured's products** or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

[(q) to **property damage** included within:

   (1) the **explosion hazard** in connection with operations identified in this policy by a classification code number which includes the symbol "x",

   (2) the **collapse hazard** in connection with operations identified in this policy by a classification code number which includes the symbol "c",

(3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".]

## II. PERSONS INSURED

Each of the following is an insured under this [insurance] to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

(i) an employee of the named insured while operating any such equipment in the course of his employment, and

(ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an insured under this paragraph (e) with respect to:

(1) bodily injury to any fellow employee of such person injured in the course of his employment, or

(2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability [under Part _____ ] is limited as follows:

Coverage A—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the [declarations] as applicable to "each occurrence."

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the [declarations] as "aggregate".

Coverage B—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the [declarations] as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the [declarations] as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

Coverages A and B—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. POLICY TERRITORY

This [insurance] applies only to bodily injury or property damage which occurs within the policy territory.

GA-3
2/1/66

(For policy issued by one company)



**BLANK INDEMNITY COMPANY**

(A_____ Insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the named insured as follows:

(For policy issued by two companies)

**BLANK INDEMNITY COMPANY**

and

**BLANK INSURANCE COMPANY**

(Each a_____ insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, severally agree with the named insured as follows, provided the Blank Indemnity Company shall be the insurer with respect to [Part]1_____ and no other and the Blank Insurance Company shall be the insurer with respect to [Part]1_____ and no other:

(Insert or print here a Standard Coverage Part or Parts)

## SUPPLEMENTARY PAYMENTS

The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the insured in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds re-quired of the insured because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) reasonable expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the insured at the company's request, including actual loss of wages or salary (but not loss of other income) not to exceed $25 per day because of his attendance at hearings or trials at such request.

## DEFINITIONS

When used in this policy (including endorsements forming a part hereof) :

"automobile" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto) , but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person;

["collapse hazard" includes "structural property damage" as defined herein and property damage to any other property at any time resulting therefrom. "Structural property damage" means the collapse of or structural injury to any building or structure due to (1) grading of land, excavating, borrowing, filling, back-filling, tunnelling, pile driving, cof-ferdam work or caisson work or (2) moving, shoring, under-pinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof. The collapse hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard or the underground property damage hazard, or (3) for which liability is assumed by the insured under an incidental contract]8

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented

GA–4
2/1/66

to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when that portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"damages" includes damages for death and for care and loss of services resulting from bodily injury and damages for loss of use of property resulting from property damage;

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

["explosion hazard" includes property damage arising out of blasting or explosion. The explosion hazard does not include property damage (1) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) arising out of operations performed for the named insured by independent contractors, or (3) included within the completed operations hazard or the underground property damage hazard, or (4) for which liability is assumed by the insured under an incidental contract;]⁸

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement;

"insured" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or

suit is brought, except with respect to the limits of the company's liability;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1. of the declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"occurrence" means an accident, including injurious exposure to conditions, which results, during the policy period, in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"policy territory" means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory;

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means injury to or destruction of tangible property;

["underground property damage hazard" includes underground property damage as defined herein and property damage to any other property at any time resulting therefrom. "Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving. The underground property damage hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard, or (3) for which liability is assumed by the insured under an incidental contract.]⁸

## CONDITIONS

1. Premium  All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof termi-

nating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the named insured the unearned portion paid by the named insured.

The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

**2. Inspection and Audit**  The company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe.

The company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

**3. Financial Responsibility Laws**  When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

**4. Insured's Duties in the Event of Occurrence, Claim or Suit**

(a)  In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the company or any of its authorized agents as soon as practicable. The named insured shall promptly take at his expense all reasonable steps to prevent other bodily injury or property damage from arising out of the same or similar conditions, but such expense shall not be recoverable under this policy.

(b)  If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c)  The insured shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of bodily injury or property damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

**5. Action Against Company**  No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the

extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

**6. Other Insurance**  The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

(a)  **Contribution by Equal Shares.** If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

(b)  **Contribution by Limits.** If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

**7. Subrogation**  In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

**8. Changes**  Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy [, signed by.....................
(here insert titles of authorized company officials or representatives) ; provided, however, changes may be made in the written portion of the declarations by..........................
(here insert titles of authorized company representatives) when initialed by such...........................
(here insert titles of authorized company representatives) or by endorsement issued to form a part of this policy signed by such
(here insert titles of authorized company representatives) ]1

**9. Assignment**  Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die, such insurance as is afforded by this policy shall apply (1) to the named insured's legal representative, as the named insured, but only while acting within the scope of his duties as such, and (2) with respect to the property of the named insured, to the person having proper temporary custody thereof, as insured, but only until the appointment and qualification of the legal representative.

**10. Three Year Policy**  If this policy is issued for a period of three years, the limits of the company's liability shall apply separately to each consecutive annual period thereof.

GA-6
2/1/66

**11. Cancellation** This policy may be cancelled by the named insured [by surrender thereof to the company or any of its authorized agents or]⁹ by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be cancelled by the company by mailing to the named insured at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The [time of surrender or the]⁹ effective date [and hour]⁹ of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

**12. Declarations** By acceptance of this policy, the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

(For policy issued by one company)

In witness whereof, the Blank Indemnity Company has caused this policy to be signed by its president and a secretary at_____, and countersigned on the declarations page by a duly authorized agent of the company.

(FACSIMILE OF SIGNATURE)
Secretary

(FACSIMILE OF SIGNATURE)
President

10

(For policy issued by two companies)

In witness whereof, the Blank Indemnity Company has caused this policy, with respect to [Part]¹_____and such other parts of the policy as are applicable thereto, to be signed by its president and a secretary at_____ and countersigned on the declarations page by a duly authorized agent of the company.

(FACSIMILE OF SIGNATURE)
Secretary

(FACSIMILE OF SIGNATURE)
President

10

In witness whereof, the Blank Insurance Company has caused this policy, with respect to [Part]¹_____and such other parts of the policy as are applicable thereto, to be signed by its president and a secretary at_____ and countersigned on the declarations page by a duly authorized agent of the company.

(FACSIMILE OF SIGNATURE)
Secretary

(FACSIMILE OF SIGNATURE)
President

10

6 1 1 0 1 3 2 3 3

CGL-2
2/1/66

[Part_____]¹

## COMPREHENSIVE GENERAL LIABILITY INSURANCE

### I. COVERAGE A—BODILY INJURY LIABILITY

### COVERAGE B—PROPERTY DAMAGE LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

[Coverage]¹ A. bodily injury or

[Coverage]¹ B. property damage

to which this [insurance]² applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This [insurance]² does not apply [under Part_____]¹:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any automobile or aircraft owned or operated by or rented or loaned to the named insured, or

(2) any other automobile or aircraft operated by any person in the course of his employment by the named insured;

but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to the named insured;

(c) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

(d) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any watercraft, if the bodily injury or property damage occurs away from premises owned by, rented to or controlled by the named insured; but this exclusion does not apply to bodily injury or property damage included within the products hazard or the completed operations hazard or resulting from operations performed for the named insured by independent contractors or to liability assumed by the insured under an incidental contract;

(e) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to

(1) liability assumed by the insured under an incidental contract, or

(2) expenses for first aid under the Supplementary Payments provision;

(f) to bodily injury or property damage for which the insured or his indemnitee may be held liable, as a person

or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage

(1) in violation of any statute, ordinance or regulation,

(2) to a minor,

(3) to a person under the influence of alcohol, or

(4) which causes or contributes to the intoxication of any person;

(g) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(h) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(i) to property damage to

(1) property owned or occupied by or rented to the insured,

(2) property used by the insured, or

(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

(j) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(k) to bodily injury or property damage resulting from the failure of the named insured's products or work completed by or for the named insured to perform the function or serve the purpose intended by the named insured, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications, advertising material or printed instructions prepared or developed by any insured; but this exclusion does not apply to bodily injury or property damage resulting from the active malfunctioning of such products or work;

(l) to property damage to the named insured's products arising out of such products or any part of such products;

(m) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(n) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

[ (o) to property damage included within:

(1) the explosion hazard in connection with operations identified in this policy by a classification code number which includes the symbol "x",

(2) the collapse hazard in connection with operations identified in this policy by a classification code number which includes the symbol "c",

020806

6 1 1 0 1 3 2 3 4

CGL-3
2/1/66

(3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".]²

## II. PERSONS INSURED

Each of the following is an insured under this [insurance]² to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

(i) an employee of the named insured while operating any such equipment in the course of his employment, and

(ii) any other person while operating any such equipment with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an insured under this paragraph (e) with respect to:

(1) bodily injury to any fellow employee of such person injured in the course of his employment, or

(2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability [under Part____]³ is limited as follows:

Coverage A—The limit of bodily injury liability stated in the [declarations]⁴ as applicable to "each person" is the limit of the company's liability for all damages because of

bodily injury sustained by one person as the result of any one occurrence; but subject to the above provision respecting "each person", the total liability of the company for all damages because of bodily injury sustained by two or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the [declarations]⁴ as applicable to "each occurrence".

Subject to the above provisions respecting "each person" and "each occurrence", the total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the [declarations]⁴ as "aggregate".

Coverage B—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the [declarations]⁴ as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the [declarations]⁴ as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and, under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

Coverages A and B—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. POLICY PERIOD; TERRITORY

This [insurance]² applies only to bodily injury or property damage which occurs during the policy period within the policy territory.

020867