UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                    CASE NO. 17-12870

**REILLY-BENTON COMPANY, INC.**

                                                                                          **CHAPTER 7**

           **DEBTOR**

---

## REVISED CERTIFICATE OF SERVICE

I hereby certify that a copy of the *Notice of Appearance and Request for Notices* was served on **February 10, 2022,** on the following parties in the following manner:

1. Those parties who have consented to service through the Court's Electronic Case Filing System were served through that system:

| | |
|---|---|
| David V. Adler | adler_d@bellsouth.net; LA26@ecfcbis.com |
| Frederick L. Bunol | fbunol@derbeslaw.com; derbespacer@gmail.com; derbeser72443@notify.bestcase.com |
| Jonathan Clement | rcfirm@rousselandclement.com |
| Leo D. Congeni | leo@congenilawfirm.com; michelle@congenilawfirm.com |
| Martha Y. Curtis | mcurtis@shergarner.com |
| Albert J. Derbes, IV | ajdiv@derbeslaw.com; derbespacer@gmail.com; derbeser72443@notify.bestcase.com |
| Eric J. Derbes | ederbes@derbeslaw.com; derbespacer@gmail.com; derbeser72443@notify.bestcase.com |
| James M. Garner | jgarner@shergarner.com; jchocheles@shergarner.com; jstockstill@shergarner.com |
| Nicole Celia Katz | katz@chaffe.com |
| Mary S. Langston | mary.langston@usdoj.gov |
| Timothy S. Madden | tmadden@kingjurgens.com |
| Thomas J. Madigan | tmadigan@shergarner.com |
| David J. Messina | messina@chaffe.com; bankruptcy@chaffe.com; laudumiey@chaffe.com |
| Mark D. Plevin | mplevin@crowell.com; cromo@crowell.com |
| William S. Robbins | wrobbins@stewartrobbins.com; wrobbins@ecf.courtdrive.com; kheard@stewartrobbins.com; kheard@ecf.courtdrive.com; gtaylor@stewartrobbins.com; gtaylor@ecf.courtdrive.com |

        Gerolyn Roussel        gerolynroussel@icloud.com
        Perry J. Roussel        rcfirm@rousselandclement.com
        Office of the U.S. Trustee        USTPRegion05.NR.ECF@usdoj.gov

2. Those parties who have <u>not</u> consented to service through the Court's Electronic Case Filing System were served by first class mail, postage prepaid:

Nicole M. Babb
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Avenue
45th Floor
New Orleans, Louisiana  70170

Baton Rouge, Louisiana, this 10th day of February 2022.

        Respectfully Submitted,

        */s/ Stephanie B. Laborde*
        Stephanie B. Laborde (La. Bar Roll No. 20908)
        LaFleur & Laborde, LLC
        6160 Perkins Road, Suite 225
        Baton Rouge, Louisiana  70808
        Telephone (225) 535-7790
        Facsimile:  (800) 983-3565
        slaborde@lalalawfirm.com