UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO.: 17-12870 |
| REILLY-BENTON COMPANY INC., | § § | CHAPTER 7 |
| DEBTOR. | § § | SECTION A |

# ORDER

Before the Court is:

1. *Trustee's Motion for an Order Approving Settlement Agreement Between the Chapter 7 Trustee for Reilly-Benton Company, Inc., and the Louisiana Guaranty Association* (the "LIGA Motion"), [ECF Doc. 48], filed by David V. Adler;

2. Opposition and Objection to the LIGA Motion, [ECF Doc. 50], filed by Joseph Courville, *et al.*, (the "Roussel & Clement Creditors");

3. *Trustee's Motion for an Order (A) Approving Settlement Agreement and Policy Release Between the Chapter 7 Trustee for Reilly-Benton Company, Inc. and the Century Parties, (B) Approving Sale of Insurance Policies to the Century Parties Free and Clear of All Interests, and (C) Entering Injunction to Enforce the Free and Clear Aspect of the Sale of the Century Policies* ( the "Century Motion"), [ECF Doc. 56], filed by David V. Adler;

4. Objection and Supplemental Objection to the Century Motion, [ECF Docs. 70 & 71], filed by the Roussel & Clement Creditors;

5. *Objection to Trustee's Motions to Settle, Release and Sell Free and Clear Insurance Policies and Proceeds and For Order Enjoining Claims by Victims Against Nondebtor Insurers*, [ECF Doc. 72], filed by Landry & Swarr Creditors;

6. *Brief of the Chapter 7 Trustee and the Century Parties in Response to the Court's Instructions at the January 26 Status Conference*, [ECF Doc. 104], filed by David V. Adler and Century Indemnity Company;

7. *Joint Brief in Opposition to Motions To Settle, Release and Sell Free and Clear Insurance Policies and Proceeds and for Order Enjoining Claims By Victims Against Nondebtor Insurers,* [ECF Doc. 105], filed by Landry & Swarr Creditors; and

8. *Brief of the Chapter 7 Trustee and LIGA in Response to the Court's Instructions at the January 26 Status Conference,* [ECF Doc. 106], filed by David V. Adler and LIGA.

**IT IS ORDERED** that a status conference is scheduled for **Friday, April 1, 2022, at 2:00 P.M.**, to be heard via the SECTION A Teleconference Line: 1-888-684-8852, Access Code 9318283.

New Orleans, Louisiana, March 7, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE