# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO.: 17-12870 |
| | § | |
| REILLY-BENTON COMPANY INC., | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | SECTION A |

## ORDER

On April 1, 2022, the Court held a status conference in this matter. For the reasons stated on the record,

**IT IS ORDERED** that the telephonic status conference is **CONTINUED** to **Thursday, April 14, 2022, at 12:30 P.M. Dial-in 888.684.8852, Access Code 9318283**.

**IT IS FURTHER ORDERED** that status conference participation is limited to the Century Parties and will consider the *Trustee's Motion for an Order (A) Approving Settlement Agreement and Policy Release Between the Chapter 7 Trustee for Reilly-Benton Company, Inc. and the Century Parties, (B) Approving Sale of Insurance Policies to the Century Parties Free and Clear of All Interests, and (C) Entering Injunction to Enforce the Free and Clear Aspect of the Sale of the Century Policies*, [ECF Doc. 56], filed by David V. Adler, Chapter 7 Trustee in the above-captioned case.

**IT IS FURTHER ORDERED** that the Trustee shall serve this Order on the required parties who will not receive notice through the ECF system pursuant to FRBP and LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, April 4, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE