## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: | * | CASE NO.: 17-12870 |
| REILLY-BENTON COMPANY, INC., | * | SECTION "B" |
| Debtor | * | CHAPTER 7 |

************************************

### LANDRY & SWARR CREDITORS' MOTION TO SUBSTITUTE CREDITORS

**MAY IT PLEASE THE COURT**:

Landry & Swarr Creditors, through their respective undersigned counsel, moves this Court to substitute the surviving heirs of Donald Bridges, Mary Sanderson and Frank Franchina as outlined below.

Donald Bridges:

1. Donald Bridges died on March 20, 2020 due to Mesothelioma.[1]

    a. The heirs of Donald Bridges are as follows: Donnie Bridges; Ronnie David Bridges; Rodney Lynn Bridges; Sherri Renee Attaway; and Deborah Kaye Thurber.

Mary Sanderson:

2. Mary Sanderson died on November 8, 2019 due to Mesothelioma[2].

    a. The heirs of Mary Sanderson are as follows: Paul W. Sanderson, Jr.; Kelly P. Sanderson; Dale Michael Sanderson; and Mark D. Sanderson.

---

[1] Death Certificate for Donald Bridges is attached as Exhibit "1".
[2] Death Certificate for Mary Sanderson is attached as Exhibit "2".

1

Frank Franchina:

3. Frank Franchina died on August 30, 2020 due to Mesothelioma[3].

   a. Kevin Franchina is the sole heir of Frank Franchina.

WHEREFORE, Landry & Swarr Creditors moves this Court to substitute the heirs of Donald Bridges, Mary Sanderson and Frank Franchina as creditors in this pending action.

        **LANDRY & SWARR CREDITORS**

BY:   */s/Mickey P. Landry*
      MICKEY P. LANDRY, Bar No. 22817
      FRANK J. SWARR, Bar No. 23322
      MATTHEW CLARK, Bar No. 31102
      1100 Poydras Street, Suite 2000
      New Orleans, Louisiana 70163
      Telephone: (504) 299-1214
      Facsimile: (504) 299-1215
      Email: mlandry@landryswarr.com

**CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY on the 22nd day of August, 2022, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties participating in the Court's CM/ECF Filing System.

        */s/Mickey P. Landry*
        MICKEY P. LANDRY

---

[3] Death Certificate for Frank Franchina is attached as Exhibit "3".

2