# EXHIBIT "1"

## STATE OF TEXAS
### CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS

Mar 30 2020

**STATE OF TEXAS**    **CERTIFICATE OF DEATH**    **STATE FILE NUMBER**    142-20-047498

| Field | Value |
|---|---|
| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | DONALD EUGENE BRIDGES |
| 2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy) | MARCH 20, 2020 |
| 3. SEX | MALE |
| 4. DATE OF BIRTH (mm-dd-yyyy) | AUGUST 19, 1938 |
| 5. AGE-Last Birthday (Years) | 81 |
| IF UNDER 1 YR — Mo / Days | |
| IF UNDER 1 DAY — Hours / Min | |
| 6. BIRTHPLACE (City & State or Foreign Country) | HARRIS, OK |
| 7. SOCIAL SECURITY NUMBER | 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 |
| 8. MARITAL STATUS AT TIME OF DEATH | ☒ Married ☐ Widowed (but not remarried) ☐ Divorced (but not remarried) ☐ Never Married ☐ Unknown |
| 9. SURVIVING SPOUSE'S NAME (If spouse, give name prior to first marriage) | JANET ANN FOX |
| 10a. RESIDENCE STREET ADDRESS | 140 CR 1418 |
| 10b. APT. NO | |
| 10c. CITY OR TOWN | MORGAN |
| 10d. COUNTY | BOSQUE |
| 10e. STATE | TEXAS |
| 10f. ZIP CODE | 76671 |
| 10g. INSIDE CITY LIMITS? | ☐ Yes ☒ No |
| 11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | ROY BRIDGES |
| 12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE | BILLIE SHACKELFORD |

| 13. PLACE OF DEATH (CHECK ONLY ONE) | |
|---|---|
| IF DEATH OCCURRED IN A HOSPITAL: | ☒ Inpatient ☐ ER/Outpatient ☐ DOA |
| IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: | ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☐ Other (Specify) |
| 14. COUNTY OF DEATH | MCLENNAN |
| 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) | WACO, 76712 |
| 16. FACILITY NAME (If not institution, give street address) | BAYLOR SCOTT & WHITE HILLCREST MEDICAL CENTER |
| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | JANET BRIDGES - WIFE |
| 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) | 140 CR 1418, MORGAN, TX 76671 |

| 19. METHOD OF DISPOSITION | ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Mausoleum ☐ Other (Specify) |
|---|---|
| 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | RYAN D. NIEUWENHUIS, BY ELECTRONIC SIGNATURE - 116327 |
| 21. | ☒ Unknown — Section / Block / Lot / Space |
| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | GRACE GARDENS CREMATORY |
| 23. LOCATION (City/Town, and State) | WACO, TX |
| 24. NAME OF FUNERAL FACILITY | LAWSON FUNERAL HOME, INC. |
| 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) | 803 N. MAIN STREET, MERIDIAN, TX 76665 |

| 26. CERTIFIER (Check only one) | |
|---|---|
| ☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated | |
| ☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated. | |
| 27. SIGNATURE OF CERTIFIER | DIANNE HENSLEY, BY ELECTRONIC SIGNATURE |
| 28. DATE CERTIFIED (mm-dd-yyyy) | MARCH 26, 2020 |
| 29. LICENSE NUMBER | |
| 30. TIME OF DEATH (Actual or presumed) | 09:00 AM |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | DIANNE HENSLEY 501 WASHINGTON AVENUE, STE. 104-D, WACO, TX 76701 |
| 32. TITLE OF CERTIFIER | JP |

33. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

| | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition ——> resulting in death) | a. ACUTE RESPIRATOR FAILURE DUE TO MESOTHELIOMA IN LUNGS | YEARS |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, If any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST | b. | |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |
| | d. | |

| PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | 34. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No |
|---|---|
| MULTIPLE RIB FRACTURES DUE TO FALL TWO DAYS PRIOR TO HOSPITALIZATION; EXCESSIVE ALCOHOL CONSUMPTION | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined | ☐ Yes ☐ No ☐ Previously ☐ Probably ☒ Unknown | ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year | ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? ☐ Yes ☐ No | 40d. PLACE OF INJURY (e.g, Decedent's home, construction site, restaurant, wooded area) | |
|---|---|---|---|---|
| 40e. LOCATION (Street and Number, City, State Zip Code) | | | | 40f. COUNTY OF INJURY |
| 41. DESCRIBE HOW INJURY OCCURRED | | | | |

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|

EDR NUMBER 0000444446588430

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Mar 30 2020

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# EXHIBIT "2"

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:**

**STATE FILE NUMBER:** 2019-037-00989

**6819285**

| DECEDENT | DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | | DATE OF BIRTH | DATE OF DEATH | | TIME OF DEATH |
|---|---|---|---|---|---|---|
| | SANDERSON, MARY ELIZABETH | | 05/27/1949 | 11/08/2019 | | 04:29 AM |
| | PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | SEX | SOCIAL SECURITY NUMBER | | AGE |
| | NEW ORLEANS, LA UNITED STATES | | FEMALE | 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 | | 70 YEARS |
| | DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX): | | | | | |

| PERSONAL | RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | WITHIN CITY LIMITS? | PARISH/COUNTY |
|---|---|---|---|---|---|
| | 42543 FOREST LN. , HAMMOND, LA 70403 UNITED STATES | | | NO | TANGIPAHOA |
| | EVER IN U.S. ARMED FORCES? | OCCUPATION | | INDUSTRY OF OCCUPATION | |
| | NO | ACCOUNTS RECEIVABLE | | FLOORING | |
| | MARITAL STATUS | | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | | |
| | MARRIED | | SANDERSON JR , PAUL W | | |
| | FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | | |
| | TOUPS, LESTER JOACHIM | RACELAND, LA UNITED STATES | | | |
| | MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | | |
| | DORSA, MARIE NORA | NEW ORLEANS, LA UNITED STATES | | | |
| | INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | | INFORMANT'S ADDRESS | |
| | SANDERSON JR , PAUL W | HUSBAND | | 42543 FOREST LN. , HAMMOND, LA 70403 UNITED STATES | |
| | EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE | | | | |
| | OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | | | | |
| | RACE: WHITE | | | | |

| DEATH INFO | PLACE OF DEATH | | FACILITY NAME | |
|---|---|---|---|---|
| | DECEDENT'S HOME | | | |
| | FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | PARISH/COUNTY |
| | 42543 FOREST LN. , HAMMOND, LA 70403 UNITED STATES | | | TANGIPAHOA |

| DISPOSITION | METHOD OF DISPOSITION | | PLACE OF DISPOSITION | |
|---|---|---|---|---|
| | CREMATION | | TANGI CREMATORY | |
| | PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | | | DATE OF DISPOSITION |
| | HAMMOND, LA UNITED STATES | | | 11/11/2019 |

| FUNERAL FACILITY | FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY | |
|---|---|---|---|
| | MCKNEELY, HARRY & SON, INC. - HAMMOND | 2000 N. MORRISON BLVD. , HAMMOND, LA 70404 UNITED STATES | |
| | NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
| | VICKNAIR, LANCE | E2270 | Y |
| | SIGNATURE OF FUNERAL DIRECTOR | | DATE |
| | *e-sign* | | 11/15/2019 |

| MEDICAL INFO | MANNER OF DEATH | NATURAL |
|---|---|---|
| | IF FEMALE? | NOT APPLICABLE |
| | DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

| CAUSE OF DEATH | PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|---|
| | IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. COMPLICATIONS OF METASTATIC MESOTHELIOMA | UNK |
| | Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| | Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | | d. | |
| | PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | | |
| | GERD | | |
| | WAS AN AUTOPSY PERFORMED? | FINDINGS USED IN DETERMINING CAUSE? | |
| | NO | NOT APPLICABLE | |

| INJURY INFORMATION | PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|---|
| | LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | | PARISH/COUNTY |
| | DESCRIBE HOW INJURY OCCURED | | | | |

| CERTIFIER | I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED. | | | |
|---|---|---|---|---|
| | SIGNATURE OF CERTIFIER | *e-sign* | DATE | 11/14/2019 |
| | CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FOSTER, RICK W | | |
| | CERTIFIER TITLE: CORONER | | | |
| | CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | |
| | 15479 CLUB DELUXE RD. , HAMMOND, LA 70403 UNITED STATES | | | |
| | BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
| | 335271 | ORLEANS | 11/09/2019 | 11/15/2019 |

| REGISTRAR | SIGNATURE OF REGISTRAR | DEVIN GEORGE *e-sign* |
|---|---|---|
| | ISSUED BY: Crochet, Kathleen | Issued On: 12/26/2019 10:49:28 AM |




006819285

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID
DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



**DEVIN GEORGE**
**STATE REGISTRAR**



# EXHIBIT "3"

## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
# VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS

Sep 08 2020

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER** 142-20-157376

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | (Before Marriage) | 2. DATE OF DEATH – ACTUAL OR PRESUMED (mm-dd-yyyy) |
|---|---|---|
| FRANK   JOSEPH   FRANCHINA   JR. | | AUGUST 30, 2020 |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR Mo / Days | IF UNDER 1 DAY Hours / Min | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | JANUARY 24, 1936 | 84 | | | NEW ORLEANS, LA |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If spouse, give name prior to first marriage) |
|---|---|---|
| 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 | ☐ Married   ☒ Widowed (but not remarried)   ☐ Divorced (but not remarried)   ☐ Never Married   ☐ Unknown | |

| 10a. RESIDENCE STREET ADDRESS | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 1513 GENERES DR | | HARAHAN |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| JEFFERSON | LOUISIANA | 70123 | ☒ Yes   ☐ No |

| 11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | 12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| FRANK   JOSEPH   FRANCHINA   SR. | MARY   SCARIANO |

13. PLACE OF DEATH (CHECK ONLY ONE)

| IF DEATH OCCURRED IN A HOSPITAL: | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: | |
|---|---|---|
| ☐ Inpatient   ☐ ER/Outpatient   ☐ DOA | ☐ Hospice Facility   ☐ Nursing Home   ☐ Decedent's Home   ☒ Other (Specify) | SON'S RESIDENCE |

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO.) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| KERR | KERRVILLE, 78028 | 3107 FLANDERS N DR |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| KEVIN FRANCHINA - SON | 3107 FLANDERS N DR, KERRVILLE, TX 78028 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. ☐ Unknown |
|---|---|---|
| ☐ Burial   ☐ Cremation   ☐ Donation   ☐ Entombment   ☒ Removal from state   ☐ Mausoleum   ☐ Other (Specify) | B. LYNN ISHAM, BY ELECTRONIC SIGNATURE - 7604 | Section RESURRECTION   Block RESURRECTION WEST   Lot TIER D   Space CRYPT 412T |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) |
|---|---|
| GARDEN OF MEMORIES | METAIRIE, LA |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| GRIMES FUNERAL CHAPELS - KERRVILLE | 728 JEFFERSON, KERRVILLE, TX 78028-0170 |

26. CERTIFIER (Check only one)
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| JAMES YOUNG , BY ELECTRONIC SIGNATURE | SEPTEMBER 3, 2020 | J1591 | 02:16 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| JAMES YOUNG   181 CHAPMAN DR., KERRVILLE, TX 78028 | MD |

33. PART 1. ENTER THE CHAIN OF EVENTS – DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

| | | Approximate interval Onset to death: |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. MALIGNANT NEOPLASM OF PLEURA | MONTH |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. | |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |

| PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH   BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I. | 34. WAS AN AUTOPSY PERFORMED? ☐ Yes   ☒ No |
|---|---|
| | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes   ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☒ Natural   ☐ Accident   ☐ Suicide   ☐ Homicide   ☐ Pending Investigation   ☐ Could not be determined | ☐ Yes   ☐ No   ☐ Previously   ☐ Probably   ☒ Unknown | ☐ Not pregnant within past year   ☐ Pregnant at time of death   ☐ Not pregnant, but pregnant within 42 days of death   ☐ Not pregnant, but pregnant 43 days to one year before death   ☐ Unknown if pregnant within the past year | ☐ Driver/Operator   ☐ Passenger   ☐ Pedestrian   ☐ Other (Specify) |

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? ☐ Yes   ☐ No | 40d. PLACE OF INJURY (e.g, Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| | | | |

| 40e. LOCATION (Street and Number, City, State, Zip Code) | 40f. COUNTY OF INJURY |
|---|---|
| | |

41. DESCRIBE HOW INJURY OCCURRED

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| | | |

JON

EDR NUMBER   000044444816828

VS-112 REV 1/2006

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED   Sep 08 2020

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE