# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: | * | CASE NO.: 17-12870 |
| | * | |
| **REILLY-BENTON COMPANY, INC.,** | * | SECTION "B" |
| | * | |
| Debtor | * | CHAPTER 7 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING THE FOREGOING** Landry & Swarr Creditors' Motion to Substitute Creditors ("Motion"),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the heirs for Donald Bridges, Mary Sanderson and Frank Franchina are hereby substituted as Creditors in the above captioned matter.

**SIGNED** in New Orleans, Louisiana, this _____ day of August, 2022.

_____
**JUDGE**

1