IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| REILLY-BENTON COMPANY, INC. | ) | Case No. 17-12870 |
| | ) | |
| DEBTOR | ) | Section A |
| | ) | |

### *EX PARTE* UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, come the Roussel & Clement Creditors, who move this Court to enter the attached Protective Order regarding exhibits 3 and 4 to the Roussel & Clement Creditors' Motion for Summary Judgment that the Proceeds of the Insurance Policies Issued by Liberty Mutual Insurance Company and Employer's Mutual Fire Insurance Company to Reilly-Benton Company, Inc. Covering Reilly-Renton Company, Inc.'s Contracting Activities Are Not Property of the Estate and their Motion for Summary Judgment That the Automatic Stay Does Not Apply to Liberty Mutual Insurance Company and Employer's Mutual Fire Insurance Company, the Roussel & Clement Creditors. Of note, this Court has already granted the Roussel & Clement Creditors Motion to Seal Exhibits 3 and 4.[1] The Roussel & Clement Creditors circulated a proposed Protective Order to the parties receiving notice through ECF system. Counsel for the Century Parties requested certain revisions to the Protective Order, which were made, and the revised Protective Order was again circulated to the parties receiving notice through ECF system. No party has objected to or requested revisions to

---

[1] R. Doc. 188.

the attached Protective Order.

**WHEREFORE,** the Roussel & Clement Credtiors pray that the Motion for Entry of Protective Order is granted.

Dated: August 22, 2022.

            Respectfully submitted,
            **ROUSSEL & CLEMENT**

            S/ Jonathan B. Clement
            GEROLYN P. ROUSSEL, T.A. - 1134
            PERRY J. ROUSSEL, JR. - 20351
            JONATHAN B. CLEMENT - 30444
            LAUREN R. CLEMENT - 31106
            BENJAMIN P. DINEHART - 33096
            1550 West Causeway Approach
            Mandeville, LA 70471
            Telephone: (985) 778-2733
            Facsimile: (985) 778-2734
            ATTORNEYS FOR ROUSSEL & CLEMENT
            CREDITORS

## CERTIFICATE OF SERVICE

I certify that on this the 22nd day of August, 22, a copy of the foregoing was provided to counsel for the Debtor, the Office of the United States Trustee for the Eastern District of Louisiana, any party that has requested notice pursuant to Bankruptcy Rule 2002, and the parties participating in this Court's CM/ECF filing system.

                S/ Jonathan B. Clement
                JONATHAN B. CLEMENT