**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| REILLY-BENTON COMPANY, INC. | ) | Case No. 17-12870 |
| | ) | |
| DEBTOR | ) | Section A |
| | ) | |

# O R D E R

Considering the *Ex Parte* Unopposed Motion for Protective Order,

**IT IS ORDERED** that the *Ex Parte* Unopposed Motion for Protective Order is **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**JUDGE MEREDITH S. GRABILL**