UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | **Bankruptcy Case No.:** 17–12870 |
| Reilly–Benton Company, Inc. | **Chapter** 7 |
| **Debtor** | |

# NOTICE OF DEFICIENCY

**To:** Reilly–Benton Company, Inc.

Your **Motion** is/are deficient for the following reason(s):

Other

Per the Order Granting Motion to Seal (Pl#188) and Local Rule 9013–1(D) a Motion to Expedite Hearing is required.

Related document(s):

*191* – Unopposed Motion for Protective Order Filed by Jonathan Clement of Roussel & Clement on behalf of Roussel & Clement Creditors (Attachments: # 1 Proposed Protective Order # 2 Order) (Clement, Jonathan)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, August 24, 2022.

Kevin Lew
Deputy Clerk