# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>REILLY-BENTON COMPANY, INC.,<br><br>Debtors. | Case No. 17-12870<br><br>Chapter 7<br><br>Judge Grabill |

### EMERGENCY *EX PARTE* JOINT MOTION FOR EXPEDITED HEARING ON "JOINT MOTION OF THE ROUSSEL & CLEMENT CREDITORS, THE LANDRY & SWARR CREDITORS, THE TRUSTEE, LIGA, CENTURY, AND PEIC TO EXTEND THE DATES AND DEADLINES IN THE AMENDED SCHEDULING ORDER"

The Roussel & Clement creditors, the Landry & Swarr creditors, Chapter 7 Trustee David V. Adler, the Louisiana Insurance Guaranty Association, Century Indemnity Company, and Pacific Employers Insurance Company (collectively, the "Parties") hereby jointly move for entry of an order setting an expedited hearing on Monday August 29, 2022 at 3:30 p.m. on the *Joint Motion of the Roussel & Clement Creditors, the Landry & Swarr Creditors, the Trustee, LIGA, Century, and PEIC to Extend the Dates and Deadlines in the Amended Scheduling Order* **[P-205]** (The "Joint Motion").[1] For the reasons stated in the Joint Motion, the Parties submit that good cause exists to revise the current case schedule. Further, the Parties presently will be appearing before the Court at 3:30 p.m. on Monday August 29, 2022, on the pending Unopposed Motion for Entry of Protective Order **[P-191]**. Furthermore, consideration of the Joint Motion is urgent because the current fact discovery deadline is September 6, 2022.

WHEREFORE, the Parties jointly request that the Court set for Monday, August 29,

---

[1] The current scheduling order is the "Amended Scheduling Order [P-121].

- 1 -

2022 at 3:30 p.m. the hearing on the *Joint Motion of the Roussel & Clement Creditors, the Landry & Swarr Creditors, the Trustee, LIGA, Century and PEIC to Extend the Dates and Deadlines in the Amended Scheduling Order* **[P- 205]**.

DATED: August 26, 2022              Respectfully submitted,

/s/ Jonathan B. Clement
Gerolyn P. Roussel - 1134
Perry J. Roussel, Jr. - 20351
Jonathan B. Clement - 30444
Lauren R. Clement - 31106
Benjamin P. Dinehart - 33096
ROUSSEL & CLEMENT
1550 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: (985) 778-2733
Facsimile: (985) 778-2734
*Attorneys for the Roussel & Clement Creditors*

/s/ Mickey P. Landry
Mickey P. Landry, Bar No. 22817
Frank J. Swarr, Bar No. 23322
Matthew Clark, Bar No. 31102
LANDRY & SWARR
1100 Poydras Street, Suite 2000
New Orleans, Louisiana 70163
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
Email: mlandry@landryswarr.com
*Attorneys for the Landry & Swarr Creditors*

/s/ Albert J. Derbes, IV
Albert J. Derbes, IV (LA # 20164)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, Louisiana 70002
Phone: (504) 837-1230
E-mail: ajdiv@derbeslaw.com
*Special Counsel for David V. Adler, Trustee*
*in connection with the Century Motion*

/s/ David J. Messina
David J. Messina (LA #18341)
Fernand L. Laudumiey, IV (LA #24518)

CHAFFE MCCALL, LLP
2300 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
E-mail: messina@chaffe.com,
laudumiey@chaffe.com
*Counsel for David V. Adler, Trustee
in connection with the LIGA Motion*

*/s/ William S. Robbins*
William S. Robbins (LA. #24627)
Brandon A. Brown (LA. #25592)
STEWART ROBBINS BROWN &
ALTAZAN
301 Main St., Suite 1600
Baton Rouge, Louisiana 70801
Telephone: (225) 231-9998
E-mail: wrobbins@stewartrobbins.com,
bbrown@stewartrobbins.com

*/s/ Stephanie B. Laborde*
Stephanie B. Laborde (LA #20908)
LAFLEUR & LABORDE, LLC
6160 Perkins Road, Suite 225
Baton Rouge, Louisiana 70808
Telephone: (225) 535-7590
Direct Dial: (225) 230-0484
E-mail: slaborde@lalalawfirm.com
*Attorneys for Louisiana Insurance Guaranty Association*

*/s/ James M. Garner*
James M. Garner
Martha Curtis
SHER GARNER CAHILL RICHTER KLEIN &
HILBERT, LLC
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
E-mail: jgarner@shergarner.com;
mcurtis@shergarner.com

Mark D. Plevin (admitted pro hac vice)
Kevin D. Cacabelos
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111

                          Phone: (415) 986-2800
                          E-mail: mplevin@crowell.com,
                          kcacabelos@crowell.com

                          Tacie H. Yoon (admitted pro hac vice)
                          CROWELL & MORING LLP
                          1001 Pennsylvania Ave., N.W.
                          Washington, D.C. 20004
                          Phone: (202) 624-2500
                          Email: tyoon@crowell.com
                          *Attorneys for Century Indemnity Company and Pacific Employers Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify, that on August 26, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Louisiana and that notice of this filing is being served on the parties participating in this Court's CM/ECF system for this case.

                          /s/*Albert J. Derbes, IV*
                          Albert J. Derbes, IV