## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 17-12870 |
| REILLY-BENTON COMPANY, INC., | * | CHAPTER 7 |
| Debtor | * | SECTION A |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER

Considering the Emergency *Ex Parte Joint Motion for Expedited Hearing on "Joint Motion of the Roussel & Clement Creditors, the Landry & Swarr Creditors, the Trustee, LIGA, Century, and PEIC to Extend the Dates and Deadlines in the Amended Scheduling Order"* **[P-206]** ("Motion") filed by the Roussel & Clement creditors, the Landry & Swarr Creditors, Chapter 7 Trustee David V. Adler, the Louisiana Insurance Guaranty Association, Century Indemnity Company, and Pacific Employers Insurance Company (collectively, the "Parties") on August 26, 2022, and the proper parties having received notice,

**IT IS ORDERED** that the Motion is GRANTED

**IT IS FURTHER ORDERED** that the *Joint Motion of the Roussel & Clement Creditors, the Landry & Swarr Creditors, the Trustee, LIGA, Century and PEIC to Extend the Dates and Deadlines in the Amended Scheduling Order* **[P-205]** is scheduled for hearing at 3:30 p.m. on August 29, 2022 and will be heard before Hon. Meredith S. Grabill, U.S. Bankruptcy Judge for the Eastern District of Louisiana at the U.S. Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, LA 70130, Teleconference Line: 1-888-684-8852; Access code: 9318283.

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three days.

New Orleans, Louisiana, August 26, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE