## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

|                                   |   |                    |
|-----------------------------------|---|--------------------|
|                                   | § |                    |
| IN RE:                            | § | CASE NO: 17-12870  |
|                                   | § |                    |
| REILLY-BENTON COMPANY, INC.       | § | CHAPTER 7          |
|                                   | § |                    |
| DEBTOR.                           | § | SECTION A          |
|                                   | § |                    |

## ORDER

Pending before the Court is a *Motion For Protective Order and Incorporated Memorandum in Support,* (the "Motion"), [ECF Doc. 181], filed by Reilly-Benton Company, Inc., (the "Debtor") on August 16, 2022.

The Court having issued the Order Granting the Motion to Compel Reilly-Benton Company, Inc. [ECF Doc 187], filed by Roussel & Clement Creditors;

**IT IS ORDERED** that the Motion is **DENIED as moot.**

**IT IS FURTHER ORDERED** that counsel for Debtor shall serve this Order on the required parties who will not receive notice through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three days.

New Orleans, Louisiana, August 30, 2022.

_____

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE