# EXHIBIT "F"

1

```
1        CIVIL DISTRICT COURT
         PARISH OF ORLEANS
2        STATE OF LOUISIANA

3

4
   BEVERLY SORINA ROBERT,      *  NO. 02-19504
5  WIDOW OF MAURICE ROBERT,    *
   AND CHERYL ROBERT AND       *
6  DEANY ROBERT, CHILDREN      *
   OF MAURICE ROBERT           *
7                 *
   VERSUS             *  DIVISION "L"
8                 *
   AMERICAN CYANAMID      *  SECTION:  06
9  COMPANY, ET AL         *
                  *
10  *  *  *  *  *  *  *  *

11

12        Deposition of CECILE WATTERS
   TEBO, 3528 Vincennes Place, New Orleans,
13  Louisiana  70125, taken in the Law Offices of
   Bernard, Cassisa, Elliott & Davis, 1615
14  Metairie Road, Metairie, Louisiana  70005, on
   Monday, the 8th day of November 2004,
15  commencing at 10:06 a.m.

16
   APPEARANCES:
17
        ROUSSEL & ROUSSEL
18    (By:  Gerolyn P. Roussel, Esquire
         Angelique R. Duhon, Esquire)
19    1710 Cannes Drive
   LaPlace, Louisiana  70068
20        (Attorneys for the Plaintiffs,
         Maurice Robert, et al)
21
```

McGLINCHY STAFFORD
22      (By:  Sherman F. Boughton, Esquire)
        643 Magazine Street
23       New Orleans, Louisiana  70130-3477
            (Attorneys for the Defendant,
24              American Cyanamid Company)

25

2

1   APPEARANCES (continued):

2       MONTGOMERY, BARNETT, BROWN, READ,
          HAMMOND AND MINTZ, L.L.P.
3       (By:  Marjorie P. Costello, Esquire)
        Suite 3200, Energy Centre
4        1100 Poydras Street
        New Orleans, Louisiana  70163-3200
5           (Attorneys for the Defendant,
              Eagle, Incorporated)
6

7       SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
        (By:  Michael D. Harold, Esquire)
8        30th Floor
        Energy Centre
9        1100 Poydras Street
        New Orleans, Louisiana  70163-3000
10          (Attorneys for the Defendant,
              The McCarty Corporation)
11
        HAILEY, McNAMARA, HALL, LARMANN
12         & PAPALE, L.L.P.
        (By:  Anne E. Medo, Esquire)
13       Suite 1400
        One Galleria Boulevard  (70001)
14       Post Office Box 8288
        Metairie, Louisiana  70011-8288
15          (Attorneys for the Defendant,
              Taylor-Seidenbach, Inc.)
16

17      LEMLE & KELLEHER, L.L.P.
        (By:  Robert S. Emmett, Esquire)
18       21st Floor, Pan-American Life Center
        601 Poydras Street
19       New Orleans, Louisiana  70130
             (Attorneys for the Defendants,
20              Monsanto Company and Borden)

21

SULZER & WILLIAMS, L.L.C.
22      (By:  Robert E. Williams, IV, Esquire)
Suite 335
23      201 Holiday Boulevard
Covington, Louisiana  70433
24          (Attorneys for the Defendant,
            Kelly Moore Paint Company)
25

3

1   APPEARANCES (continued):

2       JONES, WALKER, WAECHTER, POITEVENT,
            CARRERE & DENEGRE, L.L.P.
3    (By:  Michele Whitesell Crosby, Esquire)
     (VIA TELEPHONE)
4     8555 United Plaza Boulevard
      Baton Rouge, Louisiana  70809-7000
5         (Attorneys for the Defendant,
             Viacom, Inc.)
6

7       KEAN, MILLER, HAWTHORNE, D'ARMOND,
            McCOWAN & JARMAN, L.L.P.
8    (By:  Gregory M. Anding, Esquire)
     Twenty-First Floor
9     One American Place  (70828)
      Post Office Box 3513
10      Baton Rouge, Louisiana  70821
            (Attorneys for the Defendant,
11            Shell Oil Company)

12
        MIRANDA, WARWICK, MILLAZO,
13          GIORDANO & HEBBLER
        (By:  Gina P. Campo, Esquire)
14       Suite 300
        3636 South I-10 Service Road West
15       Metairie, Louisiana  70001
            (Attorneys for the Defendant,
16            W. S. Bellows Construction
              Company)
17

18       ABBOTT, SIMSES & KUCHLER
        (By:  Demarcus J. Gordon, Esquire
19           Robert E. Guidry, Esquire)
        Suite 200
20        400 Lafayette Street
        New Orleans, Louisiana  70130
21            (Attorneys for the Defendants,

22      Amchem Products, Inc. and
       Union Carbide Corporation)

23

24

25

4

1   APPEARANCES (continued):

2       BERNARD, CASSISA, ELLIOTT & DAVIS
        (By:  Stephen N. Elliott
3           Francine M. Giugno, Esquire)
        1615 Metairie Road  (70005)
4       Post Office Box 55490
        Metairie, Louisiana 70055-5490
5           (Attorneys for the Defendant,
            Reilly-Benton Company, Inc.)
6

7   ALSO PRESENT:

8       WARREN KEARNY WATTERS
        2314 Camp Street
9       New Orleans, Louisiana  70130

10

11

12   REPORTED BY:

13       JANET GILLEN ROBINSON
         Certified Court Reporter
14       Huffman & Robinson, Inc.
         One Shell Square, Suite 250 Annex
15       New Orleans, Louisiana  70139
         (504) 525-1753     (800) 749-1753
16
           *    *    *    *    *
17

18

19

20

21

22

23

24

25

5

1                I N D E X

2

3   EXAMINATION BY:                    PAGE

4

5   MS. DUHON................................. 7

6   MS. GIUGNO............................... 25

7   MS. DUHON................................ 25

8

9                EXHIBITS

10

11                NONE

12

13        *     *     *     *     *

14

15

16

17

18

19

20

21

22

23

24

25

6

1        S T I P U L A T I O N

2        It is stipulated and agreed by and among

3     counsel for the parties hereto that the

4     deposition of the aforementioned witness is

5     hereby being taken, pursuant to notice, under

6     the Louisiana Code of Civil Procedure, Article

7     1421, et seq., for all purposes, in accordance

8     with law;

9        That the formalities of reading and

10    signing are specifically not waived; that the

11    formalities of sealing, certification and

12    filing are specifically waived; that all

13    objections, save those as to the form of the

14    question and the responsiveness of the answer,

15    are hereby reserved until such time as this

16    deposition, or any part thereof, may be used

17    or sought to be used in evidence.

18        It is further stipulated and agreed that

19    Janet Gillen Robinson, in her capacity as

20    Certified Court Reporter, may swear in the

21    witness.

22      JANET GILLEN ROBINSON, Certified Court

23   Reporter, in and for the Parish of Orleans,

24   State of Louisiana, officiated in

25   administering the oath to the witness.

7

1        CECILE WATTERS TEBO,

2   3528 Vincennes Place, New Orleans, Louisiana

3   70125, after having been first duly sworn by

4   the above-mentioned Certified Court Reporter,

5   did testify as follows:

6   EXAMINATION BY MS. DUHON:

7       Q.    Would you just please state your

8   full name for the record?

9       A.    Cecile Watters Tebo.

10      Q.    And your current address?

11      A.    3528 Vincennes Place, New

12  Orleans, Louisiana  70125.

13      Q.    Ms. Tebo, I have had an

14  opportunity to review one of your previous

15  depositions wherein you indicated it was the

16  first deposition you had given in an asbestos-

17  related case.

18          Since that time, have you given

19  other depositions?

20      A.    No.

21      Q.    So this is the second?

22      A.    Yes.

23      Q.    Your educational background, I

24   have that you received a B.A. from Mt. Vernon

25   College in Washington, D.C. in '82; and a

8

1   Masters in social work from Tulane in New

2   Orleans in '84.

3       A.    Yes.

4       Q.    And that you're a licensed

5   clinical social worker, and that has been

6   since 1985 or 1986.

7       A.    Yes.

8       Q.    Since that time, has there been

9   any additional education?

10      A.    No.

11      Q.    Any certifications or licenses

12  that you have received since the education

13  I've just spoke of?

14      A.    No.

15      Q.    And would you just briefly go

16  through your employment history, through

17  college?

18      A.    Special education, resources

19  assistant with the Arlington County School

20  Board.

21          Social worker with the Catholic

22   Charities Group Home.

23        Maternity supervisor for the

24   Volunteers of America of Greater New Orleans,

25   program director of the Maternity and Adoption

9

1   Program for the Volunteers of America.

2          Currently, director of American

3   Adoptions of Louisiana; currently, coordinator

4   with the New Orleans Police Department Mobile

5   Crisis Services.

6          And I have my own business called

7   About Adoption.

8      Q.    What's the Mobile Crisis Unit

9   involve?  Is that adoption-related or is

10   that --

11      A.    No.  We handle all of the calls

12   that are of a mental health nature.

13      Q.    Okay.  I realize that you have

14   deleted any positions with Reilly-Benton.

15          Did you want to enlarge on that?

16   MS. GIUGNO:

17          Object to the form.

18          She didn't delete any.

19   EXAMINATION BY MS. DUHON:

20      Q.    I asked for employment through

21   high school.

22          Would you like to discuss your

23   employment with Reilly-Benton?

24      A.    There was maybe a two-week period

25   that I assisted in work with Reilly-Benton.

10

1      Q.    And are you currently employed

2   with Reilly-Benton?

3      A.    I am vice president of

4   Reilly-Benton Company.

5      Q.    And how long have you been vice

6   president?

7      A.    Approximately, about ten years,

8   maybe.

9      Q.    Ten years?

10      A.    Yes.

11      Q.    The other deposition had said

12   that it was a newly formed position that you

13   had just been appointed deposition -- I mean,

14   vice president, rather, and that was a

15   deposition in 2001, so, I mean, if you've been

16   it for ten years, that's fine, but I just

17   wanted --

18      A.    I'm not sure.  I'm just

19   approximating.

20      Q.    Okay.  And what are your job

21   duties with regard to your position as vice

22   president?

23        A.    To sit in for my father if he is

24   unavailable.

25        Q.    Sit in at --

11

1      A.    To do what I'm doing right now.

2      Q.    And there are other vice

3  presidents; right?

4      A.    You would need to ask him

5  (indicating).

6      Q.    Are you still married?

7      A.    Yes.

8      Q.    Okay.  And are you still married

9  to Balad Wayne Tebo, II?

10     A.    Yes.

11     Q.    And is he still a vice president

12  with Reilly-Benton?

13     A.    I believe so.

14     Q.    I know that you don't have any

15  brothers, and you have a few sisters.

16     A.    Two.

17     Q.    Two sisters.  And what birth

18  order are you?

19     A.    Last.

20     Q.    So they are older?

21     A.    Yes.

22      Q.      Are either of them a vice

23    president?

24      A.      Not to my knowledge.

25      Q.      And do you know why you are a

12

1  vice president and not the older ones?

2      A.    Because I live here in New

3  Orleans.

4      Q.    Ms. Tebo, what did you do to

5  prepare for the deposition today?

6      A.    Got dressed.

7      Q.    Were you provided with any

8  documents to review prior to coming to the

9  deposition?

10     A.    No.

11     Q.    And have you been provided with

12  any documents with regards to the upcoming

13  trial?

14     A.    No.

15     Q.    Have you spoke to anyone with

16  regard to the upcoming trial?

17  MS. GIUGNO:

18        Except for affiliated with my

19     office, which is subject to

20     attorney/client privilege.

21  EXAMINATION BY MS. DUHON:

22      Q.    Do you know which -- well, you

23   can answer the question.

24            Did you receive any documents?

25      A.    No.

13

1      Q.    Do you know when this case is

2   scheduled to go to trial?

3      A.    No.

4      Q.    So have you taken off of work for

5   the next week?

6      A.    No.

7      Q.    So it's safe to say you were not

8   provided any factual information regarding

9   Maurice Robert --

10      A.    No.

11      Q.    -- or his family?

12      A.    No.

13      Q.    What's your understanding of what

14   you have been listed for in connection with

15   this case as a witness?

16      A.    I do not know.

17      Q.    Okay.  Because you are listed as

18   Cecile W. Tebo, fact and corporate

19   representative of Reilly-Benton Company, Inc.,

20   and I'm interested in learning what facts

21   regarding Reilly-Benton, Inc. you are going to

22   be providing?

23        A.    I really don't know.

24        MS. GIUGNO:

25              Why don't you ask specific

14

1    questions?

2    MS. ROUSSEL:

3        Why don't you advise us as to

4    why you listed her so we can ask her

5    about it?

6    MS. GIUGNO:

7        It's listed on the witness

8    list.

9    MS. DUHON:

10       Yes.  That's it, that's it,

11   fact and corporate representative of

12   Reilly-Benton Company, Inc.

13   MS. ROUSSEL:

14       That --

15   EXAMINATION BY MS. DUHON:

16   Q.    What can you tell me about

17   Reilly-Benton?

18   A.    My dad has been president of

19   Reilly-Benton.

20   Q.    As I recall, from reviewing your

21   previous depositions, your contact with

22    Reilly-Benton was that you would visit as a

23    child.

24        A.    Yes.

25        Q.    And that you played hide and seek

15

1   in the warehouse?

2       A.    Played lots of games.

3       Q.    Lots of games.  Okay.

4             And what days of the week would

5   those usually occur?

6       A.    Generally, weekends.

7       Q.    Weekends.  Okay.

8             Were you there present at any

9   point when there was fabrication going on?

10      A.    I don't --

11      MS. GIUGNO:

12            Object to the form.

13      MS. DUHON:

14            Does --

15      MS. ROUSSEL:

16            You don't know?

17  EXAMINATION BY MS. DUHON:

18      Q.    Do you know?

19      MS. ROUSSEL:

20            She's just objecting to the

21      form.  You can go ahead and answer

22      the question.

23      MS. GIUGNO:

24          Do you understand the

25      question?

16

1     THE WITNESS:

2         No.

3     MS. GIUGNO:

4         She doesn't answer the

5     question.

6 EXAMINATION BY MS. DUHON:

7     Q.    Fabricating, cutting of pipe,

8 putting them together, building things.

9     A.    I don't recall anything of that

10 sort.

11     Q.    Were you aware that those

12 activities occurred on Saturdays?

13     A.    No.

14     Q.    What is your earliest

15 recollection of your memory being in the

16 warehouse?

17     A.    As a child.

18     Q.    What age?

19     A.    I don't know.  I guess, as far

20 back as I can remember, maybe six, seven,

21 eight, nine, ten.

22      Q.      Okay.  So '67, '68, '69, '70?

23      A.      Right.

24      Q.      Do you recall any of the products

25   in the Reilly-Benton warehouse?

17

1      A.    I think, I was asked that --

2      MS. GIUGNO:

3          You were.

4      THE WITNESS:

5          -- in my previous deposition.

6      MS. GIUGNO:

7          This has been covered in the

8      previous deposition.

9      MS. DUHON:

10         Well, the thing is that, first

11     of all, it's my understanding that

12     there was no protective order with

13     regard to Cecile Tebo, and I'm trying

14     to understand what facts she's going

15     to be testifying at trial, and

16     because you asked for specific

17     questions, I'm trying to go through

18     what I could think of she might be

19     testifying, because I have been given

20     no further guidance as to what you

21     were listed for.

22      MS. GIUGNO:

23          You were told that her

24      testimony would be consistent with

25      her testimony in Jackie Watson.

18

1    MS. DUHON:

2         Well, that --

3    MS. GIUGNO:

4         So if you have any new

5    questions, please ask them.

6    MS. DUHON:

7         I do.  I do have questions.

8  EXAMINATION BY MS. DUHON:

9    Q.    You said that you recall seeing

10  red material in the warehouse.

11        Do you recall seeing any other

12  materials?

13    A.    No.

14    Q.    Did you see any documents with

15  regards to sales of Reilly-Benton products?

16    A.    No.

17    Q.    Do you know what the document

18  retention policy of Reilly-Benton is?

19    A.    No.

20    Q.    Do you remember any of the

21  workers at Reilly-Benton?

22      A.      One in particular.

23      Q.      And what was that worker's name?

24      A.      Curlie.

25      Q.      Curlie.  And that's a nickname?

19

1      A.    Yep.

2      Q.    And you don't --

3      A.    I think.  Maybe it's his real

4  name.

5      Q.    And how old was Curlie at that

6  time?

7      A.    Middle aged.

8      Q.    And what age were you at that

9  point?

10     A.    At what point ?

11     Q.    When you remember him.

12     A.    Well, we go back to the seven,

13  eight --

14     Q.    Okay.

15     A.    -- nine, ten.

16     Q.    I mean, I'm sorry if this is an

17  inconvenience, but you were listed, and that's

18  why we have to try to ascertain exactly what

19  it is that you're going to testify at trial.

20     A.    Sure.  That's fine.  I think, I'm

21  answering the questions.

22    MS. DUHON:

23        I'm sorry.  Please put it off the

24    record.

25        (Whereupon, there was a

20

1    discussion held off the record.)

2    MS. DUHON:

3         Back on the record.

4  EXAMINATION BY MS. DUHON:

5    Q.    Okay.  With regards to the

6  products --

7    MS. ROUSSEL:

8         Wait.  Wait.  Let's find out

9    Curlie's last name.

10  EXAMINATION BY MS. DUHON:

11    Q.    Do you know Curlie's last name?

12    A.    No.

13    Q.    Give us a description of Curlie,

14  please?

15    A.    Black.

16    Q.    Do know if he is still alive?

17    A.    I believe he is.

18    Q.    Do you know if he's currently

19  working with Reilly-Benton?

20    A.    I wouldn't know.

21    Q.    Didn't Reilly-Benton just move

22   locations?

23        A.    Yes.

24        Q.    Do you know why?

25        A.    No.

21

1     Q.    Where are they physically located

2   now?

3     A.    Where is --

4     Q.    The Reilly-Benton office.

5     A.    I believe, it's in Jefferson.

6     Q.    Where is the warehouse?  Is it

7   also in Jefferson?

8     A.    I don't know.

9     Q.    With regards to the products that

10   you saw as a child in the warehouse, did you

11   do any work with the products?

12     A.    No.

13     Q.    So you weren't stacking, cutting,

14   handling the products --

15     A.    No.

16     Q.    -- or having any other types of

17   hands-on contact with the products?

18     A.    Well, when we were playing around

19   in the warehouse, there may have been hands

20   on, but I wasn't, as you said, stacking or

21   cutting.

22      Q.    So it's safe to say you can't

23    give any information regarding the names of

24    the products?

25      A.    No.

22

1    Q.    Or regarding the packaging of the

2  products?

3    A.    No.

4    Q.    Or the writing on the products?

5    A.    No.

6    Q.    Do you know if Reilly-Benton did

7  work with, or work on, any of the same sites

8  as J. A. Jones?

9    A.    I would have no knowledge of

10  that.

11    Q.    R. P. Farnsworth & Company?

12    A.    I would have no knowledge of

13  that.

14    Q.    Do you have any knowledge of any

15  site that they worked at?

16    A.    No.

17    Q.    Are there any other facts that I

18  haven't gone over that you might testify with

19  regards to at the trial of this matter if your

20  dad is not available?

21    A.    It would depend on the questions.

22      Q.    Do you remember what Curlie did?

23      A.    No.

24      Q.    And what was your contact with

25   him?

23

1      A.    Just as a friend.

2      Q.    Did you visit any other locations

3  of Reilly-Benton besides in New Orleans?

4      A.    Ask that again, please.

5      Q.    Did you, on occasion, ever visit

6  any other Reilly-Benton locations?

7      A.    No.

8      Q.    So you never visited the

9  warehouse in Baton Rouge?

10      A.    Not to my knowledge.

11      Q.    Okay.  Your dad was a salesman;

12  right?  He was over sales in Reilly-Benton; to

13  your knowledge?

14      A.    I really don't know.

15      Q.    There was some testimony that he

16  traveled a lot.

17          I'm just curious if, on occasion,

18  you ever traveled with him to any jobsites?

19      A.    I don't remember ever traveling

20  with him.

21      Q.    When you visited as a child,

22    where was your dad located?

23          A.    When I --

24          Q.    When you visited the

25    Reilly-Benton warehouse in -- as a child, what

24

1   was your father typically doing?

2        A.    He was there with me.

3        Q.    Playing?

4        A.    Sometimes, actually.  He is a

5   pretty cool dad.

6        Q.    Okay.  He also testified there

7   was a glass office in the warehouse.

8        A.    Yes.

9        Q.    So, typically, what type of work

10  was he doing?

11       A.    I don't know.

12       Q.    You don't recall?

13       A.    I never really paid attention.

14       Q.    So you never really paid

15  attention to what was going on in the

16  warehouse?

17       A.    No.

18       Q.    Where was your mom?

19       A.    When?

20       Q.    On the occasions when you would

21  visit as a child at the warehouse?

22      A.    Was mom at the warehouse?

23      Q.    Yes.

24      A.    She was not at the warehouse.

25      Q.    Who was watching you?

25

1      A.    My dad.

2      Q.    Was there anyone else there

3   besides your dad and Curlie?

4      A.    Not that I recall.

5      Q.    No one was there doing any type

6   of work?

7      A.    Not that I recall.

8      MS. ROUSSEL:

9          How old were you at that time?

10     THE WITNESS:

11         I was pretty young.

12     MS. DUHON:

13         Okay.  I tender the witness.

14         Anyone else?

15   EXAMINATION BY MS. GIUGNO:

16     Q.    Were your sisters ever with you

17   while you were playing as a child?

18     A.    Sure.  Sometimes, they were.

19     MS. DUHON:

20         I'm sorry.  I know I had just

21     tendered the witness.

22   EXAMINATION BY MS. DUHON:

23       Q.    But can you just clarify where

24   your sisters are now?  You indicated that

25   they're not --

26

1      A.     Right.  One is en route to North

2   Carolina, where she's moving.  She's been in

3   Los Angeles; and one is in Florida.

4      Q.     Is she still in Boca Raton?

5      A.     No.

6      Q.     Where in Florida?

7      A.     She is in Marianna.

8      Q.     Where is your other sister moving

9   to?

10     A.     She's moving to Charlotte, North

11  Carolina.

12     MS. DUHON:

13         I don't have any further

14      questions.

15     MS. GIUGNO:

16         Does anybody else have any

17      questions?  I think you're done.

18         (Whereupon, the deposition was

19      concluded at 10:24 a.m.)

20         *     *     *     *     *

21

22

23

24

25

27

1

2

3      WITNESS' CERTIFICATE

4

5

6      I, CECILE WATTERS TEBO, read or have had

7   the foregoing testimony read to me and hereby

8   certify that it is a true and correct

9   transcription of my testimony, with the

10   exception of any attached corrections or

11   changes.

12

13

14

15

16      _____
          Cecile Watters Tebo
17

18

19

20

21

22

23

24

25

28

1            REPORTER'S CERTIFICATE

2

3      I, JANET GILLEN ROBINSON, Certified

4  Court Reporter, in and for the State of

5  Louisiana, as the officer before whom this

6  testimony was taken, do hereby certify that

7  CECILE WATTERS TEBO, after having been duly

8  sworn by me upon authority of R.S. 37:2554,

9  did testify as hereinbefore set forth in the

10  foregoing 27 pages; that this testimony was

11  reported by me in the stenotype reporting

12  method, was prepared and transcribed by me or

13  under my personal direction and supervision,

14  and is a true and correct transcript to the

15  best of my ability and understanding; that I

16  am not related to counsel or to the parties

17  herein, nor am I otherwise interested in the

18  outcome of this matter.

19

20

21

JANET GILLEN ROBINSON
22        Certified Court Reporter
Huffman & Robinson, Inc.
23         One Shell Square, Suite 250 Annex
New Orleans, Louisiana  70139
24          (504) 525-1753     (800) 749-1753

25