# EXHIBIT "C"

# LANDRY & SWARR, L.L.C.
## Attorneys at Law

1100 Poydras Street, Suite 2000
New Orleans, Louisiana 70163

MICKEY P. LANDRY
FRANK J. SWARR
MATTHEW C. CLARK

_____
NOTARIES PUBLIC

Telephone: (504) 299-1214
Facsimile: (504) 299-1215
E-mail: lslaw@landryswarr.com

August 22, 2022

**VIA EMAIL AJDIV@DERBESLAW.COM:**
Albert J. Derbes, IV
The Derbes Law Firm, LLC
3027 Ridgelake Drive
Metairie, Louisiana 70002

**VIA EMAIL FBUNOL@DERBESLAW.COM:**
Frederick Bunol
The Derbes Law Firm, LLC
3027 Ridgelake Drive
Metairie, Louisiana 70002

RE: IN RE: REILLY BENTON COMPANY, INC., USBC, EASTERN
DISTRICT OF LOUISIANA, CASE NO. 17-12870,
SECT. B, CHAPTER 7

Dear Mr. Derbes and Mr. Bunol:

Please be advised that the Landry & Swarr Creditors will be required to take the deposition of Reilly-Benton. I was aware of and attempted to attend the hearing on the Roussel and Clement Creditors' Motion to Compel Reilly-Benton's deposition this week. Unfortunately, the court's docket was full and by the time the matter was called, I had already left to attend a previously scheduled meeting. Having reviewed the Order, I'm concerned that the Court will require that my clients be bound by the same order.

The Landry & Swarr Objectors are not interested in taking the deposition of Warren Watters. The Landry & Swarr Objectors are required to take the deposition of Reilly-Benton. The Court's kindness and understanding regarding the age of Warren Watters makes the limitation of his deposition understandable. Due to his limitations and those imposed by the Court, the objectors

need to have another Corporate Representative of Reilly-Benton that can speak on behalf of the company.

While I do not intend to belabor the point here, there are multiple decisions in multiple jurisdictions requiring a corporation to put up a person most knowledgeable or to educate one for a corporation deposition. If the person most knowledgeable is deceased, incapacitated or unable to give a deposition, the Court is not to limit an important deposition to a half hour for multiple parties, but rather to require the corporation to educate someone to sit for the deposition on behalf of the corporation.

To simplify my request of Reilly-Benton's deposition, I will use an identical notice and list of topics filed by the Roussel and Clement Objectors. If you are unable to agree to a deposition of Reilly-Benton, please advise.

If you would like to discuss, please don't hesitate to contact me.

Cordially,

*Mickey P. Landry*

MICKEY P. LANDRY

MPL/sc