## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 17-12870 |
| REILLY-BENTON COMPANY, INC., | * | SECTION "B" |
| Debtor | * | CHAPTER 7 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EMERGENCY MOTION TO COMPEL REILLY-BENTON COMPANY, INC.

**NOW INTO COURT**, through undersigned counsel, come Landry & Swarr Creditors,[1] who move this Honorable Court to compel Reilly-Benton Company, Inc. to provide a date for the deposition of Cecil Tebo as the corporate representative of Reilly-Benton Company, Inc., who for about a decade was the Vice-President of Reilly-Benton Company, Inc. and has already been designated by Reilly-Benton Company, Inc. as its corporate representative.

Landry & Swarr Creditors request this Honorable Court hear the instant Motion to Compel on an expedited basis on September 14, 2022.

Respectfully submitted,
**LANDRY & SWARR, LLC**

**/s/ MICKEY P. LANDRY**
MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
MATTHEW CLARK, Bar No. 31102
1100 Poydras Street
Energy Centre – Suite 2000
New Orleans, LA 70163
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
**COUNSEL FOR PLAINTIFFS**

---

[1] The firm of Landry & Swarr represents claimants who have filed claims against Reilly-Benton Company, Inc., including Donnie Bridges, Ronnie David Bridges, Rodney Lynn Bridges, Sherri Renee Attaway, and Deborah Kay Thurber, Paul Sanderson, Jr., Kelly P. Sanderson, Dale Michael Sanderson, and Mark Sanderson, Kevin Franchina, Tena Danos and Josephine Alexander.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 30th August, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system and to defense counsel by electronic mail.

/s/ MICKEY P. LANDRY
MICKEY P. LANDRY