# EXHIBIT "D"

# LANDRY & SWARR, L.L.C.
## Attorneys at Law

1100 Poydras Street, Suite 2000
New Orleans, Louisiana 70163

MICKEY P. LANDRY
FRANK J. SWARR
MATTHEW C. CLARK

_____
NOTARIES PUBLIC

Telephone: (504) 299-1214
Facsimile: (504) 299-1215
E-mail: lslaw@landryswarr.com

August 23, 2022

**VIA EMAIL AJDIV@DERBESLAW.COM:**
Albert J. Derbes, IV
The Derbes Law Firm, LLC
3027 Ridgelake Drive
Metairie, Louisiana 70002

RE: IN RE: REILLY BENTON COMPANY, INC., USBC, EASTERN
DISTRICT OF LOUISIANA, CASE NO. 17-12870,
SECT. B, CHAPTER 7

Dear Mr. Derbes:

I am certain that you are busy; however, I need to know whether Reilly-Benton Company, Inc. will be making a corporate deponent available other than Warren Watters. Regardless of your position, please respond no later than tomorrow because the scheduling order requires non-expert discovery to be completed by September 6, 2022.

If I do not hear from you by close of business tomorrow, I will be forced to unilaterally set the deposition.

Cordially,

*/s/ Mickey P. Landry*

MICKEY P. LANDRY

MPL/sc

cc: Frederick Bunol (fbunol@derbeslaw.com), Leo Congeni (leo@congenilawfirm.com)