# EXHIBIT "E"



**From:** Mickey Landry mlandry@landryswarr.com
**Subject:** Fwd: IN RE: Reilly-Benton Company, Inc.; Deposition of Reilly-Benton
**Date:** August 30, 2022 at 9:16 AM
**To:** Emily Price eprice@landryswarr.com

> Begin forwarded message:
>
> **From:** "Albert J. Derbes IV" <AJDIV@derbeslaw.com>
> **Subject: RE: IN RE: Reilly-Benton Company, Inc.; Deposition of Reilly-Benton**
> **Date:** August 29, 2022 at 12:48:02 PM CDT
> **To:** Mickey Landry <mlandry@landryswarr.com>
> **Cc:** Leo Congeni <leo@congenilawfirm.com>, "Frederick L. Bunol" <FBunol@derbeslaw.com>, "DAVID J. MESSINA (messina@chaffe.com)" <messina@chaffe.com>, Samantha Corcoran <scorcoran@landryswarr.com>
>
> Mickey,
>
> In my opinion the Judge impliedly ruled on this issue at Gerolyn's motion to compel which you attended. Where the Debtor only has one human, that human is the only corporate representative under 7030(b)(6)/FRCP 30(b)(6).
>
> Albert J. Derbes, IV
> Derbes Law Firm, LLC
> 3027 Ridgelake Drive
> Metairie, LA 70002
> 504.837.1230 Main Voice
> 504.207.0909 Direct Voice
> 504.442.2187 Mobile Voice
> 504.832.0322 Direct Fax
> www.DerbesLaw.com
>
> **From:** Samantha Corcoran <scorcoran@landryswarr.com>
> **Sent:** Tuesday, August 23, 2022 2:51 PM
> **To:** Albert J. Derbes IV <AJDIV@derbeslaw.com>
> **Cc:** Mickey Landry <mlandry@landryswarr.com>; Leo Congeni <leo@congenilawfirm.com>; Frederick L. Bunol <FBunol@derbeslaw.com>
> **Subject:** IN RE: Reilly-Benton Company, Inc.; Deposition of Reilly-Benton
>
> Please find the attached correspondence from Mickey Landry.
>
> Thank you,
> --
> Samantha C. Corcoran
> Paralegal & Notary Public
> LANDRY & SWARR, L.L.C.
> 1100 Poydras Street
> Energy Centre - Suite 2000

Energy Centre – Suite 2000
New Orleans, Louisiana 70163
Telephone: (504) 299-1214
scorcoran@landryswarr.com

# LANDRY & SWARR, L.L.C.
## Attorneys at Law

1100 Poydras Street, Suite 2000
New Orleans, Louisiana 70163

MICKEY P. LANDRY
FRANK J. SWARR
MATTHEW C. CLARK

Telephone: (504) 299-1214
Facsimile: (504) 299-1215
E-mail: lslaw@landryswarr.com