**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 17-12870 |
| REILLY-BENTON COMPANY, INC., | CHAPTER 7 |
| DEBTOR. | SECTION "A" |

**O R D E R**

Before the Court is the *Ex Parte Motion for Expedited Hearing on Motion for New Trial on Motion to Compel Reilly-Benton Company, Inc.* (the "Motion for Expedited Hearing"), [ECF Doc. 215], filed on behalf of the Roussel & Clement Creditors ("Movants") on August 30, 2022;

**IT IS ORDERED** that the Motion for Expedited Hearing is **GRANTED**, and a hearing on Movants' *Motion for New Trial on Motion to Compel Reilly-Benton Company, Inc.* (the "Motion for New Trial"), [ECF Doc. 213], will be held on an expedited basis on **WEDNESDAY, SEPTEMBER 14, 2022 at 1:00 p.m.**, before the Honorable Meredith S. Grabill. Pursuant to this Court's General Order 2021-2, available at https://www.laeb.uscourts.gov/, parties may participate in the hearing by either:

a. Attending **IN PERSON** at U.S. Bankruptcy Court Eastern District of Louisiana 500 Poydras Street, Courtroom B-709, New Orleans Louisiana 70130; or

b. Participating by **Teleconference Line, 1-888-684-8852; Access Code 9318283.**

**IT IS FURTHER ORDERED** that any responses or objections to the Motion for New Trial shall be filed into the record and properly served pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules on or before **September 12, 2022 at 4:00 p.m.**

**IT IS FURTHER ORDERED** that the hearing on the Motion for New Trial previously scheduled for September 21, 2022 is cancelled.

**IT IS FURTHER ORDERED** that counsel for Movants shall <u>immediately</u> serve this Order on the required parties who will not receive notice through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect.

New Orleans, Louisiana, August 31, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE