# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | CASE NO. 17-12870 |
| ) | |
| REILLY-BENTON COMPANY, INC. ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

## *EX PARTE* MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes the Louisiana Insurance Guaranty Association ("LIGA") who files this *Ex Parte Motion for Expedited Hearing* on the *Louisiana Insurance Guaranty Association's Motion to Quash or Alternatively, for Protective Order and Incorporated Memorandum in Support* [P-229] (the "Motion") requesting expedited hearing on the Motion as set forth herein. In support, LIGA represents:

1. This Court has jurisdiction over this Motion, and the relief requested herein under 28 U.S.C. § 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a "core" proceeding within the meaning of 28 U.S.C. §§ 157(b)(2).

2. LIGA was served on August 16, 2022 with a Notice of Records and Oral Deposition by the objecting parties represented by the law firm of Roussel & Clement ("Roussel Objectors"), seeking responsive documents by September 2, 2022, a mere 17 days after service of the notice, and a corporate deposition of LIGA on September 15, 2022.

3. For numerous reasons outlined in the Motion, LIGA has requested an extension of deadlines to respond to the records deposition and a continuation of the oral deposition, which has been refused by the Roussel Objectors despite this court having granted an order to continue the trial on this matter until February 2023.

4. LIGA requests an expedited hearing date on its Motion for September 14. Expedited hearing is necessary due to the deposition date of September 15.

5. There are numerous other matters set for hearing in the captioned case on September 14, so undersigned counsel submits that the expedited hearing will not prejudice any party.

**WHEREFORE,** LIGA prays that this Motion for Expedited Hearing be granted, and that a hearing on the Motion be set for September 14, 2022 at 1:00 p.m.

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By: /s/ William S. Robbins
William S. Robbins (La. #24627)
wrobbins@stewartrobbins.com

*Counsel for Louisiana Insurance Guaranty Association*