IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| REILLY-BENTON COMPANY, INC. | ) | Case No. 17-12870 |
| | ) | |
| DEBTORS | ) | Section A |
| | ) | |

**MOTION TO COMPEL AND OVERRULE OBJECTIONS OF
LOUISIANA INSURANCE GUARANTY ASSOCIATION**

**NOW INTO COURT**, through undersigned counsel, come the Roussel & Clement Creditors,[1] who move this Honorable Court to overrule the objections of Louisiana Insurance Guaranty Association ("LIGA"), and to compel LIGA to provide a corporate representative of LIGA who has been prepared to testify as to the topics set forth in the Roussel & Clement Creditors' Notice of Deposition, and to produce the documents requested from LIGA, all as is more fully set forth in the memorandum attached hereto in support of the motion to compel.

---

[1] The firm of Roussel & Clement represents claimants who have filed claims against Reilly-Benton Company, Inc., including Frank James Brazan, Pennie Ann Brazan Kliebert, Shane Anthony Brazan, Jason Joseph Brazan, and Carmel Theresa Brazan Bourg, Mary Patsy Soileau Courville, Mavis Todd Courville, Michael Wade Courville, and Joseph Eric Courville, Joseph Alfred Hedges, Jr. and Renee Hedges Blum, and Bonnie Ann Tregre Loupe, Lee Ann Tregre Cortez, and Sherry Tregre Cortez.

**WHEREFORE,** the Roussel & Clement Creditors pray that their Motion to Compel and Overrule Objections of LIGA is granted.

Dated: September 6, 2022.

Respectfully submitted,

**ROUSSEL & CLEMENT**

/s/ Jonathan B. Clement
GEROLYN P. ROUSSEL, T.A. - 01134
PERRY J. ROUSSEL, JR. - 20351
JONATHAN B. CLEMENT - 30444
BENJAMIN P. DINEHART - 33096
1550 West Causeway Approach
Mandeville, LA 70471
Telephone: (985) 778-2733
Facsimile: (985) 778-2734
Attorneys for the Roussel & Clement Creditors

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Louisiana and that notice of this filing is being served on the parties participating in this Court's CM/ECF system for this case.

s/ Jonathan B. Clement
JONATHAN B. CLEMENT