RE: In re Reilly-Benton Company, Inc.

## Will Robbins <wrobbins@stewartrobbins.com>
Tue 8/9/2022 12:16 PM

To: Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>;Kim Heard <kheard@stewartrobbins.com>

Cc: Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>

Sorry, I meant to say 3 pm.

**From:** Will Robbins
**Sent:** Tuesday, August 9, 2022 11:52 AM
**To:** 'Roussel and Clement Attorney At Law' <rcfirm@rousselandclement.com>; Kim Heard <kheard@stewartrobbins.com>
**Cc:** Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>
**Subject:** RE: In re Reilly-Benton Company, Inc.

Thank you Benjamin.  Stephanie Laborde and I are available today at 3:30.  We can use our conference line:

Dial In:  800.504.8071
Access: 3437288

**From:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
**Sent:** Tuesday, August 9, 2022 8:51 AM
**To:** Kim Heard <kheard@stewartrobbins.com>; Will Robbins <wrobbins@stewartrobbins.com>
**Subject:** Re: In re Reilly-Benton Company, Inc.

Mr. Robbins,

We would be available to meet and confer regarding the notice today, August 9, 2022 at 3:00 p.m., or on August 12, 2022 at 9:30 a.m.  Please let me know what time would work best for you.

Thanks,

Benjamin P. Dinehart
Roussel & Clement
1550 West Causeway Approach
Mandeville, LA 70471
985-778-2733

**From:** Kim Heard <kheard@stewartrobbins.com>
**Sent:** Friday, August 5, 2022 1:33 PM
**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
**Cc:** Messina, David <messina@chaffe.com>; Stephanie Laborde <slaborde@lalalawfirm.com>; Will Robbins <wrobbins@stewartrobbins.com>
**Subject:** In re Reilly-Benton Company, Inc.

**EXHIBIT**
**1**