# Reilly-Benton Bankruptcy - Request for Deposition Date

**Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>**

Fri 4/8/2022 4:55 PM

To: slaborde@lalalaw.com <slaborde@lalalaw.com>

Dear Stephanie,

Please provide a date for the deposition of your client, LIGA, in the Reilly-Benton Bankruptcy.

Thanks,

Benjamin P. Dinehart
Roussel & Clement
1550 West Causeway Approach
Mandeville, LA 70471
985-778-2733

