## Reilly-Benton Bankruptcy

Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
Tue 7/19/2022 3:15 PM
To: Stephanie Laborde <slaborde@lalalawfirm.com>

Dear Counselors:

We had requested a date for the deposition of your client, LIGA, on April 8, 2022, but have not been provided with date. Please provide dates for LIGA's deposition by 12:00 pm on July 20, 2022, or we will be forced to unilaterally notice its deposition in this matter.

Sincerely,

Benjamin P. Dinehart
Roussel & Clement
1550 West Causeway Approach
Mandeville, LA 70471
985-778-2733



EXHIBIT 3