Re: Reilly-Benton Bankruptcy

Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
Tue 7/19/2022 4:05 PM
To: Stephanie Laborde <slaborde@lalalawfirm.com>

Stephanie,

Attached please find a Draft Notice of Deposition for LIGA's deposition in this matter. Please provide dates for the deposition of LIGA in this matter.

Sincerely,

Benjamin P. Dinehart
Roussel & Clement
1550 West Causeway Approach
Mandeville, LA 70471
985-778-2733

---

**From:** Stephanie Laborde <slaborde@lalalawfirm.com>
**Sent:** Tuesday, July 19, 2022 3:25 PM
**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
**Subject:** Re: Reilly-Benton Bankruptcy

Benjamin,

I apologize but do not recall the request for a deposition date for LIGA. Did you provide me with a list or scope of the information sought to be requested so that I could provide you with the correct person/people? I do not ignore such requests, so am perplexed as to why I would not have provided you with dates. Please provide me with a copy of the April 8th request, or any other information you can provide so that I can ask the right person for their availability.

In the meantime, please do not unilaterally schedule LIGA's deposition while I work with you to obtain a mutually-convenient date. Thank you.

**Stephanie B. Laborde**
**LaFleur & Laborde**
6160 Perkins Road, Suite 225
Baton Rouge, Louisiana 70808
Telephone: (225) 535-7590
Direct Dial: (225) 230-0484
Facsimile: (800) 430-2378

NEW ORLEANS • BATON ROUGE • LAFAYETTE • VILLE PLATTE
WWW.LALALAWFIRM.COM

EXHIBIT 4

On Tue, Jul 19, 2022 at 3:15 PM Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com> wrote:
> Dear Counselors:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| REILLY-BENTON COMPANY, INC. | ) | Case No. 17-12870 (JAB) |
| | ) | |
| DEBTORS | ) | Section B |
| | ) | |

### NOTICE OF DEPOSITION PURSUANT TO 30(b)(6), FED.R.BANKR.P. 7030 AND 9014, AND NOTICE OF RECORDS DEPOSITION OF LOUISIANA INSURANCE GUARANTY ASSOCIATION

TO: **ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned counsel for the Roussel & Clement Claimants[1] will take the deposition of **LOUISIANA INSURANCE GUARANTY ASSOCIATION,** in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, through one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf concerning the matters listed with particularity herein below. This deposition shall be taken for all purposes permitted under the Federal Rules of Civil Procedure, and Federal Rules of Bankruptcy Procedure on <> beginning at <> (and continuing from day to day until completed) at the offices of <>, before a duly qualified court reporter or other person authorized by law to administer oaths. **LOUISIANA**

---

[1] The firm of Roussel & Clement represents claimants who have filed claims against Reilly-Benton Company, Inc., including Frank James Brazan, Pennie Ann Brazan Kliebert, Shane Anthony Brazan, Jason Joseph Brazan, and Carmel Theresa Brazan Bourg, Mary Patsy Soileau Courville, Mavis Todd Courville, Michael Wade Courville, and Joseph Eric Courville, Joseph Alfred Hedges, Jr. and Renee Hedges Blum, and Bonnie Ann Tregre Loupe, Lee Ann Tregre Cortez, and Sherry Tregre Cortez.

-1-

**INSURANCE GUARANTY ASSOCIATION** is called upon to designate and to make available for deposition at the stated time and place one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and to specify for each such person so designated to which of the matters listed below that person has consented to testify.

In addition, plaintiffs will take the records deposition of **LOUISIANA INSURANCE GUARANTY ASSOCIATION** on <> beginning at <> (and continuing from day to day until completed) at the offices of <>, for the purpose of obtaining all records and documents identified in Attachment "A" attached hereto and (1) to make a formal return on the subpoena duces tecum served on , which documents are described in Attachment "A;" (2) to discuss the search undertaken (and to identify by whom the search was undertaken) to locate the documents subpoenaed; and (3) to discuss the documents produced and where they were located. **THIS PORTION OF THE NOTICE IS FOR THE PURPOSE OF THE PRODUCTION OF RECORDS ONLY, AND IT MAY BE SATISFIED BY PROVIDING THE REQUESTED DOCUMENTS AND/OR INFORMATION TO ROUSSEL AND CLEMENT AT 1550 WEST CAUSEWAY APPROACH, MANDEVILLE, LOUISIANA 70471, PRIOR TO <>**

## DEFINITIONS

The words "LIGA," "Louisiana Insurance Guaranty Association," or "you" as used in this Notice and accompanying Attachment "A" are intended to refer to Louisiana Insurance Guaranty Association, and any and all predecessor and/or successor entities of Louisiana Insurance Guaranty Association.

The words "Reilly-Benton" as used in this Notice and accompanying Attachment "A" are intended to refer to Reilly-Benton Company, Inc., and any and all predecessor and/or successor entities and/or divisions and/or subsidiaries of Reilly-Benton Company, Inc.

"Documents" shall mean, unless otherwise indicated, letters, papers, tests, reports, publications, studies, evaluations, correspondence, telegrams, memoranda, records, books of account, ledgers, accounts, balance sheets, journals, minutes, contracts, payroll records, assignment sheets, memoranda of records of telephone or personal conversations or conferences, inter-office communications, microfilm, tape, disc, or other data recordings, bulletins, circulars, schedules, guides, pamphlets, studies, surveys, notices, summaries, reports, analysis, teletype messages, work sheets, price sheets, catalogues, invoices, credit memoranda, checks, vouchers, newspaper clippings or magazine clippings, desk calendar, telephone toll records, and all writings or recordings of any nature whatsoever. Where originals are not available, copies of such documents may be produced.

"All documents" shall mean every document, whether the original or copy, within a stated category, either known to the deponent or reasonable subject to identification, or that can be designated or located by the use of reasonable diligence.

"Relationship" shall man any affiliation or contractual connection between the entities in question.

Topic A:
To make a formal return on the documents and items described in Attachment "A."

Topic B:
To discuss the search undertaken (and to identify by whom the search was undertaken) to locate the documents and items described in Attachment "A."

Topic C:
To discuss the documents and items produced pursuant to Attachment "A" and where they were located as well as the document retention policies of LIGA

Topic No. 1:
To testify regarding LIGA's relationship with Reilly-Benton.

Topic No. 2:
To testify regarding LIGA's relationship with Pacific Employers Insurance Company.

Topic No. 3:
To testify regarding LIGA's relationship with Century Indemnity Company.

Topic No. 4:
To testify regarding LIGA's relationship with Resolute Management, Inc.

-3-

Topic No. 5:
To testify regarding LIGA's relationship with National Indemnity Company.

Topic No. 6:
To testify regarding LIGA's relationship with Liberty Mutual Insurance Company.

Topic No. 7:
To testify regarding any agreements between LIGA and Reilly-Benton regarding asbestos claims.

Topic No. 8:
To testify regarding any agreements between LIGA and Pacific Employers Insurance Company regarding asbestos claims involving Reilly-Benton Company, Inc.

Topic No. 9:
To testify regarding any agreements between LIGA and Century Indemnity Company regarding asbestos claims involving Reilly-Benton Company, Inc.

Topic No. 10:
To testify regarding any agreements between LIGA and Resolute Management, Inc. regarding asbestos claims involving Reilly-Benton Company, Inc.

Topic No. 11:
To testify regarding any agreements between LIGA and National Indemnity Company regarding asbestos claims involving Reilly-Benton Company, Inc.

Topic No. 12:
To testify regarding any agreements between LIGA and Liberty Mutual Insurance Company regarding asbestos claims involving Reilly-Benton Company, Inc.

Topic No. 13:
To testify regarding LIGA's involvement with the Reilly-Benton Company, Inc.'s decision to file for bankruptcy.

Topic No. 14:
To testify regarding Century Indemnity Company's involvement with the Settlement Agreement between the Trustee for the bankruptcy estate of Reilly-Benton Company, Inc. and LIGA.

Topic No. 15:
To testify regarding Resolute Management, Inc.'s involvement with the Settlement Agreement between the Trustee for the bankruptcy estate of Reilly-Benton Company, Inc. and LIGA.

Topic No. 16:
To testify regarding National Indemnity Company's involvement with the Settlement Agreement between the Trustee for the bankruptcy estate of Reilly-Benton Company, Inc. and LIGA.

Topic No. 17:
To testify regarding Liberty Mutual Insurance Company's involvement with the Settlement Agreement between the Trustee for the bankruptcy estate of Reilly-Benton Company, Inc. and LIGA.

Topic No. 18:
To testify regarding Pacific Employers Insurance Company's involvement with the Settlement Agreement between the Trustee for the bankruptcy estate of Reilly-Benton Company, Inc. and LIGA.

Topic No. 19:
To testify regarding all information considered by LIGA to arrive at the settlement amount.

Topic No. 20:
To testify as to asbestos-related claims against Reilly-Benton Company, Inc. for which LIGA may be obligated to pay.

Topic No. 21:
To testify as to any and all correspondence and/or documents between Reilly-Benton and LIGA regarding asbestos-related claims.

Topic No. 22:
To testify as to any and all correspondence and/or documents between the Trustee for the bankruptcy estate of Reilly-Benton and LIGA regarding asbestos-related claims.

Topic No. 23:
To testify as to any and all correspondence and/or documents between LIGA and Resolute Management, Inc. regarding asbestos-related claims involving Reilly-Benton Company, Inc.

Topic No. 24:
To testify as to any and all correspondence and/or documents between LIGA and National Indemnity Company regarding asbestos-related claims involving Reilly-Benton Company, Inc.

Topic No. 25:
To testify as to any and all correspondence and/or documents between LIGA and Century Indemnity Company regarding asbestos-related claims involving Reilly-Benton Company, Inc.

Topic No. 26:
To testify as to any and all correspondence and/or documents between LIGA and Pacific Employers Insurance Company regarding asbestos-related claims involving Reilly-Benton Company, Inc.

Topic No. 27:
To testify as to any and all correspondence and/or documents between LIGA and Liberty Mutual Insurance Company regarding asbestos-related claims involving Reilly-Benton Company, Inc.

Topic No. 28:
To testify as to the number of asbestos-related claims currently pending against Reilly-Benton Company, Inc. for which LIGA may be obligated to pay, including the specific asbestos-related diseases that form the basis of those claims.

Topic No. 29:
To testify as to the identity of the claimants who have currently pending asbestos-related claims against Reilly-Benton Company, Inc. for which LIGA may be obligated to pay, including the specific asbestos-related diseases from which those claimants have brought a claim.

Topic No. 30:
To testify as to the identity of the law firms representing claimants who have currently pending asbestos-related claims against Reilly-Benton Company, Inc. for which LIGA may be obligated to pay.

Topic No. 31:
To testify as to the date all currently pending asbestos-related claims against Reilly-Benton Company, Inc. for which LIGA may be obligated to pay were filed.

Topic No. 32:
To testify as to the status of all currently pending asbestos-related claims against Reilly-Benton Company, Inc. for which LIGA may be obligated to pay.

Topic No. 33:
To testify as to any and all correspondence and/or documents between the Trustee for the bankruptcy estate of Reilly-Benton and LIGA.

Topic No. 34:

To testify as to any and all correspondence and/or documents between representatives of the Trustee for the bankruptcy estate of Reilly-Benton and LIGA.

| **CERTIFICATE OF SERVICE** | Respectfully submitted, **ROUSSEL & CLEMENT** |
|---|---|
| **I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon counsel for all parties by hand delivery, facsimile, or by depositing same in the U.S. mail, postage prepaid and properly addressed, this <> day of <>, 2022. | _____ GEROLYN P. ROUSSEL - 1134 PERRY J. ROUSSEL, JR. - 20351 JONATHAN B. CLEMENT - 30444 LAUREN R. CLEMENT - 31106 BENJAMIN P. DINEHART - 33096 1550 West Causeway Approach Mandeville, LA 70471 Telephone: (985) 778-2733 Facsimile: (985) 778-2734 ATTORNEYS FOR PLAINTIFFS |
| _____ BENJAMIN P. DINEHART | |

## LOUISIANA INSURANCE GUARANTY ASSOCIATION

## ATTACHMENT " A "

Pursuant to the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure, the Roussel & Clement Creditors requests that the deponent, **Louisiana Insurance Guaranty Association,** produce the following at the deposition on the date and time noted in the Notice of Records Deposition and in the subpoena.

### I.

### DEFINITIONS

The following definitions shall apply for the purposes of this subpoena:

A."Documents" shall mean, unless otherwise indicated, letters, papers, tests, reports, publications, studies, evaluations, correspondence, telegrams, memoranda, records, books of account, ledgers, accounts, balance sheets, journals, minutes, contracts, payroll records, employee assignment sheets, memoranda of records of telephone or personal conversations or conferences, inter-office communications, microfilm, tape, disc, or other data recordings, bulletins, circulares, schedules, guides, pamphlets, studies, surveys, notices, summaries, reports, analysis, teletype messages, work sheets, price sheets, catalogues, invoices, credit memoranda, checks, vouchers, newspaper clippings or magazine clippings, desk calendar, telephone toll records, and all writings or recordings of any nature whatsoever. Where originals are not available, copies of such documents may be produced.

B."All documents" shall mean every document, whether the original or copy, within a stated category, either known to the deponent or reasonable subject to identification, or that can be designated or located by the use of reasonable diligence.

C. "Relationship" shall man any affiliation or contractual connection between the entities in question.

### II.

### THINGS, DOCUMENTS AND CATEGORIES OF DOCUMENTS TO BE PRODUCED

Item No. 1:
Produce all documents regarding LIGA's relationship with Reilly-Benton.

-8-

Item No. 2:
Produce all documents regarding LIGA's relationship with Pacific Employers Insurance Company.

Item No. 3:
Produce all documents regarding LIGA's relationship with Century Indemnity Company.

Item No. 4:
Produce all documents regarding LIGA's relationship with Resolute Management, Inc.

Item No. 5:
Produce all documents regarding LIGA's relationship with National Indemnity Company.

Item No. 6:
Produce all documents regarding LIGA's relationship with Liberty Mutual Insurance Company.

Item No. 7:
Produce all documents regarding any agreements between LIGA and Reilly-Benton regarding asbestos claims.

Item No. 8:
Produce all documents regarding any agreements between LIGA and Pacific Employers Insurance Company regarding asbestos claims involving Reilly-Benton Company, Inc.

Item No. 9:
Produce all documents regarding any agreements between LIGA and Century Indemnity Company regarding asbestos claims involving Reilly-Benton Company, Inc.

Item No. 10:
Produce all documents regarding any agreements between LIGA and Resolute Management, Inc. regarding asbestos claims involving Reilly-Benton Company, Inc.

Item No. 11:
Produce all documents regarding any agreements between LIGA and National Indemnity Company regarding asbestos claims involving Reilly-Benton Company, Inc.

Item No. 12:
Produce all documents regarding any agreements between LIGA and Liberty Mutual Insurance Company regarding asbestos claims involving Reilly-Benton Company, Inc.

Item No. 13:
Produce all documents regarding LIGA's involvement with the Reilly-Benton Company,

Inc.'s decision to file for bankruptcy.

Item No. 14:
Produce all documents regarding Century Indemnity Company's involvement with the Settlement Agreement between the Trustee for the bankruptcy estate of Reilly-Benton Company, Inc. and LIGA.

Item No. 15:
Produce all documents regarding Resolute Management, Inc.'s involvement with the Settlement Agreement between the Trustee for the bankruptcy estate of Reilly-Benton Company, Inc. and LIGA.

Item No. 16:
Produce all documents regarding National Indemnity Company's involvement with the Settlement Agreement between the Trustee for the bankruptcy estate of Reilly-Benton Company, Inc. and LIGA.

Item No. 17:
Produce all documents regarding Liberty Mutual Insurance Company's involvement with the Settlement Agreement between the Trustee for the bankruptcy estate of Reilly-Benton Company, Inc. and LIGA.

Item No. 18:
Produce all documents regarding Pacific Employers Insurance Company's involvement with the Settlement Agreement between the Trustee for the bankruptcy estate of Reilly-Benton Company, Inc. and LIGA.

Item No. 19:
Produce all documents considered by LIGA to arrive at the settlement amount.

Item No. 20:
Produce all documents as to asbestos-related claims against Reilly-Benton Company, Inc. for which LIGA may be obligated to pay.

Item No. 21:
Produce all correspondence and/or documents between Reilly-Benton and LIGA regarding asbestos-related claims.

Item No. 22:
Produce all correspondence and/or documents between the Trustee for the bankruptcy estate of Reilly-Benton and LIGA regarding asbestos-related claims.

-1-

Item No. 23:
Produce all correspondence and/or documents between LIGA and Resolute Management, Inc. regarding asbestos-related claims involving Reilly-Benton Company, Inc.

Item No. 24:
Produce all correspondence and/or documents between LIGA and National Indemnity Company regarding asbestos-related claims involving Reilly-Benton Company, Inc.

Item No. 25:
Produce all correspondence and/or documents between LIGA and Century Indemnity Company regarding asbestos-related claims involving Reilly-Benton Company, Inc.

Item No. 26:
Produce all correspondence and/or documents between LIGA and Pacific Employers Insurance Company regarding asbestos-related claims involving Reilly-Benton Company, Inc.

Item No. 27:
Produce all correspondence and/or documents between LIGA and Liberty Mutual Insurance Company regarding asbestos-related claims involving Reilly-Benton Company, Inc.

Item No. 28:
Produce all documents regarding claims currently pending against Reilly-Benton Company, Inc. for which LIGA may be obligated to pay, including the specific asbestos-related diseases that form the basis of those claims.

Item No. 29:
Produce all correspondence and/or documents between the Trustee for the bankruptcy estate of Reilly-Benton and LIGA.

Item No. 30:
Prdouce all correspondence and/or documents between representatives of the Trustee for the bankruptcy estate of Reilly-Benton and LIGA.