## Re: Reilly-Benton Bankruptcy

Stephanie Laborde <slaborde@lalalawfirm.com>
Tue 7/19/2022 6:36 PM
To: Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>

Benjamin,

LIGA's likely designated representative for this deposition will be Mac Twiner.  Mac is out of the office this week with limited internet access, so I won't be able to get available dates from him until next week.  I will be back in touch as soon as I have available dates.  Thanks.

Stephanie

**Stephanie B. Laborde**
**LaFleur & Laborde**
6160 Perkins Road, Suite 225
Baton Rouge, Louisiana 70808
Telephone: (225) 535-7590
Direct Dial: (225) 230-0484
Facsimile: (800) 430-2378

NEW ORLEANS • BATON ROUGE • LAFAYETTE • VILLE PLATTE

WWW.LALALAWFIRM.COM

On Tue, Jul 19, 2022 at 4:05 PM Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com> wrote:

> Stephanie,
>
> Attached please find a Draft Notice of Deposition for LIGA's deposition in this matter.  Please provide dates for the deposition of LIGA in this matter.
>
> Sincerely,
>
> Benjamin P. Dinehart
> Roussel & Clement
> 1550 West Causeway Approach
> Mandeville, LA 70471
> 985-778-2733
>
> ---
>
> **From:** Stephanie Laborde <slaborde@lalalawfirm.com>
> **Sent:** Tuesday, July 19, 2022 3:25 PM
> **To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
> **Subject:** Re: Reilly-Benton Bankruptcy
>
> Benjamin,

**EXHIBIT**

**5**