Re: In re Reilly Benton

**Stephanie Laborde** <slaborde@lalalawfirm.com>
Mon 7/25/2022 2:59 PM
To: Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
Cc: William Robbins <wrobbins@stewartrobbins.com>;Mr. David J. Messina <messina@chaffe.com>

Benjamin,

As promised, I have asked Mac Twiner (whose legal name is Malcolm Twiner, Jr.) for his available dates in August and September for LIGA's deposition.

As an initial matter, he just returned from a cruise. Toward the end of the cruise, two positive COVID cases were reported on ship. They took all precautions, but they had been on board with the same people for over a week at that point. Since they returned, Mac's wife has tested positive. He's still testing negative, but we should probably block out the next 3 weeks to be safe.

Then, on August 15th, we start the Stephen Legendre trial. It's scheduled for three weeks, although Geralyn said at the pre-trial conference last week that it can probably be tried in two. It's still on the court's docket for three (through 9/2). The Cortez in person Meet and Confer starts the following week for five days (9/6-9/12). Finally, there is a LIGA Board meeting on 9/29, and Mac is also unavailable on 9/30.

So, that leaves us with a possibility of the third week of the Legendre trial (8/29-9/2), and (more safely) 9/13-16, 19-23, 26-28.

I'm sending a copy of this to Will Robbins and David Messina for them to provide their conflict dates on the dates listed prior to the setting of LIGA's deposition. Thanks.

**Stephanie B. Laborde**
**LaFleur & Laborde**
6160 Perkins Road, Suite 225
Baton Rouge, Louisiana 70808
Telephone: (225) 535-7590
Direct Dial: (225) 230-0484
Facsimile: (800) 430-2378
NEW ORLEANS • BATON ROUGE • LAFAYETTE • VILLE PLATTE
WWW.LALALAWFIRM.COM

**EXHIBIT 6**

On Fri, Jul 22, 2022 at 3:50 PM Stephanie Laborde <slaborde@lalalawfirm.com> wrote:
> Benjamin,
>
> Reminder: Mac Twiner will be LIGA's designated representative. He is on a cruise this week. He tried calling me twice in response to this request when he had ship-to-shore communication, but neither attempt was successful. We will speak next week upon his return and I will be back in touch with you then regarding available dates. Thank you for your patience.