Re: In re Reilly-Benton Company, Inc.

**Roussel and Clement Attorney At Law** <rcfirm@rousselandclement.com>
Tue 8/9/2022 8:50 AM
To: Kim Heard <kheard@stewartrobbins.com>;Will Robbins <wrobbins@stewartrobbins.com>

Mr. Robbins,

We would be available to meet and confer regarding the notice today, August 9, 2022 at 3:00 p.m., or on August 12, 2022 at 9:30 a.m. Please let me know what time would work best for you.

Thanks,

Benjamin P. Dinehart
Roussel & Clement
1550 West Causeway Approach
Mandeville, LA 70471
985-778-2733

---

**From:** Kim Heard <kheard@stewartrobbins.com>
**Sent:** Friday, August 5, 2022 1:33 PM
**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
**Cc:** Messina, David <messina@chaffe.com>; Stephanie Laborde <slaborde@lalalawfirm.com>; Will Robbins <wrobbins@stewartrobbins.com>
**Subject:** In re Reilly-Benton Company, Inc.


Kim Heard
Paralegal
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA 70801
Telephone: 225.231.9998
Facsimile: 225.709.9467
kheard@stewartrobbins.com


STEWART
ROBBINS
STEWART ROBBINS BROWN & ALTAZAN LLC

**EXHIBIT 8**

**Confidentiality Notice:** The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 225-231-9998 and return the original message to us at