Re: In re Reilly-Benton Company, Inc.

**Roussel and Clement Attorney At Law** <rcfirm@rousselandclement.com>
Wed 8/10/2022 3:36 PM
To: Will Robbins <wrobbins@stewartrobbins.com>

Will,

We do intend on sending out a revised notice, however, after checking the Scheduling Order in this matter we realized that the September 15, 2022 date that has been agreed upon will be after the deposition discovery cut off of September 6, 2022. We plan on seeking a continuance of the discovery cut off. Would you be willing to join in that request?

Thanks,

Benjamin P. Dinehart
**Roussel & Clement**
1550 West Causeway Approach
Mandeville, LA 70471
985-778-2733

---

**From:** Will Robbins <wrobbins@stewartrobbins.com>
**Sent:** Wednesday, August 10, 2022 2:29 PM
**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>; Kim Heard <kheard@stewartrobbins.com>
**Cc:** Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>
**Subject:** RE: In re Reilly-Benton Company, Inc.

Benjamin,

Are you sending out a revised deposition notice?

Will

---

**From:** Will Robbins
**Sent:** Tuesday, August 9, 2022 12:16 PM
**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>; Kim Heard <kheard@stewartrobbins.com>
**Cc:** Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>
**Subject:** RE: In re Reilly-Benton Company, Inc.

Sorry, I meant to say 3 pm.

---

**From:** Will Robbins
**Sent:** Tuesday, August 9, 2022 11:52 AM
**To:** 'Roussel and Clement Attorney At Law' <rcfirm@rousselandclement.com>; Kim Heard <kheard@stewartrobbins.com>
**Cc:** Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>
**Subject:** RE: In re Reilly-Benton Company, Inc.

**EXHIBIT 10**