RE: In re Reilly-Benton Company, Inc.

Will Robbins <wrobbins@stewartrobbins.com>
Mon 8/15/2022 9:33 AM

To: Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>

Cc: Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>;Kim Heard <kheard@stewartrobbins.com>;Brooke Altazan <baltazan@stewartrobbins.com>

We have not received a deposition notice. Delays will definitely make the agreed upon return date and deposition more difficult.

Will

---

**From:** Will Robbins
**Sent:** Wednesday, August 10, 2022 2:30 PM
**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>; Kim Heard <kheard@stewartrobbins.com>
**Cc:** Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>
**Subject:** RE: In re Reilly-Benton Company, Inc.

Benjamin,

Are you sending out a revised deposition notice?

Will

---

**From:** Will Robbins
**Sent:** Tuesday, August 9, 2022 12:16 PM
**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>; Kim Heard <kheard@stewartrobbins.com>
**Cc:** Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>
**Subject:** RE: In re Reilly-Benton Company, Inc.

Sorry, I meant to say 3 pm.

---

**From:** Will Robbins
**Sent:** Tuesday, August 9, 2022 11:52 AM
**To:** 'Roussel and Clement Attorney At Law' <rcfirm@rousselandclement.com>; Kim Heard <kheard@stewartrobbins.com>
**Cc:** Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>
**Subject:** RE: In re Reilly-Benton Company, Inc.

Thank you Benjamin. Stephanie Laborde and I are available today at 3:30. We can use our conference line:

Dial In: 800.504.8071
Access: 3437288


EXHIBIT 11