RE: Reilly-Benton: Draft motion to extend the trial dates

Will Robbins <wrobbins@stewartrobbins.com>
Mon 8/29/2022 5:22 PM

To: Leo Congeni <leo@congenilawfirm.com>;Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>;Mickey Landry <mlandry@landryswarr.com>
Cc: Brandon Brown <bbrown@stewartrobbins.com>;Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>

Folks,

My partner Brandon and I talked with Leo a bit after the hearing today on a possible resolution to your clients' objections to the LIGA settlement. Leo suggested that we work on a short term sheet for your consideration, which we plan to do in the next few days.

In the meantime, and in light of the extension of the discovery deadlines today, we would request that the pending discovery deadlines, records deposition return date and deposition date pending against LIGA be pushed for some period of time to allow us to consider settlement possibilities. It doesn't really seem to make sense for either side to spend the time and resources necessary on discovery if we may settle. In addition, it makes sense for all parties to have a chance to digest any rulings that the Court may make on the matters pending on September 14 prior to proceeding further.

Please let us know your thoughts as soon as you can.

Thank you.

Will Robbins



William S. Robbins
Stewart Robbins Brown & Altazan, LLC
301 Main Street | Suite 1640 | Baton Rouge, LA 70801
Tel 225.231.9998 | Fax 225.709.9467
wrobbins@stewartrobbins.com | www.stewartrobbins.com



---

**From:** Will Robbins
**Sent:** Friday, August 26, 2022 12:23 PM
**To:** Leo Congeni <leo@congenilawfirm.com>
**Cc:** Brandon Brown <bbrown@stewartrobbins.com>
**Subject:** RE: Reilly-Benton: Draft motion to extend the trial dates

Ok. We will plan to call you then.

EXHIBIT 13