## Re: Reilly-Benton: Draft motion to extend the trial dates

**Roussel and Clement Attorney At Law** <rcfirm@rousselandclement.com>
Mon 8/29/2022 5:39 PM
To: Will Robbins <wrobbins@stewartrobbins.com>

We do not intend to continue our agreed upon date for LIGA's deposition and the return date on the documents.

---

**From:** Will Robbins <wrobbins@stewartrobbins.com>
**Sent:** Monday, August 29, 2022 5:22 PM
**To:** Leo Congeni <leo@congenilawfirm.com>; Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>; Mickey Landry <mlandry@landryswarr.com>
**Cc:** Brandon Brown <bbrown@stewartrobbins.com>; Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>
**Subject:** RE: Reilly-Benton: Draft motion to extend the trial dates

Folks,

My partner Brandon and I talked with Leo a bit after the hearing today on a possible resolution to your clients' objections to the LIGA settlement. Leo suggested that we work on a short term sheet for your consideration, which we plan to do in the next few days.

In the meantime, and in light of the extension of the discovery deadlines today, we would request that the pending discovery deadlines, records deposition return date and deposition date pending against LIGA be pushed for some period of time to allow us to consider settlement possibilities. It doesn't really seem to make sense for either side to spend the time and resources necessary on discovery if we may settle. In addition, it makes sense for all parties to have a chance to digest any rulings that the Court may make on the matters pending on September 14 prior to proceeding further.

Please let us know your thoughts as soon as you can.

Thank you.

Will Robbins


William S. Robbins
Stewart Robbins Brown & Altazan, LLC
301 Main Street | Suite 1640 | Baton Rouge, LA 70801
Tel 225.231.9998 | Fax 225.709.9467
wrobbins@stewartrobbins.com | www.stewartrobbins.com



**EXHIBIT 14**