RE: Reilly-Benton: Draft motion to extend the trial dates

Will Robbins <wrobbins@stewartrobbins.com>
Tue 8/30/2022 5:19 PM
To: Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>

Our agreement was made under the specter of a November trial date, and in an effort to accommodate your request in light of the short deadlines and the parties' trial schedules.. Obviously, there is no reason for a records return date 17 days after request without exigent circumstances. And I believe the point of a deposition only two weeks later was also to facilitate the early trial date.

Since our agreement, the trial date and all discovery and other deadlines have been extended by the Court in this matter. You appeared to have no problem extending the corporate deposition of Reilly Benton, or the trustee. I would ask that you extend the same courtesy to LIGA.

Please let us know something by noon tomorrow, or we will need to take other measures to protect LIGA's interest.

Thank you.

Will Robbins


William S. Robbins
Stewart Robbins Brown & Altazan, LLC
301 Main Street | Suite 1640 | Baton Rouge, LA 70801
Tel 225.231.9998 | Fax 225.709.9467
wrobbins@stewartrobbins.com | www.stewartrobbins.com



STEWART
ROBBINS
STEWART ROBBINS BROWN & ALTAZAN LLC


**From:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
**Sent:** Monday, August 29, 2022 5:40 PM
**To:** Will Robbins <wrobbins@stewartrobbins.com>
**Subject:** Re: Reilly-Benton: Draft motion to extend the trial dates

We do not intend to continue our agreed upon date for LIGA's deposition and the return date on the documents.

---

**From:** Will Robbins <wrobbins@stewartrobbins.com>
**Sent:** Monday, August 29, 2022 5:22 PM
**To:** Leo Congeni <leo@congenilawfirm.com>; Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>; Mickey Landry <mlandry@landryswarr.com>
**Cc:** Brandon Brown <bbrown@stewartrobbins.com>; Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>
**Subject:** RE: Reilly-Benton: Draft motion to extend the trial dates

Folks,

My partner Brandon and I talked with Leo a bit after the hearing today on a possible resolution to your clients' objections to the LIGA settlement. Leo suggested that we work on a short term sheet for your consideration,

EXHIBIT 15