RE: Reilly-Benton: Draft motion to extend the trial dates

**Will Robbins** <wrobbins@stewartrobbins.com>
Wed 8/31/2022 4:35 PM

**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>

Your lack of response means we will need to prepare and file a motion for protective order or to quash. We will have numerous objections.

Please let me know if you would like to meet and confer prior to our filing. If so, we will need to discuss before noon tomorrow in order to allow adequate time for filing.

Will Robbins

---

**From:** Will Robbins
**Sent:** Tuesday, August 30, 2022 5:19 PM
**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
**Subject:** RE: Reilly-Benton: Draft motion to extend the trial dates

Our agreement was made under the specter of a November trial date, and in an effort to accommodate your request in light of the short deadlines and the parties' trial schedules.. Obviously, there is no reason for a records return date 17 days after request without exigent circumstances. And I believe the point of a deposition only two weeks later was also to facilitate the early trial date.
Since our agreement, the trial date and all discovery and other deadlines have been extended by the Court in this matter. You appeared to have no problem extending the corporate deposition of Reilly Benton, or the trustee. I would ask that you extend the same courtesy to LIGA.
Please let us know something by noon tomorrow, or we will need to take other measures to protect LIGA's interest.
Thank you.

Will Robbins


William S. Robbins
Stewart Robbins Brown & Altazan, LLC
301 Main Street | Suite 1640 | Baton Rouge, LA 70801
Tel 225.231.9998 | Fax 225.709.9467
wrobbins@stewartrobbins.com | www.stewartrobbins.com



STEWART
ROBBINS
STEWART ROBBINS BROWN & ALTAZAN LLC

---

**From:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
**Sent:** Monday, August 29, 2022 5:40 PM
**To:** Will Robbins <wrobbins@stewartrobbins.com>
**Subject:** Re: Reilly-Benton: Draft motion to extend the trial dates

**EXHIBIT 16**