Re: Reilly-Benton: Draft motion to extend the trial dates

Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
Wed 8/31/2022 5:07 PM
To: Will Robbins <wrobbins@stewartrobbins.com>

Will,

Our understanding from the previous meet and confer session with you and Stephanie Laborde regarding the LIGA notice of deposition was that we had resolved your objections to the notice topics and items, and that the dates selected were dates that you would be available for the deposition.

Furthermore, we first sent out a draft notice to Stephanie Laborde on July 19, 2022, which is more than 30 days prior to the date we agreed for the production of documents, and for the deposition of LIGA during the previous meet and confer session.

Nevertheless, we would be willing to meet and confer with you prior to your filing a motion regarding the LIGA deposition in this matter. Please let us know when you would be available.

Sincerely,

Benjamin P. Dinehart
Roussel & Clement
1550 West Causeway Approach
Mandeville, LA 70471
985-778-2733

---

**From:** Will Robbins <wrobbins@stewartrobbins.com>
**Sent:** Wednesday, August 31, 2022 4:35 PM
**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
**Subject:** RE: Reilly-Benton: Draft motion to extend the trial dates

Your lack of response means we will need to prepare and file a motion for protective order or to quash. We will have numerous objections.

Please let me know if you would like to meet and confer prior to our filing. If so, we will need to discuss before noon tomorrow in order to allow adequate time for filing.

Will Robbins

---

**From:** Will Robbins
**Sent:** Tuesday, August 30, 2022 5:19 PM
**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
**Subject:** RE: Reilly-Benton: Draft motion to extend the trial dates

Our agreement was made under the specter of a November trial date, and in an effort to accommodate your request in light of the short deadlines and the parties' trial schedules.. Obviously, there is no reason for a records return date 17 days after request without exigent circumstances. And I believe the point of a deposition only two weeks later was also to facilitate the early trial date.

EXHIBIT 17