Re: Reilly-Benton: Draft motion to extend the trial dates

Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
Thu 9/1/2022 9:11 AM
To: Will Robbins <wrobbins@stewartrobbins.com>
Cc: Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>

Will,

We would be available to meet and confer at 10:00 a.m. today. We will call your office at that time

Thanks,

Benjamin P. Dinehart
Roussel & Clement
1550 West Causeway Approach
Mandeville, LA 70471
985-778-2733

---

**From:** Will Robbins <wrobbins@stewartrobbins.com>
**Sent:** Wednesday, August 31, 2022 5:25 PM
**To:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
**Cc:** Stephanie Laborde (slaborde@lalalawfirm.com) <slaborde@lalalawfirm.com>
**Subject:** RE: Reilly-Benton: Draft motion to extend the trial dates

I just tried you on the phone. How about before 6 pm this evening? Or I can do it from 9:30 to 11 tomorrow.

---

**From:** Roussel and Clement Attorney At Law <rcfirm@rousselandclement.com>
**Sent:** Wednesday, August 31, 2022 5:08 PM
**To:** Will Robbins <wrobbins@stewartrobbins.com>
**Subject:** Re: Reilly-Benton: Draft motion to extend the trial dates

Will,

Our understanding from the previous meet and confer session with you and Stephanie Laborde regarding the LIGA notice of deposition was that we had resolved your objections to the notice topics and items, and that the dates selected were dates that you would be available for the deposition.

Furthermore, we first sent out a draft notice to Stephanie Laborde on July 19, 2022, which is more than 30 days prior to the date we agreed for the production of documents, and for the deposition of LIGA during the previous meet and confer session.

Nevertheless, we would be willing to meet and confer with you prior to your filing a motion regarding the LIGA deposition in this matter. Please let us know when you would be available.

Sincerely,

EXHIBIT 18