1

```
 1                   UNITED STATES BANKRUPTCY COURT
                       EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:                      :    Case No. 17-12870

 4   REILLY-BENTON COMPANY, INC.,   :    Chapter 7

 5       Debtor.                 :    New Orleans, Louisiana
                                      Wednesday, June 22, 2022
 6                               :    1:21 p.m.

 7   : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

 8
                         TRANSCRIPT OF PROCEEDINGS
 9           BEFORE THE HONORABLE MEREDITH S. GRABILL,
                     UNITED STATES BANKRUPTCY JUDGE
10
     APPEARANCES:
11
     For Roussel & Clement       Roussel & Clement
12   Plaintiffs:                 BY:  GEROLYN ROUSSEL, ESQ.
                                      BENJAMIN P. DINEHART, ESQ.
13                               1550 West Causeway Approach
                                 Mandeville, LA  70471
14
     For Landry & Swarr Creditors: Congeni Law Firm, LLC
15                               BY:  LEO D. CONGENI, ESQ.
                                 650 Poydras Street, Suite 2750
16                               New Orleans, LA  70130

17   For Louisiana Insurance     Stewart Robbins
     Guaranty Association:       BY:  WILLIAM S. ROBBINS, ESQ.
18                               301 Main St., Suite 1640
                                 Baton Rouge, LA  70801
19

20   Audio Operator:             JENNIFER NUNNERY

21
     Transcript prepared by:     JANICE RUSSELL TRANSCRIPTS
22                               1418 Red Fox Circle
                                 Severance, CO  80550
23                               (757) 422-9089
                                 trussell31@tdsmail.com
24
     Proceedings recorded by electronic sound recording; transcript
25   produced by transcription service.
```

EXHIBIT

20

```
 1   APPEARANCES (continued):

 2
     For Chapter 7 Trustee,      The Derbes Law Firm, L.L.C.
 3   David V. Adler:             BY:  ALBERT J. DERBES IV, ESQ.
                                 3027 Ridgelake Drive
 4                               Metairie, LA  70002

 5                               Chaffe McCall, LLP
                                 BY:  DAVID J. MESSINA, ESQ.
 6                               1100 Poydras Street, Suite 2300
                                 New Orleans,  LA 70163-2300
 7
     For Century Indemnity       Sher Garner
 8   Company, et al.:            BY:  MARTHA Y. CURTIS, ESQ.
                                 909 Poydras Street, 28th Floor
 9                               New Orleans, LA  70112-1033

10                               Crowell & Moring LLP
                                 BY:  MARK D. PLEVIN, ESQ.
11                               275 Battery Street, 23rd Floor
                                 San Francisco, CA  94111

12

13   ALSO PRESENT:               MICKEY P. LANDRY, ESQ.
                                 1100 Poydras Street, Suite 2000
14                               New Orleans, LA  70163
                                 Plaintiffs' State Court Counsel
15

16   APPEARANCES (via telephone):

17   For Louisiana Insurance     Lafleur & Laborde, LLC
     Guaranty Association:       BY:  STEPHANIE B. LABORDE, ESQ.
18                               6160 Perkins Road, Suite 225
                                 Baton Rouge, LA  70808
19

20

21

22

23

24

25
```

3

1                    P R O C E E D I N G S

2           THE COURT:  -- 0, In re Reilly-Benton Company,

3   Incorporated.

4           We've got several parties here in the courtroom.

5   Let's start there, first.

6           MR. CONGENI:  Good afternoon, Judge.  Leo Congeni for

7   the movants, Donald Bridges, Tina Danos, Mary Sanderson, Frank

8   Tranchia.  Also here, your Honor, is Mickey Landry who's state

9   court counsel for the plaintiffs.

10          THE COURT:  Okay.

11          MR. MESSINA:  Good afternoon, your Honor.  David

12  Messina appearing here on behalf of David Adler, the trustee in

13  connection with the LIGA settlement matter.

14          MR. DERBES.  Good afternoon, your Honor.  Al Derbes on

15  behalf of the trustee, David Adler, as special counsel in

16  connection with the Century settlement.

17          MR. ROBBINS:  Good afternoon, your Honor.  Will

18  Robbins on behalf of LIGA and I believe my co-counsel,

19  Stephanie Laborde, is also present on the phone.

20          THE COURT:  Okay.

21          Ms. Laborde, are you with us?

22          MS. LABORDE:  I am.

23          THE COURT:  All right.  Thank you.

24          MR. PLEVIN:  Good afternoon, your Honor.  Mark Plevin

25  on behalf of Century Indemnity Company and Pacific Employers

1    simply for the fact that the debtor didn't, or the movant

2    didn't carry his, her burden/his burden/its burden/their

3    burden.  So I'm going to deny the motion to dismiss.

4            As far as the, the motion for summary judgment, again

5    it's a heavier lift and I appreciate the oral argument today.

6    Again, I think it goes back to we've got some holes, some

7    preliminary steps that we need to take.  I'm not willing to

8    rule just yet on my interpretation of the Louisiana direct

9    action statute because, as Mr. Congeni pointed out, if those

10   proceeds are not property of the estate, if, in fact, those,

11   those policies are nonexhaustible -- I don't know what the

12   right term is -- then I may not have jurisdiction over those

13   proceeds.  That would change the contour of this case quite a

14   bit.

15           So what I'm going to do is deny the motion for summary

16   judgment without prejudice.  I am requiring discovery to take

17   place and particularly, discovery on any of the --

18           Mr. Congeni, should I call them just, it's not just

19   the movants.  It's all of the, the, the claimants, correct, the

20   asbestos claimants?

21           -- on the presence of bad faith and contracting

22   claims; on, discovery on the policy coverage and limits.  That

23   might be more appropriate for a summary judgment with briefing;

24   the claims versus LIGA, whether they've got any, just as a

25   start.  I think it would be probably appropriate to come back

1                              CERTIFICATE

2          I, court approved transcriber, certify that the

3   foregoing is a correct transcript from the official electronic

4   sound recording of the proceedings in the above-entitled

5   matter.

6   /s/ *Janice Russell*                    June 27, 2022

7   Janice Russell, Transcriber                    Date

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25