UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 17-12870 |
| | § | |
| REILLY BENTON COMPANY, INC., | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

**ORDER**

Before the Court is the ex parte Motion To Expedite the Motion To Seal[1] (the "Motion"), [ECF Doc. 253], filed by Roussel & Clement Creditors.

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Motion to File Exhibits Under Seal* (the "Motion to Seal" [ECF Doc. 251], is set for hearing on **Monday, September 12, 2022, at 9:30 A.M.** before the undersigned at the U.S. Bankruptcy Court, 500 Poydras Street, Courtroom B-709, New Orleans, LA 70130, Teleconference Line: 1-888-684-8852; Access code: 9318283. The parties are directed to this Court's General Order 2021-2 for instructions regarding this Court's hybrid model plan for conduct of hearings as of October 4, 2021 (https://www.laeb.uscourts.gov/).

**IT IS FURTHER ORDERED** that responses to the Motion to Seal are due **Friday, September 9, 2022.**

---

[1] The Movant titled this motion *the Motion for Expedited Hearing on Motion To Compel and Overrule Objections of Louisiana Insurance Guaranty Association*, but the filing addresses and is related to the *Motion to File Exhibits Under Seal* (the "Motion to Seal" [ECF Doc. 251].

2

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, September 7, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE