**Civil District Court for the Parish of Orleans**
**STATE OF LOUISIANA**

No: 2019 - 03539     Division/Section: D-12

PARFAIT, CHARLES MERLIN SR. ET AL
versus
HUNTINGTON INGALLS, INC. F/K/A NORTHROP GRUMMAN SHIP SYSTEMS, INC. F/K/A AVONDALE INDUSTRIES, INC., ET AL

Date Case Filed: 4/1/2019

NOTICE OF SIGNING OF JUDGMENT

TO:

Frank J Swarr Esq     23322
1100 Poydras Street
Suite 2000
New Orleans, LA 70163

Amanda R Schenck Esq     30706
909 Poydras
suite 2800
New Orleans, LA 70112

In accordance with Article 1913 C.C.P., you are hereby notified that Judgment in the above entitled and numbered cause was signed on June 13, 2022

New Orleans, Louisiana
June 13, 2022

Mollie Highstreet
~~MINUTE~~ CLERK
Law

**EXHIBIT 5**

FILED
2022 MAY 20  P 04:13
CIVIL
DISTRICT COURT

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO. 2019-03539        DIVISION "D"  SECTION: 12

**CHARLES MERLIN PARFAIT, SR., ET AL.**

VERSUS

**HUNTINGTON INGALLS, INC., F/K/A NORTHROP GRUMMAN SHIP SYSTEMS, INC., F/K/A AVONDALE INDUSTRIES, INC., ET AL.**

FILED: _____        _____
                                        DEPUTY CLERK

## JUDGMENT

On May 13, 2022, this matter came before the Court on the Motion to Stay Claims Against Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer of Reilly-Benton Company, Inc. ("Century") filed by Century on March 16, 2022. Appearing on behalf of the parties were:

a) Amanda R. Schenck (Sher Garner Cahill Richter Klein & Hilbert, L.L.C., 909 Poydras Street, Suite 2800, New Orleans, LA 70112, aschenck@shergarner.com; La. Bar No. 30706), as counsel for Century Indemnity Company; and

b) Frank J. Swarr (Landry & Swarr, LLC, 1100 Poydras Street, Ste. 2000, New Orleans, LA 70163; fswarr@landryswarr.com; La. Bar No. 23322), counsel for Plaintiffs, Kathy Plaisance Parfait, Angela Parfait McDowell, Sharie G. Parfait, and Charles Parfait, Jr.

Having considered the pleadings, memoranda, law, the evidence, and argument of counsel, and for the reasons orally assigned:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Century's Motion to Stay Claims Against Century is **GRANTED** and that all claims against Century in this case are **STAYED**.

JUN 1 3 2022

Judgment signed on this ____ day of _____, 2022, in New Orleans, Louisiana.

_____
JUDGE NAKISHA ERVIN-KNOTT

A TRUE COPY

E-Filed

VERIFIED
Debbie Ciaccio
2022 MAY 23  A 09:29

FILED
2022 MAY 20 P 04:13
CIVIL
DISTRICT COURT

## RULE 9.5 CERTIFICATE

I certify that I circulated this proposed judgment to counsel for the Plaintiffs by email on May 13, 2022 and that counsel for Plaintiffs advised he does not object to the form of the judgment.

Certified on this 20th day of May, 2022.

/s/ *Amanda R. Schenck*
JAMES M. GARNER # 19589
MARTHA Y. CURTIS #20446
AMANDA R. SCHENCK, #30706
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street - 28th Floor
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
Email: jgarner@shergarner.com
mcurtis@shergarner.com
aschenck@shergarner.com
ATTORNEYS FOR CENTURY INDEMNITY CO.