## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 17-12870 |
| | § | |
| REILLY-BENTON COMPANY, INC., | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

### ORDER

On Friday, September 9, 2022, this Court issued an *Order*, [ECF Doc. 272], granting the ex parte *Motion for Expedited Hearing on Motion To Compel and Overrule Objections of Louisiana Insurance Guaranty Association* (the "Motion to Expedite"), [ECF Doc. 248], filed by Roussel & Clement Creditors, setting the pleading filed at ECF Doc. 246 for hearing on Wednesday, September 14, 2022.

**IT IS ORDERED** that Louisiana Insurance Guarantee Association has until **Tuesday, September 13, 2022, at 12:00 P.M.** to file a reply brief in support of *Louisiana Insurance Guaranty Association's Motion To Quash or Alternatively, for Protective Order and Incorporated Memorandum in Support*, [ECF Doc. 229], and in response to the pleading filed at ECF Doc. 246.

New Orleans, Louisiana, September 9, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE