# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 17-12870 |
| REILLY-BENTON COMPANY, INC., | § § | CHAPTER 7 |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before this Court is *Liberty Mutual Insurance Company's Ex Parte Motion To File Exhibit Under Seal* (the "Motion"), [ECF Doc. 263], filed by Liberty Mutual Insurance Company ("Liberty Mutual").

For the reasons stated in the Motion, the applicable law, and good cause existing,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Exhibit 1 of Liberty Mutual's Opposition to the pleadings filed at ECF Docs. 198 and 163 be filed and maintained under seal.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, September 12, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE