# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 17-12870 |
| REILLY-BENTON COMPANY, INC., | § § | CHAPTER 7 |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the ex parte *Motion To File Exhibits Under Seal* (the "Motion"), [ECF Doc. 242], filed by the Landry & Swarr Creditors.

For the reasons stated in the Motion, the applicable law, other parties having received notice, and good cause existing,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Exhibits 5, 6, 7, and 8 of Landry & Swarr's *Reply to Motion To Confirm Application of Automatic Stay*, [ECF Doc. 241], are filed and will be maintained under seal.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, September 12, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE