## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 17-12870 |
| **REILLY-BENTON COMPANY, INC.,** | Chapter 7 |
| **Debtors.** | Section A |

## OPPOSITION TO MOTION FOR NEW TRIAL
## WITH INCORPORATED MEMORANDUM

Reilly-Benton Company, Inc., through undersigned counsel, hereby opposes the *Motion for New Trial on Motion to Compel Reilly-Benton Company, Inc.* [Dkt. 213] ("Motion") filed by the Roussel & Clement Creditors[1] ("Movants") for the following reasons.

### I.    SUMMARY OF ARGUMENT

Movants are now seeking to overturn this Court's previous ruling pursuant to FRCP 59/Bankruptcy Rule 9023, which ruling set parameters for the deposition of Warren K. Watters ("Watters") as the corporate representative of the Debtor. Watters remains the only officer/director of the Debtor. The Movants have failed to demonstrate that this Court's ruling was based on a manifest error of law or fact, or that they have newly discovered evidence.    Movants are simply reiterating prior arguments and hoping for a different result.

---

[1] Movants motion reflects that the firm of Roussel & Clement represents claimants who have filed claims against Reilly-Benton Company, Inc., including Frank James Brazan, Pennie Ann Brazan Kliebert, Shane Anthony Brazan, Jason Joseph Brazan, and Carmel Theresa Brazan Bourg, Mary Patsy Soileau Courville, Mavis Todd Courville, Michael Wade Courville, and Joseph Eric Courville, Joseph Alfred Hedges, Jr. and Renee Hedges Blum, and Bonnie Ann Tregre Loupe, Lee Ann Tregre Cortez, and Sherry Tregre Cortez.

## II.    Argument

### A.  Motion for New Trial

1.      The Movants have requested a new trial pursuant to FRCP 59, which is applicable in bankruptcy cases through Bankruptcy Rule 9023.  The authority to grant a new trial is confided almost entirely to the exercise of discretion on the part of the trial court.[2]

2.      "There are three grounds for a court to grant a new trial under Rule 59(a)(2) of the Federal Rules of Civil Procedure: (1) manifest error of law; (2) manifest error of fact; and (3) newly discovered evidence. *United States v. Schiffer,* 836 F.Supp. 1164, 1169 (E.D.Pa.1993); *Brown v. Wright,* 588 F.2d 708, 710 (9th Cir.1978); *see* 6A James W. Moore et al., *Moore's Federal Practice,* ¶ 59.07 (2d ed. 1993)." *Wilcher v. City of Wilmington,* 924 F.Supp. 613, 616 (D. Del.1996), aff'd in part, vacated in part, 139 F.3d 366 (3d Cir.1998).

3.      The Motion fails to identify a manifest error of law or fact.  Though not stated specifically, the Movants apparently claim to have newly discovered evidence by suggesting that Cecile Watters Tebo ("Tebo") can be the corporate representative of the Debtor since she testified as a vice-president of the company in 2004.  This is not newly discovered evidence.  Movants knew or should have known about Tebo's prior testimony since Gerolyn Roussel, counsel for the Movants, attended Tebo's deposition on November 8, 2004.[3]

---

[2] *Allied Chemical Corp. v. Daiflon, Inc.,* U.S.1980, 101 S.Ct. 188, 449 U.S. 33, 66 L.Ed.2d 193.  See, also, *Spurlin v. General Motors Corp.,* C.A.Ala.1976, 528 F.2d 612, rehearing denied 531 F.2d 279; *Sulmeyer v. Coca Cola Co.,* C.A.Ga.1975, 515 F.2d 835, rehearing denied 520 F.2d 943, certiorari denied 96 S.Ct. 1148, 424 U.S. 934, 47 L.Ed.2d 341; *Diapulse Corp. of America v. Birtcher Corp.,* C.A.N.Y.1966, 362 F.2d 736, certiorari denied 87 S.Ct. 9, 385 U.S. 801, 17 L.Ed.2d 48; *Natural Resources, Inc. v. Wineberg,* C.A.Cal.1965, 349 F.2d 685, certiorari denied 86 S.Ct. 617, 382 U.S. 1010, 15 L.Ed.2d 525; *Mooney v. Henderson Portion Pack Co.,* C.A.Tenn.1964, 339 F.2d 64; *Cross v. Thompson,* C.A.Tenn.1962, 298 F.2d 186; *Talon, Inc. v. Union Slide Fastener, Inc.,* C.A.Cal.1959, 266 F.2d 731; *Hebron v. Brown,* C.A.Va.1957, 248 F.2d 798; *Trout v. Cassco Corp.,* C.A.Va.1951, 191 F.2d 1022; *Stephenson v. Steinhaver,* C.A.N.D.1951, 188 F.2d 432.

[3] See Exhibit 2 to Motion, p. 2

**B. The Debtor Cannot Produce a Representative Other Than Warren Watters.**

4.      For the deposition of corporation or organization, Federal Rule of Civil Procedure 30(b)(6) provides that "The named organization must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf." Unfortunately, the only party qualified to testify on behalf of the Debtor is Watters. All other persons who would have been able to testify regarding the topics listed in the Notice of Deposition are deceased.

5.      The Movants have now suggested that Cecile Watters Tebo ("Tebo") can be the corporate representative of the Debtor since she testified that she was a vice-president of the company in 2004. Since 2011, Watters has been the sole officer/director of the Debtor.[4] For Tebo to be a corporate representative of the Debtor, she would have to be a "managing agent" of the Debtor.

> The general rule is that former employees cannot be managing agents of a corporation. *Colonial Capital,* 29 F.R.D. at 515 (citation omitted) (recently retired Vice President of General Motors cannot be considered managing agent at time of deposition); *see also Mitchell v. American Tobacco Co.,* 33 F.R.D. 262, 263 (M.D.Pa.1963) (former president of corporation not a managing agent after retirement); *Frasier v. Twentieth Century–Fox Film Corp.,* 22 F.R.D. 194, 197 (D.Neb.1958) (corporation not required to produce former officer and director for deposition).
>
> In re Honda Am. Motor Co., Inc. Dealership Relations Litig., 168 F.R.D. 535, 540 (D. Md.1996)

6.      Courts have discussed the designation of a "managing agent" for purposes of a Rule 30(b)(6) deposition and have identified certain criteria to determine if a person is a "managing agent". Tebo's status as a director in 2004 or 2010 is irrelevant to whether she is a managing agent of the Debtor for purposes of the current deposition of the Debtor. "Determining whether an individual qualifies as a "managing agent" of a corporation must be made at the time of the deposition. *See, e.g., Curry v. States Marine Corp. of Del.,* 16 F.R.D. 376, 377 (S.D.N.Y.1954)." *Id.* at 540. The Debtor ceased operations many years ago and Tebo has not had any involvement with the Debtor since 2010 (at the latest).

---

[4] *See* Exhibit A, Annual Reports of Reilly-Benton Company, Inc. from 2010-2017.

7.      The determination of a party as a "managing agent" is fact intensive and decided on a case-by-case business.

> Courts have liberally construed the term managing agent, and the determination of whether an individual can be considered a "managing agent" of an organization is fact intensive, decided largely on a case-by-case basis. *Founding Church of Scientology of Washington, D.C., Inc. v. Webster,* 802 F.2d 1448, 1452 (D .C.Cir.1986) ("The law concerning who may properly be designated as a managing agent is sketchy. Largely because of the vast variety of factual circumstances to which the concept must be applied, the standard, like so many others in the law, remains a functional one to be determined largely on a case-by-case basis."). The D.C. Circuit has noted that "[f]or the purpose of determining whether an individual is a 'managing agent' within the meaning of the discovery rules, ... the focus begins with the character of the individual's control." *Id.* at 1452–53. Other factors include "both the degree to which the interests of the individual and the corporation converge, and how helpful the individual will be in fact-finding on the matter at issue, in comparison to others associated with the corporation." *Id.* at 1453; *see also E.I. DuPont de Nemours and Co. v. Kolon Indus., Inc.,* 268 F.R.D. 45, 48–49 (E.D.Va.2010) (stating that relevant factors in considering an individual's managing agent status include "(1) the discretionary authority vested in the person by the corporation; (2) the employee's dependability in following the employer's directions; (3) whether the individual is more likely to identify with the corporation or the adverse party in the litigation; and (4) the degree of supervisory authority in areas pertinent to the litigation.").

> Rundquist v. Vapiano SE, 277 F.R.D. 205, 208 (D.D.C.2011)

8.      Tebo does not satisfy any of the factors identified above.  She has not been an officer or director of the Debtor since 2011.  According to her deposition testimony, which is attached to the Motion as Exhibit 2, Tebo is social worker who only worked for the Debtor for "maybe a two-week period".[5]

9.      The Movants are seeking information regarding the Debtor's relationship with certain insurers, the current status of pending litigation, reasons for filing Chapter 7, and settlement agreements between the Debtor and certain insurers.  Tebo has not had any involvement with the Debtor for at least 10 years and does not have any knowledge of the topics which the Movants have identified.

---

[5] See Exhibit 2 to Motion, p. 19.

### C.  Warren Watters Will Testify as Ordered

10.     As per this Court's order, Watters will appear and testify pursuant to the guidelines set forth in the order.  Movants have provided no additional evidence regarding why Watters' testimony should be longer than thirty (30) minutes and involve more extensive questioning.

### III.     Conclusion

The Movants have not satisfied the requirement for a new trial pursuant to FRCP 59/ Bankruptcy Rule 9023.  The Motion has not identified any manifest errors of law or fact, or newly discovered evidence.  The Movants are simply rehashing old arguments that were previously rejected by this Court.  Accordingly, the Motion should be denied.

DATED: September 12, 2022                    Respectfully submitted,

                                            */s/  Albert J. Derbes, IV*
                                            Albert J. Derbes, IV (#20164)
                                            Patrick S. Garrity (#23744)
                                            THE DERBES LAW FIRM, LLC
                                            3027 Ridgelake Drive
                                            Metairie, Louisiana 70002
                                            Phone: (504) 837-1230
                                            E-mail: ajdiv@derbeslaw.com
                                            *Counsel for Debtor*

### CERTIFICATE OF SERVICE

I hereby certify, that on September 12, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Louisiana and that notice of this filing is being served on the parties participating in this Court's CM/ECF system for this case.

                                            */s/ Albert J. Derbes, IV*
                                            Albert J. Derbes, IV

David V. Adler
adler_d@bellsouth.net, LA26@ecfcbis.com

Frederick L. Bunol on behalf of Debtor Reilly-Benton Company, Inc.
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Jonathan Clement on behalf of Creditor Roussel & Clement Creditors
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Bonnie Ann Loupe
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Joseph E Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Lee Ann Cortez
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Mary S Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Mavis T Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Michael W Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Sherry Tregre Cortez
rcfirm@rousselandclement.com

Leo D. Congeni on behalf of Creditor Landry & Swarr Creditors
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo David Congeni on behalf of Creditor Landry & Swarr Creditors
leo@congenilawfirm.com, michelle@congenilawfirm.com

Martha Y. Curtis on behalf of Interested Party Century Indemnity Company, as Successor to CCI
Insurance Company, Seccessor to Insurance Company of North America
mcurtis@shergarner.com

Albert J. Derbes, IV on behalf of Debtor Reilly-Benton Company, Inc.
ajdiv@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Albert J. Derbes, IV on behalf of Trustee David V. Adler
ajdiv@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

James M. Garner on behalf of Interested Party Century Indemnity Company, as Successor to CCI
Insurance Company, Seccessor to Insurance Company of North America
jgarner@shergarner.com, jchocheles@shergarner.com

Patrick S. Garrity on behalf of Debtor Reilly-Benton Company, Inc.
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Nicole Celia Katz on behalf of Trustee David V. Adler

katz@chaffe.com

Stephanie B. Laborde on behalf of Interested Party Louisiana Insurance Guaranty Association
slaborde@lalalawfirm.com, 7435683420@filings.docketbird.com

Mickey P. Landry on behalf of Creditor Landry & Swarr Creditors
mlandry@landryswarr.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Timothy S. Madden on behalf of Interested Party Estate of Julian Paul Guidry
tmadden@kingjurgens.com

Timothy S. Madden on behalf of Interested Party Lori Guidry Keating
tmadden@kingjurgens.com

Timothy S. Madden on behalf of Interested Party Paul Guidry
tmadden@kingjurgens.com

Thomas J. Madigan on behalf of Interested Party Century Indemnity Company, as Successor to CCI
Insurance Company, Seccessor to Insurance Company of North America
tmadigan@shergarner.com

David J. Messina on behalf of Trustee David V. Adler
messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com

Henry Minor Pipes, III on behalf of Interested Party Liberty Mutual Insurance Company
mpipes@pipesmiles.com

Mark D. Plevin on behalf of Interested Party Century Indemnity Company, as Successor to CCI
Insurance Company, Seccessor to Insurance Company of North America
mplevin@crowell.com, cromo@crowell.com

William S. Robbins on behalf of Interested Party Louisiana Insurance Guaranty Association
wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@st
ewartrobbins.com;gtaylor@ecf.courtdrive.com

Gerolyn Roussel on behalf of Interested Party Bonnie Ann Loupe
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Joseph E Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Lee Ann Cortez
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Mary S Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Mavis T Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Michael W Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Sherry Tregre Cortez
gerolynroussel@icloud.com

Perry J. Roussel, Jr. on behalf of Interested Party Bonnie Ann Loupe
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Joseph E Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Lee Ann Cortez
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Mary S Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Mavis T Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Michael W Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Sherry Tregre Cortez
rcfirm@rousselandclement.com

Amanda Russo Schenck on behalf of Interested Party Century Indemnity Company, as Successor to
CCI Insurance Company, Seccessor to Insurance Company of North America
aschenck@shergarner.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov



**JAY DARDENNE**
**Secretary of State**

**DOMESTIC CORPORATION**

ANNUAL REPORT

**For Period Ending**
2/13/2010



20903090D

2010

| Mailing Address Only (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) |
|---|---|
| 20903090 D                                      1116<br>REILLY-BENTON COMPANY, INC.<br><br>P.O. BOX 52346<br>NEW ORLEANS, LA  70152 | Registered Office Address in Louisiana<br>(Do not use P. O. Box)<br>8550 UNITED PLAZA BLVD.<br>SUITE 702<br>BATON ROUGE, LA  70809 |

| Federal Tax ID Number | Issued Shares |
|---|---|
| | |

Our records indicate the following registered agents for the corporation.  Indicate any changes or deletions below.  All agents must have a Louisiana address.  Do not use a P. O. Box.
**A NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**

THOMAS L. COUGILL
C/O WILLINGHAM, FULTZ & COUGILL, L.L.P. 8550 UNITED PLAZA BLVD., STE. 702 BATON ROUGE, LA  70809

| I hereby accept the appointment of registered agent(s). | Sworn to and subscribed before me on<br>NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY # |
|---|---|
| **New Registered Agent Signature** | **Notary Signature**                    **Date** |

This report reflects a maximum of three officers or directors from our records for this corporation.  Indicate any changes or deletions below.  Include a listing of all names along with each title held and their address.  Do not use a P. O. Box.  If additional space is needed attach an addendum.

| | |
|---|---|
| WARREN K. WATTERS<br>2100 ST. CHARLES AVE., SUITE 7D  NEW ORLEANS, LA  70130 | Director, President |
| CHASTINE H. WATTERS<br>2100 ST. CHARLES AVENUE SUITE 7-D NEW ORLEANS, LA  70130 | Secretary/Treasurer |
| BALAD W. TEBO, II<br>3528 VINCENNES PLACE  NEW ORLEANS, LA  70125 | Vice-President |

| **SIGN →** | To be signed by an officer, director or agent | Title | Phone | Date |
|---|---|---|---|---|
| | *Wff Watters* | *Pres* | 504-529-9550 | 1/23/10 |
| | Signee's address<br>*Box 52346*<br>*new orleans, L 70152* | Email Address<br>*WWATTSCO@AOL.COM* | | (For Office Use Only) |

Enclose filing fee of   $25.00

Make remittance payable to Secretary of State
**Do Not Send Cash**
**Do Not Staple**
web site: **www.sos.louisiana.gov**   **DO NOT STAPLE**

Return by:   2/13/2010

To: **Commercial Division**
P. O. Box 94125
Baton Rouge, LA 70804-9125
Phone (225) 925-4704

3

sos01-200903                                **UNSIGNED REPORTS WILL BE RETURNED**



**Tom Schedler**
Secretary of State

**DOMESTIC CORPORATION**

ANNUAL REPORT

**For Period Ending**
2/13/2011

```
20903090D
2011
```

| Mailing Address Only (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) |
|---|---|---|
| 20903090 D<br>REILLY-BENTON COMPANY, INC.<br><br>P.O. BOX 52346<br>NEW ORLEANS, LA 70152 | 1 | Registered Office Address in Louisiana<br>(Do not use P. O. Box)<br>8550 UNITED PLAZA BLVD.<br>SUITE 702<br>BATON ROUGE, LA 70809 |

Federal Tax ID Number

Our records indicate the following registered agents for the corporation. Indicate any changes or deletions below. All agents must have a Louisiana address. Do not use a P. O. Box.
**A NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**

THOMAS L. COUGILL
C/O WILLINGHAM, FULTZ & COUGILL, L.L.P. 8550 UNITED PLAZA BLVD., STE. 702 BATON ROUGE, LA 70809

| I hereby accept the appointment of registered agent(s). | Sworn to and subscribed before me on<br>NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY # |
|---|---|
| **New Registered Agent Signature** | **Notary Signature**      **Date** |

This report reflects a maximum of three officers or directors from our records for this corporation. Indicate any changes or deletions below. Include a listing of all names along with each title held and their address. Do not use a P. O. Box. If additional space is needed attach an addendum.

WARREN K. WATTERS            Director, President
2100 ST. CHARLES AVE., SUITE 7D  NEW ORLEANS, LA 70130

| | To be signed by an officer, director or agent | Title | Phone | Date |
|---|---|---|---|---|
| **SIGN →** | WARREN K WATTERS<br>(SIGNED ELECTRONICALLY) | | | 02/02/2011 |
| | Signee's address | Email Address<br>WWATTSCO@AOL.COM | | (For Office Use Only) |

| Enclose filing fee of   $25.00 | Return by:   2/13/2011 | |
|---|---|---|
| Make remittance payable to Secretary of State<br>**Do Not Send Cash**<br>**Do Not Staple**<br>web site: www.sos.louisiana.gov    **DO NOT STAPLE** | To: **Commercial Division**<br>P. O. Box 94125<br>Baton Rouge, LA 70804-9125<br>Phone (225) 925-4704 | 1 |

ALL UNSIGNED REPORTS WILL BE RETURNED

**Tom Schedler**
Secretary of State



**DOMESTIC CORPORATION**

ANNUAL REPORT

**For Period Ending**
2/13/2012


20903090D


2012

| Mailing Address Only   (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) |
|---|---|---|
| 20903090 D<br>REILLY-BENTON COMPANY, INC.<br><br>P.O. BOX 52346<br>NEW ORLEANS, LA  70152 | 1 | Registered Office Address in Louisiana<br>(Do not use P. O. Box)<br>8550 UNITED PLAZA BLVD.<br>SUITE 702<br>BATON ROUGE, LA  70809 |

Federal Tax ID Number

Our records indicate the following registered agents for the corporation.  Indicate any changes or deletions below.  All agents must have a Louisiana address.  Do not use a P. O. Box.
**A NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**
 THOMAS L. COUGILL
  C/O WILLINGHAM, FULTZ & COUGILL, L.L.P. 8550 UNITED PLAZA BLVD., STE. 702 BATON ROUGE, LA  70809

| I hereby accept the appointment of registered agent(s). | Sworn to and subscribed before me on<br>NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY # |
|---|---|
| **New Registered Agent Signature** | **Notary Signature**          **Date** |

This report reflects a maximum of three officers or directors from our records for this corporation.  Indicate any changes or deletions below.  Include a listing of all names along with each title held and their address.  Do not use a P. O. Box.  If additional space is needed attach an addendum.

 WARREN K. WATTERS
  2100 ST. CHARLES AVE., SUITE 7D  NEW ORLEANS, LA  70130             Director, President

| SIGN ➜ | To be signed by an officer, director or agent<br>WARREN K. WATTERS<br>(SIGNED ELECTRONICALLY) | Title | Phone | Date<br>01/24/2012 |
|---|---|---|---|---|
| | Signee's address | Email Address<br>WWATTSCO@AOL.COM | | (For Office Use Only) |

| Enclose filing fee of   $25.00 | Return by:   2/13/2012 | |
|---|---|---|
| Make remittance payable to Secretary of State<br>**Do Not Send Cash**<br>**Do Not Staple**<br>web site:  www.sos.louisiana.gov          **DO NOT STAPLE** | To:  **Commercial Division**<br>P. O. Box 94125<br>Baton Rouge, LA 70804-9125<br>Phone (225) 925-4704 | 1 |

ALL UNSIGNED REPORTS WILL BE RETURNED



**Tom Schedler**
Secretary of State

**DOMESTIC CORPORATION**

ANNUAL REPORT

**For Period Ending**
2/13/2013


20903090D


2013

| Mailing Address Only (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) |
|---|---|---|
| 20903090 D<br>REILLY-BENTON COMPANY, INC.<br><br>P.O. BOX 52346<br>NEW ORLEANS, LA 70152 | 1 | Registered Office Address in Louisiana<br>(Do not use P. O. Box)<br>8550 UNITED PLAZA BLVD.<br>SUITE 702<br>BATON ROUGE, LA 70809 |

Federal Tax ID Number

Our records indicate the following registered agents for the corporation. Indicate any changes or deletions below. All agents must have a Louisiana address. Do not use a P. O. Box.
**A NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**
THOMAS L. COUGILL
C/O WILLINGHAM, FULTZ &amp; COUGILL, L.L.P. 8550 UNITED PLAZA BLVD., STE. 702 BATON ROUGE, LA 70809

| I hereby accept the appointment of registered agent(s). | Sworn to and subscribed before me on<br>NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY # |
|---|---|
| **New Registered Agent Signature** | **Notary Signature**          **Date** |

This report reflects a maximum of three officers or directors from our records for this corporation. Indicate any changes or deletions below. Include a listing of all names along with each title held and their address. Do not use a P. O. Box. If additional space is needed attach an addendum.

WARREN K. WATTERS                                    Director, President
2100 ST. CHARLES AVE., SUITE 7D  NEW ORLEANS, LA 70130

| **SIGN** ➜ | To be signed by an officer, director or agent<br>WARREN K. WATTERS<br>(SIGNED ELECTRONICALLY) | Title | Phone | Date<br>01/28/2013 |
|---|---|---|---|---|
| | Signee's address | Email Address<br>WWATTSCO@AOL.COM | | (For Office Use Only) |

| Enclose filing fee of  $25.00 | Return by:  2/13/2013 | |
|---|---|---|
| Make remittance payable to Secretary of State<br>**Do Not Send Cash**<br>**Do Not Staple**<br>web site: www.sos.louisiana.gov      **DO NOT STAPLE** | To: **Commercial Division**<br>P. O. Box 94125<br>Baton Rouge, LA 70804-9125<br>Phone (225) 925-4704 | 1 |

ALL UNSIGNED REPORTS WILL BE RETURNED

| **Tom Schedler**<br>Secretary of State<br> | **DOMESTIC CORPORATION**<br>ANNUAL REPORT<br>**For Period Ending**<br>2/13/2014 | <br>20903090D<br><br>2014 |
|---|---|---|

| Mailing Address Only    (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | 1 | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) |
|---|---|---|
| 20903090 D<br>REILLY-BENTON COMPANY, INC.<br><br>P.O. BOX 52346<br>NEW ORLEANS, LA  70152 | | Registered Office Address in Louisiana<br>(Do not use P. O. Box)<br>8550 UNITED PLAZA BLVD.<br>SUITE 702<br>BATON ROUGE, LA  70809 |

Federal Tax ID Number

Our records indicate the following registered agents for the corporation.  Indicate any changes or deletions below.  All agents must have a Louisiana address.  Do not use a P. O. Box.
**A NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**
   THOMAS L. COUGILL
      C/O WILLINGHAM, FULTZ &AMP; COUGILL, L.L.P. 8550 UNITED PLAZA BLVD., STE. 702 BATON ROUGE, LA  70809

| I hereby accept the appointment of registered agent(s). | Sworn to and subscribed before me on<br>NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY # |
|---|---|
| **New Registered Agent Signature** | **Notary Signature**              **Date** |

This report reflects a maximum of three officers or directors from our records for this corporation.  Indicate any changes or deletions below.  Include a listing of all names along with each title held and their address.  Do not use a P. O. Box.  If additional space is needed attach an addendum.

   WARREN K. WATTERS                                              Director, President
      2100 ST. CHARLES AVE., SUITE 7D  NEW ORLEANS, LA  70130

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to the fine or imprisonment or both under R.S. 14:133.

| **SIGN ➡** | To be signed by an officer, director or agent<br>WARREN K. WATTERS<br>(SIGNED ELECTRONICALLY) | Title | Phone | Date<br>01/27/2014 |
|---|---|---|---|---|
| | Signee's address | Email Address<br>wwattsco@aol.com | | (For Office Use Only) |

| Enclose filing fee of   $30.00 | Return by:   2/13/2014 | |
|---|---|---|
| Make remittance payable to Secretary of State<br>**Do Not Send Cash**<br>**Do Not Staple**<br><br>web site:  www.sos.louisiana.gov       **DO NOT STAPLE** | To:  **Commercial Division**<br>P. O. Box 94125<br>Baton Rouge, LA 70804-9125<br>Phone (225) 925-4704 | 1 |

| **Tom Schedler**<br>**Secretary of State**  | **DOMESTIC CORPORATION**<br><br>ANNUAL REPORT<br><br>**For Period Ending**<br>2/13/2015 | <br>20903090D<br><br><br>2015 |
|---|---|---|

| Mailing Address Only   (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | 1 | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) |
|---|---|---|
| 20903090 D<br>REILLY-BENTON COMPANY, INC.<br><br>P.O. BOX 52346<br>NEW ORLEANS, LA  70152 | | Registered Office Address in Louisiana      (Do not use P. O. Box)<br>8550 UNITED PLAZA BLVD.<br>SUITE 702<br>BATON ROUGE, LA  70809 |

| Issued Shares: 459 | Federal Tax ID Number |
|---|---|

Our records indicate the following registered agents for the corporation.  Indicate any changes or deletions below.  All agents must have a Louisiana address.  Do not use a P. O. Box.
**A NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**
   THOMAS L. COUGILL
      C/O WILLINGHAM, FULTZ &AMP; COUGILL, L.L.P. 8550 UNITED PLAZA BLVD., STE. 702 BATON ROUGE, LA  70809

| I hereby accept the appointment of registered agent(s). | Sworn to and subscribed before me on<br>NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY # |
|---|---|
| **New Registered Agent Signature** | **Notary Signature**            **Date** |

This report reflects a maximum of three officers or directors from our records for this corporation.  Indicate any changes or deletions below.  Include a listing of all names along with each title held and their address.  Do not use a P. O. Box.  If additional space is needed attach an addendum.

   WARREN K. WATTERS                                               Director, President
      2100 ST. CHARLES AVE., SUITE 7D  NEW ORLEANS, LA  70130

   Our records indicate the following addresses for the corporation.  Indicate any changes below.

Principal business establishment in Louisiana (Do not use a P. O. Box):
      21OO ST.CHARLES AV NEW ORLEANS, LA  70130

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to the fine or imprisonment or both under R.S. 14:133.

| **SIGN ➜** | To be signed by an officer, director or agent<br>WARREN K. WATTERS<br>(SIGNED ELECTRONICALLY) | Title<br>PRESIDENT | Phone | Date<br><br>02/11/2015 |
|---|---|---|---|---|
| | Signee's address | Email Address<br><br>wwattsco@aol.com | | (For Office Use Only) |

| Enclose filing fee of      $30.00<br>Make remittance payable to Secretary of State<br>**Do Not Send Cash**<br>**Do Not Staple**<br>web site:  www.sos.louisiana.gov      **DO NOT STAPLE** | Return by:         2/13/2015<br>To:  **Commercial Division**<br>P. O. Box 94125<br>Baton Rouge, LA 70804-9125<br>Phone (225) 925-4704 | 1 |
|---|---|---|

**UNSIGNED REPORTS WILL BE RETURNED**

**Tom Schedler**
Secretary of State



**DOMESTIC CORPORATION**

ANNUAL REPORT

**For Period Ending**

2/13/2016



20903090D

2016

| Mailing Address Only   (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) |
|---|---|---|
| 20903090 D<br>REILLY-BENTON COMPANY, INC.<br><br>P.O. BOX 52346<br>NEW ORLEANS, LA  70152 | 1 | Registered Office Address in Louisiana   (Do not use P. O. Box)<br>8550 UNITED PLAZA BLVD.<br>SUITE 702<br>BATON ROUGE, LA  70809 |

| Issued Shares, if any: 459 | Federal Tax ID Number |
|---|---|

Our records indicate the following registered agents for the corporation.  Indicate any changes or deletions below.  All agents must have a Louisiana address.  Do not use a P. O. Box.
**A NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**
   THOMAS L. COUGILL
      C/O WILLINGHAM, FULTZ &AMP; COUGILL, L.L.P. 8550 UNITED PLAZA BLVD., STE. 702 BATON ROUGE, LA  70809

I hereby accept the appointment of registered agent(s).

Sworn to and subscribed before me on
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #

| **New Registered Agent Signature** | **Notary Signature** | **Date** |
|---|---|---|

This report reflects a maximum of three officers or directors from our records for this corporation.  Indicate any changes or deletions below.  Include a listing of all names along with each title held and their address.  Do not use a P. O. Box.  If additional space is needed attach an addendum.

   WARREN K. WATTERS                                          Director, President
      2100 ST. CHARLES AVE., SUITE 7D  NEW ORLEANS, LA  70130

Our records indicate the following addresses for the corporation.  Indicate any changes below.

Principal office address  (Do not use a P. O. Box):
      21OO ST.CHARLES AV APT 7E NEW ORLEANS, LA  70130

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to the fine or imprisonment or both under R.S. 14:133.

| **SIGN** ➜ | To be signed by an officer, director or agent<br>WARREN K. WATTERS<br>(SIGNED ELECTRONICALLY) | Title<br>PRESIDENT | Phone | Date<br>01/25/2016 |
|---|---|---|---|---|
| | Signee's address | Email Address<br>wwattsco@aol.com | | (For Office Use Only) |

| Enclose filing fee of   $30.00 | Return by:   2/13/2016 |
|---|---|
| Make remittance payable to Secretary of State<br>**Do Not Send Cash**<br>**Do Not Staple**<br>web site:  www.sos.louisiana.gov    **DO NOT STAPLE** | To:  **Commercial Division**<br>**P. O. Box 94125**<br>**Baton Rouge, LA 70804-9125**<br>**Phone (225) 925-4704** |

1

**UNSIGNED REPORTS WILL BE RETURNED**

**Tom Schedler**
**Secretary of State**

**DOMESTIC CORPORATION**

ANNUAL REPORT

**For Period Ending**
2/13/2017

20903090D

2017

| Mailing Address Only    (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) | | (INDICATE CHANGES TO THIS ADDRESS IN THIS BOX) |
|---|---|---|
| 20903090 D | 1 | Registered Office Address in Louisiana    (Do not use P. O. Box) |
| REILLY-BENTON COMPANY, INC. | | 8550 UNITED PLAZA BLVD. |
| | | SUITE 702 |
| P.O. BOX 52346 | | BATON ROUGE, LA 70809 |
| NEW ORLEANS, LA 70152 | | |

| Issued Shares, if any: 459 | Federal Tax ID Number |
|---|---|

Our records indicate the following registered agents for the corporation. Indicate any changes or deletions below. All agents must have a Louisiana address. Do not use a P. O. Box.
**A NEW REGISTERED AGENT REQUIRES A NOTARIZED SIGNATURE.**

THOMAS L. COUGILL
C/O WILLINGHAM, FULTZ &AMP; COUGILL, L.L.P. 8550 UNITED PLAZA BLVD., STE. 702 BATON ROUGE, LA 70809

| I hereby accept the appointment of registered agent(s). | Sworn to and subscribed before me on |
|---|---|
| | NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY # |

| **New Registered Agent Signature** | **Notary Signature** | **Date** |
|---|---|---|

This report reflects a maximum of three officers or directors from our records for this corporation. Indicate any changes or deletions below. Include a listing of all names along with each title held and their address. Do not use a P. O. Box. If additional space is needed attach an addendum.

WARREN K. WATTERS                                          Director, President
2100 ST. CHARLES AVE., SUITE 7D  NEW ORLEANS, LA 70130

Our records indicate the following addresses for the corporation. Indicate any changes below.

Principal office address  (Do not use a P. O. Box):
21OO ST.CHARLES AV APT 7E NEW ORLEANS, LA 70130

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to the fine or imprisonment or both under R.S. 14:133.

| **SIGN →** | To be signed by an officer, director or agent | Title | Phone | Date |
|---|---|---|---|---|
| | *Warren K Watters* | *Pre.* | *504.555.9550* | *1/15/2017* |
| | Signee's address | | Email Address | (For Office Use Only) |
| | *2100 St. Charles Av Apt 7E New Orleans, LA 70130* | | *wwattsco@aol.com* | |

| Enclose filing fee of          $30.00 | Return by:        2/13/2017 |
|---|---|
| Make remittance payable to Secretary of State | To:  **Commercial Division** |
| **Do Not Send Cash** | **P. O. Box 94125** |
| **Do Not Staple** | **Baton Rouge, LA 70804-9125** |
| web site: **www.sos.louisiana.gov**     **DO NOT STAPLE** | **Phone (225) 925-4704** |

1

**UNSIGNED REPORTS WILL BE RETURNED**