### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| REILLY-BENTON COMPANY, INC. | ) | Case No. 17-12870 |
| | ) | |
| DEBTORS | ) | Section A |
| | ) | |

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
### MOTION TO CONFIRM APPLICATION OF AUTOMATIC STAY

Liberty Mutual Insurance Company, Employers Insurance Company of Wausau, and Century Indemnity Company (collectively, the "Insurers") respectfully submit this supplement to their Motion to Confirm Application of Automatic Stay (Dkt. No. 170). On September 2, 2022, the Honorable Barry W. Ashe of the United States District Court for the Eastern District of Louisiana issued a decision in *Alexander v. Travelers Indemnity Co.*, Civ. A. No. 22-2177, 2022 WL 4008233 (E.D. La. Sept. 2, 2022), that bears directly on the issues presented in the Insurers' Motion to Confirm. The Motion to Confirm will be heard one day from now, on September 14th, and the Insurers wish to inform the Court of this ruling in advance of the hearing. A copy of the decision is attached as Exhibit 1 hereto.

In their Motion to Confirm, the Insurers argued that, under Fifth Circuit precedent established in *Sosebee v. Steadfast Insurance Co.*[1] and confirmed *In re OGA Charters L.L.C.*,[2] the automatic stay bars direct-action claims against the insurers of a mass-tort debtor, such as Reilly-Benton, because the proceeds of the insurers' policies are property of the bankruptcy estate. *See* Motion to Confirm, Dkt. No. 170, at 3-5. *Alexander*, an asbestos matter which involves many of

---

[1]  701 F.3d 1012 (5th Cir. 2012).

[2]  901 F.3d 599 (5th Cir. 2018).

the same parties as *Sanderson*, was removed to federal court by Century Indemnity Company under 28 U.S.C. § 1334, on grounds that the limited proceeds of the policies it issued to Reilly-Benton may be overcome by competing claims and thus should be considered property of the bankruptcy estate. *Alexander*, 2022 WL 4008233, at *2. In denying the plaintiff's motion to remand, Judge Ashe evaluated *Sosebee* and *OGA Charters*, and he agreed with Century:

> It is certainly "conceivable," then, if not obvious, that these thousands of competing tort claims threaten Reilly-Benton's bankruptcy estate over and above the policy limits. Accordingly, this Court finds that the proceeds of these liability insurance policies constitute property of the debtor's estate, and that the thousands of tort claims on these policies, including Alexander's, could conceivably affect the bankruptcy estate. Therefore, pursuant to 28 U.S.C. § 1334(b), this Court has "related to" bankruptcy jurisdiction over this case, which consists of Alexander's claims against the Century Parties.

*Id.* at *3. Notably, the Court rejected the plaintiff's characterization of the policies as "inexhaustible," finding it "not apt" and stating it does not alter the conclusion that "the policy proceeds are limited and constitute property of the estate." *Id.* at n.23. This Court should apply *Sosebee* and *OGA Charters* like the *Alexander* court did and conclude that the *Sanderson* plaintiffs' claims against them are subject to the automatic stay.


Date: September 13, 2022
New Orleans, Louisiana

Respectfully submitted,

*/s/ H. Minor Pipes, III*
PIPES | MILES | BECKMAN, LLC
H. Minor Pipes, III
1100 Poydras Street
Suite 1800
New Orleans, LA 70163
Telephone: (504) 322-7070
Facsimile: (504) 322-7520

- and –

CHOATE, HALL & STEWART LLP
Douglas R. Gooding
Robert A. Kole
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

*Counsel for Liberty Mutual Insurance Company*

/s/ Charles M. Pisano
ROEDEL PARSONS BLACHE
FONTANA PIONTEK & PISANO
Charles M. Pisano (La. Bar No. 19107)
Bradley C. Guin (La. Bar No. 38762)
Ross A. Dooley (La. Bar No. 24384)
Sydney R. Cunningham (La. Bar No. 39461)
1515 Poydras Street
Suite 2330
New Orleans, LA 70112
Telephone:  (225) 929-7033
Facsimile:  (225) 928-4925

- and -

THE LAW OFFICE OF WILLIAM J. FACTOR, LTD.
William J. Factor
105 W. Madison St.
Suite 1500
Chicago, IL 60602
Telephone: (312) 878-6146
Facsimile: (847) 975-3946

*Counsel for Employers Insurance Company of Wausau*

4

        */s/ James M. Garner*
James M. Garner
Martha Curtis
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
E-mail: jgarner@shergarner.com;
mcurtis@shergarner.com

      – and –

Mark D. Plevin (admitted pro hac vice)
Kevin D. Cacabelos
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
E-mail: mplevin@crowell.com,
kcacabelos@crowell.com

      – and –

Tacie H. Yoon (admitted pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: tyoon@crowell.com

*Attorneys for Century Indemnity Company and Pacific Employers Insurance Company*

5

      */s/ Albert J. Derbes, IV*
      Albert J. Derbes, IV (LA # 20164)
      THE DERBES LAW FIRM, LLC
      3027 Ridgelake Drive
      Metairie, Louisiana 70002
      Phone: (504) 837-1230
      E-mail: ajdiv@derbeslaw.com

*Special Counsel for David V. Adler, Trustee in connection with the Century Motion*

## CERTIFICATE OF SERVICE

Pursuant to this Court's Notice (Doc. 175), Standing Order 2006-5 and Local Rule 2002-1:

This is to certify that a copy of the above and foregoing Supplemental Memorandum in Support of Motion to Confirm Application of Automatic Stay was served on September 13, 2022 by:

ELECTRONIC FILING through the court's electronic filing system upon:

David V. Adler
adler_d@bellsouth.net, LA26@ecfcbis.com

Frederick L. Bunol on behalf of Debtor Reilly-Benton Company, Inc.
fbunol@derbeslaw.com, derbespacer@gmail.com, derbeser72443@notify.bestcase.com

Jonathan Clement on behalf of Creditor Roussel & Clement Creditors
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Bonnie Ann Loupe
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Joseph E Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Lee Ann Cortez
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Mary S Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Mavis T Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Michael W Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Sherry Tregre Cortez
rcfirm@rousselandclement.com

Leo D. Congeni on behalf of Creditor Landry & Swarr Creditors
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo David Congeni on behalf of Creditor Landry & Swarr Creditors
leo@congenilawfirm.com, michelle@congenilawfirm.com

Martha Y. Curtis on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Successor to Insurance Company of North America
mcurtis@shergarner.com

Albert J. Derbes, IV on behalf of Trustee David V. Adler
ajdiv@derbeslaw.com, derbespacer@gmail.com, derbeser72443@notify.bestcase.com

Nicole Celia Katz on behalf of Trustee David V. Adler
katz@chaffe.com

Stephanie B. Laborde on behalf of Interested Party Louisiana Insurance Guaranty Association
slaborde@lalalawfirm.com, 7435683420@filings.docketbird.com

Mickey P. Landry on behalf of Creditor Landry & Swarr Creditors
mlandry@landryswarr.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Timothy S. Madden on behalf of Interested Party Estate of Julian Paul Guidry
tmadden@kingjurgens.com

Timothy S. Madden on behalf of Interested Party Lori Guidry Keating
tmadden@kingjurgens.com

Timothy S. Madden on behalf of Interested Party Paul Guidry
tmadden@kingjurgens.com

Thomas J. Madigan on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Successor to Insurance Company of North America
tmadigan@shergarner.com

David J. Messina on behalf of Trustee David V. Adler

messina@chaffe.com, bankruptcy@chaffe.com, laudumiey@chaffe.com

Mark D. Plevin on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Successor to Insurance Company of North America
mplevin@crowell.com, cromo@crowell.com

William S. Robbins on behalf of Interested Party Louisiana Insurance Guaranty Association
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com, kheard@stewartrobbins.com, kheard@ecf.courtdrive.com, gtaylor@stewartrobbins.com, gtaylor@ecf.courtdrive.com

Gerolyn Roussel on behalf of Interested Party Bonnie Ann Loupe
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Joseph E Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Lee Ann Cortez
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Mary S Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Mavis T Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Michael W Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Sherry Tregre Cortez
gerolynroussel@icloud.com

Perry J. Roussel, Jr. on behalf of Interested Party Bonnie Ann Loupe
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Joseph E Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Lee Ann Cortez
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Mary S Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Mavis T Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Michael W Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Sherry Tregre Cortez
rcfirm@rousselandclement.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

and by FIRST CLASS MAIL, POSTAGE PREPAID upon:

Nicole M Babb on behalf of Interested Party Estate of Julian Paul Guidry, Interested
Party Lori Guidry Keating, and Interested Party Paul Guidry
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Avenue
45th Floor
New Orleans, LA 70170
Autry Earl Barney
517 Cherry Ave
Jackson, AL 36545-3607

James M. Garner, Amanda R. Schenck and Amelia L. Hurt on behalf of Interesed Party Century
Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company
of North America
Sher Garner Cahill Richter Klein
909 Poydras Street, 28th Floor
New Orleans, LA 70808

Stephanie B. LaBorde on behalf of Interested Party Louisiana Insurance Guaranty Association
Milling Benson Woodward, LLP
6421 Perkins Road
Building B, Suite B
Baton Rouge, LA 70808

                                                                                                    */s/ H. Minor Pipes, III*