IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| REILLY-BENTON COMPANY, INC. | ) | Case No. 17-12870 |
| | ) | |
| DEBTORS | ) | Section A |
| | ) | |

**OBJECTION TO PROPOSED AGENDA FOR SEPTEMBER 14 HEARING**

**MAY IT PLEASE THE COURT:**

The Roussel & Clement Creditors[1] object to the Proposed Agenda for September 14 Hearing submitted by Century Indemnity Company, Pacific Employers Insurance Company, Liberty Mutual Insurance Company, Employers Insurance Company of Wausau, the Trustee, and Louisiana Insurance Guaranty Association. The Proposed Agenda was filed on September 14, 2022 at 10:30 a.m., only two and half hours prior to the hearing scheduled for September 14, 2022 at 1:00 p.m. As such the Proposed Agenda violates General Order 2019-4, which requires that an agenda "must be filed at least 24 hours prior to the date and time of the hearing of the first matter on that day, and contemporaneously be served...upon all attorneys who have filed papers with respect to the matters scheduled for hearing and upon the Master Service list." Furthermore, the Roussel & Clement Creditors submit that motions pending before Your Honor should be heard in the order in which they were filed.

---

[1] The firm of Roussel & Clement represents claimants who have filed claims against Reilly-Benton Company, Inc., including, among others, Frank James Brazan, Pennie Ann Brazan Kliebert, Shane Anthony Brazan, Jason Joseph Brazan, and Carmel Theresa Brazan Bourg, Mary Patsy Soileau Courville, Mavis Todd Courville, Michael Wade Courville, and Joseph Eric Courville, Joseph Alfred Hedges, Jr. and Renee Hedges Blum, and Bonnie Ann Tregre Loupe, Lee Ann Tregre Cortez, and Sherry Tregre Cortez.

**WHEREFORE,** the Roussel & Clement Creditors object to the Proposed Agenda filed by by Century Indemnity Company, Pacific Employers Insurance Company, Liberty Mutual Insurance Company, Employers Insurance Company of Wausau, the Trustee, and Louisiana Insurance Guaranty Association.

Dated: September 14, 2022.

                Respectfully submitted,

                **ROUSSEL & CLEMENT**

                /s/ Jonathan B. Clement
                GEROLYN P. ROUSSEL, T.A. - 01134
                PERRY J. ROUSSEL, JR. - 20351
                JONATHAN B. CLEMENT - 30444
                BENJAMIN P. DINEHART - 33096
                1550 West Causeway Approach
                Mandeville, LA 70471
                Telephone: (985) 778-2733
                Facsimile: (985) 778-2734
                Attorneys for the Roussel & Clement Creditors

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Louisiana and that notice of this filing is being served on the parties participating in this Court's CM/ECF system for this case.

                s/ Jonathan B. Clement
                JONATHAN B. CLEMENT