# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 17-12870 |
| | § | |
| REILLY-BENTON COMPANY, INC., | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

## ORDER

Before the Court is the *Motion for Summary Judgment that the Proceeds of the Insurance Policies Issued by Liberty Mutual Insurance Company and Employer's Mutual Fire Insurance Company to Reilly-Benton Company, Inc. Covering Reilly-Benton Company, Inc.'s Contracting Activities are not Property of the Estate and Motion for Summary Judgment that the Automatic Stay does not apply to Liberty Mutual Insurance Company and Employer's Mutual Fire Insurance Company* (the "Motion"), [ECF Doc. 163], filed by the Roussel & Clement Creditors, and the Responses to the Motion, [ECF Docs. 259, 262, 264, 266, 267, 270, and 292].

Appearances: Al Derbes, Special Counsel for the Chapter 7 Trustee;
Gerolyn Roussel and Benjamin Dinehart, Counsel for the Roussel & Clement Creditors;
Mark Plevin, Counsel for Century Indemnity Company;
Henry Minor Pipes, III and Douglas Gooding, Counsel for Liberty Mutual Insurance Company;
William Robbins and Stephanie Laborde, Counsel for Louisiana Insurance Guaranty Association;
Leo Congeni and Matthew Clark, Counsel for the Landry & Swarr Creditors;
David Messina, Counsel for the Trustee in the LIGA settlement; and
Charles Pisano, Counsel for Employers Insurance Company of Wausau.

Considering the record and pleadings, the Motion, the applicable law, and for the reasons stated on the record,

**IT IS ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that to the extent that the Motion serves as a response to the *Motion To Confirm the Application of the Automatic Stay*, [ECF Doc. 170], the Court will consider it as such.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, September 20, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE