IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| REILLY-BENTON COMPANY, INC. | ) | Case No. 17-12870 |
| | ) | |
| DEBTORS | ) | Section A |
| | ) | |

## NOTICE OF APPEAL

The Roussel & Clement Creditors[1] appeal under 28 U.S.C. § 158(a) from the rulings of the Honorable Meredith S. Grabill of August 18, 2022, granting the Motion to Compel Reilly-Benton Company, Inc., and of September 20, 2022, denying the Motion for New Trial on Motion to Compel Reilly-Benton Company, Inc.

The names of the parties to the order appealed from and the names and address, and telephone numbers of their respective attorney's are as follows:

Gerolyn P. Roussel
Perry J. Roussel, Jr.
Jonathan B. Clement
Lauren R. Clement
Benjamin P. Dinehart
Roussel & Clement
1550 West Causeway Approach
Mandeville, LA 70471
Telephone: (985) 778-2733
Facsimile: (985) 778-2734
Counsel for the Roussel & Clement Creditors

Albert J. Derbes, IV
Derbes Law Office
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: 504-837-1230
Facsimile: 504-837-2214
&
David J. Messina
Femand L. Laudumiey, IV
CHAFFE MCCALL, LLP
2300 Energy Center
1100 Poydras Street

---

[1] The firm of Roussel & Clement represents claimants who have filed claims against Reilly-Benton Company, Inc., including, among others, Frank James Brazan, Pennie Ann Brazan Kliebert, Shane Anthony Brazan, Jason Joseph Brazan, and Carmel Theresa Brazan Bourg, Mary Patsy Soileau Courville, Mavis Todd Courville, Michael Wade Courville, and Joseph Eric Courville, Joseph Alfred Hedges, Jr. and Renee Hedges Blum, and Bonnie Ann Tregre Loupe, Lee Ann Tregre Cortez, and Sherry Tregre Cortez.

<div style="columns:2">

New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Counsel for Chapter 7 Trustee, David Adler

Albert J. Derbes, IV
Derbes Law Office
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: 504-837-1230
Facsimile: 504-837-2214
Counsel for Reilly-Benton Company, Inc.

Leo D. Congeni
Congeni Law Firm LLC
650 Poydras Street, Suite 2750
New Orleans, LA 70130
Telephone: 504-522-4848
Facsimile: 504-910-3055
&
Mickey P. Landry
Frank J. Swarr
Matthew Clark
Landry & Swarr, LLC
1100 Poydras Street
Energy Centre – Suite 2000
New Orleans, LA 70163
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
Counsel for the Landry & Swarr Creditors

James M. Garner
Martha Curtis
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, LLC
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Phone: 504-299-2100
&
Mark D. Plevin
Kevin D. Cacabelos
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111

Phone: (415) 986-2800
&
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Counsel for Century Indemnity Company
and Pacific Employers Insurance Company

H. Minor Pipes, III
Katie Seegers Roth
Kelsey L. Meeks
Luke M. Donovan
PIPES MILES BECKMAN, LLC
1100 Poydras Street, Suite 1800
New Orleans, Louisiana 70163
Telephone: (504) 322-7070
Facsimile: (504) 322-7520
&
Douglas R. Gooding
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Telpehone: (617) 248-5000
Facsimile: (617) 248-4000
Counsel for Liberty Mutual Insurance
Company

Charles M. Pisano
Ross A. Dooley
Bradley C. Guin
Sydney R. Cunningham
ROEDEL PARSONS BLACHE FONTANA
PIONTEK & PISANO, A L.C.
1515 Poydras Street, Suite 2300
New Orleans, Louisiana 70112
Telephone: (504) 566-1801
Facsimile: (504) 565-5626
Counsel for Employers Insurance Company
of Wausau.

</div>

2

William S. Robbins
STEWART ROBBINS BROWN &
ALTAZAN LLC
301 Main Street, Suite 1640
Baton Rouge, Louisiana 70801
Telephone: 225-231-9998
&
Stephanie Laborde
LaFleur & Laborde
6160 Perkins Road, Suite 225
Baton Rouge, LA 70808
Telephone: (225) 535-7590
Facsimile: (800) 983-3565
Counsel for Louisiana Insurance Guaranty
Association

Dated: October 4, 2022

        Respectfully submitted,

        ROUSSEL & CLEMENT

        S/Gerolyn P. Roussel
        GEROLYN P. ROUSSEL - 1134
        PERRY J. ROUSSEL, JR. - 20351
        JONATHAN B. CLEMENT - 30444
        LAUREN R. CLEMENT - 31106
        BENJAMIN P. DINEHART - 33096
        1550 West Causeway Approach
        Mandeville, LA 70471
        Telephone: (985) 778-2733
        Facsimile: (985) 778-2734
        ATTORNEYS FOR
        ROUSSEL & CLEMENT CREDITORS

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** on the 4th day of October, 2022, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties participating in the Court's CM/ECF Filing System.

       S/Gerolyn P. Roussel
       GEROLYN P. ROUSSEL

David V. Adler
adler_d@bellsouth.net, LA26@ecfcbis.com

Frederick L. Bunol on behalf of Debtor Reilly-Benton Company, Inc.
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Matthew Clark on behalf of Creditor Landry & Swarr Creditors
mclark@landryswarr.com

Jonathan Clement on behalf of Creditor Roussel & Clement Creditors
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Bonnie Ann Loupe
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Joseph E Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Lee Ann Cortez
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Mary S Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Mavis T Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Michael W Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Sherry Tregre Cortez
rcfirm@rousselandclement.com

Leo D. Congeni on behalf of Creditor Landry & Swarr Creditors

leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo David Congeni on behalf of Creditor Landry & Swarr Creditors
leo@congenilawfirm.com, michelle@congenilawfirm.com

Martha Y. Curtis on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
mcurtis@shergarner.com

Albert J. Derbes, IV on behalf of Debtor Reilly-Benton Company, Inc.
ajdiv@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Albert J. Derbes, IV on behalf of Trustee David V. Adler
ajdiv@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Benjamin Dinehart on behalf of Creditor Roussel & Clement Creditors
bpdesq@gmail.com

James M. Garner on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
jgarner@shergarner.com, jchocheles@shergarner.com

Patrick S. Garrity on behalf of Debtor Reilly-Benton Company, Inc.
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Bradley Christopher Guin on behalf of Interested Party Employers Insurance Company of Wausau
bguin@roedelparsons.com

Nicole Celia Katz on behalf of Trustee David V. Adler
katz@chaffe.com

Stephanie B. Laborde on behalf of Interested Party Louisiana Insurance Guaranty Association
slaborde@lalalawfirm.com, 7435683420@filings.docketbird.com

Mickey P. Landry on behalf of Creditor Landry & Swarr Creditors
mlandry@landryswarr.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Timothy S. Madden on behalf of Interested Party Estate of Julian Paul Guidry
tmadden@kingjurgens.com

Timothy S. Madden on behalf of Interested Party Lori Guidry Keating
tmadden@kingjurgens.com

Timothy S. Madden on behalf of Interested Party Paul Guidry
tmadden@kingjurgens.com

Thomas J. Madigan on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
tmadigan@shergarner.com

David J. Messina on behalf of Trustee David V. Adler
messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com

Henry Minor Pipes, III on behalf of Interested Party Liberty Mutual Insurance Company
mpipes@pipesmiles.com, kwooley@pipesmiles.com

Charles M. Pisano on behalf of Interested Party Employers Insurance Company of Wausau
cpisano@roedelparsons.com

Mark D. Plevin on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
mplevin@crowell.com, cromo@crowell.com

William S. Robbins on behalf of Interested Party Louisiana Insurance Guaranty Association
wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Gerolyn Roussel on behalf of Creditor Roussel & Clement Creditors
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Bonnie Ann Loupe
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Joseph E Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Lee Ann Cortez
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Mary S Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Mavis T Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Michael W Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Sherry Tregre Cortez
gerolynroussel@icloud.com

Perry J. Roussel, Jr. on behalf of Interested Party Bonnie Ann Loupe
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Joseph E Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Lee Ann Cortez
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Mary S Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Mavis T Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Michael W Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Sherry Tregre Cortez
rcfirm@rousselandclement.com

Amanda Russo Schenck on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
aschenck@shergarner.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov