UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 17-12870 |
| REILLY-BENTON COMPANY, INC., | § § | CHAPTER 7 |
| DEBTOR. | § § | SECTION A |

**ORDER**

On August 17, 2022, this Court held a hearing to consider the *Motion To Compel Reilly-Benton Company, Inc.* (the "Motion"), [ECF Doc. 161], filed by the Roussel & Clement Creditors,[1] and the objection to the Motion, [ECF Doc. 177], filed by Reilly-Benton Company, Inc. ("Reilly-Benton" or the "Debtor");

Appearances:

Albert Derbes on behalf of the chapter 7 trustee appointed in the Debtor's case,
Gerolyn Roussel and Benjamin Dinehart on behalf of Roussel & Clement Creditors,
Leo Congini on behalf of the Landry & Swarr Creditors,
Will Robins on behalf of Louisiana Insurance Guaranty Association, and
Mark Plevin on behalf of Century Indemnity Company.

Based on the pleadings, the exhibits offered and admitted into evidence [Debtor's Exhibit 1; Roussel & Clement Creditor's Exhibit A], the arguments of counsel, and applicable law,

**IT IS ORDERED** that the Motion is **GRANTED** with the following limitations imposed by the Court pursuant to Rule 26 of the Federal Rules of Civil Procedure.

---

[1] The firm of Roussel & Clement represents claimants who have filed claims against Reilly-Benton Company, Inc., including Frank James Brazan, Pennie Ann Brazan Kliebert, Shane Anthony Brazan, Jason Joseph Brazan, and Carmel Theresa Brazan Bourg, Mary Patsy Soileau Courville, Mavis Todd Courville, Michael Wade Courville, and Joseph Eric Courville, Joseph Alfred Hedges, Jr. and Renee Hedges Blum, and Bonnie Ann Tregre Loupe, Lee Ann Tregre Cortez, and Sherry Tregre Cortez.

**EXHIBIT 1**

**IT IS FURTHER ORDERED** that counsel for the Roussel & Clement Creditors may depose Warren Watters in his role as the corporate representative for the Debtor pursuant to Federal Rule of Civil Procedure 30(b)(6) on or before **Tuesday, September 6, 2022**; however,

**IT IS FURTHER ORDERED** that the deposition will take place at the home of Mr. Watters at a date and time that is convenient to him;

**IT IS FURTHER ORDERED** that the deposition is limited to thirty (30) minutes;

**IT IS FURTHER ORDERED** that counsel is limited to four questions:

- How many currently pending asbestos claims against Reilly-Benton are you aware of and what is the status of those claims?

- Are you in possession of or do you know the location of any books and records belonging to Reilly-Benton?

- What was your motivation for placing Reilly-Benton into chapter 7 bankruptcy?

- Did you have prepetition agreements or arrangements with Reilly-Benton's insurers regarding the treatment of claims or the filing of Reilly-Benton's bankruptcy case?

**IT IS FURTHER ORDERED** that counsel for the Roussel & Clement Creditors shall serve this Order on the required parties pursuant to the governing Order limiting notice who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, August 18, 2022.

                                                              _____
                                                              MEREDITH S. GRABILL
                                                              UNITED STATES BANKRUPTCY JUDGE