## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 17-12870 |
| | § | |
| REILLY-BENTON COMPANY, INC., | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | SECTION A |

# ORDER

This Court held a hearing on September 14, 2022 to resolve the *Motion for New Trial on Motion To Compel Reilly-Benton Company, Inc.* (the "Motion"), [ECF Doc. 213], filed by Roussel & Clement Creditors, and the *Opposition to Motion for New Trial with Incorporated Memorandum*, [ECF Doc. 282], filed by Reilly-Benton Company, Inc.

Appearances:  Al Derbes, Special Counsel for the Chapter 7 Trustee;
Gerolyn Roussel and Benjamin Dinehart, Counsel for the Roussel & Clement Creditors;
Mark Plevin, Counsel for Century Indemnity Company;
Henry Minor Pipes, III and Douglas Gooding, Counsel for Liberty Mutual Insurance Company;
William Robbins and Stephanie Laborde, Counsel for Louisiana Insurance Guaranty Association;
Leo Congeni and Matthew Clark, Counsel for the Landry & Swarr Creditors;
David Messina, Counsel for the Trustee in the LIGA settlement; and
Charles Pisano, Counsel for Employers Insurance Company of Wausau.

Considering the record and pleadings, the applicable law, and for the reasons stated on the record,

**IT IS ORDERED** that the Motion is **DENIED**.

**EXHIBIT 2**

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, September 20, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE