State of Louisiana Secretary of State



**COMMERCIAL DIVISION**
225.925.4704

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| REILLY-BENTON COMPANY, INC. | Business Corporation | BATON ROUGE | Inactive |

**Previous Names**

| | |
|---|---|
| **Business:** | REILLY-BENTON COMPANY, INC. |
| **Charter Number:** | 20903090D |
| **Registration Date:** | 2/13/1950 |

**Domicile Address**
8550 UNITED PLAZA BLVD.
SUITE 702
BATON ROUGE, LA 70809

**Mailing Address**
P.O. BOX 52346
NEW ORLEANS, LA 70152

**Principal Office Address**
2100 ST.CHARLES AV APT 7E
NEW ORLEANS, LA 70130

# Status

| | |
|---|---|
| **Status:** | Inactive |
| **Inactive Reason:** | **Action By Secretary of State** |
| **File Date:** | 2/13/1950 |
| **Last Report Filed:** | 2/1/2018 |
| **Type:** | Business Corporation |

# Officer(s)

Additional Officers: No

| | |
|---|---|
| **Officer:** | WARREN K. WATTERS |
| **Title:** | Director, President |
| **Address 1:** | 2100 ST. CHARLES AVE., SUITE 7D |
| **City, State, Zip:** | NEW ORLEANS, LA 70130 |

# Amendments on File (10)

| Description | Date |
|---|---|
| Amendment | 12/8/1961 |
| Domicile, Agent Change or Resign of Agent | 8/21/2001 |
| Appointing, Change, or Resign of Officer | 3/24/2005 |

**EXHIBIT 3**

| | |
|---|---|
| Domicile, Agent Change or Resign of Agent | 6/16/2006 |
| Domicile, Agent Change or Resign of Agent | 11/20/2006 |
| Domicile, Agent Change or Resign of Agent | 5/25/2007 |
| Domicile, Agent Change or Resign of Agent | 11/13/2007 |
| Domicile, Agent Change or Resign of Agent | 12/1/2008 |
| Administrative Termination | 5/15/2019 |
| Domicile, Agent Change or Resign of Agent | 6/28/2021 |

[Print]