# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 17-12870 |
| | * | |
| REILLY-BENTON COMPANY, INC., | * | SECTION "B" |
| | * | |
| Debtor | * | CHAPTER 7 |
| | * | |

**************************************

### L&S OBJECTORS' MOTION TO COMPEL RESPONSES TO SECOND SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSIONS TO DAVID V. ADLER, TRUSTEE, AND CENTURY INDEMNITY COMPANY

Landry & Swarr, LLC Objectors[1] ("L&S Objectors") respectfully move for entry of an order compelling David V. Adler, Trustee ("Trustee"), and Century Indemnity Company ("Century"), the insurer of debtor Reilly-Benton Company, to provide responses to L&S Objectors' Second Set of Interrogatories, Requests for Production, and Requests for Admissions, which were propounded pursuant to Rules 7033 and 9014 of the Federal Rules of Bankruptcy Procedure. Counsel for the parties have attempted to resolve this dispute without this Honorable Court's assistance but were unable to do so.

As explained more fully in the Memorandum in Support accompanying this motion, L&S Objectors' discovery requests are relevant and reasonable, while Century's and the Trustee's boilerplate objections are unsubstantiated and lack merit. Because Century and the Trustee have refused to provide responses to L&S Objectors' discovery requests, this Motion to Compel Century and the Trustee to fully answer each discovery request without objection is now necessary.

---

[1] The firm of Landry & Swarr represents claimants who have filed claims against Reilly-Benton Company, Inc., including Kevin Franchina, Tena Danos, and Josephine Alexander.

WHEREFORE, for the reasons outlined above and in the Memorandum in Support, L&S Objectors respectfully request this Court to grant this Motion to Compel and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

**LANDRY & SWARR, LLC**

**/s/ MICKEY P. LANDRY**
MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
MATTHEW CLARK, Bar No. 31102
1100 Poydras Street
Energy Centre – Suite 2000
New Orleans, LA 70163
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of November, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system and to defense counsel by electronic mail.

**/s/ MICKEY P. LANDRY**
MICKEY P. LANDRY