# EXHIBIT "A"

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:

REILLY-BENTON COMPANY, INC.,

        Debtors.

Case No. 17-12870

Chapter 7

Judge Grabill

---

### LANDRY & SWARR, LLC OBJECTORS' INTERROGATORIES TO CENTURY INDEMNITY COMPANY, AS THE INSURER OF REILLY-BENTON COMPANY, LOUISIANA INSURANCE GUARANTY ASSOCIATION AND THE TRUSTEE

---

        Pursuant to Rules 7033 and 9014 of the Federal Rules of Bankruptcy Procedure, Landry & Swarr, LLC Objectors, hereby require that the Century Indemnity Company, as the insurer of Reilly-Benton Company ("Century"), Louisiana Insurance Guaranty Association ("LIGA") and David V. Adler, the Chapter 7 Trustee (the "Trustee") fully answers, in writing and under oath, the following First Set of Interrogatories. Responses to these Interrogatories are to be served upon undersigned counsel at the addresses shown below.

        These interrogatories are continuing in character so as to require Century, LIGA and the Trustee to serve supplementary responses to the extent that Century, LIGA and the Trustee obtain, directly or through their agents, representatives, or attorneys, pertinent additional or different information between the time that Century, LIGA and the Trustee serve their answers to these interrogatories and the completion of the confirmation hearing in this bankruptcy case.

### Definitions

        When used in these requests, the following terms shall have the following meanings:

- 1 -

1.      "YOU" and "YOUR" means Reilly Benton Company, Inc.

2.      "Bankruptcy Case" means *In re Reilly-Benton Company, Inc.*, Case No. 17-12870 (Bankr. E.D. La.).

3.      "Identify" means to state:
>    a.      With respect to a natural Person:
>    1)      That Person's full name;
>    2)      The last known business address, business phone number, business e-mail address, home address, home phone number, mobile phone number, and personal e-mail address of the Person;
>    3)      The business affiliation, title, position, and duties of the Person at the time period of the matter at issue; and
>    4)      The Person's current business affiliation, title, position, and duties.
>    b.      With respect to a Person or entity other than a natural Person:
>    1)      The full name of the Person or entity;
>    2)      The nature of the Person or entity (*e.g.*, corporation, partnership);
>    3)      The last known address and phone number of the Person or entity; and
>    4)      If the Person or entity is a corporation, the state of incorporation.
>    c.      With respect to a Document:
>    1)      The date and nature of the Document (*i.e.*, whether it is a letter, memorandum, minutes of a meeting, etc.);
>    2)      The title, subject, or heading of the Document;
>    3)      Each author, addressee, copy addressee, blind copy addressee, and every other Person or entity to whom the Document was disclosed;
>    4)      A description of the Document's subject matter; and
>    5)      The Bates number or other identification number of the Document, if any.

4.      "IDENTIFY," regarding a thing, means to describe the thing, including its type, general subject matter, proper name, if one exists or existed, date, if applicable, location, present owner, YOUR time of ownership or use of the thing, YOUR use of the thing, and if a photograph, the photographer.

5.      "IDENTIFY," regarding a person, means to give, to the extent known, the person's full name, present or last-known address, telephone number, email address, present or last-known place of employment, and present or last know job title.

6.      "DOCUMENT" is synonymous in meaning and equal in scope to the usage of the phrase, "documents and tangible things." A draft or a non-identical copy is a separate document within the meaning of this term. Requested documents include, but are not limited to, the following:

- those that are now or were formerly in the possession, custody, or control of Defendant, and

- those that are known or believed to be responsive to these discovery requests regardless of who now has or formerly had possession, custody, or control of the documents.

- Documents include, by way of example only, any memorandum, request envelope, correspondence, electronic mail, report, note, Post-It, message, telephone message, telephone log, diary, journal, appointment calendar, calendar, group scheduler calendar, drawing, painting, accounting paper, minutes, working paper, financial report, accounting report, work papers, drafts, facsimile, facsimile transmission report, contract, invoice, record of sale or purchase, Teletype message, chart, graph, index, directory, computer directory, computer disk, computer tape, or any other written, printed, typed, punched, taped, filmed, or graphic matter however produced or reproduced. Documents also include the file, folder tabs, and labels appended to or containing any documents.

7.    "PERSON" includes natural persons, firms, partnerships, associations, joint ventures, corporations, and any other form of business organization or arrangement, as well as officers, directors, shareholders, employees, agents, and contractors of any business organization or arrangement.

8.    "ASBESTOS" means any of the naturally-occurring fibrous silicate minerals, including both serpentine forms (chrysotile) and amphibole forms (amosite, crocidolite, tremolite, anthophyllite, and actinolite), whether referred to by their scientific names or by synonyms such as brown (amosite), white (chrysotile) or blue (crocidolite) asbestos.

9.    "ASBESTOS-CONTAINING PRODUCT" means any product or material that contains asbestos in any form.  Such products include, but are not limited to, pipe covering, turbines, cement, block, gaskets, packing, plaster, joint compound, floor and ceiling tiles, mastics, raw fibers, fireproofing, shingles, panels, sheets, boards, millboard, refractory cement, boilers, firebrick, brake and clutch linings, finishing compound, texture, drilling mud, "hot tops," and other construction, building, drywall, lath, and insulation materials.

10.    "ACM" means asbestos containing materials.  ACMs include, without limitation, thermal insulation materials that are of any percentage asbestos.  These materials may not be composed completely of asbestos.

11.    "EMPLOYEE" means anyone acting on YOUR behalf.

11.    "CONTRACTING" and/or "OPERATION" and/or "NON-PRODUCTS" means that YOU sent employees on YOUR behalf to perform work at any particular facility, plant, building, etc., including but not limited to insulation work, abatement work, tear out work, and/or any other action taken by employees involving Asbestos, Asbestos-containing products and/or ACMs while at the particular facility, plant, building, etc.

12.    Any word not specifically defined above is to be given its meaning as contained in the most

recent edition of the American Heritage Dictionary, published by the Houghton-Mifflin Company.

## **Interrogatories**

### **INTERROGATORY NO. 1:**

State the name, address, job title, length of time employed by you, and a year-by-year list of all other positions, titles, or jobs held when working for you of each person who has supplied any information used in answering these interrogatories.

### **INTERROGATORY NO. 2:**

For every facility, company and/or location where "contracting," "non-products" or "operations" were performed by Reilly-Benton Company, Inc., Identify: (a) the nature of the operational activity being performed by Reilly-Benton workers; (b) the specific location during an operational activity of Reilly-Benton workers; (c) the specific time period and duration of operational activity of Reilly-Benton workers; (d) all witnesses to the operational activity of Reilly-Benton workers; (e) all documents or other evidence of the operational activity of Reilly-Benton workers; and (f) all prior testimony or statements given by anyone while being exposed to an operational activity of Reilly-Benton workers, whether such prior testimony or statements support a "non-products" or "operations" claim or not.

### **INTERROGATORY NO. 3:**

Identify each and every fact witness whom You will call or anticipate calling to testify at the hearing on the Trustee's Motion and, for each such fact witness, describe in detail the subject matter of the Person's anticipated testimony.

### **INTERROGATORY NO. 4:**

Identify each and every expert witness whom You will call or anticipate calling to testify at the hearing on the Trustee's Motion and, for each such expert witness, describe in detail the

subject matter of the Person's anticipated testimony.

DATED: August 12, 2022

Respectfully submitted,
**LANDRY & SWARR, LLC**

BY: /s/ Mickey P. Landry
Mickey P. Landry (#22817)
Frank J. Swarr (#22322)
Matthew C. Clark (#31102)
1100 Poydras Street, Ste. 2000
New Orleans, LA 70130

AND


**CONGENI LAW FIRM, LLC**


BY:     */s/Leo D. Congeni*
LEO D. CONGENI (#25626)
650 Poydras Street, Suite 2750
New Orleans, LA 70130
Telephone: 504-522-4848
Facsimile: 504-910-3055
Email: leo@congenilawfirm.com

**Attorneys for the Landry & Swarr Creditors**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 17-12870 |
| REILLY-BENTON COMPANY, INC., | Chapter 7 |
| Debtors. | Judge Grabill |

## LANDRY & SWARR, LLC OBJECTORS' REQUESTS FOR PRODUCTION TO CENTURY INDEMNITY COMPANY, AS THE INSURER OF REILLY-BENTON COMPANY, LOUISIANA INSURANCE GUARANTY ASSOCIATION AND THE TRUSTEE

Pursuant to Rules 7033 and 9014 of the Federal Rules of Bankruptcy Procedure, Landry & Swarr, LLC Objectors, hereby require that the Century Indemnity Company, as the insurer of Reilly-Benton Company ("Century"), Louisiana Insurance Guaranty Association ("LIGA") and David V. Adler, the Chapter 7 Trustee (the "Trustee") fully answers, in writing and under oath, the following First Set of Requests for Production. Responses to these Requests for Production are to be served upon undersigned counsel at the addresses shown below.

These Requests for Production are continuing in character so as to require Century, LIGA and the Trustee to serve supplementary responses to the extent that Century, LIGA and the Trustee obtain, directly or through their agents, representatives, or attorneys, pertinent additional or different information between the time that Century, LIGA and the Trustee serve their answers to these interrogatories and the completion of the confirmation hearing in this bankruptcy case.

### **Definitions**

When used in these requests, the following terms shall have the following meanings:

1.      "YOU" and "YOUR" means Reilly Benton Company, Inc.

2.      "Bankruptcy Case" means *In re Reilly-Benton Company, Inc.*, Case No. 17-12870 (Bankr. E.D. La.).

3.      "Identify" means to state:

      a.      With respect to a natural Person:

          1)      That Person's full name;

          2)      The last known business address, business phone number, business e-mail address, home address, home phone number, mobile phone number, and personal e-mail address of the Person;

          3)      The business affiliation, title, position, and duties of the Person at the time period of the matter at issue; and

          4)      The Person's current business affiliation, title, position, and duties.

      b.      With respect to a Person or entity other than a natural Person:

          1)      The full name of the Person or entity;

          2)      The nature of the Person or entity (*e.g.*, corporation, partnership);

          3)      The last known address and phone number of the Person or entity; and

          4)      If the Person or entity is a corporation, the state of incorporation.

      c.      With respect to a Document:

          1)      The date and nature of the Document (*i.e.*, whether it is a letter, memorandum, minutes of a meeting, etc.);

          2)      The title, subject, or heading of the Document;

          3)      Each author, addressee, copy addressee, blind copy addressee, and every other Person or entity to whom the Document was disclosed;

          4)      A description of the Document's subject matter; and

          5)      The Bates number or other identification number of the Document, if any.

4.      "IDENTIFY," regarding a thing, means to describe the thing, including its type, general subject matter, proper name, if one exists or existed, date, if applicable, location, present owner, YOUR time of ownership or use of the thing, YOUR use of the thing, and if a photograph, the photographer.

5.      "IDENTIFY," regarding a person, means to give, to the extent known, the person's full name, present or last-known address, telephone number, email address, present or last-known place of employment, and present or last know job title.

6.      "DOCUMENT" is synonymous in meaning and equal in scope to the usage of the phrase, "documents and tangible things." A draft or a non-identical copy is a separate document within the meaning of this term. Requested documents include, but are not limited to, the following:

- those that are now or were formerly in the possession, custody, or control of Defendant, and

- those that are known or believed to be responsive to these discovery requests regardless of who now has or formerly had possession, custody, or control of the documents.

- Documents include, by way of example only, any memorandum, request envelope, correspondence, electronic mail, report, note, Post-It, message, telephone message, telephone log, diary, journal, appointment calendar, calendar, group scheduler calendar, drawing, painting, accounting paper, minutes, working paper, financial report, accounting report, work papers, drafts, facsimile, facsimile transmission report, contract, invoice, record of sale or purchase, Teletype message, chart, graph, index, directory, computer directory, computer disk, computer tape, or any other written, printed, typed, punched, taped, filmed, or graphic matter however produced or reproduced. Documents also include the file, folder tabs, and labels appended to or containing any documents.

7. "PERSON" includes natural persons, firms, partnerships, associations, joint ventures, corporations, and any other form of business organization or arrangement, as well as officers, directors, shareholders, employees, agents, and contractors of any business organization or arrangement.

8. "ASBESTOS" means any of the naturally-occurring fibrous silicate minerals, including both serpentine forms (chrysotile) and amphibole forms (amosite, crocidolite, tremolite, anthophyllite, and actinolite), whether referred to by their scientific names or by synonyms such as brown (amosite), white (chrysotile) or blue (crocidolite) asbestos.

9. "ASBESTOS-CONTAINING PRODUCT" means any product or material that contains asbestos in any form. Such products include, but are not limited to, pipe covering, turbines, cement, block, gaskets, packing, plaster, joint compound, floor and ceiling tiles, mastics, raw fibers, fireproofing, shingles, panels, sheets, boards, millboard, refractory cement, boilers, firebrick, brake and clutch linings, finishing compound, texture, drilling mud, "hot tops," and other construction, building, drywall, lath, and insulation materials.

10. "ACM" means asbestos containing materials. ACMs include, without limitation, thermal insulation materials that are of any percentage asbestos. These materials may not be composed completely of asbestos.

11. "EMPLOYEE" means anyone acting on YOUR behalf.

11. "CONTRACTING" and/or "OPERATION" and/or "NON-PRODUCTS" means that YOU sent employees on YOUR behalf to perform work at any particular facility, plant, building, etc., including but not limited to insulation work, abatement work, tear out work, and/or any other action taken by employees involving Asbestos, Asbestos-containing products and/or ACMs while at the particular facility, plant, building, etc.

12. Any word not specifically defined above is to be given its meaning as contained in the most recent edition of the American Heritage Dictionary, published by the Houghton-Mifflin Company.

## Requests for Production

**REQUEST NO. 1:**

Produce a full copy of any transcripts of deposition and/or trial testimony given by YOU and/or by any EMPLOYEE that discuss "contracting," "non-products" and/or "operations" on YOUR behalf. [This request shall exclude what has already been provided by Landry & Swarr Objections in response to discovery requests previously propounded].

**REQUEST NO. 2:**

Produce a copy of any and all contracts that YOU entered into that specify that YOU and/or any EMPLOYEE performed "contracting," "non-products" and/or "operations" on YOUR behalf.

**REQUEST NO. 3:**

Produce a copy of any and all affidavits by YOU and/or any EMPLOYEE that YOU and/or any EMPLOYEE performed "contracting," "non-products" and/or "operations" on YOUR behalf.

**REQUEST NO. 4:**

Produce a copy of any and all documents in your possession that specify YOU and/or any EMPLOYEE performed "contracting," "non-products" and/or "operations" on YOUR behalf.

**REQUEST NO. 5:**

Produce a copy of any and all documents in connection with any affirmative responses in the corresponding Request for Admission propounded concurrently with these Requests for Production.

DATED: August 12, 2022

Respectfully submitted,
**LANDRY & SWARR, LLC**

BY: /s/ Mickey P. Landry
Mickey P. Landry (#22817)
Frank J. Swarr (#22322)
Matthew C. Clark (#31102)
1100 Poydras Street, Ste. 2000
New Orleans, LA 70130

AND


**CONGENI LAW FIRM, LLC**

BY:    ***/s/Leo D. Congeni***
LEO D. CONGENI (#25626)
650 Poydras Street, Suite 2750
New Orleans, LA  70130
Telephone: 504-522-4848
Facsimile:  504-910-3055
Email:  leo@congenilawfirm.com

**Attorneys for the Landry & Swarr Creditors**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>REILLY-BENTON COMPANY, INC.,<br><br>Debtors. | Case No. 17-12870<br><br>Chapter 7<br><br>Judge Grabill |

## LANDRY & SWARR, LLC OBJECTORS' REQUESTS FOR ADMISSION TO CENTURY INDEMNITY COMPANY, AS THE INSURER OF REILLY-BENTON COMPANY, LOUISIANA INSURANCE GUARANTY ASSOCIATION AND THE TRUSTEE

Pursuant to Rules 7033 and 9014 of the Federal Rules of Bankruptcy Procedure, Landry & Swarr, LLC Objectors, hereby require that the Century Indemnity Company, as the insurer of Reilly-Benton Company ("Century"), Louisiana Insurance Guaranty Association ("LIGA") and David V. Adler, the Chapter 7 Trustee (the "Trustee") fully answers, in writing and under oath, the following First Set of Requests for Admission. Responses to these Requests are to be served upon undersigned counsel at the addresses shown below.

These Requests for Admission are continuing in character so as to require Century, LIGA and the Trustee to serve supplementary responses to the extent that Century, LIGA and the Trustee obtain, directly or through their agents, representatives, or attorneys, pertinent additional or different information between the time that Century, LIGA and the Trustee serve their answers to these interrogatories and the completion of the confirmation hearing in this bankruptcy case.

## **Definitions**

When used in these requests, the following terms shall have the following meanings:

- 1 -

1.      "YOU" and "YOUR" means Reilly Benton Company, Inc.

2.      "Bankruptcy Case" means *In re Reilly-Benton Company, Inc.*, Case No. 17-12870 (Bankr. E.D. La.).

3.      "Identify" means to state:

      a.      With respect to a natural Person:

          1)      That Person's full name;

          2)      The last known business address, business phone number, business e-mail address, home address, home phone number, mobile phone number, and personal e-mail address of the Person;

          3)      The business affiliation, title, position, and duties of the Person at the time period of the matter at issue; and

          4)      The Person's current business affiliation, title, position, and duties.

      b.      With respect to a Person or entity other than a natural Person:

          1)      The full name of the Person or entity;

          2)      The nature of the Person or entity (*e.g.*, corporation, partnership);

          3)      The last known address and phone number of the Person or entity; and

          4)      If the Person or entity is a corporation, the state of incorporation.

      c.      With respect to a Document:

          1)      The date and nature of the Document (*i.e.*, whether it is a letter, memorandum, minutes of a meeting, etc.);

          2)      The title, subject, or heading of the Document;

          3)      Each author, addressee, copy addressee, blind copy addressee, and every other Person or entity to whom the Document was disclosed;

          4)      A description of the Document's subject matter; and

          5)      The Bates number or other identification number of the Document, if any.

4.      "IDENTIFY," regarding a thing, means to describe the thing, including its type, general subject matter, proper name, if one exists or existed, date, if applicable, location, present owner, YOUR time of ownership or use of the thing, YOUR use of the thing, and if a photograph, the photographer.

5.      "IDENTIFY," regarding a person, means to give, to the extent known, the person's full name, present or last-known address, telephone number, email address, present or last-known place of employment, and present or last know job title.

6.      "DOCUMENT" is synonymous in meaning and equal in scope to the usage of the phrase, "documents and tangible things." A draft or a non-identical copy is a separate document within the meaning of this term. Requested documents include, but are not limited to, the following:

- those that are now or were formerly in the possession, custody, or control of Defendant, and

- those that are known or believed to be responsive to these discovery requests regardless of who now has or formerly had possession, custody, or control of the documents.

- Documents include, by way of example only, any memorandum, request envelope, correspondence, electronic mail, report, note, Post-It, message, telephone message, telephone log, diary, journal, appointment calendar, calendar, group scheduler calendar, drawing, painting, accounting paper, minutes, working paper, financial report, accounting report, work papers, drafts, facsimile, facsimile transmission report, contract, invoice, record of sale or purchase, Teletype message, chart, graph, index, directory, computer directory, computer disk, computer tape, or any other written, printed, typed, punched, taped, filmed, or graphic matter however produced or reproduced. Documents also include the file, folder tabs, and labels appended to or containing any documents.

7.     "PERSON" includes natural persons, firms, partnerships, associations, joint ventures, corporations, and any other form of business organization or arrangement, as well as officers, directors, shareholders, employees, agents, and contractors of any business organization or arrangement.

8.     "ASBESTOS" means any of the naturally-occurring fibrous silicate minerals, including both serpentine forms (chrysotile) and amphibole forms (amosite, crocidolite, tremolite, anthophyllite, and actinolite), whether referred to by their scientific names or by synonyms such as brown (amosite), white (chrysotile) or blue (crocidolite) asbestos.

9.     "ASBESTOS-CONTAINING PRODUCT" means any product or material that contains asbestos in any form.  Such products include, but are not limited to, pipe covering, turbines, cement, block, gaskets, packing, plaster, joint compound, floor and ceiling tiles, mastics, raw fibers, fireproofing, shingles, panels, sheets, boards, millboard, refractory cement, boilers, firebrick, brake and clutch linings, finishing compound, texture, drilling mud, "hot tops," and other construction, building, drywall, lath, and insulation materials.

10.     "ACM" means asbestos containing materials.  ACMs include, without limitation, thermal insulation materials that are of any percentage asbestos.  These materials may not be composed completely of asbestos.

11.     "EMPLOYEE" means anyone acting on YOUR behalf.

11.     "CONTRACTING" and/or "OPERATION" and/or "NON-PRODUCTS" means that YOU sent employees on YOUR behalf to perform work at any particular facility, plant, building, etc., including but not limited to insulation work, abatement work, tear out work, and/or any other action taken by employees involving Asbestos, Asbestos-containing products and/or ACMs while at the particular facility, plant, building, etc.

12.     Any word not specifically defined above is to be given its meaning as contained in the most

recent edition of the American Heritage Dictionary, published by the Houghton-Mifflin Company.

<u>**Requests for Admission**</u>

**REQUEST NO. 1:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1967.

**REQUEST NO. 2:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1968.

**REQUEST  NO. 3:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1969.

**REQUEST NO. 4:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1970.

**REQUEST NO. 5:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1971.

**REQUEST NO. 6:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1972.

**REQUEST NO. 7:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1973.

**REQUEST NO. 8:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1974.

**REQUEST NO. 9:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1975.

**REQUEST NO. 10:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1976.

**REQUEST NO. 11:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1977.

**REQUEST NO. 12:**

Admit that you performed contracting, operations and/or non-products work at Dow Chemical Company in Plaquemine, Louisiana during the year 1978.

**REQUEST NO. 13:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1967.

**REQUEST NO. 14:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1968.

**REQUEST NO. 15:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1969.

**REQUEST NO. 16:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1970.

**REQUEST NO. 17:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1971.

**REQUEST NO. 18:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1972.

**REQUEST NO. 19:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1973.

**REQUEST NO. 20:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1974.

**REQUEST NO. 21:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1975.

**REQUEST NO. 22:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1976.

**REQUEST NO. 23:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1977.

**REQUEST NO.24:**

Admit that you performed contracting, operations and/or non-products work at The Air Products Plant in New Orleans, Louisiana during the year 1978.

**REQUEST NO. 25:**

Admit that you performed contracting, operations and/or non-products work at Algiers Naval Station in Algiers, Louisiana during the year 1967.

**REQUEST NO. 26:**

Admit that you performed contracting, operations and/or non-products work at Algiers Naval Station in Algiers, Louisiana during the year 1968.

**REQUEST NO. 27:**

Admit that you performed contracting, operations and/or non-products work at Algiers Naval Station in Algiers, Louisiana during the year 1969.

**REQUEST NO. 28:**

Admit that you performed contracting, operations and/or non-products work at Algiers Naval Station in Algiers, Louisiana during the year 1970.

**REQUEST NO. 29:**

Admit that you performed contracting, operations and/or non-products work at Algiers Naval Station in Algiers, Louisiana during the year 1971.

**REQUEST NO. 30:**

Admit that you performed contracting, operations and/or non-products work at Algiers

Naval Station in Algiers, Louisiana during the year 1972.

**REQUEST NO. 31:**

Admit that you performed contracting, operations and/or non-products work at Algiers Naval Station in Algiers, Louisiana during the year 1973.

**REQUEST NO. 32:**

Admit that you performed contracting, operations and/or non-products work at Algiers Naval Station in Algiers, Louisiana during the year 1974.

**REQUEST NO. 33:**

Admit that you performed contracting, operations and/or non-products work at Algiers Naval Station in Algiers, Louisiana during the year 1975.

**REQUEST NO. 34:**

Admit that you performed contracting, operations and/or non-products work at Algiers Naval Station in Algiers, Louisiana during the year 1976.

**REQUEST NO. 35:**

Admit that you performed contracting, operations and/or non-products work at Algiers Naval Station in Algiers, Louisiana during the year 1977.

**REQUEST NO. 36:**

Admit that you performed contracting, operations and/or non-products work at Algiers Naval Station in Algiers, Louisiana during the year 1978.

**REQUEST NO. 37:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1967.

**REQUEST NO. 38:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1968.

**REQUEST NO. 39:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1969.

**REQUEST NO. 40:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1970.

**REQUEST NO. 41:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1971.

**REQUEST NO. 42:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1972.

**REQUEST NO. 43:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1973.

**REQUEST NO. 44:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1974.

**REQUEST NO. 45:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1975.

**REQUEST NO. 46:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1976.

**REQUEST NO. 47:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1977.

**REQUEST NO. 48:**

Admit that you performed contracting, operations and/or non-products work at American Cyanamid in Westwego, Louisiana during the year 1978.

**REQUEST NO. 49:**

Admit that you performed contracting, operations and/or non-products work at Borden Chemical in Geismar, Louisiana during the year 1967.

**REQUEST NO. 50:**

Admit that you performed contracting, operations and/or non-products work at Borden Chemical in Geismar, Louisiana during the year 1968.

**REQUEST NO. 51:**

Admit that you performed contracting, operations and/or non-products work at Borden Chemical in Geismar, Louisiana during the year 1969.

**REQUEST NO. 52:**

Admit that you performed contracting, operations and/or non-products work at Borden Chemical in Geismar, Louisiana during the year 1970.

**REQUEST NO. 53:**

Admit that you performed contracting, operations and/or non-products work at Borden Chemical in Geismar, Louisiana during the year 1971.

**REQUEST NO. 54:**

Admit that you performed contracting, operations and/or non-products work at Borden Chemical in Geismar, Louisiana during the year 1972.

**REQUEST NO. 55:**

Admit that you performed contracting, operations and/or non-products work at Borden Chemical in Geismar, Louisiana during the year 1973.

**REQUEST NO. 56:**

Admit that you performed contracting, operations and/or non-products work at Borden Chemical in Geismar, Louisiana during the year 1974.

**REQUEST NO. 57:**

Admit that you performed contracting, operations and/or non-products work at Borden Chemical in Geismar, Louisiana during the year 1975.

**REQUEST NO. 58:**

Admit that you performed contracting, operations and/or non-products work at Borden Chemical in Geismar, Louisiana during the year 1976.

**REQUEST NO. 59:**

Admit that you performed contracting, operations and/or non-products work at Borden Chemical in Geismar, Louisiana during the year 1977.

**REQUEST NO. 60:**

Admit that you performed contracting, operations and/or non-products work at Borden

Chemical in Geismar, Louisiana during the year 1978.

**REQUEST NO. 61:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1967.

**REQUEST NO. 62:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1968.

**REQUEST NO. 63:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1969.

**REQUEST NO. 64:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1970.

**REQUEST NO. 65:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1971.

**REQUEST NO. 66:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1972.

**REQUEST NO. 67:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1973.

**REQUEST NO. 68:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1974.

**REQUEST NO. 69:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1975.

**REQUEST NO. 70:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1976.

**REQUEST NO. 71:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1977.

**REQUEST NO. 72:**

Admit that you performed contracting, operations and/or non-products work at Continental Can Company in New Orleans, Louisiana during the year 1978.

**REQUEST NO. 73:**

Admit that you performed contracting, operations and/or non-products work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1967.

**REQUEST NO. 74:**

Admit that you performed contracting, operations and/or non-products work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1968.

**REQUEST NO. 75:**

Admit that you performed contracting, operations and/or non-products work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1969.

**REQUEST NO. 76:**

Admit that you performed contracting, operations and/or non-products work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1970.

**REQUEST NO. 77:**

Admit that you performed contracting, operations and/or non-products work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1971.

**REQUEST NO. 78:**

Admit that you performed contracting, operations and/or non-products work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1972.

**REQUEST NO. 79:**

Admit that you performed contracting, operations and/or non-products work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1973.

**REQUEST NO. 80:**

Admit that you performed contracting, operations and/or non-products work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1974.

**REQUEST NO. 81:**

Admit that you performed contracting, operations and/or non-products work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1975.

**REQUEST NO. 82:**

Admit that you performed contracting, operations and/or non-products work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1976.

**REQUEST NO. 83:**

Admit that you performed contracting, operations and/or non-products work at the Freeport

Sulphur Plant in Port Sulphur, Louisiana during the year 1977.

**REQUEST NO. 84:**

Admit that you performed contracting, operations and/or non-products work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1978.

**REQUEST NO. 85:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1967.

**REQUEST NO. 86:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1968.

**REQUEST NO. 87:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1969.

**REQUEST NO. 88:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1970.

**REQUEST NO. 89:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1971.

**REQUEST NO. 90:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1972.

**REQUEST NO. 91:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1973.

**REQUEST NO. 92:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1974.

**REQUEST NO. 93:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1975.

**REQUEST NO. 94:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1976.

**REQUEST NO. 95:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1977.

**REQUEST NO. 96:**

Admit that you performed contracting, operations and/or non-products work at the GATX Tank Terminal in Norco, Louisiana during the year 1978.

**REQUEST NO. 97:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil Refinery in Norco, Louisiana during the year 1967.

**REQUEST NO. 98:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil Refinery in Norco, Louisiana during the year 1968.

- 16 -

**REQUEST NO. 99:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil Refinery in Norco, Louisiana during the year 1969.

**REQUEST NO. 100:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil Refinery in Norco, Louisiana during the year 1970.

**REQUEST NO. 101:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil Refinery in Norco, Louisiana during the year 1971.

**REQUEST NO. 102:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil Refinery in Norco, Louisiana during the year 1972.

**REQUEST NO. 103:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil Refinery in Norco, Louisiana during the year 1973.

**REQUEST NO. 104:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil Refinery in Norco, Louisiana during the year 1974.

**REQUEST NO. 105:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil Refinery in Norco, Louisiana during the year 1975.

**REQUEST NO. 106:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil

Refinery in Norco, Louisiana during the year 1976.

**REQUEST NO. 107:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil Refinery in Norco, Louisiana during the year 1977.

**REQUEST NO. 108:**

Admit that you performed contracting, operations and/or non-products work at Shell Oil Refinery in Norco, Louisiana during the year 1978.

**REQUEST NO. 109:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1967.

**REQUEST NO. 110:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1968.

**REQUEST NO. 111:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1969.

**REQUEST NO. 112:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1970.

**REQUEST NO. 113:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1971.

**REQUEST NO. 114:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1972.

**REQUEST NO. 115:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1973.

**REQUEST NO. 116:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1974.

**REQUEST NO. 117:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1975.

**REQUEST NO. 118:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1976.

**REQUEST NO. 119:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1977.

**REQUEST NO. 120:**

Admit that you performed contracting, operations and/or non-products work at Tenneco Refinery in Chalmette, Louisiana during the year 1978.

**REQUEST NO. 121:**

Admit that you performed contracting, operations and/or non-products work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1967.

**REQUEST NO. 122:**

Admit that you performed contracting, operations and/or non-products work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1968.

**REQUEST NO. 123:**

Admit that you performed contracting, operations and/or non-products work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1969.

**REQUEST NO. 124:**

Admit that you performed contracting, operations and/or non-products work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1970.

**REQUEST NO. 125:**

Admit that you performed contracting, operations and/or non-products work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1971.

**REQUEST NO. 126:**

Admit that you performed contracting, operations and/or non-products work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1972.

**REQUEST NO. 127:**

Admit that you performed contracting, operations and/or non-products work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1973.

**REQUEST NO. 128:**

Admit that you performed contracting, operations and/or non-products work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1974.

**REQUEST NO. 129:**

Admit that you performed contracting, operations and/or non-products work at Murphy Oil

in Chalmette and/or Meraux, Louisiana during the year 1975.

**REQUEST NO. 130:**

    Admit that you performed contracting, operations and/or non-products work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1976.

**REQUEST NO. 131:**

    Admit that you performed contracting, operations and/or non-products work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1977.

**REQUEST NO. 132:**

    Admit that you performed contracting, operations and/or non-products work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1978.

**REQUEST NO. 133:**

    Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1967.

**REQUEST NO. 134:**

    Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1968.

**REQUEST NO. 135:**

    Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1969.

**REQUEST NO. 136:**

    Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1970.

**REQUEST NO. 137:**

Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1971.

**REQUEST NO. 138:**

Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1972.

**REQUEST NO. 139:**

Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1973.

**REQUEST NO. 140:**

Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1974.

**REQUEST NO. 141:**

Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1975.

**REQUEST NO. 142:**

Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1976.

**REQUEST NO. 143:**

Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1977.

**REQUEST NO. 144:**

Admit that you performed contracting, operations and/or non-products work at Johns-Manville in Marrero, Louisiana during the year 1978.

**REQUEST NO. 145:**

Admit that you performed contracting, operations and/or non-products work at the Market Street Power Plant in New Orleans, Louisiana during the year 1967.

**REQUEST NO. 146:**

Admit that you performed contracting, operations and/or non-products work at the Market Street Power Plant in New Orleans, Louisiana during the year 1968.

**REQUEST NO. 147:**

Admit that you performed contracting, operations and/or non-products work at the Market Street Power Plant in New Orleans, Louisiana during the year 1969.

**REQUEST NO. 148:**

Admit that you performed contracting, operations and/or non-products work at the Market Street Power Plant in New Orleans, Louisiana during the year 1970.

**REQUEST NO. 149:**

Admit that you performed contracting, operations and/or non-products work at the Market Street Power Plant in New Orleans, Louisiana during the year 1971.

**REQUEST NO. 150:**

Admit that you performed contracting, operations and/or non-products work at the Market Street Power Plant in New Orleans, Louisiana during the year 1972.

**REQUEST NO. 151:**

Admit that you performed contracting, operations and/or non-products work at the Market Street Power Plant in New Orleans, Louisiana during the year 1973.

**REQUEST NO. 152:**

Admit that you performed contracting, operations and/or non-products work at the Market

Street Power Plant in New Orleans, Louisiana during the year 1974.

**REQUEST NO. 153:**

Admit that you performed contracting, operations and/or non-products work at the Market Street Power Plant in New Orleans, Louisiana during the year 1975.

**REQUEST NO. 154:**

Admit that you performed contracting, operations and/or non-products work at the Market Street Power Plant in New Orleans, Louisiana during the year 1976.

**REQUEST NO. 155:**

Admit that you performed contracting, operations and/or non-products work at the Market Street Power Plant in New Orleans, Louisiana during the year 1977.

**REQUEST NO. 156:**

Admit that you performed contracting, operations and/or non-products work at the Market Street Power Plant in New Orleans, Louisiana during the year 1978.

**REQUEST NO. 157:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1967.

**REQUEST NO. 158:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1968.

**REQUEST NO. 159:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1969.

**REQUEST NO. 160:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1970.

**REQUEST NO. 161:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1971.

**REQUEST NO. 162:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1972.

**REQUEST NO. 163:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1973.

**REQUEST NO. 164:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1974.

**REQUEST NO. 165:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1975.

**REQUEST NO. 166:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1976.

**REQUEST NO. 167:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1977.

**REQUEST NO. 168:**

Admit that you performed contracting, operations and/or non-products work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1978.

**REQUEST NO. 169:**

Admit that you performed contracting, operations and/or non-products work at Monsanto Chemical Plant in Luling, Louisiana during the year 1967.

**REQUEST NO. 170:**

Admit that you performed contracting, operations and/or non-products work at Monsanto Chemical Plant in Luling, Louisiana during the year 1968.

**REQUEST NO. 171:**

Admit that you performed contracting, operations and/or non-products work at Monsanto Chemical Plant in Luling, Louisiana during the year 1969.

**REQUEST NO. 172:**

Admit that you performed contracting, operations and/or non-products work at Monsanto Chemical Plant in Luling, Louisiana during the year 1970.

**REQUEST NO. 173:**

Admit that you performed contracting, operations and/or non-products work at Monsanto Chemical Plant in Luling, Louisiana during the year 1971.

**REQUEST NO. 174:**

Admit that you performed contracting, operations and/or non-products work at Monsanto Chemical Plant in Luling, Louisiana during the year 1972.

**REQUEST NO. 175:**

Admit that you performed contracting, operations and/or non-products work at Monsanto

Chemical Plant in Luling, Louisiana during the year 1973.

**REQUEST NO. 176:**

Admit that you performed contracting, operations and/or non-products work at Monsanto Chemical Plant in Luling, Louisiana during the year 1974.

**REQUEST NO. 177:**

Admit that you performed contracting, operations and/or non-products work at Monsanto Chemical Plant in Luling, Louisiana during the year 1975.

**REQUEST NO. 178:**

Admit that you performed contracting, operations and/or non-products work at Monsanto Chemical Plant in Luling, Louisiana during the year 1976.

**REQUEST NO. 179:**

Admit that you performed contracting, operations and/or non-products work at Monsanto Chemical Plant in Luling, Louisiana during the year 1977.

**REQUEST NO. 180:**

Admit that you performed contracting, operations and/or non-products work at Monsanto Chemical Plant in Luling, Louisiana during the year 1978.

**REQUEST NO. 181:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1967.

**REQUEST NO. 182:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1968.

**REQUEST NO. 183:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1969.

**REQUEST NO. 184:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1970.

**REQUEST NO. 185:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1971.

**REQUEST NO. 186:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1972.

**REQUEST NO. 187:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1973.

**REQUEST NO. 188:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1974.

**REQUEST NO. 189:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1975.

**REQUEST NO. 190:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1976.

**REQUEST NO. 191:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1977.

**REQUEST NO. 192:**

Admit that you performed contracting, operations and/or non-products work at National Gypsum in Westwego, Louisiana during the year 1978.

**REQUEST NO. 193:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1967.

**REQUEST NO. 194:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1968.

**REQUEST NO. 195:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1969.

**REQUEST NO. 196:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1968.

**REQUEST NO. 197:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1969.

**REQUEST NO. 198:**

Admit that you performed contracting, operations and/or non-products work at Oronite

Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1970.

**REQUEST NO. 199:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1971.

**REQUEST NO. 200:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1972.

**REQUEST NO. 201:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1973.

**REQUEST NO. 202:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1974.

**REQUEST NO. 203:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1975.

**REQUEST NO. 204:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1976.

**REQUEST NO. 205:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1977.

**REQUEST NO. 206:**

Admit that you performed contracting, operations and/or non-products work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1978.

**REQUEST NO. 207:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1967.

**REQUEST NO. 208:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1968.

**REQUEST NO. 209:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1969.

**REQUEST NO. 210:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1970.

**REQUEST NO. 211:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1971.

**REQUEST NO. 212:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1972.

**REQUEST NO. 213:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1973.

**REQUEST NO. 214:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1974.

**REQUEST NO. 215:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1975.

**REQUEST NO. 216:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1976.

**REQUEST NO. 217:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1977.

**REQUEST NO. 218:**

Admit that you performed contracting, operations and/or non-products work at Union Carbide in Taft, Louisiana during the year 1978.

**REQUEST NO. 219:**

Admit that you performed contracting, operations and/or non-products work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1967.

**REQUEST NO. 220:**

Admit that you performed contracting, operations and/or non-products work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1968.

**REQUEST NO. 221:**

Admit that you performed contracting, operations and/or non-products work at Kaiser

Aluminum in Baton Rouge, Louisiana during the year 1969.

**REQUEST NO. 222:**

Admit that you performed contracting, operations and/or non-products work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1970.

**REQUEST NO. 223:**

Admit that you performed contracting, operations and/or non-products work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1971.

**REQUEST NO. 224:**

Admit that you performed contracting, operations and/or non-products work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1972.

**REQUEST NO. 225:**

Admit that you performed contracting, operations and/or non-products work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1973.

**REQUEST NO. 226:**

Admit that you performed contracting, operations and/or non-products work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1974.

**REQUEST NO. 227:**

Admit that you performed contracting, operations and/or non-products work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1975.

**REQUEST NO. 228:**

Admit that you performed contracting, operations and/or non-products work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1976.

**REQUEST NO. 229:**

Admit that you performed contracting, operations and/or non-products work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1977.

**REQUEST NO. 230:**

Admit that you performed contracting, operations and/or non-products work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1978.

**REQUEST NO. 231:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1967.

**REQUEST NO. 232:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1968.

**REQUEST NO. 233:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1969.

**REQUEST NO. 234:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1970.

**REQUEST NO. 235:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1971.

**REQUEST NO. 236:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1972.

**REQUEST NO. 237:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1973.

**REQUEST NO. 238:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1974.

**REQUEST NO. 183:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1975.

**REQUEST NO. 184:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1976.

**REQUEST NO. 185:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1977.

**REQUEST NO. 186:**

Admit that you performed contracting, operations and/or non-products work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1978.

DATED: August 12, 2022

Respectfully submitted,
**LANDRY & SWARR, LLC**

BY: /s/ Mickey P. Landry
Mickey P. Landry (#22817)
Frank J. Swarr (#22322)
Matthew C. Clark (#31102)
1100 Poydras Street, Ste. 2000
New Orleans, LA 70130

AND


**CONGENI LAW FIRM, LLC**


BY:    */s/Leo D. Congeni*
LEO D. CONGENI (#25626)
650 Poydras Street, Suite 2750
New Orleans, LA  70130
Telephone: 504-522-4848
Facsimile:  504-910-3055
Email:  leo@congenilawfirm.com

**Attorneys for the Landry & Swarr Creditors**