# EXHIBIT "E"

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: | Case No. 17-12870 |
| REILLY-BENTON COMPANY, INC., | Chapter 7 |
| Debtors. | Judge Grabill |

## LANDRY & SWARR, LLC OBJECTORS' SUPPLEMENTAL REQUESTS FOR ADMISSION TO CENTURY INDEMNITY COMPANY, AS THE INSURER OF REILLY-BENTON COMPANY

Pursuant to Rules 7033 and 9014 of the Federal Rules of Bankruptcy Procedure, Landry & Swarr, LLC Objectors[1], hereby require that the Century Indemnity Company, as the insurer of Reilly-Benton Company ("Century") fully answers, in writing and under oath, the following Second Set of Requests for Admission. Responses to these Requests are to be served upon undersigned counsel at the addresses shown below.

These Requests for Admission are continuing in character so as to require Century to serve supplementary responses to the extent that Century, directly or through their agents, representatives, or attorneys, pertinent additional or different information between the time that Century serve their answers to these interrogatories and the completion of the confirmation hearing in this bankruptcy case.

---

[1] The firm of Landry & Swarr represents claimants who have filed claims against Reilly-Benton Company, Inc., including Donnie Bridges, Ronnie David Bridges, Rodney Lynn Bridges, Sherri Renee Attaway, and Deborah Kay Thurber, Paul Sanderson, Jr., Kelly P. Sanderson, Dale Michael Sanderson, and Mark Sanderson, Kevin Franchina, and Tena Danos.

- 1 -

## **Definitions**

When used in these requests, the following terms shall have the following meanings:

1.     "YOU" and "YOUR" means Century Indemnity Company, as the insurer of Reilly Benton Company, Inc. and/or Reilly-Benton Company, Inc.

2.     "Bankruptcy Case" means *In re Reilly-Benton Company, Inc.*, Case No. 17-12870 (Bankr.

E.D. La.).

3.     "Identify" means to state:
          a.     With respect to a natural Person:
               1)     That Person's full name;
               2)     The last known business address, business phone number, business e-mail address, home address, home phone number, mobile phone number, and personal e-mail address of the Person;
               3)     The business affiliation, title, position, and duties of the Person at the time period of the matter at issue; and
               4)     The Person's current business affiliation, title, position, and duties.
          b.     With respect to a Person or entity other than a natural Person:
               1)     The full name of the Person or entity;
               2)     The nature of the Person or entity (*e.g.*, corporation, partnership);
               3)     The last known address and phone number of the Person or entity; and
               4)     If the Person or entity is a corporation, the state of incorporation.
          c.     With respect to a DOCUMENT:
               1)     The date and nature of the DOCUMENT (*i.e.*, whether it is a letter, memorandum, minutes of a meeting, etc.);
               2)     The title, subject, or heading of the DOCUMENT;
               3)     Each author, addressee, copy addressee, blind copy addressee, and every other Person or entity to whom the DOCUMENT was disclosed;
               4)     A description of the DOCUMENT's subject matter; and
               5)     The Bates number or other identification number of the DOCUMENT, if any.

4.     "IDENTIFY," regarding a thing, means to describe the thing, including its type, general subject matter, proper name, if one exists or existed, date, if applicable, location, present owner, YOUR time of ownership or use of the thing, YOUR use of the thing, and if a photograph, the photographer.

5.     "IDENTIFY," regarding a person, means to give, to the extent known, the person's full name, present or last-known address, telephone number, email address, present or last-known place of employment, and present or last know job title.

6.     "DOCUMENT" is synonymous in meaning and equal in scope to the usage of the phrase, "DOCUMENTS and tangible things."  A draft or a non-identical copy is a separate DOCUMENT within the meaning of this term.  Requested DOCUMENTS include, but are not limited to, the following:

- those that are now or were formerly in the possession, custody, or control of Defendant, and

- those that are known or believed to be responsive to these discovery requests regardless of who now has or formerly had possession, custody, or control of the DOCUMENTS.

- DOCUMENTS include, by way of example only, any memorandum, request envelope, correspondence, electronic mail, report, note, Post-It, message, telephone message, telephone log, diary, journal, appointment calendar, calendar, group scheduler calendar, drawing, painting, accounting paper, minutes, working paper, financial report, accounting report, work papers, drafts, facsimile, facsimile transmission report, contract, invoice, record of sale or purchase, Teletype message, chart, graph, index, directory, computer directory, computer disk, computer tape, or any other written, printed, typed, punched, taped, filmed, or graphic matter however produced or reproduced.  DOCUMENTS also include the file, folder tabs, and labels appended to or containing any DOCUMENTS.

7.     "PERSON" includes natural persons, firms, partnerships, associations, joint ventures, corporations, and any other form of business organization or arrangement, as well as officers, directors, shareholders, employees, agents, and contractors of any business organization or arrangement.

8.     "ASBESTOS" means any of the naturally-occurring fibrous silicate minerals, including both serpentine forms (chrysotile) and amphibole forms (amosite, crocidolite, tremolite, anthophyllite, and actinolite), whether referred to by their scientific names or by synonyms such as brown (amosite), white (chrysotile) or blue (crocidolite) asbestos.

9.     "ASBESTOS-CONTAINING PRODUCT" means any product or material that contains asbestos in any form.  Such products include, but are not limited to, pipe covering, turbines, cement, block, gaskets, packing, plaster, joint compound, floor and ceiling tiles, mastics, raw fibers, fireproofing, shingles, panels, sheets, boards, millboard, refractory cement, boilers, firebrick, brake and clutch linings, finishing compound, texture, drilling mud, "hot tops," and other construction, building, drywall, lath, and insulation materials.

10.    "ACM" means asbestos containing materials.  ACMs include, without limitation, thermal insulation materials that are of any percentage asbestos.  These materials may not be composed completely of asbestos.

11.    "EMPLOYEE" means anyone acting on Reilly-Benton Company, Inc.'s ("Reilly-Benton") behalf.

11.    "CONTRACTING" and/or "OPERATION" and/or "NON-PRODUCTS" means that Reilly-Benton Company, Inc. sent employees on Reilly-Benton Company, Inc.'s behalf to perform work at any particular facility, plant, building, etc., including but not limited to insulation work, abatement work, tear out work, and/or any other action taken by employees involving Asbestos, Asbestos-containing products and/or ACMs while at the particular facility, plant, building, etc.

12.    Any word not specifically defined above is to be given its meaning as contained in the most recent edition of the American Heritage Dictionary, published by the Houghton-Mifflin Company.

## Requests for Admission

**REQUEST NO. 1:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1967.

**REQUEST NO. 2:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1968.

**REQUEST NO. 3:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1969.

**REQUEST NO. 4:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS AND/OR NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1970.

**REQUEST NO. 5:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical

Company in Plaquemine, Louisiana during the year 1971.

**REQUEST NO. 6:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical

Company in Plaquemine, Louisiana during the year 1972.

**REQUEST NO. 7:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical

Company in Plaquemine, Louisiana during the year 1973.

**REQUEST NO. 8:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical

Company in Plaquemine, Louisiana during the year 1974.

**REQUEST NO. 9:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical

Company in Plaquemine, Louisiana during the year 1975.

**REQUEST NO. 10:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical

Company in Plaquemine, Louisiana during the year 1976.

**REQUEST NO. 11:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1977.

**REQUEST NO. 12:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1978.

**REQUEST NO. 13:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1967.

**REQUEST NO. 14:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1968.

**REQUEST NO. 15:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1969.

**REQUEST NO. 16:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1970.

**REQUEST NO. 17:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1971.

**REQUEST NO. 18:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1972.

**REQUEST NO. 19:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1973.

**REQUEST NO. 20:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1974.

**REQUEST NO. 21:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1975.

**REQUEST NO. 22:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products

Plant in New Orleans, Louisiana during the year 1976.

**REQUEST NO. 23:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1977.

**REQUEST NO.24:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1978.

**REQUEST NO. 25:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1967.

**REQUEST NO. 26:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1968.

**REQUEST NO. 27:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1969.

**REQUEST NO. 28:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1970.

**REQUEST NO. 29:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1971.

**REQUEST NO. 30:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1972.

**REQUEST NO. 31:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1973.

**REQUEST NO. 32:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1974.

**REQUEST NO. 33:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1975.

**REQUEST NO. 34:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1976.

**REQUEST NO. 35:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1977.

**REQUEST NO. 36:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1978.

**REQUEST NO. 37:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1967.

**REQUEST NO. 38:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1968.

**REQUEST NO. 39:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American

Cyanamid in Westwego, Louisiana during the year 1969.

**REQUEST NO. 40:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1970.

**REQUEST NO. 41:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1971.

**REQUEST NO. 42:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1972.

**REQUEST NO. 43:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1973.

**REQUEST NO. 44:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1974.

**REQUEST NO. 45:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1975.

**REQUEST NO. 46:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1976.

**REQUEST NO. 47:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1977.

**REQUEST NO. 48:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1978.

**REQUEST NO. 49:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1967.

**REQUEST NO. 50:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1968.

**REQUEST NO. 51:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1969.

**REQUEST NO. 52:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1970.

**REQUEST NO. 53:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1971.

**REQUEST NO. 54:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1972.

**REQUEST NO. 55:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1973.

**REQUEST NO. 56:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden

Chemical in Geismar, Louisiana during the year 1974.

**REQUEST NO. 57:**

  Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1975.

**REQUEST NO. 58:**

  Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1976.

**REQUEST NO. 59:**

  Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1977.

**REQUEST NO. 60:**

  Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1978.

**REQUEST NO. 61:**

  Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1967.

**REQUEST NO. 62:**

  Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

- 14 -

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1968.

**REQUEST NO. 63:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1969.

**REQUEST NO. 64:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1970.

**REQUEST NO. 65:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1971.

**REQUEST NO. 66:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1972.

**REQUEST NO. 67:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1973.

**REQUEST NO. 68:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1974.

**REQUEST NO. 69:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1975.

**REQUEST NO. 70:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1976.

**REQUEST NO. 71:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1977.

**REQUEST NO. 72:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1978.

**REQUEST NO. 73:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport

Sulphur Plant in Port Sulphur, Louisiana during the year 1967.

**REQUEST NO. 74:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1968.

**REQUEST NO. 75:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1969.

**REQUEST NO. 76:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1970.

**REQUEST NO. 77:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1971.

**REQUEST NO. 78:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1972.

**REQUEST NO. 79:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1973.

**REQUEST NO. 80:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1974.

**REQUEST NO. 81:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1975.

**REQUEST NO. 82:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1976.

**REQUEST NO. 83:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1977.

**REQUEST NO. 84:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1978.

**REQUEST NO. 85:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1967.

**REQUEST NO. 86:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1968.

**REQUEST NO. 87:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1969.

**REQUEST NO. 88:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1970.

**REQUEST NO. 89:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1971.

**REQUEST NO. 90:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank

Terminal in Norco, Louisiana during the year 1972.

**REQUEST NO. 91:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1973.

**REQUEST NO. 92:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1974.

**REQUEST NO. 93:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1975.

**REQUEST NO. 94:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1976.

**REQUEST NO. 95:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1977.

**REQUEST NO. 96:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1978.

**REQUEST NO. 97:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1967.

**REQUEST NO. 98:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1968.

**REQUEST NO. 99:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1969.

**REQUEST NO. 100:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1970.

**REQUEST NO. 101:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1971.

**REQUEST NO. 102:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1972.

**REQUEST NO. 103:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1973.

**REQUEST NO. 104:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1974.

**REQUEST NO. 105:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1975.

**REQUEST NO. 106:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1976.

**REQUEST NO. 107:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil

Refinery in Norco, Louisiana during the year 1977.

**REQUEST NO. 108:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1978.

**REQUEST NO. 109:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1967.

**REQUEST NO. 110:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1968.

**REQUEST NO. 111:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1969.

**REQUEST NO. 112:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1970.

**REQUEST NO. 113:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1971.

**REQUEST NO. 114:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1972.

**REQUEST NO. 115:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1973.

**REQUEST NO. 116:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1974.

**REQUEST NO. 117:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1975.

**REQUEST NO. 118:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1976.

**REQUEST NO. 119:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1977.

**REQUEST NO. 120:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1978.

**REQUEST NO. 121:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1967.

**REQUEST NO. 122:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1968.

**REQUEST NO. 123:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1969.

**REQUEST NO. 124:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in

Chalmette and/or Meraux, Louisiana during the year 1970.

**REQUEST NO. 125:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1971.

**REQUEST NO. 126:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1972.

**REQUEST NO. 127:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1973.

**REQUEST NO. 128:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1974.

**REQUEST NO. 129:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1975.

**REQUEST NO. 130:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1976.

**REQUEST NO. 131:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1977.

**REQUEST NO. 132:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1978.

**REQUEST NO. 133:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1967.

**REQUEST NO. 134:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1968.

**REQUEST NO. 135:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1969.

**REQUEST NO. 136:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1970.

**REQUEST NO. 137:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1971.

**REQUEST NO. 138:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1972.

**REQUEST NO. 139:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1973.

**REQUEST NO. 140:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1974.

**REQUEST NO. 141:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville

in Marrero, Louisiana during the year 1975.

**REQUEST NO. 142:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1976.

**REQUEST NO. 143:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1977.

**REQUEST NO. 144:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1978.

**REQUEST NO. 145:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1967.

**REQUEST NO. 146:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1968.

**REQUEST NO. 147:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1969.

**REQUEST NO. 148:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1970.

**REQUEST NO. 149:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1971.

**REQUEST NO. 150:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1972.

**REQUEST NO. 151:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1973.

**REQUEST NO. 152:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1974.

**REQUEST NO. 153:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1975.

**REQUEST NO. 154:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1976.

**REQUEST NO. 155:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1977.

**REQUEST NO. 156:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1978.

**REQUEST NO. 157:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1967.

**REQUEST NO. 158:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud

Power Plant (NOPSI) in Michoud, Louisiana during the year 1968.

**REQUEST NO. 159:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1969.

**REQUEST NO. 160:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1970.

**REQUEST NO. 161:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1971.

**REQUEST NO. 162:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1972.

**REQUEST NO. 163:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1973.

**REQUEST NO. 164:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1974.

**REQUEST NO. 165:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1975.

**REQUEST NO. 166:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1976.

**REQUEST NO. 167:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1977.

**REQUEST NO. 168:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1978.

**REQUEST NO. 169:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1967.

**REQUEST NO. 170:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1968.

**REQUEST NO. 171:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1969.

**REQUEST NO. 172:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1970.

**REQUEST NO. 173:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1971.

**REQUEST NO. 174:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1972.

**REQUEST NO. 175:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto

- 34 -

Chemical Plant in Luling, Louisiana during the year 1973.

**REQUEST NO. 176:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1974.

**REQUEST NO. 177:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1975.

**REQUEST NO. 178:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1976.

**REQUEST NO. 179:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1977.

**REQUEST NO. 180:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1978.

**REQUEST NO. 181:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1967.

**REQUEST NO. 182:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1968.

**REQUEST NO. 183:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1969.

**REQUEST NO. 184:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1970.

**REQUEST NO. 185:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1971.

**REQUEST NO. 186:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1972.

**REQUEST NO. 187:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1973.

**REQUEST NO. 188:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1974.

**REQUEST NO. 189:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1975.

**REQUEST NO. 190:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1976.

**REQUEST NO. 191:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1977.

**REQUEST NO. 192:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National

Gypsum in Westwego, Louisiana during the year 1978.

**REQUEST NO. 193:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1967.

**REQUEST NO. 194:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1968.

**REQUEST NO. 195:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1969.

**REQUEST NO. 196:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1968.

**REQUEST NO. 197:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1969.

**REQUEST NO. 198:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1970.

**REQUEST NO. 199:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1971.

**REQUEST NO. 200:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1972.

**REQUEST NO. 201:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1973.

**REQUEST NO. 202:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1974.

**REQUEST NO. 203:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1975.

**REQUEST NO. 204:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1976.

**REQUEST NO. 205:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1977.

**REQUEST NO. 206:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1978.

**REQUEST NO. 207:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1967.

**REQUEST NO. 208:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1968.

**REQUEST NO. 209:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide

in Taft, Louisiana during the year 1969.

**REQUEST NO. 210:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1970.

**REQUEST NO. 211:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1971.

**REQUEST NO. 212:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1972.

**REQUEST NO. 213:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1973.

**REQUEST NO. 214:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1974.

**REQUEST NO. 215:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1975.

**REQUEST NO. 216:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1976.

**REQUEST NO. 217:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1977.

**REQUEST NO. 218:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1978.

**REQUEST NO. 219:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1967.

**REQUEST NO. 220:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1968.

**REQUEST NO. 221:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1969.

**REQUEST NO. 222:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1970.

**REQUEST NO. 223:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1971.

**REQUEST NO. 224:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1972.

**REQUEST NO. 225:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1973.

**REQUEST NO. 226:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser

Aluminum in Baton Rouge, Louisiana during the year 1974.

**REQUEST NO. 227:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1975.

**REQUEST NO. 228:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1976.

**REQUEST NO. 229:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1977.

**REQUEST NO. 230:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1978.

**REQUEST NO. 231:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1967.

**REQUEST NO. 232:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1968.

**REQUEST NO. 233:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1969.

**REQUEST NO. 234:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1970.

**REQUEST NO. 235:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1971.

**REQUEST NO. 236:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1972.

**REQUEST NO. 237:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1973.

**REQUEST NO. 238:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1974.

**REQUEST NO. 239:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1975.

**REQUEST NO. 240:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1976.

**REQUEST NO. 241:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1977.

**REQUEST NO. 242:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1978.

DATED: September 30, 2022

Respectfully submitted,
**LANDRY & SWARR, LLC**

BY: /s/ Mickey P. Landry
Mickey P. Landry (#22817)
Frank J. Swarr (#22322)
Matthew C. Clark (#31102)
1100 Poydras Street, Ste. 2000
New Orleans, LA 70130

AND


**CONGENI LAW FIRM, LLC**


BY:     ***/s/Leo D. Congeni***
LEO D. CONGENI (#25626)
650 Poydras Street, Suite 2750
New Orleans, LA  70130
Telephone: 504-522-4848
Facsimile:  504-910-3055
Email:  leo@congenilawfirm.com

**Attorneys for the Landry & Swarr Creditors**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 17-12870 |
| REILLY-BENTON COMPANY, INC., | Chapter 7 |
| Debtors. | Judge Grabill |

---

## LANDRY & SWARR, LLC OBJECTORS' SUPPLEMENTAL REQUESTS FOR ADMISSION TO DAVID V. ADLER, THE CHAPTER 7 TRUSTEE

---

Pursuant to Rules 7033 and 9014 of the Federal Rules of Bankruptcy Procedure, Landry & Swarr, LLC Objectors[1], hereby require that David V. Adler, the Chapter 7 Trustee (the "Trustee") fully answers, in writing and under oath, the following Second Set of Requests for Admission. Responses to these Requests are to be served upon undersigned counsel at the addresses shown below.

These Requests for Admission are continuing in character so as to require the Trustee to serve supplementary responses to the extent that the Trustee, directly or through their agents, representatives, or attorneys, pertinent additional or different information between the time that the Trustee serve their answers to these interrogatories and the completion of the confirmation hearing in this bankruptcy case.

---

[1] The firm of Landry & Swarr represents claimants who have filed claims against Reilly-Benton Company, Inc., including Donnie Bridges, Ronnie David Bridges, Rodney Lynn Bridges, Sherri Renee Attaway, and Deborah Kay Thurber, Paul Sanderson, Jr., Kelly P. Sanderson, Dale Michael Sanderson, and Mark Sanderson, Kevin Franchina, and Tena Danos.

- 1 -

## **Definitions**

When used in these requests, the following terms shall have the following meanings:

1.    "YOU" and "YOUR" means David V. Adler, the Chapter 7 Trustee.

2.    "Bankruptcy Case" means *In re Reilly-Benton Company, Inc.*, Case No. 17-12870 (Bankr.

E.D. La.).

3.    "Identify" means to state:
    a.    With respect to a natural Person:
        1)    That Person's full name;
        2)    The last known business address, business phone number, business e-mail address, home address, home phone number, mobile phone number, and personal e-mail address of the Person;
        3)    The business affiliation, title, position, and duties of the Person at the time period of the matter at issue; and
        4)    The Person's current business affiliation, title, position, and duties.
    b.    With respect to a Person or entity other than a natural Person:
        1)    The full name of the Person or entity;
        2)    The nature of the Person or entity (*e.g.*, corporation, partnership);
        3)    The last known address and phone number of the Person or entity; and
        4)    If the Person or entity is a corporation, the state of incorporation.
    c.    With respect to a DOCUMENT:
        1)    The date and nature of the DOCUMENT (*i.e.*, whether it is a letter, memorandum, minutes of a meeting, etc.);
        2)    The title, subject, or heading of the DOCUMENT;
        3)    Each author, addressee, copy addressee, blind copy addressee, and every other Person or entity to whom the DOCUMENT was disclosed;
        4)    A description of the DOCUMENT's subject matter; and
        5)    The Bates number or other identification number of the DOCUMENT, if any.

4.    "IDENTIFY," regarding a thing, means to describe the thing, including its type, general subject matter, proper name, if one exists or existed, date, if applicable, location, present owner, YOUR time of ownership or use of the thing, YOUR use of the thing, and if a photograph, the photographer.

5.    "IDENTIFY," regarding a person, means to give, to the extent known, the person's full name, present or last-known address, telephone number, email address, present or last-known place of employment, and present or last know job title.

6.      "DOCUMENT" is synonymous in meaning and equal in scope to the usage of the phrase, "DOCUMENTS and tangible things."  A draft or a non-identical copy is a separate DOCUMENT within the meaning of this term.  Requested DOCUMENTS include, but are not limited to, the following:

- those that are now or were formerly in the possession, custody, or control of Defendant, and

- those that are known or believed to be responsive to these discovery requests regardless of who now has or formerly had possession, custody, or control of the DOCUMENTS.

- DOCUMENTS include, by way of example only, any memorandum, request envelope, correspondence, electronic mail, report, note, Post-It, message, telephone message, telephone log, diary, journal, appointment calendar, calendar, group scheduler calendar, drawing, painting, accounting paper, minutes, working paper, financial report, accounting report, work papers, drafts, facsimile, facsimile transmission report, contract, invoice, record of sale or purchase, Teletype message, chart, graph, index, directory, computer directory, computer disk, computer tape, or any other written, printed, typed, punched, taped, filmed, or graphic matter however produced or reproduced.  DOCUMENTS also include the file, folder tabs, and labels appended to or containing any DOCUMENTS.

7.      "PERSON" includes natural persons, firms, partnerships, associations, joint ventures, corporations, and any other form of business organization or arrangement, as well as officers, directors, shareholders, employees, agents, and contractors of any business organization or arrangement.

8.      "ASBESTOS" means any of the naturally-occurring fibrous silicate minerals, including both serpentine forms (chrysotile) and amphibole forms (amosite, crocidolite, tremolite, anthophyllite, and actinolite), whether referred to by their scientific names or by synonyms such as brown (amosite), white (chrysotile) or blue (crocidolite) asbestos.

9.      "ASBESTOS-CONTAINING PRODUCT" means any product or material that contains asbestos in any form.  Such products include, but are not limited to, pipe covering, turbines, cement, block, gaskets, packing, plaster, joint compound, floor and ceiling tiles, mastics, raw fibers, fireproofing, shingles, panels, sheets, boards, millboard, refractory cement, boilers, firebrick, brake and clutch linings, finishing compound, texture, drilling mud, "hot tops," and other construction, building, drywall, lath, and insulation materials.

10.      "ACM" means asbestos containing materials.  ACMs include, without limitation, thermal insulation materials that are of any percentage asbestos.  These materials may not be composed completely of asbestos.

11.      "EMPLOYEE" means anyone acting on Reilly-Benton Company, Inc.'s ("Reilly-Benton") behalf.

11.      "CONTRACTING" and/or "OPERATION" and/or "NON-PRODUCTS" means that Reilly-Benton Company, Inc. sent employees on Reilly-Benton Company, Inc.'s behalf to perform work at any particular facility, plant, building, etc., including but not limited to insulation work,

- 3 -

abatement work, tear out work, and/or any other action taken by employees involving Asbestos, Asbestos-containing products and/or ACMs while at the particular facility, plant, building, etc.

12.     Any word not specifically defined above is to be given its meaning as contained in the most recent edition of the American Heritage Dictionary, published by the Houghton-Mifflin Company.

## Requests for Admission

### REQUEST NO. 1:

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1967.

### REQUEST NO. 2:

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1968.

### REQUEST NO. 3:

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1969.

### REQUEST NO. 4:

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS AND/OR NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1970.

### REQUEST NO. 5:

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical

Company in Plaquemine, Louisiana during the year 1971.

**REQUEST NO. 6:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1972.

**REQUEST NO. 7:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1973.

**REQUEST NO. 8:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1974.

**REQUEST NO. 9:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1975.

**REQUEST NO. 10:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1976.

**REQUEST NO. 11:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc.

performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1977.

**REQUEST NO. 12:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Dow Chemical Company in Plaquemine, Louisiana during the year 1978.

**REQUEST NO. 13:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1967.

**REQUEST NO. 14:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1968.

**REQUEST NO. 15:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1969.

**REQUEST NO. 16:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1970.

**REQUEST NO. 17:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1971.

**REQUEST NO. 18:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1972.

**REQUEST NO. 19:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1973.

**REQUEST NO. 20:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1974.

**REQUEST NO. 21:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1975.

**REQUEST NO. 22:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1976.

**REQUEST NO. 23:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1977.

**REQUEST NO.24:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at The Air Products Plant in New Orleans, Louisiana during the year 1978.

**REQUEST NO. 25:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1967.

**REQUEST NO. 26:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1968.

**REQUEST NO. 27:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1969.

**REQUEST NO. 28:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval

Station in Algiers, Louisiana during the year 1970.

**REQUEST NO. 29:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1971.

**REQUEST NO. 30:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1972.

**REQUEST NO. 31:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1973.

**REQUEST NO. 32:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1974.

**REQUEST NO. 33:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1975.

**REQUEST NO. 34:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1976.

**REQUEST NO. 35:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1977.

**REQUEST NO. 36:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Algiers Naval Station in Algiers, Louisiana during the year 1978.

**REQUEST NO. 37:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1967.

**REQUEST NO. 38:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1968.

**REQUEST NO. 39:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1969.

**REQUEST NO. 40:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1970.

**REQUEST NO. 41:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1971.

**REQUEST NO. 42:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1972.

**REQUEST NO. 43:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1973.

**REQUEST NO. 44:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1974.

**REQUEST NO. 45:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American

Cyanamid in Westwego, Louisiana during the year 1975.

**REQUEST NO. 46:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1976.

**REQUEST NO. 47:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1977.

**REQUEST NO. 48:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at American Cyanamid in Westwego, Louisiana during the year 1978.

**REQUEST NO. 49:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1967.

**REQUEST NO. 50:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1968.

**REQUEST NO. 51:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1969.

**REQUEST NO. 52:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1970.

**REQUEST NO. 53:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1971.

**REQUEST NO. 54:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1972.

**REQUEST NO. 55:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1973.

**REQUEST NO. 56:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1974.

**REQUEST NO. 57:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1975.

**REQUEST NO. 58:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1976.

**REQUEST NO. 59:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1977.

**REQUEST NO. 60:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Borden Chemical in Geismar, Louisiana during the year 1978.

**REQUEST NO. 61:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1967.

**REQUEST NO. 62:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can

Company in New Orleans, Louisiana during the year 1968.

**REQUEST NO. 63:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1969.

**REQUEST NO. 64:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1970.

**REQUEST NO. 65:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1971.

**REQUEST NO. 66:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1972.

**REQUEST NO. 67:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1973.

**REQUEST NO. 68:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1974.

**REQUEST NO. 69:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1975.

**REQUEST NO. 70:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1976.

**REQUEST NO. 71:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1977.

**REQUEST NO. 72:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Continental Can Company in New Orleans, Louisiana during the year 1978.

**REQUEST NO. 73:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1967.

**REQUEST NO. 74:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1968.

**REQUEST NO. 75:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1969.

**REQUEST NO. 76:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1970.

**REQUEST NO. 77:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1971.

**REQUEST NO. 78:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1972.

**REQUEST NO. 79:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport

Sulphur Plant in Port Sulphur, Louisiana during the year 1973.

**REQUEST NO. 80:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1974.

**REQUEST NO. 81:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1975.

**REQUEST NO. 82:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1976.

**REQUEST NO. 83:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1977.

**REQUEST NO. 84:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Freeport Sulphur Plant in Port Sulphur, Louisiana during the year 1978.

**REQUEST NO. 85:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1967.

**REQUEST NO. 86:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1968.

**REQUEST NO. 87:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1969.

**REQUEST NO. 88:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1970.

**REQUEST NO. 89:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1971.

**REQUEST NO. 90:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1972.

**REQUEST NO. 91:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1973.

**REQUEST NO. 92:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1974.

**REQUEST NO. 93:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1975.

**REQUEST NO. 94:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1976.

**REQUEST NO. 95:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank Terminal in Norco, Louisiana during the year 1977.

**REQUEST NO. 96:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the GATX Tank

Terminal in Norco, Louisiana during the year 1978.

**REQUEST NO. 97:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1967.

**REQUEST NO. 98:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1968.

**REQUEST NO. 99:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1969.

**REQUEST NO. 100:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1970.

**REQUEST NO. 101:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1971.

**REQUEST NO. 102:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1972.

**REQUEST NO. 103:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1973.

**REQUEST NO. 104:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1974.

**REQUEST NO. 105:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1975.

**REQUEST NO. 106:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1976.

**REQUEST NO. 107:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1977.

**REQUEST NO. 108:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Shell Oil Refinery in Norco, Louisiana during the year 1978.

**REQUEST NO. 109:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1967.

**REQUEST NO. 110:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1968.

**REQUEST NO. 111:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1969.

**REQUEST NO. 112:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1970.

**REQUEST NO. 113:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco

- 23 -

Refinery in Chalmette, Louisiana during the year 1971.

**REQUEST NO. 114:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1972.

**REQUEST NO. 115:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1973.

**REQUEST NO. 116:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1974.

**REQUEST NO. 117:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1975.

**REQUEST NO. 118:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1976.

**REQUEST NO. 119:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1977.

**REQUEST NO. 120:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Tenneco Refinery in Chalmette, Louisiana during the year 1978.

**REQUEST NO. 121:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1967.

**REQUEST NO. 122:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1968.

**REQUEST NO. 123:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1969.

**REQUEST NO. 124:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1970.

**REQUEST NO. 125:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1971.

**REQUEST NO. 126:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1972.

**REQUEST NO. 127:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1973.

**REQUEST NO. 128:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1974.

**REQUEST NO. 129:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1975.

**REQUEST NO. 130:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in

Chalmette and/or Meraux, Louisiana during the year 1976.

**REQUEST NO. 131:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1977.

**REQUEST NO. 132:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Murphy Oil in Chalmette and/or Meraux, Louisiana during the year 1978.

**REQUEST NO. 133:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1967.

**REQUEST NO. 134:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1968.

**REQUEST NO. 135:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1969.

**REQUEST NO. 136:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1970.

**REQUEST NO. 137:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1971.

**REQUEST NO. 138:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1972.

**REQUEST NO. 139:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1973.

**REQUEST NO. 140:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1974.

**REQUEST NO. 141:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1975.

**REQUEST NO. 142:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1976.

**REQUEST NO. 143:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1977.

**REQUEST NO. 144:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Johns-Manville in Marrero, Louisiana during the year 1978.

**REQUEST NO. 145:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1967.

**REQUEST NO. 146:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1968.

**REQUEST NO. 147:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street

Power Plant in New Orleans, Louisiana during the year 1969.

**REQUEST NO. 148:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1970.

**REQUEST NO. 149:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1971.

**REQUEST NO. 150:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1972.

**REQUEST NO. 151:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1973.

**REQUEST NO. 152:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1974.

**REQUEST NO. 153:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1975.

**REQUEST NO. 154:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1976.

**REQUEST NO. 155:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1977.

**REQUEST NO. 156:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Market Street Power Plant in New Orleans, Louisiana during the year 1978.

**REQUEST NO. 157:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1967.

**REQUEST NO. 158:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1968.

**REQUEST NO. 159:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1969.

**REQUEST NO. 160:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1970.

**REQUEST NO. 161:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1971.

**REQUEST NO. 162:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1972.

**REQUEST NO. 163:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1973.

**REQUEST NO. 164:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud

Power Plant (NOPSI) in Michoud, Louisiana during the year 1974.

**REQUEST NO. 165:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1975.

**REQUEST NO. 166:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1976.

**REQUEST NO. 167:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1977.

**REQUEST NO. 168:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at the Michoud Power Plant (NOPSI) in Michoud, Louisiana during the year 1978.

**REQUEST NO. 169:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1967.

**REQUEST NO. 170:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1968.

**REQUEST NO. 171:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1969.

**REQUEST NO. 172:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1970.

**REQUEST NO. 173:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1971.

**REQUEST NO. 174:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1972.

**REQUEST NO. 175:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1973.

**REQUEST NO. 176:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1974.

**REQUEST NO. 177:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1975.

**REQUEST NO. 178:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1976.

**REQUEST NO. 179:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1977.

**REQUEST NO. 180:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Monsanto Chemical Plant in Luling, Louisiana during the year 1978.

**REQUEST NO. 181:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National

Gypsum in Westwego, Louisiana during the year 1967.

**REQUEST NO. 182:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1968.

**REQUEST NO. 183:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1969.

**REQUEST NO. 184:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1970.

**REQUEST NO. 185:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1971.

**REQUEST NO. 186:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1972.

**REQUEST NO. 187:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1973.

**REQUEST NO. 188:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1974.

**REQUEST NO. 189:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1975.

**REQUEST NO. 190:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1976.

**REQUEST NO. 191:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1977.

**REQUEST NO. 192:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at National Gypsum in Westwego, Louisiana during the year 1978.

**REQUEST NO. 193:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1967.

**REQUEST NO. 194:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1968.

**REQUEST NO. 195:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1969.

**REQUEST NO. 196:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1968.

**REQUEST NO. 197:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1969.

**REQUEST NO. 198:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite

Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1970.

**REQUEST NO. 199:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1971.

**REQUEST NO. 200:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1972.

**REQUEST NO. 201:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1973.

**REQUEST NO. 202:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1974.

**REQUEST NO. 203:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1975.

**REQUEST NO. 204:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1976.

**REQUEST NO. 205:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1977.

**REQUEST NO. 206:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Oronite Chemical a/k/a Chevron in Belle Chasse, Louisiana during the year 1978.

**REQUEST NO. 207:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1967.

**REQUEST NO. 208:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1968.

**REQUEST NO. 209:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1969.

**REQUEST NO. 210:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1970.

**REQUEST NO. 211:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1971.

**REQUEST NO. 212:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1972.

**REQUEST NO. 213:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1973.

**REQUEST NO. 214:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1974.

**REQUEST NO. 215:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide

in Taft, Louisiana during the year 1975.

**REQUEST NO. 216:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1976.

**REQUEST NO. 217:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1977.

**REQUEST NO. 218:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Union Carbide in Taft, Louisiana during the year 1978.

**REQUEST NO. 219:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1967.

**REQUEST NO. 220:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1968.

**REQUEST NO. 221:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1969.

**REQUEST NO. 222:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1970.

**REQUEST NO. 223:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1971.

**REQUEST NO. 224:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1972.

**REQUEST NO. 225:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1973.

**REQUEST NO. 226:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1974.

**REQUEST NO. 227:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1975.

**REQUEST NO. 228:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1976.

**REQUEST NO. 229:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1977.

**REQUEST NO. 230:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Kaiser Aluminum in Baton Rouge, Louisiana during the year 1978.

**REQUEST NO. 231:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1967.

**REQUEST NO. 232:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor &

Gamble Plant in Alexandria, Louisiana during the year 1968.


**REQUEST NO. 233:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1969.

**REQUEST NO. 234:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1970.

**REQUEST NO. 235:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1971.

**REQUEST NO. 236:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1972.

**REQUEST NO. 237:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1973.

**REQUEST NO. 238:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1974.

**REQUEST NO. 239:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1975.

**REQUEST NO. 240:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1976.

**REQUEST NO. 241:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1977.

**REQUEST NO. 242:**

Admit that YOU have no information to dispute that Reilly-Benton Company, Inc. performed CONTRACTING, OPERATIONS and/or NON-PRODUCTS work at Proctor & Gamble Plant in Alexandria, Louisiana during the year 1978.

DATED: September 30, 2022

        Respectfully submitted,
**LANDRY & SWARR, LLC**

BY: /s/ Mickey P. Landry
Mickey P. Landry (#22817)
Frank J. Swarr (#22322)
Matthew C. Clark (#31102)
1100 Poydras Street, Ste. 2000
New Orleans, LA 70130

AND


**CONGENI LAW FIRM, LLC**


BY:    ***/s/Leo D. Congeni***
       LEO D. CONGENI (#25626)
       650 Poydras Street, Suite 2750
       New Orleans, LA 70130
       Telephone: 504-522-4848
       Facsimile: 504-910-3055
       Email: leo@congenilawfirm.com

**Attorneys for the Landry & Swarr Creditors**