# EXHIBIT "M"

*(to be filed under seal)*