# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § § § § § | CASE NO: 17-12870 |
| REILLY-BENTON COMPANY, INC., | | CHAPTER 7 |
| DEBTOR. | | SECTION A |

## ORDER

Before the Court is the *Motion of Century and PEIC for an Expedited Hearing of their Motion To (i) Compel Objectors To Answer Interrogatory Seeking Disclosure of Fact Witness for Trial or (ii) in the Alternative, Modify the Scheduling Order* (the "Motion To Expedite"), [ECF Doc. 339], filed by Century Indemnity Company and Pacific Employers Insurance Company.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Expedite is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Motion and Incorporated Memorandum of Century and PEIC To* (i) *Compel Objectors To Answer Interrogatory Seeking Disclosure of Fact Witness for Trial or (ii) in the Alternative, Modify the Scheduling Order* (the "Motion"), [ECF Doc. 338], is set for hearing on **Monday, November 28, at 4:00 P.M.** before the undersigned at the U.S. Bankruptcy Court, 500 Poydras Street, Courtroom B-709, New Orleans, LA 70130. The dial-in number for hearings is 1-504-517-1385, Conference Code 129611. The parties are directed to this Court's General Order 2021-2 for instructions regarding this Court's hybrid model plan for conduct of hearings as of October 4, 2021 (https://www.laeb.uscourts.gov/).

**IT IS FURTHER ORDERED** that responses to the Motion shall be filed and properly served no later than **Monday, November 28, 2022, at 12:00 P.M.**

2

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, November 23, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE