UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:

REILLY-BENTON COMPANY, INC.,

Debtors.

Case No. 17-12870

Chapter 7

Section A

**TRUSTEE'S OPPOSITION TO *L&S OBJECTORS' MOTION TO COMPEL RESPONSES TO SECOND SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSIONS TO DAVID V. ADLER, TRUSTEE, AND CENTURY INDEMNITY COMPANY* [P-329]**

**NOW INTO COURT,** through undersigned counsel, comes David V. Adler, in his capacity as Chapter 7 Trustee ("Trustee") of Reilly-Benton Company, Inc. ("Reilly-Benton" or "Debtor"), who opposes the *L&S Objectors' Motion to Compel Responses to Second Set of Interrogatories, Requests for Production, and Requests for Admissions to David V. Adler, Trustee, and Century Indemnity Company* **[P-329]** (the "Motion") as follows.

As an initial proposition the Trustee broadly adopts the memo of Century in connection with issues of relevancy, burdensomeness, scope, and proportionality. Further, Trustee reavers Century's discussion of the need to avoid a "mini trial" as explained in the recent *Royal Alice Properties* decision.[1] Now turning from these broad observations to the particularities to the trustee's responses to the Request for Production, Interrogatories, and Request for Admission the Trustee submits the following.

---

[1] *In re Royal Alice Properties, LLC*, 637 B.R. 465, 477 (Bankr. E.D. La. 2021) (Grabill, J.), (further citations omitted).

**Request for Production**

With the exception of the recently obtained memory stick from counsel for Reilly Benton, Thomas Cougill (the "Cougill Documents"), Trustee has produced all documents of Reilly Benton in his possession. These include the produced Bates Number Trustee 1-1065. Further, undersigned counsel whose firm was general counsel for the Debtor has produced all extant documents of the Debtor.

Thus, the only source for additional documents which might be produced are the Cougill Documents. The Cougill Documents contain approximately three-fourths (3/4) of a terabyte of data. This data was obtained from Thomas Cougill former counsel for Reilly Benton. Trustee understands that these documents were the source materials for an Access database from which the list of cases attached to the captioned petition in the caption matter was generated. Trustee understands that Mr. Cougill's then paralegal, Yessica Kong, maintained (and perhaps designed) the Access database. Most of the files concern Louisiana cases. Of those Louisiana cases approximately a half (1/2) of a terabyte are in the folder designated "Inactive," while approximately a quarter (1/4) of a terabyte (or more particularly 275 GB) are in a folder designated "Active." Each of these folders contain folders named for the letters of the alphabet. Within each letter of the alphabet are the names of plaintiffs. Within each folder of each plaintiff there are generally the following categories of information: pleadings, research, correspondence, discovery, depositions, as well as other items. Undersigned counsel is currently working with Benjamin Dinehart and Gerolyn Rousell in order to effectuate a production from these vast materials without further Court involvement in connection with the costs, medical privacy issues, and resources necessary for the production. Please note that the Trustee does not agree that all the materials are relevant, and he asserts privilege with respect to attorney client privileged materials, common-

interst defense privilege, and work product. Nonetheless, the Trustee is hopeful for amicable resolution regarding the production of materials from the Cougill Documents. To the extent that an amicable resolution is not reached in connection with this information, then the Trustee requests, pursuant to Federal Rule of Civil Procedure 26(b)(2)(B), made applicable pursuant to Bankruptcy Rule 7026, the Court specify as a "condition[ ] for the discovery"[2] that the payment of all expenses associated with the production, including third party e-discovery vendor expenses be paid by Objectors (or advanced by their counsel).

**Request for Admission**

The Trustee adopts the arguments of Century in connection with this objection to the Request for Admissions.

**Interrogatories**

A portion of the Trustee's response to Interrogatory No. 2 generally explains the position of the Trustee in responding to the interrogatories and the problems with the approach of the L&S Objectors' in promulgating their interrogatories. To quote the relevant text:

> Trustee was appointed by the Bankruptcy Court in his case upon the filing of the case. Trustee did not conduct Reilly-Benton's operations and had no direct knowledge of those operations. Moreover, because the Trustee had nothing to do with Reilly-Benton's pre-bankruptcy operations, he was not in a position to maintain prior testimony or statements of persons concerning their exposure to operations that may have been conducted by Reilly-Benton. Nonetheless, to the extent that the Trustee or his counsel are in possession of transcripts, they are being provided.

Were Chapter 7 Trustees imbued with the knowledge of their debtors their jobs would be far easier.

---

[2] Bankruptcy Rule 7026; Fed.Proc.R.Pro. 26(b)(2)(B).

          Respectfully submitted,

BY:   /s/ *Albert J. Derbes, IV*
       ALBERT J. DERBES, IV, LA Bar 20164
       THE DERBES LAW FIRM, LLC
       3027 Ridgelake Drive
       Metairie, Louisiana 70002
       504.837.1230 Telephone
       504.832.0322 Facsimile
       E-mail: ajdiv@derbeslaw.com
       ***Special Counsel for David V. Adler, Trustee***

## **CERTIFICATE OF SERVICE**

I hereby certify, that on November 30, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Louisiana and that notice of this filing is being served on the parties participating in this Court's CM/ECF system for this case.

/s/*Albert J. Derbes, IV*
Albert J. Derbes, IV

David V. Adler
adler_d@bellsouth.net, LA26@ecfcbis.com

Frederick L. Bunol on behalf of Debtor Reilly-Benton Company, Inc.
fbunol@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Matthew Clark on behalf of Creditor Landry & Swarr Creditors
mclark@landryswarr.com

Jonathan Clement on behalf of Creditor Roussel & Clement Creditors
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Bonnie Ann Loupe
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Joseph E Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Lee Ann Cortez

rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Mary S Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Mavis T Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Michael W Courville
rcfirm@rousselandclement.com

Jonathan Clement on behalf of Interested Party Sherry Tregre Cortez
rcfirm@rousselandclement.com

Leo D. Congeni on behalf of Creditor Landry & Swarr Creditors
leo@congenilawfirm.com, michelle@congenilawfirm.com

Leo David Congeni on behalf of Creditor Landry & Swarr Creditors
leo@congenilawfirm.com, michelle@congenilawfirm.com

Martha Y. Curtis on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
mcurtis@shergarner.com

Albert J. Derbes, IV on behalf of Debtor Reilly-Benton Company, Inc.
ajdiv@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Albert J. Derbes, IV on behalf of Trustee David V. Adler
ajdiv@derbeslaw.com, derbespacer@gmail.com;derbeser72443@notify.bestcase.com

Benjamin Dinehart on behalf of Creditor Roussel & Clement Creditors
bpdesq@gmail.com

James M. Garner on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
jgarner@shergarner.com, jchocheles@shergarner.com

Patrick S. Garrity on behalf of Debtor Reilly-Benton Company, Inc.
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Patrick S. Garrity on behalf of Trustee David V. Adler
pgarrity@derbeslaw.com, derbeser72443@notify.bestcase.com

Bradley Christopher Guin on behalf of Interested Party Employers Insurance Company of Wausau
bguin@roedelparsons.com

Nicole Celia Katz on behalf of Trustee David V. Adler
katz@chaffe.com

Stephanie B. Laborde on behalf of Interested Party Louisiana Insurance Guaranty Association
slaborde@lalalawfirm.com, 7435683420@filings.docketbird.com

Mickey P. Landry on behalf of Creditor Landry & Swarr Creditors
mlandry@landryswarr.com

Mary S. Langston on behalf of U.S. Trustee Office of the U.S. Trustee
Mary.Langston@usdoj.gov

Timothy S. Madden on behalf of Interested Party Estate of Julian Paul Guidry
tmadden@kingjurgens.com

Timothy S. Madden on behalf of Interested Party Lori Guidry Keating
tmadden@kingjurgens.com

Timothy S. Madden on behalf of Interested Party Paul Guidry
tmadden@kingjurgens.com

Thomas J. Madigan on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
tmadigan@shergarner.com

David J. Messina on behalf of Trustee David V. Adler
messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com

Henry Minor Pipes, III on behalf of Interested Party Liberty Mutual Insurance Company
mpipes@pipesmiles.com, kwooley@pipesmiles.com

Charles M. Pisano on behalf of Interested Party Employers Insurance Company of Wausau
cpisano@roedelparsons.com

Mark D. Plevin on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
mplevin@crowell.com, cromo@crowell.com

William S. Robbins on behalf of Interested Party Louisiana Insurance Guaranty Association

wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Gerolyn Roussel on behalf of Creditor Roussel & Clement Creditors
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Bonnie Ann Loupe
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Joseph E Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Lee Ann Cortez
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Mary S Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Mavis T Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Michael W Courville
gerolynroussel@icloud.com

Gerolyn Roussel on behalf of Interested Party Sherry Tregre Cortez
gerolynroussel@icloud.com

Perry J. Roussel, Jr. on behalf of Interested Party Bonnie Ann Loupe
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Joseph E Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Lee Ann Cortez
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Mary S Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Mavis T Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Michael W Courville
rcfirm@rousselandclement.com

Perry J. Roussel, Jr. on behalf of Interested Party Sherry Tregre Cortez
rcfirm@rousselandclement.com

Amanda Russo Schenck on behalf of Interested Party Century Indemnity Company, as Successor to CCI Insurance Company, Seccessor to Insurance Company of North America
aschenck@shergarner.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov