## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 17-12870 |
| | § | |
| REILLY-BENTON COMPANY, INC., | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

## ORDER

Before the Court is the *Motion and Incorporated Memorandum of Century and PEIC To (i) Compel Objectors To Answer Interrogatory Seeking Disclosure of Fact Witnesses for Trial or (ii) In the Alternative, Modify the Scheduling Order* (the "Motion"), [ECF Doc. 338], filed by Century Indemnity Company and Pacific Employers Insurance Company ("Century & PEIC"), the Opposition, [ECF Doc. 350], filed by the Landry & Swarr Creditors, and the Opposition, [ECF Doc. 351], filed by the Roussel & Clement Creditors.

For the reasons stated on the record,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all parties, the Landry & Swarr Creditors, Roussel & Clement Creditors, the Chapter 7 Trustee, Century & PEIC, and the Louisiana Insurance Guaranty Association, shall exchange with each other, by not later than **November 30, 2022, at 5:00 P.M.** their lists of (a) those fact witnesses that they will call or may call to testify live at the evidentiary hearing relating to the LIGA settlement and the Century settlement and (b) those fact witnesses that they will call or may call to testify by deposition at the evidentiary hearing.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 5, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE