# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 17-12870 |
| REILLY-BENTON COMPANY, INC., | § § | CHAPTER 7 |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the Ex Parte *Motion for Leave To File Omnibus Reply to Oppositions to Joint Motion for Partial Summary Judgment* (the "Motion"), [ECF Doc. 385], filed by the David Adler, the Chapter 7 Trustee and the Louisiana Insurance Guaranty Association.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall file the Reply as attached to the Motion into the record.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 5, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE