UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § § § § § | CASE NO: 17-12870 |
| REILLY-BENTON COMPANY, INC., | | CHAPTER 7 |
| DEBTOR. | | SECTION A |

## ORDER

Before the Court is the *Joint Motion for Partial Summary Judgment*, (the "Motion"), [ECF Doc. 331], jointly filed by David Adler in his capacity as the Chapter 7 Trustee (the "Trustee") and the Louisiana Insurance Guaranty Association ("LIGA"), the *Roussel & Clement Creditors' Opposition to the Joint Motion for Partial Summary Judgment Filed by the Trustee and the Louisiana Insurance Guaranty Association*, [ECF Doc. 369], filed by the Roussel & Clement Creditors, the *Landry & Swarr Objectors' Opposition to Joint Motion for Partial Summary Judgment filed by the Trustee and Louisiana Insurance Guaranty Association*, [ECF Doc. 374], filed by the Landry & Swarr Creditors, and the *Omnibus Reply to Oppositions to Joint Motion for Partial Summary Judgment*, [ECF Doc. 390 & 391], filed by the Trustee and LIGA.

**APPEARANCES**:

Mark Plevin for Century Indemnity Company and Pacific Employers Insurance Company,
Al Derbes for the Trustee in connection with the Century & PEIC settlement,
Leo Congeni and Matthew Clark for the Landry & Swarr Creditors,
Gerolyn Roussel and Benjamin Dinehart for the Roussel & Clement Creditors,
William Robins and Stephanie LaBorde for LIGA,
David Adler in his capacity as the Chapter 7 Trustee, and
David Messina for the Trustee in connection to the LIGA settlement.

For the reasons stated on the record,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 8, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE