## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 17-12870 |
| | § | |
| REILLY-BENTON COMPANY, INC., | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | SECTION A |
| | § | |

### ORDER

Before the Court is the Ex Parte Motion for Expedited Hearing on Motion to Strike, (the "Motion To Expedite"), [ECF Doc. 570], filed by the Trustee, Century, and PEIC (collectively, the "Movants").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Expedite is **GRANTED**.

**IT IS ORDERED** that the *Motion of the Trustee, Century, and PEIC to Strike (i) Motion by the "Roussel & Clement Creditors" to "Dismiss Adversary Proceeding" and (ii) Objection by the "Roussel & Clement Creditors" to the Trustee's Settlement Motion, with Incorporated Memorandum*, [ECF Doc. 566], is set for hearing on **Wednesday, September 20, 2023, at 1:00 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

2

**IT IS FURTHER ORDERED** that any response shall be filed and properly served no later than **Monday, September 18, 2023, at 12:00 p.m.**

**IT IS FURTHER ORDERED** that the Movants shall immediately serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect as soon as possible.

New Orleans, Louisiana, September 14, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE