**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|                                    |   |                       |
|------------------------------------|---|-----------------------|
| **IN RE:**                         | § | **CASE NO: 17-12870** |
|                                    | § |                       |
| **REILLY-BENTON COMPANY, INC.,**   | § | **CHAPTER 7**         |
|                                    | § |                       |
| **DEBTOR.**                        | § | **SECTION A**         |
|                                    | § |                       |

## ORDER

Based upon the representation that the parties agree,

**IT IS ORDERED** *sua sponte* that the hearing on the Motion to Strike, [ECF Doc. 566], filed by the Trustee, Century, and PEIC, and the Response to the Motion to Strike, [ECF Doc. 586], filed by the Roussel & Clement Creditors is **CONTINUED** from September 20, 2023, to **Wednesday, September 27, 2023, at 1:00 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130.  Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.  Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

New Orleans, Louisiana, September 20, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE