# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In re:  **Bankruptcy Case No.:** 17–12870
Reilly–Benton Company, Inc.  **Chapter** 7
**Debtor**

# NOTICE OF DEFICIENCY

**To:** William Factor

Your **Motion** is/are deficient for the following reason(s):

   Certificate of Service is required.

---

Related document(s):

*594* – Motion to Appear pro hac vice Filed by William J Factor of William J. Factor on behalf of Employers Insurance Company of Wausau (Factor, William)

---

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, September 26, 2023.  Kenisha Sylvester
 U.S.B.C. Clerk's Office