UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 17-12870 |
| REILLY-BENTON COMPANY, INC., | § § § | CHAPTER 7 |
| DEBTOR. | § § § | SECTION A |

### ORDER

Before the Court is the *Joint Consent Motion To Extend Deadline to File Objections and Related Papers*, (the "Motion"), [ECF Doc. 620], filed by Employers Insurance Company of Wausau, ("Wausau"), and Liberty Mutual Insurance Company, ("Liberty") (together, the "Movants").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Wausau and Liberty to file and properly serve any objections to the *Notice of Proposed Order*, [ECF Doc. 614], filed by the Trustee is extended from October 13, 2023, to **Monday, October 16, 2023, at 9:00 p.m.**

**IT IS FURTHER ORDERED** that the Movants shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect immediately.

New Orleans, Louisiana, October 17, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE